UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 OCT 22  A 9:32
US DISTRICT COURT
HARTFORD CT

GARY SESSION : NO. 3:03CV 00943 (AWT)
    Plaintiffs

VS. :

CITY OF NEW HAVEN, ET AL. : OCTOBER 21, 2003
    Defendants

## CITY OF NEW HAVEN'S
## ANSWER AND AFFIRMATIVE DEFENSES

### CITY OF NEW HAVEN'S ANSWER

**NATURE OF THE ACTION:**

1. Paragraph 1 is denied.

2. As to paragraph 2, the defendant City of New Haven is currently without information sufficient to form a belief and accordingly leaves plaintiff to his proof.

3. As to the first sentence of paragraph 3, the defendant City of New Haven is currently without information sufficient to form a belief and accordingly leaves plaintiff to his proof.

The second sentence of paragraph 3 is denied.

**PARTIES:**

4. As to paragraph 4 the defendant City of New Haven is currently without information sufficient to form a belief and accordingly leaves plaintiff to his proof.

5. As to paragraph 5, it is admitted that at all relevant times the individual

defendants were duly appointed police officers in the Department of Police Services for the City of New Haven, Connecticut. In all other respects the defendant City of New Haven is currently without information sufficient to form a belief and accordingly leaves plaintiff to his proof.

6. Paragraph 6 is admitted.

**FACTS:**

7. As to paragraph 7, the defendant City of New Haven is currently without information sufficient to form a belief and accordingly leaves plaintiff to his proof.

8. As to paragraph 8, the defendant City of New Haven is currently without information sufficient to form a belief and accordingly leaves plaintiff to his proof.

9. As to paragraph 9, the defendant City of New Haven is currently without information sufficient to form a belief and accordingly leaves plaintiff to his proof.

10. As to paragraph 10, the defendant City of New Haven is currently without information sufficient to form a belief and accordingly leaves plaintiff to his proof.

11. As to paragraph 10, the defendant City of New Haven is currently without information sufficient to form a belief and accordingly leaves plaintiff to his proof.

12. As to paragraph 12 the defendant City of New Haven is currently without information sufficient to form a belief and accordingly leaves plaintiff to his proof.

13. As to paragraph 13 the defendant City of New Haven is currently without information sufficient to form a belief and accordingly leaves plaintiff to his proof.

14. As to paragraph 14 the defendant City of New Haven is currently without information sufficient to form a belief and accordingly leaves plaintiff to his proof.

15. As to paragraph 15 the defendant City of New Haven is currently without information sufficient to form a belief and accordingly leaves plaintiff to his proof.

16. As to paragraph 16 the defendant City of New Haven is currently without information sufficient to form a belief and accordingly leaves plaintiff to his proof.

17. As to paragraph 17 the defendant City of New Haven is currently without information sufficient to form a belief and accordingly leaves plaintiff to his proof.

18. Denied as to the City of New Haven. As to the individual defendants, the defendant City of New Haven is currently without information sufficient to form a belief and accordingly leaves plaintiff to his proof.

19. Denied as to the City of New Haven. As to the individual defendants, the defendant City of New Haven is currently without information sufficient to form a belief and accordingly leaves plaintiff to his proof.

20. Denied as to the City of New Haven. As to the individual defendants, the defendant City of New Haven is currently without information sufficient to form a belief and accordingly leaves plaintiff to his proof.

21. Denied as to the City of New Haven. As to the individual defendants, the defendant City of New Haven is currently without information sufficient to form a belief and accordingly leaves plaintiff to his proof.

22. Denied as to the City of New Haven. As to the individual defendants, the defendant City of New Haven is currently without information sufficient to form a belief and accordingly leaves plaintiff to his proof.

23. Denied as to the City of New Haven. As to the individual defendants, the defendant City of New Haven is currently without information sufficient to form a belief and accordingly leaves plaintiff to his proof.

## CITY OF NEW HAVEN'S AFFIRMATIVE DEFENSES

### First Affirmative Defense

The complaint fails to state a claim upon which relief may be granted.

**Second Affirmative Defense**

The defendant City of New Haven asserts its common law and statutory governmental immunities from liability for the actions alleged to have violated the laws of the State of Connecticut.

**Third Affirmative Defense**

To the extent the plaintiff is able to prove negligence by one or more of the defendants his award must be denied or reduced by the doctrines of contributory/comparative negligence.

Respectfully submitted,

_____
Martin S. Echter
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
Phone: (203) 946-7964
Fax: (203) 946-7942
Fed. Bar No. ct07596

Certificate of Service

I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be FAXED and MAILED, POSTAGE PREPAID, respectively, to

Attorney David S. Feldman, c/o The Law Office of Philip Russell, P. C., 71 Lewis Street, Greenwich, CT 06830 (for plaintiff) , and

Attorney Thomas E. Katon and Attorney Karen Baldwin Kravetz, c/o Susman, Duffy & Segaloff, P. C., 55 Whitney Avenue, 6th Floor, P. O. Box 1684, New Haven, CT 06507-1684  (for defendants Edwin Rodriguez and Stephen Coppola)

this 21st day of October, 2003.

_____
Martin S. Echter