UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| GARY SESSION | \* | CIVIL ACTION NO. |
| PLAINTIFF | \* | 8:03-CV-948 (AWT) |
| VS. | \* | |
| CITY OF NEW HAVEN; STEPHEN COPPOLA; and EDWIN RODRIGUEZ | \* | OCTOBER 24, 2003 |
| DEFENDANT | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANTS COPPOLA AND RODRIGUEZ'S
### MOTION FOR A MORE DEFINITE STATEMENT

Defendants, Stephen Coppola and Edwin Rodriguez, in the above-entitled matter, hereby move, pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, for a more definite statement of Plaintiff's Complaint, filed on May 28, 2003, as the Complaint does not comply with the pleading requirements set forth in Rule 8(a) of the Federal Rules of Civil Procedure. Defendants file the attached Memorandum of Law in support of their Motion.

THE DEFENDANTS,
STEPHEN COPPOLA AND EDWIN RODRIGUEZ

By:_____
Karen Baldwin Kravetz (ct19665)
Susman Duffy & Segaloff, P.C.
55 Whitney Avenue
P.O. Box 1684
New Haven, CT 06507
Telephone: (203) 624-9830
Facsimile: (203) 562-8430
Email: kkravetz@susmanduffy.com

*ORAL ARGUMENT REQUESTED*
*TESTIMONY NOT REQUIRED*

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed this date, postage prepaid to the following:

David S. Feldman, Esq.
Philip Russell, P.C.
71 Lewis Street
Greenwich, CT 06830

Martin S. Echter, Esq.
Office of Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

                                                                   _____
                                                                   Karen Baldwin Kravetz

```
I:\Client K_O\NHCITY\Session\Pleadings\More Definite Statement 12(e) motion.wpd
```

2