FILED

2003 NOV 21 P 2: 27

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **GARY SESSION** | : | **NO. 3:03CV 00943 (AWT)** |
| Plaintiff | | |
| V. | : | |
| **CITY OF NEW HAVEN, ET AL** : | | **NOVEMBER 20, 2003** |
| Defendants | | |

## REPLY TO AFFIRMATIVE DEFENSES

The Plaintiff hereby denies all material allegations of the Defendant City of New Haven's affirmative defenses.

Respectfully Submitted,

*/s/ David S. Feldman*
David S. Feldman
Philip Russell, P.C.
71 Lewis Street
Greenwich, CT 06830
203-661-4200
Fed. Bar No. CT03556

## CERTIFICATION

I herby certify that a copy of the above was mailed on November 20, 2003, to all counsel and pro se parties of record.

Martin S. Echter
Deputy Corporation Counsel
165 Church Street 4th Floor
New Haven, CT 06510

Karen Baldwin Kravetz
Susman Duffy & Segaloff, P.C.
55 Whitney Avenue
P.O. Box 1684
New Haven, CT 06507

*David S. Feldman* (signature)
David S. Feldman