UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
HARTFORD

```
*************************************
 GARY SESSION                         *   CIVIL ACTION NO.
              PLAINTIFF               *    303-CV-00943 (AWT)
                                      *
 VS.                                  *
 CITY OF NEW HAVEN; STEPHEN           *   AUGUST 27, 2004
 COPPOLA; AND EDWIN RODRIGUEZ         *
                                      *
                                      *
                                      *
                                      *
              DEFENDANTS              *
*************************************
```

## APPEARANCE

PLEASE ENTER THE APPEARANCE of the undersigned for the following defendants, Stephen Coppola and Edwin Rodriguez, in the above-entitled matter in addition to those on file.

        THE DEFENDANTS,

  BY:_____
      Stephanie S. Baier
      Susman, Duffy & Segaloff, P.C.
      P. O. Box 1684
      New Haven, CT  06507-1684
      Phone: (203) 624-9830
      Fax: (203) 562-8430
      Federal Bar no: ct25370

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent this date to:

Martin S. Echter
City of New Haven
165 Church Street
New Haven, CT 06510

David S. Feldman
Philip Russell, PC.
71 Lewis Street
Greenwich, CT 06830

_____
Stephanie S. Baier

`I:\Client K_O\NHCITY\Session\Pleadings\Appearance SSB.wpd`

2