FILED

2005 APR 13 A 7:45

DISTRICT COURT
HARTFORD CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **GARY SESSION**<br>Plaintiff, | : |
| vs. | : CIVIL NO. 3:03 CV 00943 (AWT) |
| **CITY OF NEW HAVEN, STEPHEN COPPOLA & EDWIN RODRIGUEZ**<br>Defendants. | : MARCH 10, 2005 |

## APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance for the defendant City of New Haven.

Dated March 10, 2005

THE DEFENDANT
CITY OF NEW HAVEN

BY:/s/ _____
Jonathan H. Beamon
Assistant Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
(203) 946-7966
Fax: (203) 946-7942
Federal Bar No. ct22937
E-mail: jbeamon@newhavenct.net

[Stamp: Judicial District of New Haven SUPERIOR COURT FILED MAR 11 2005 CHIEF CLERK'S OFFICE]

## CERTIFICATION

I hereby certify that a copy of the foregoing appearance was mailed on March _11_, 2005 to the following counsel of record, to wit:

David S. Feldman, Esq.
Philip Russell, P.C.
71 Lewis Street
Greenwich, CT 06830

Stephanie S. Baier, Esq.
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven, CT 06507-1684

/s/ _____
Jonathan H. Beamon
Assistant Corporation Counsel