UNITED STATE DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
HARTFORD

**************************************
GARY SESSION                    *       CIVIL ACTION NO.
                  PLAINTIFF     *       303-CV-00943 (AWT)

VS.                             *

CITY OF NEW HAVEN; STEPHEN      *       JUNE 29, 2005
COPPOLA; AND EDWIN RODRIGUEZ    *
                  DEFENDANTS    *
**************************************

### INITIAL DISCLOSURE OF PLAINTIFF GARY SESSION

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiff, Gary Session hereby make his mandatory initial discovery disclosures as follows:

#### A. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

1.  Name:           Sergeant Norwood
    Title:          Investigative Services Unit
    Address:        New Haven Police Department
                    One Union Avenue
                    New Haven, CT 06519
    Phone number:   (203) 946-6316

Subject(s) of Information: Each and every claim and defense in the current action including, but not limited to, the following specific subject areas:

As a Sergeant in the Investigative Services Unit, Mr. Norwook may have information relating to the investigation of the death of Anthony Lucky and the relevant facts at issue in this litigation.

1

2.  Name:           Sergeant Canning
    Title:          Investigative Service Unit
    Address:        New Haven Police Department
                    One Union Avenue
                    New Haven, CT 06519
    Phone number:   (203) 946-6316

Subject(s) of Information: Each and every claim and defense in the current action including, but not limited to, the following specific subject areas:

    As a Sergeant in the Investigative Services Unit, Mr. Canning may have information relating to the investigation of the death of Anthony Lucky and the relevant facts at issue in this litigation.

3.  Name:           John Velleca
    Title:          Detective, Investigative Services Unit
    Address:        New Haven Police Department
                    One Union Avenue
                    New Haven, CT 06519
    Phone number:   (203) 946-6316

Subject(s) of Information: Each and every claim and defense in the current action including, but not limited to, the following specific subject areas:

    As a Detective in the Investigative Services Unit, Mr. Velleca may have information relating to the investigation of the death of Anthony Lucky and the relevant facts at issue in this litigation.

4.  Name:           Stephen Coppola
    Title:          Detective, Investigative Services Unit
    Address:        New Haven Police Department
                    One Union Avenue
                    New Haven, CT 06519
    Phone number:   (203) 946-6316

Subject(s) of Information: Each and every claim and defense in the current action including, but not limited to, the following specific subject areas:

    As a Detective in the Investigative Services Unit, Mr. Coppola may have information relating to the investigation of the death of Anthony Lucky and the relevant facts at issue in this litigation.

5.  Name:            Edwin Rodriguez
    Title:           Detective, Investigative Services Unit
    Address:         New Haven Police Department
                     One Union Avenue
                     New Haven, CT 06519
    Phone number:    (203) 946-6316

Subject(s) of Information: Each and every claim and defense in the current action including, but not limited to, the following specific subject areas:

As a Detective in the Investigative Services Unit, Mr. Rodriguez may have information relating to the investigation of the death of Anthony Lucky and the relevant facts at issue in this litigation.

6.  Name:            Petisha Adger
    Title:           Detective, Investigative Services Unit
    Address:         New Haven Police Department
                     One Union Avenue
                     New Haven, CT 06519
    Phone number:    (203) 946-6316

Subject(s) of Information: Each and every claim and defense in the current action including, but not limited to, the following specific subject areas:

As a Detective in the Investigative Services Unit, Petisha Adger may have information relating to the investigation of the death of Anthony Lucky and the relevant facts at issue in this litigation.

7.  Name:            Marc Caporale
    Title:           Detective, Investigative Services Unit
    Address:         New Haven Police Department
                     One Union Avenue
                     New Haven, CT 06519
    Phone number:    (203) 946-6316

Subject(s) of Information: Each and every claim and defense in the current action including, but not limited to, the following specific subject areas:

As a Detective in the Investigative Services Unit, Mr. Caporale may have information relating to the investigation of the death of Anthony Lucky and the relevant facts at issue in this litigation.

| | | |
|---|---|---|
| 8. | Name: | Lisa Dadio |
| | Title: | Sergeant |
| | Address: | New Haven Police Department |
| | | One Union Avenue |
| | | New Haven, CT 06519 |
| | Phone number: | (203) 946-6316 |

Subject(s) of Information: Each and every claim and defense in the current action including, but not limited to, the following specific subject areas:

