UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
NEW HAVEN

*****************************************

| | | |
|---|---|---|
| GARY SESSION | * | CIVIL ACTION NO. |
| PLAINTIFF | * | 303-CV-00943 (AWT) |
| | * | |
| VS. | * | |
| | * | |
| CITY OF NEW HAVEN; STEPHEN COPPOLA; AND EDWIN RODRIGUEZ | * | JULY 29 2005 |
| | * | |
| DEFENDANTS | * | |

*****************************************

**DEFENDANTS' STEPHEN COPPOLA AND EDWIN RODRIGUEZ
ANSWER AND AFFIRMATIVE DEFENSES TO REVISED COMPLAINT**

Pursuant to Fed. R. Civ. P. 12, Defendants, Stephen Coppola and Edwin Rodriguez, by their attorneys, as their answer and affirmative defenses to the Revised Complaint:

**By Way of Answer:**

**Nature of Action.**

1. The Defendants Rodriguez and Coppola deny paragraph 1 of the Revised Complaint in its entirety.

2. The Defendants Rodriguez and Coppola deny paragraph 2 of the Revised Complaint in its entirety.

3. The Defendants Rodriguez and Coppola are currently without sufficient information to form a belief as to paragraph 3 and accordingly leave Plaintiff to his proof.

**Parties.**

4. The Defendants Rodriguez and Coppola are currently without sufficient information to form a belief as to paragraph 4 and accordingly leave Plaintiff to his proof.

5. The Defendants Rodriguez and Coppola admit they worked for police department of the City of New Haven, and were, at all times relevant to the complaint, acting under color of law. Defendants Rodriguez and Coppola are currently without sufficient information to form a belief as to the remainder of paragraph 5 and accordingly leave Plaintiff to his proof.

6. The Defendants Rodriguez and Coppola admit the allegations of paragraph 6.

**Facts.**

7. The Defendants Rodriguez and Coppola are currently without sufficient information to form a belief as to paragraph 7 and accordingly leave Plaintiff to his proof.

8. The Defendants Rodriguez and Coppola are currently without sufficient information to form a belief as to paragraph 8 and accordingly leave Plaintiff to his proof.

9. The Defendants Rodriguez and Coppola are currently without sufficient information to form a belief as to paragraph 9 and accordingly leave Plaintiff to his proof.

10. The Defendants Rodriguez and Coppola are currently without sufficient information to form a belief as to paragraph 10 and accordingly leave Plaintiff to his proof.

11. The Defendants Rodriguez and Coppola are currently without sufficient information to form a belief as to paragraph 11 and accordingly leave Plaintiff to his proof.

12. The Defendants Rodriguez and Coppola are currently without sufficient information to form a belief as to paragraph 12 and accordingly leave Plaintiff to his proof.

13. The Defendants Rodriguez and Coppola deny the first sentence of paragraph 13. The Defendants Rodriguez and Coppola are currently without sufficient information to form a

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O.BOX 1684 • NEW HAVEN, CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505

belief as to the second and third sentences of paragraph 13 and accordingly leave Plaintiff to his proof.

14. Defendants admit that Defendant Rodriguez executed an affidavit in connection with Application for Arrest Warrant for Plaintiff, but deny that Defendant Coppola executed an affidavit in connection with Application for Arrest Warrant for Plaintiff. As for the remainder of the paragraph, Defendants Rodriguez and Coppola are currently without sufficient information to form a belief as to said remainder of paragraph 14 and accordingly leave Plaintiff to his proof.

15. Defendants Rodriguez and Coppola deny paragraph 15 in its entirety.

16. The Defendants Rodriguez and Coppola are currently without sufficient information to form a belief as to paragraph 16 and accordingly leave Plaintiff to his proof.

17. The Defendants Rodriguez and Coppola are currently without sufficient information to form a belief as to paragraph 17 and accordingly leave Plaintiff to his proof.

18. Defendants Rodriguez and Coppola deny paragraph 18 in its entirety.

**Count One (City of New Haven).**

Count One does not address these defendants at paragraphs 19 through 22, inclusive.

**Count Two (City of New Haven).**

Count Two does not address these defendants at paragraphs 23 and 24, inclusive.

**Count Three (City of New Haven).**

Count Three does not address these defendants at paragraph 25.

**Count Four (Rodriguez).**

26. The Defendant Rodriguez denies paragraph 26 of the Revised Complaint in its entirety.

27. The Defendant Rodriguez denies paragraph 27 of the Revised Complaint in its entirety.

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O.BOX 1684 • NEW HAVEN, CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505

28. The Defendant Rodriguez denies paragraph 28 of the Revised Complaint in its entirety.

29. The Defendant Rodriguez denies paragraph 29 of the Revised Complaint in its entirety.

**Count Five (Rodriguez).**

30. The Defendant Rodriguez denies paragraph 30 of the Revised Complaint in its entirety.

31. The Defendant Rodriguez denies paragraph 31 of the Revised Complaint in its entirety.

**Count Six (Rodriguez).**

32. The Defendant Rodriguez denies paragraph 32 of the Revised Complaint in its entirety.

**Count Seven (Coppola).**

33. The Defendant Coppola denies paragraph 33 of the Revised Complaint in its entirety.

34. The Defendant Coppola denies paragraph 34 of the Revised Complaint in its entirety.

35. The Defendant Coppola denies paragraph 35 of the Revised Complaint in its entirety.

36. The Defendant Coppola denies paragraph 36 of the Revised Complaint in its entirety.

**Count Eight (Coppola).**

37. The Defendant Coppola denies paragraph 37 of the Revised Complaint in its entirety.

38. The Defendant Coppola denies paragraph 38 of the Revised Complaint in its entirety.

**Count Nine (Coppola).**

39. The Defendant Coppola denies paragraph 39 of the Revised Complaint in its entirety.

## By Way of Affirmative Defense:

**First Affirmative Defense:**

The Revised Complaint fails to state a claim upon which relief may be granted.

**Second Affirmative Defense:**

The Defendants Rodriguez and Coppola are entitled to qualified immunity for their acts.

SUSMAN, DUFFY & SEGALOFF, P.C. • ATTORNEYS AT LAW
P.O.BOX 1684 • NEW HAVEN, CONNECTICUT 06507 • (203)624-9830 • JURIS NUMBER 62505

**Third Affirmative Defense:**

To the extent Plaintiff is able to prove negligence by one or more of the Defendants, his award must be denied or reduced by the doctrines of contributory/comparative negligence.

THE DEFENDANTS,
STEPHEN COPPOLA AND EDWIN RODRIGUEZ

BY: *[signature]*
Stephanie S. Baier
Susman, Duffy & Segaloff, P.C.
P. O. Box 1684
New Haven, CT 06507-1684
Phone: (203) 624-9830
Fax: (203) 562-8430
Federal Bar no: ct25370

## CERTIFICATION

This is to certify that a copy of the foregoing was sent this date to:

Jonathan Beamon, Esq.
City of New Haven
165 Church Street
New Haven, CT 06510

David S. Feldman, Esq.
Philip Russell, PC.
71 Lewis Street
Greenwich, CT 06830

*[signature]*
Stephanie S. Baier

V:\Client N-O\NHCITY\Session\Pleadings\Answer 072505.wpd