**UNITED STATE DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
HARTFORD**

```
*************************************
GARY SESSION                          *     CIVIL ACTION NO.
                    PLAINTIFF         *     303-CV-00943 (AWT)

VS.                                   *

CITY OF NEW HAVEN; STEPHEN            *     AUGUST 1, 2005
COPPOLA; AND EDWIN RODRIGUEZ          *
                    DEFENDANTS        *
*************************************
```

**MOTION FOR PERMISSION TO NOTICE MORE THAN TEN DEPOSITIONS ON
BEHALF OF THE PLAINTIFF GARY SESSION**

Pursuant to Fed. R. Civ. P. § 30, the plaintiff Gary Session hereby moves for permission to notice more than 10 depositions on his behalf. The plaintiff proposes to serve the Notices of Deposition attached as Exhibit A.

In support of this motion the plaintiff states:

1. The plaintiff brought this action claiming multiple violations of the United States and Connecticut Constitutions, Federal Civil Rights Statutes and Connecticut tort law.

2. The deponents are all members of the New Haven police force who were involved in the investigation leading to the plaintiff's arrest.

3. The defendants Rodriguez and Coppola have identified each of these individuals as persons who have knowledge regarding the facts and circumstances of the case in their Rule 26 initial disclosure.

4. The additional burden defending these depositions is minimal insofar as it will make the overall litigation of this matter less expensive for all parties involved.

5. The discovery sought is reasonable and just under all circumstances.

        THE PLAINTIFF
        GARY SESSION


        By_____
        David S. Feldman
        Philip Russell, LLC.
        66 Field Point Rd.
        Greenwich, CT 06830
        (203) 661-4200
        FEDERAL JURIS No.: CT03556

## **CERTIFICATION**

I herby certify that a copy of the above was mailed on August 1, 2005, to all counsel and pro se parties of record.

Jonathan Beamon
New Haven City Attorney's Office
165 Church Street
New Haven, CT  06510

Stephanie S. Baier
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven, CT  06507-1684

_____
David S. Feldman