**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

```
-------------------------------x
GARY SESSION,                  :
                               :
        Plaintiff,             :
v.                             :    Civ No. 3:03CV00943(AWT)
                               :
CITY OF NEW HAVEN, STEPHEN     :
COPPOLA, and EDWIN RODRIGUEZ,  :
                               :
        Defendants.            :
-------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

<u>  X  </u>  Ruling(s) on the following motions, which are currently pending:(orefm.)
- Doc.# <u>27</u> <u>Motion for Permission to Serve More Than Twenty-Five Interrogatories upon Defendant Edwin Rodriguez</u>
- Doc.# <u>28</u> <u>Motion for Permission to Serve More Than Twenty-Five Interrogatories upon Defendant Stephen Coppola</u>
- Doc.# <u>29</u> <u>Motion for Permission to Serve More Than Twenty-Five Interrogatories upon Defendant City of New Haven</u>
- Doc.# <u>30</u> <u>Motion for Permission to Notice More Than Ten Depositions on Behalf of the Plaintiff Gary Session</u>

_____  A settlement conference (orefmisc./cnf)

_____  A conference to discuss the following: (orefmisc./cnf)

_____  Other: (orefmisc./misc)

SO ORDERED this 16th day of August 2005, at Hartford, Connecticut.

/s/
Alvin W. Thompson
United States District Judge