**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GARY SESSION :  Plaintiff, : : vs. : CIVIL NO. 3:03 CV 00943 (AWT) : CITY OF NEW HAVEN, STEPHEN : COPPOLA & EDWIN RODRIGUEZ : Defendants. : AUGUST 16, 2005 | |

**DEFENDANT CITY OF NEW HAVEN'S**
**ANSWER AND AFFIRMATIVE DEFENSES TO REVISED COMPLAINT**

BY WAY OF ANSWER

NATURE OF THE ACTION

1. Paragraph 1 is denied.

2. Paragraph 2 is denied.

3. As to the allegations of Paragraph 3, the portion of the paragraph that reads, "it is further alleged that these violations and torts were committed as a result of policies and customs of the City of New Haven" is denied. As to the remainder of Paragraph 3, the defendant City of New Haven ("City") has no response as the allegations are directed to other defendants.

PARTIES

4. As to the allegations set forth in Paragraph 4, the defendant City has insufficient information upon which to form a belief, and, therefore, leaves the plaintiff to his burden of proof.

5. Paragraph 5 is admitted.

6. Paragraph 6 is admitted.

FACTS

7-17. As to the allegations set forth in Paragraphs 7 through 17, the defendant City has insufficient information upon which to form a belief, and, therefore, leaves the plaintiff to his burden of proof.

18. As to the allegations set forth in Paragraph 18, the defendant City does not have a response because the allegations are directed to other defendants.

COUNT ONE: (As to the defendant City)

19-22. Paragraphs 19 through 22 are in all aspects denied.

COUNT TWO: (As to the defendant City)

23-24. Paragraphs 23 and 24 are denied.

COUNT THREE: (As to the defendant City)

25.  Paragraph 25 is denied.

COUNTS FOUR THROUGH NINE: (As to the defendants Rodriguez and Coppola)

The defendant City has no response to the allegations in Counts Four through Nine as they are directed to other defendants.

## BY WAY OF AFFIRMATIVE DEFENSE

FIRST AFFIRMATIVE DEFENSE: (For Counts One Through Three)

The complaint fails to state a cause of action.

SECOND AFFIRMATIVE DEFENSE: (For Counts One Through Three)

The defendant City is entitled to common law and statutory governmental immunity pursuant to Connecticut General Statutes §52-557n.

THE DEFENDANT
CITY OF NEW HAVEN

BY:/s/_____
Jonathan H. Beamon
Assistant Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
(203) 946-7966
Fax: (203) 946-7942
Federal Bar No. ct22937
E-mail: jbeamon@newhavenct.net

# **C E R T I F I C A T I O N**

      I hereby certify that a copy of the foregoing Answer and Affirmative Defenses was mailed on August 16, 2005 to the following counsel of record, to wit:

David S. Feldman, Esq.
Philip Russell, P.C.
71 Lewis Street
Greenwich, CT  06830

Stephanie S. Baier, Esq.
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven, CT 06507-1684

                              /s/_____
                              Jonathan H. Beamon
                              Assistant Corporation Counsel