

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY SESSION<br>Plaintiff, | :<br>:<br>: |
| vs. | : CIVIL NO. 3:03 CV 00943 (AWT)<br>: |
| CITY OF NEW HAVEN, STEPHEN<br>COPPOLA & EDWIN RODRIGUEZ<br>Defendants. | :<br>:<br>:<br>: AUGUST 31, 2005 |

### DEFENDANT CITY OF NEW HAVEN'S
### MOTION FOR EXTENSION OF TIME TO ANSWER INTERROGATORIES

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure, the defendant City of New Haven respectfully moves for an initial extension of time of thirty (30) days, up to and including September 30, 2005, within which to answer plaintiff's interrogatories.

In support of this motion, counsel for the defendant submits the following:

1. Counsel requires additional time to formulate appropriate responses to the interrogatories.

2. This is the first extension of time requested as to the interrogatories, and no trial date has been assigned to this matter. The plaintiff will not be prejudiced in any way by the extension of time sought.

3.  In accordance with Local Rule 9(b), the undersigned contacted Attorney Karen Mayer, counsel for the plaintiff to inquire as to her consent to this motion. Counsel for the plaintiff has consented to the granting of this motion.

WHEREFORE, the defendant City of New Haven respectfully moves for a thirty (30) day extension of time, to September 30, 2005, to answer the interrogatories.

THE DEFENDANT
CITY OF NEW HAVEN

BY:/s/ _____
Jonathan H. Beamon
Assistant Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
Phone: (203) 946-7966
Fax: (203) 946-7942
Federal Bar No. ct22937
E-mail: jbeamon@newhavenct.net

## **CERTIFICATION**

    I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed on August 31, 2005 to the following counsel of record, to wit:

Karen Mayer, Esq.
Philip Russell, P.C.
71 Lewis Street
Greenwich, CT 06830

Stephanie S. Baier, Esq.
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven, CT 06507-1684

/s/ _____
Jonathan H. Beamon
Assistant Corporation Counsel