UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY SESSION<br>    Plaintiff | : | NO. 3:03CV00943 (AWT) |
| V. | : | |
| CITY OF NEW HAVEN, ET AL<br>    Defendants | : | July 26, 2005 |

### REPORT OF PARTIES' PLANNING MEETING

Complaint filed:            May 28, 2003

Complaint Served:
    City of New Haven           June 12, 2003
    Officer Stephen Coppola     June 12, 2003
    Officer Edwin Rodriguez     June 12, 2003

Defendant Appeared On:
    City of New Haven           July 2, 2003
    Officer Stephen Coppola     September 24, 2003
    Officer Edwin Rodriguez     September 24, 2003

I.    Certification

    Undersigned counsel certify that, after consultation with their clients, they have discussed the nature and basis of the parties' claims and defenses and any possibilities for achieving a prompt settlement or other resolution of the case and, in consultation with their clients, have developed the following proposed case management plan. Counsel further certify that they have forwarded a copy of this report to their clients.

II.    Jurisdiction

    A.    Subject Matter Jurisdiction:

    The plaintiff claims that this Court has subject matter jurisdiction as this case alleges violations of 42 U.S.C. §1983. Jurisdiction is further predicated upon 28