FILED

2005 SEP -6 P 12: 16

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**GARY SESSION**
**Plaintiff,**

vs.

**CITY OF NEW HAVEN, STEPHEN COPPOLA & EDWIN RODRIGUEZ**
**Defendants.**

: CIVIL NO. 3:03 CV 00943 (AWT)
:
: AUGUST 31, 2005

## DEFENDANT CITY OF NEW HAVEN'S
## MOTION FOR EXTENSION OF TIME TO ANSWER INTERROGATORIES

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure, the defendant City of New Haven respectfully moves for an initial extension of time of thirty (30) days, up to and including September 30, 2005, within which to answer plaintiff's interrogatories.

In support of this motion, counsel for the defendant submits the following:

1. Counsel requires additional time to formulate appropriate responses to the interrogatories.

2. This is the first extension of time requested as to the interrogatories, and no trial date has been assigned to this matter. The plaintiff will not be prejudiced in any way by the extension of time sought.

Extension GRANTED, nunc pro tunc, to and including September 30, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   9/13/05

*OFFICE OF THE CORPORATION COUNSEL · CITY OF NEW HAVEN*
*165 Church Street, New Haven, CT 06510*
*Telephone (203) 946-7958 · Facsimile (203) 946-7942 · Juris No. 42715*