United States District Court
District of Connecticut

*******************************************************************************
Gary Session                                         Case No. 3:03-cv-00943AWT
      Plaintiff

V

Stephen Rodriguez et al                              February 7, 2006
      Defendant
*******************************************************************************


## MOTION TO WITHDRAW AS COUNSEL

The undersigned, pursuant to local rule 7(e), as co-counsel for the plaintiff Gary Session, does hereby move this court for permission to withdraw as counsel of record for the plaintiff. In support of this motion the undersigned represents:

1. That he was formally associated with the law firm of Philip Russell P.C.
2. That on September 30, 2003, in his capacity as an associate at Philip Russell P.C., the undersigned filed an appearance on behalf of the plaintiff.
3. That the undersigned is no longer associated with the law firm of Philip Russell P.C., and is no longer involved in the representation of the plaintiff.
4. The plaintiff continues to be represented in this matter by attorney Philip D. Russell.

Wherefore the undersigned respectfully moves this court to grant his motion to withdraw as counsel of record for Mr. Gary Session.

David S. Feldman
Law Offices of David S. Feldman LLC
112 Broad Street
Milford, CT 06460
203-783-1190
Fed. Bar # CT03556

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, via U.S. Mail to all counsel of record this 7th day of February, 2006

Ms. Stephanie Baier
Sussman, Duffy, & Segaloff
55 Whitney Avenue
P.O. Box 1684
New Haven, CT 06507

Mr. Jonathan Beamon
Corporation Counsel's Office
165 Church Street
New Haven, CT 06510

Mr. Philip D. Russell
Philip Russell LLC
66 Field Point Rd.
Greenwich, CT 06836

David S. Feldman