    As a Sergeant in the Investigative Services Unit, Ms. Dadio may have information relating to the investigation of the death of Anthony Lucky and the relevant facts at issue in this litigation.

| | | |
|---|---|---|
| 9. | Name: | George Shelton |
| | Title: | Detective, Investigative Services Unit |
| | Address: | New Haven Police Department |
| | | One Union Avenue |
| | | New Haven, CT 06519 |
| | Phone number: | (203) 946-6316 |

Subject(s) of Information: Each and every claim and defense in the current action including, but not limited to, the following specific subject areas:

    As an officer, Mr. Shelton may have information relating to the investigation of the death of Anthony Lucky and the relevant facts at issue in this litigation.

| | | |
|---|---|---|
| 10. | Name: | Robert Benson |
| | Title: | Detective, Retired |
| | Address: | New Haven Police Department |
| | | One Union Avenue |
| | | New Haven, CT 06519 |
| | Phone number: | (203) 946-6316 |

Subject(s) of Information: Each and every claim and defense in the current action including, but not limited to, the following specific subject areas:

    As an officer, Mr. Benson may have information relating to the investigation of the death of Anthony Lucky and the relevant facts at issue in this litigation.

| | | |
|---|---|---|
| 11. | Name: | John Wolcheski |
| | Title: | Officer |
| | Address: | New Haven Police Department |
| | | One Union Avenue |
| | | New Haven, CT 06519 |
| | Phone number: | (203) 946-6316 |

Subject(s) of Information: Each and every claim and defense in the current action including, but not limited to, the following specific subject areas:

As an officer, Mr. Wolcheski may have information relating to the investigation of the death of Anthony Lucky and the relevant facts at issue in this litigation.

| | | |
|---|---|---|
| 12. | Name: | Theodore Forbes |
| | Title: | Officer |
| | Address: | New Haven Police Department |
| | | One Union Avenue |
| | | New Haven, CT 06519 |
| | Phone number: | (203) 946-6316 |

Subject(s) of Information: Each and every claim and defense in the current action including, but not limited to, the following specific subject areas:

As an officer, Mr. Forbes may have information relating to the investigation of the death of Anthony Lucky and the relevant facts at issue in this litigation.

| | | |
|---|---|---|
| 13. | Name: | Lily DeJesus |
| | Title: | Officer |
| | Address: | New Haven Police Department |
| | | One Union Avenue |
| | | New Haven, CT 06519 |
| | Phone number: | (203) 946-6316 |

Subject(s) of Information: Each and every claim and defense in the current action including, but not limited to, the following specific subject areas:

As an officer, Ms. DeJesus may have information relating to the investigation of the death of Anthony Lucky and the relevant facts at issue in this litigation.

| | | |
|---|---|---|
| 14. | Name: | Mitchell Strickland |
| | Title: | Officer |
| | Address: | New Haven Police Department |
| | | One Union Avenue |
| | | New Haven, CT 06519 |
| | Phone number: | (203) 946-6316 |

Subject(s) of Information: Each and every claim and defense in the current action including, but not limited to, the following specific subject areas:

     As an officer, Mr. Strickland may have information relating to the investigation of the death of Anthony Lucky and the relevant facts at issue in this litigation.

| | | |
|---|---|---|
| 15. | Name: | Richard Losty |
| | Title: | Officer |
| | Address: | New Haven Police Department |
| | | One Union Avenue |
| | | New Haven, CT 06519 |
| | Phone number: | (203) 946-6316 |

Subject(s) of Information: Each and every claim and defense in the current action including, but not limited to, the following specific subject areas:

     As an officer, Mr. Losty may have information relating to the investigation of the death of Anthony Lucky and the relevant facts at issue in this litigation.

| | | |
|---|---|---|
| 16. | Name: | Frances Melendez |
| | Title: | Officer |
| | Address: | New Haven Police Department |
| | | One Union Avenue |
| | | New Haven, CT 06519 |
| | Phone number: | (203) 946-6316 |

Subject(s) of Information: Each and every claim and defense in the current action including, but not limited to, the following specific subject areas:

     As an officer, Mr. Melendez may have information relating to the investigation of the death of Anthony Lucky and the relevant facts at issue in this litigation.

17.  Name:           Quincey Freeman
     Title:          Officer
     Address:        New Haven Police Department
                     One Union Avenue
                     New Haven, CT 06519
     Phone number:   (203) 946-6316

Subject(s) of Information: Each and every claim and defense in the current action including, but not limited to, the following specific subject areas:

   As an officer, Mr. Freeman may have information relating to the investigation of the death of Anthony Lucky and the relevant facts at issue in this litigation.

18.  Name:           Steven Teague
     Title:          Detective, Investigative Service Unit
     Address:        New Haven Police Department
                     One Union Avenue
                     New Haven, CT 06519
     Phone number:   (203) 946-6316

Subject(s) of Information: Each and every claim and defense in the current action including, but not limited to, the following specific subject areas:

   As a Detective in the Investigative Service Unit, Mr. Teague may have information relating to the investigation of the death of Anthony Lucky and the relevant facts at issue in this litigation.

19.  Name:           Malka B. Shah, M.D.
     Title:          Associated Medical Examiner
     Address:        State of Connecticut
                     Office of the Chief Medical Examiner
                     11 Shuttle Road
                     Farmington, CT 06032
     Phone number:   (860) 679-3980

Subject(s) of Information: Each and every claim and defense in the current action including, but not limited to, the following specific subject areas:

   As an associated medical examiner, Ms. Shah may have information relating to the investigation of the death of Anthony Lucky and the relevant facts at issue in this litigation.

20.  Name:            Gary Session
     Address:         98 Lee Street
                      West Haven, CT 06516
     Phone number:    (203) 934-1018

Subject(s) of Information: Each and every claim and defense in the current action including, but not limited to, the following specific subject areas:

   As the plaintiff, Mr. Session will testify to all facts surrounding his arrest, incarceration, release and damages.

21.  Name:            Jose Santiago
     Address:         Unknown
     Phone Number:    Unknown

Subject(s) of Information: All facts surrounding the murder of the Anthony Lucky and the Plaintiff's role, if any, in it.

22.  Name:            Albert McCann
     Address:         Unknown
     Phone Number:    Unknown

Subject(s) of Information: All facts surrounding the murder of the Anthony Lucky and the Plaintiff's role, if any, in it.

23.  Name:            Juan Scruggs
     Address:         Unknown
     Phone Number:    Unknown

Subject(s) of Information: All facts surrounding the murder of the Anthony Lucky and the Plaintiff's role, if any, in it.

24.  Name:            DeShawn Johnson
     Address:         Unknown
     Phone Number:    Unknown

Subject(s) of Information: All facts surrounding the murder of the Anthony Lucky and the Plaintiff's role, if any, in it.

25. Name:               Efrain Mendez
     Address:           Unknown
     Phone Number:   Unknown

Subject(s) of Information: All facts surrounding the murder of the Anthony Lucky and the Plaintiff's role, if any, in it.

26. Name:               Mayra Mercado
     Address:           Unknown
     Phone Number:   Unknown

Subject(s) of Information: All facts surrounding the murder of the Anthony Lucky and the Plaintiff's role, if any, in it.

27. Name:               Sharon Adkins
     Address:           Unknown
     Phone Number:   Unknown

Subject(s) of Information: All facts surrounding the murder of the Anthony Lucky and the Plaintiff's role, if any, in it.

28. Name:               Helen Lincolneau
     Address:           New Haven, CT
     Phone Number:   Unknown

Subject(s) of Information: The Plaintiff's emotional condition prognosis, diagnosis, treatment and causal connection.

### B. **SUPPORTING DOCUMENTS**

Will be provided upon receipt.

### C. **COMPUTIATION OF DAMAGES**

Will be provided once fully calculated.

### D. **INSURANCE AGREEMENTS**

Not applicable.

The plaintiff Gary Session reserves the right to supplement and amend this disclosure.

Dated: Greenwich, Connecticut.

   June 29, 2005

                              THE PLAINTIFF
                              Gary Session


By_____
                              David S. Feldman
                              Philip Russell, LLC.
                              66 Field Point Rd.
                              Greenwich, CT 06830
                              (203) 661-4200
                              FEDERAL JURIS No.: CT03556

## **CERTIFICATION**

      I herby certify that a copy of the above was mailed on June 29, 2005, to all counsel and pro se parties of record.

Jonathan Beamon
New Haven City Attorney's Office
165 Church Street
New Haven, CT  06510

Stephanie S. Baier
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven, CT  06507-1684

                                                 _____
                                                 David S. Feldman