# UNITED STATE DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT
## HARTFORD

**********************************

| | | |
|---|---|---|
| GARY SESSION | * | CIVIL ACTION NO. |
| PLAINTIFF | * | 303-CV-00943 (AWT) |
| | * | |
| VS. | * | |
| | * | |
| CITY OF NEW HAVEN, STEPHEN | * | FEBRUARY 9, 2006 |
| COPPOLA, AND EDWIN RODRIGUEZ | * | |
| DEFENDANTS | * | |

**********************************

## MOTION OF ENLARGEMENT OF TIME IN WHICH TO
## COMPLETE PLAINTIFF'S DISCOVERY

The plaintiff, Gary Session, by the his Attorney Karen L. Mayer respectfully moves this court for an order granting the following relief:

1.  Enlarging the time in which plaintiff can conduct the depositions of the witnesses previously noticed and previously scheduled herein for September 20, 21, 22, 23, 27, 2005 and rescheduled for February 13, 14, 21, 23, 27, and 28, 2006. A copy of the scheduling agreement and witnesses previously scheduled is annexed hereto as Exhibit A.

2.  For an order granting sanctions and cost in favor of the plaintiff because of defendant's, City of New Haven, persistent and willful non-compliance with the previously agreed upon Scheduling Order. Plaintiff respectfully submits that it is this persistent non-compliance by the defendant, which results in the making of this application. As a result of these delays, plaintiff's counsel has

has squandered approximately eight (8) hours of attorney time anticipating

discovery based on promises made by defendant's counsel.

No prior application has been made for the relief herein.


THE PLAINTIFF
GARY SESSION


By _____
Karen L. Mayer
Philip Russell, LLC.
66 Field Point Road
Greenwich, CT 06830
(203) 661-4200
Federal Bar # CT26555

## CERTIFICATION

I herby certify that a copy of the above was mailed on February 9, 2006, to all counsel and pro se parties of record.

Jonathan Beamon
New Haven City Attorney's Office
165 Church Street
New Haven, CT  06510

Stephanie S. Baier
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven, CT  06507-1684

Karen L. Mayer

3

## UNITED STATE DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT
## HARTFORD

**********************************

| | | |
|---|---|---|
| GARY SESSION | * | CIVIL ACTION NO. |
| PLAINTIFF | * | 303-CV-00943 (AWT) |
| | * | |
| VS. | * | |
| | * | |
| CITY OF NEW HAVEN, STEPHEN | * | FEBRUARY 9, 2006 |
| COPPOLA, AND EDWIN RODRIGUEZ | * | |
| DEFENDANTS | * | |

**************************************

### AFFIDAVIT OF KAREN L. MAYER

Karen L. Mayer being duly sworn deposes and states, I am over the age of 18 years and familiar with the obligations of an oath.

On December 29, 2005, at the deposition of Gary Session, Attorney Beamon promised me that the City's discovery would be forthcoming "in the following week." No such discovery was forthcoming, which prompted me to follow up the first week of January by telephone to Attorney Beamon at which time he said that the written discovery was "being typed" and it would be ready the following week.

The following week not having received any discovery and not having heard from Attorney Beamon I placed a telephone call and he apologized and indicated to me "it is coming," and I'd have it the next week. I explained I needed the written discovery before I could conduct depositions.

On January 19, 2006, I called all counsel with regard to scheduling depositions so as to avoid conflicts with their respective calendars.

On January 20, 2006, I wrote a letter to the all counsel, which is annexed hereto as Exhibit B. In response to Attorney Beamon's request we rescheduled depositions that conflicted with a federal holiday. Hearing nothing and receiving nothing in reponse to written discovery requests, I placed a telephone call to Attorney Beamon on February 2, 2006. In response to that telephone call Mr. Beamon said to me "it's going out tonight."

Notwithstanding the assurances of counsel I did fax to Attorney Beamon a draft of the discovery motion cover letter and attached exhibits, which are collectively attached hereto as Exhibit C.

After transmitting Exhibit C and attachments to Attorney Beamon and placing another telephone call to him again on February 2, 2006, in response to that inquiry, he stated to me that the discovery had to be reviewed by "another detective" and that he would have it delivered to my office for Saturday delivery.

On February 3, 2006, I made arrangements to be at work on February 4, 2006, in order to receive the Saturday delivery, which was promised to me by Attorney Beamon. Although I came to the office, and opened the office, and remained there until 4:00 p.m. no such delivery was forthcoming.

The following Monday at the close of business I received incomplete discovery, which is missing such basic items of photographic evidence and documentary evidence. The agreement for discovery and the resulting Rule 26f Agreement were submitted in August of 2005. The defendants have collectively provided insufficient responses, and not fully, fairly and honestly answered interrogatories.

To date I have expended approximately, conservatively, more then four (4) hours of attorney time in asking, begging and documenting my request for this previously agreed upon

work, and have also expended exhausted time confirming to plaintiff who has made serious charges against the New Haven Police Department, which claims it has not acted in bad faith and that it would in fact live up to its ethical, legal, and federal obligations to turn over this discovery material.

Typically my hourly services are billed out by this firm at $225.00. For this reason I am asking for a sanction in the form of four (4) hours of attorney time. I am specifically requesting that the City of New Haven be directed to pay $900.00 as a sanction for their deliberate and willful non-compliance with the discovery order.

In addition to the time specifically related to begin for previously agreed upon discovery, plaintiff will be constrained to devote further attorney time and expense to rescheduling the previously noted deposition schedule, which is attached to as Exhibit A.

As of today, plaintiff has agreed with defendants in accordance with Rule 37 to work to resolve glaring problems with the inadequacy of the discovery received here on Monday, February 6, 2006. For that reason the plaintiff respectfully reserves the right to file additional and supplementary motions for contempt, motions for sanctions, and motions for compulsion should the defendant persist in practices exhibited between August and today.

No prior application has been made for the relief sought herein. Respectfully submitted and sworn to before me.

Karen L. Mayer

Subscribed and sworn to before me this 9th day of February 2006.

Notary Public

Shirley A. Reinoso
NOTARY PUBLIC
State of Connecticut
My Commission Expires
June 30, 2010

3

# EXHIBIT A

# September 2005

Karen L. Mayer

Printed with ACT! for Windows

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
| | | | | **1** | **2** | **3** |
| **4** | **5** | **6** | **7** | **8** | **9** | **10** |
| **11** | **12** | **13** | **14** | **15** | **16** | **17** |
| **18** | **19** | **20** 10:00AM - Karen L. Mayer - Session: Depo of Edw... / 2:00PM - Karen L. Mayer - 203-661-4200 - Session: Depo ... | **21** 10:00AM - Karen L. Mayer - Session: Depo of Li... / 12:00PM - Karen L. Mayer - Session: Depo of Steven Teague / 2:00PM - Karen L. Mayer - Session Depo of Pellena Adger | **22** 10:00AM - Karen L. Mayer - Session: Depo of Theodo... / 2:00PM - Karen L. Mayer - Session: Depo of Franc... / 4:00PM - Karen L. Mayer - Session: Mitchell Strickland | **23** 10:00AM - Karen L. Mayer - Session: Depo of Francisco Orti... / 12:00PM - Karen L. Mayer - Session: Depo of Byran Norwood | **24** |
| **25** | **26** | **27** 10:00AM - Karen L. Mayer - Session Depo of Sergei... / 12:00PM - Karen L. Mayer - Session: Depo of Marc Caporale | **28** | **29** | **30** | |



# Susman, Duffy & Segaloff, P.C.

**Attorneys at Law**
55 Whitney Avenue
New Haven, Connecticut 06510-1300

Please Reply To:
P.O. Box 1684
New Haven, Connecticut 06507-1684

(203) 624-9830

Facsimile (203) 562-8430

Michael Susman
James H. Segaloff
Joseph E. Faughnan
Laura M. Sklaver
James J. Perito
Matthew C. Susman
Thomas E. Katon
Peter G. Kruzynski

Jennifer L. Schancupp
Karen Baldwin Kravetz
Stephanie S. Baier
Jesse A. Langer

**Of Counsel**
David P. Hambleton

## FACSIMILE TRANSMITTAL SHEET

TO: David S. Feldman, Esq.

FAX NO.: 203-661-3666

RE: Gary Session v City of New Haven

DATE: 8/8/05          TIME: 1:40 pm

FROM: S. Baier

NUMBER OF PAGES (INCLUDING COVER SHEET): 2

CC: _____    FAX NO.: _____

PLEASE CALL Michelle M. AT (203) 624-9830 IF YOU HAVE ANY QUESTIONS OR PROBLEMS REGARDING THIS TRANSMISSION.

MEMORANDUM: _____

_____

_____

_____

_____

**THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE ATTORNEY/CLIENT PRIVILEGED, MAY CONSTITUTE INSIDE INFORMATION, AND IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER AT THE ABOVE TELEPHONE NUMBER**

I:-forms/faxcover 040104

## SUSMAN, DUFFY & SEGALOFF, P.C.

MICHAEL SUSMAN
JAMES H. SEGALOFF
JOSEPH E. FAUGHNAN
LAURA M. SKLAVER
JAMES J. PERITO
MATTHEW C. SUSMAN
THOMAS E. KATON
PETER G. KRUZYNSKI

JENNIFER L. SCHANCUPP
KAREN BALDWIN KRAVETZ
STEPHANIE S. BAIER
JESSE A. LANGER

ATTORNEYS AT LAW

55 WHITNEY AVENUE

NEW HAVEN, CONNECTICUT 06510-1300

PLEASE REPLY TO:

P.O. BOX 1684

NEW HAVEN, CT 06507-1684

(203) 624-9830

FACSIMILE (203) 562-8430

ALLEN H. DUFFY
(1931-1986)

OF COUNSEL
DAVID P. HAMBLETON

August 8, 2005

**Via Facsimile (203) 661-3666**
David S. Feldman, Esq.
Philip Russell, P.C.
71 Lewis Street
Greenwich, CT 06830

**Via Facsimile (203) 946-7942**
Jonathan Beamon, Esq.
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

Re: Gary Session v. City of New Haven, et al

Dear David and Jonathan:

I am in receipt of David's August 1, 2005 correspondence and related documents, including 18 deposition notice and 16 subpoenas. Per the deposition notices, the depositions are to take place between September 20, 2005 and September 27, 2005. I am scheduled for pretrial and trial during that time period and am therefore unavailable. I therefore ask that these depositions be rescheduled until a date after October 10, 2005.

Please let me know as soon as possible the new dates for the depositions and/or contact me with any questions.

Yours truly,

Stephanie S. Baier

SSB/mm

V:\Client N-O\NHCITY\Session\Correspondence\Beamon & Feldman 080505.wpd

# PHILIP RUSSELL, L.L.C.

## ATTORNEYS AT LAW

(203) 661-4200

PHILIP RUSSELL*+
JAMES PASTORE
CHRISTOPHER CALDWELL*
DAVID FELDMAN

of counsel:
HAROLD H. DEAN

* MEMBER CONNECTICUT AND NEW YORK BAR
+ BOARD CERTIFIED
   CRIMINAL TRIAL ADVOCACY
   NATIONAL BOARD OF TRIAL ADVOCACY

66 FIELD POINT ROAD
P.O. BOX 1437
GREENWICH, CT 06836

FAX
(203) 661-3666

August 18, 2005

Stephanie S. Baier, Esq.
Susma, Duffy & Segaloff, P.C.
55 Whitney Avenue
New Haven, CT 06510-1300

Re: Gary Session v. City of New Haven, et al.

Dear Stephanie:

I am in receipt of your letter of August 8, 2005. Once the Court has approved the filing of the additional Notices of Deposition I will contact you and Attorney Beamon to schedule mutually convenient dates for the depositions.

Should you need anything further, please do not hesitate to contact me.

Very truly yours,

David S. Feldman

DSF/sr

cc: Atty. Beamon
    Mr. Session

```
          ┌─────────────────────────────────────────┐
          │    TRANSMISSION VERIFICATION REPORT      │
          └─────────────────────────────────────────┘

                              TIME  : 01/19/2006 17:24
                              NAME  : PHILIP RUSSELL PC
                              FAX   : 2036613666
                              TEL   : 2036614200
                              SER.# : BROH4J824356

┌────────────────────────────────────────────────────────────────────────┐
│                                                                          │
│   DATE,TIME                           01/19  17:23                        │
│   FAX NO./NAME                        12035628430                         │
│   DURATION                            00:00:33                            │
│   PAGE(S)                             03                                  │
│   RESULT                              OK                                  │
│   MODE                                STANDARD                           │
│                                       ECM                                │
│                                                                          │
└────────────────────────────────────────────────────────────────────────┘
```

# Philip Russell, L.L.C

# Fax

| | | | |
|---|---|---|---|
| **To:** | Stephanie S. Baier, Esq. | **From:** | Shirley Reinoso |
| **Fax:** | 203-562-8430 | **Fax:** | 203-661-3666 |
| **Phone:** | 203-624-9830 | **Phone:** | 203-661-4200 |
| **Date:** | 1/19/2006 | **Pages:** | 3 (including cover sheet) |

**Subject:** Session v. City of New Haven, et al.

**Notes:** See enclosure. Thank you.

**Philip Russell, L.L.C**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Jonathan Beamon, Esq. | **From:** | Shirley Reinoso |
| **Fax:** | 203-946-7942 | **Fax:** | 203-661-3666 |
| **Phone:** | 203-946-7966 | **Phone:** | 203-661-4200 |
| **Date:** | 1/19/2006 | **Pages:** | 3 (including cover sheet) |

**Subject:** Session v. City of New Haven, et al.

**Notes:** See enclosure. Thank you.

```
TRANSMISSION VERIFICATION REPORT

                                        TIME : 01/19/2006 17:22
                                        NAME : PHILIP RUSSELL PC
                                        FAX  : 2036613666
                                        TEL  : 2036614200
                                        SER.# : BROH4J824356

DATE,TIME              01/19  17:21
FAX NO./NAME           12039467942
DURATION               00:00:34
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# Fax

## Philip Russell, L.L.C

| | | | |
|---|---|---|---|
| **To:** | Jonathan Beamon, Esq. | **From:** | Shirley Reinoso |
| **Fax:** | 203-946-7942 | **Fax:** | 203-661-3666 |
| **Phone:** | 203-946-7966 | **Phone:** | 203-661-4200 |
| **Date:** | 1/19/2006 | **Pages:** | 3 (including cover sheet) |

**Subject:**   Session v. City of New Haven, et al.

**Notes:**   See enclosure. Thank you.

**Philip Russell, L.L.C**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Stephanie S. Baier, Esq. | **From:** | Shirley Reinoso |
| **Fax:** | 203-562-8430 | **Fax:** | 203-661-3666 |
| **Phone:** | 203-624-9830 | **Phone:** | 203-661-4200 |
| **Date:** | 1/19/2006 | **Pages:** | 3 (including cover sheet) |

**Subject:**  Session v. City of New Haven, et al.

**Notes:**  See enclosure. Thank you.

# PHILIP RUSSELL, L.L.C.

## ATTORNEYS AT LAW

(203) 661-4200

PHILIP RUSSELL*+
JAMES PASTORE
CHRISTOPHER CALDWELL*
KAREN L. MAYER*

of counsel:
HAROLD H. DEAN

\* MEMBER CONNECTICUT AND NEW YORK BAR
\+ BOARD CERTIFIED
   CRIMINAL TRIAL ADVOCACY
   NATIONAL BOARD OF TRIAL ADVOCACY

66 FIELD POINT ROAD
P.O. BOX 1437
GREENWICH, CT 06836

FAX
(203) 661-3666

January 19, 2006

*VIA FACSIMILE: 203-946-7942*
             *203-562-8430*

Jonathan Beamon, Esq.
City of New Haven
165 Church Street
4th Floor
New Haven, CT 06514

Stephanie S. Baier, Esq.
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue
New Haven, CT 06510

      Re: <u>Session v. City of New Haven, et al.</u>
         Docket No.: 3:03 CV 00943 (AWT)

Dear All Counsel:

    Attached is the tentative schedule for the depositions, which we plan to re-notice. I anticipate these notices will go out in the mail next Monday. Please advise me if you see any conflict.

    Please advise me if you will accept service for the individuals and notify them respectively.

                    Very truly yours,

                    Karen L. Mayer

KLM/sr

Enclosure: 1 page

# February 2006

| February 2006 | | |
|---|---|---|
| S | M | T | W | T | F | S |
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | | | | |

| March 2006 | | |
|---|---|---|
| S | M | T | W | T | F | S |
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| | | February 1 | 2 | 3 | 4 |
| | | | | | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 |
| | | | | | 12 |
| 13<br>2:00pm Officer Cappola | 14<br>2:00pm Officer Rodriguez | 15 | 16 | 17 | 18 |
| | | | | | 19 |
| 20<br>2:00pm Francisco Ortiz,Jr., Chief of Police<br>3:00pm Lili DeJesus, Police Officer<br>4:00pm Steven Teague, Police Officer | 21<br>2:00pm Petisha Adger, Investigator<br>3:00pm Lisa Dadio, Police Officer<br>4:00pm Theadore Forbes, Police Officer | 22 | 23<br>2:00pm Richard Losty, Police Officer<br>3:00pm Frances Melendez, Police Officer<br>4:00pm Mitchell Strickland, Police Officer | 24 | 25 |
| | | | | | 26 |
| 27<br>2:00pm Bryan Norwood, Investigator<br>3:00pm Marc Caporale, Investigator<br>4:00pm John Wolcheski, Police Officer<br>4:00pm Quincy Freeman, Police Officer<br>5:00pm George Shelton, | 28<br>2:00pm Segeant Canning, Investigator<br>3:00pm John Vellieca, Investigator | 1 | | | |

1/19/2006

```
             TRANSMISSION VERIFICATION REPORT

                                    TIME  : 01/20/2006 10:42
                                    NAME  : PHILIP RUSSELL PC
                                    FAX   : 2036613666
                                    TEL   : 2036614200
                                    SER.# : BROH4J824356


    DATE,TIME                    01/20  10:41
    FAX NO./NAME                 12039467942
    DURATION                     00:00:36
    PAGE(S)                      03
    RESULT                       OK
    MODE                         STANDARD
                                 ECM
```

# Philip Russell, L.L.C

# Fax

| | | | |
|---|---|---|---|
| **To:** | Jonathan Beamon, Esq. | **From:** | Shirley Reinoso |
| **Fax:** | 203-946-7942 | **Fax:** | 203-661-3666 |
| **Phone:** | 203-946-7966 | **Phone:** | 203-661-4200 |
| **Date:** | 1/20/2006 | **Pages:** | 3  (including cover sheet) |

**Subject:**  Session v. City of Stamford

**Notes:**  For your convenience enclosed please find the revised schedule for deposition. Thank you.

**Philip Russell, L.L.C**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Jonathan Beamon, Esq. | **From:** | Shirley Reinoso |
| **Fax:** | 203-946-7942 | **Fax:** | 203-661-3666 |
| **Phone:** | 203-946-7966 | **Phone:** | 203-661-4200 |
| **Date:** | 1/20/2006 | **Pages:** 3 | (including cover sheet) |
| **Subject:** | Session v. City of Stamford | | |

**Notes:**    For your convenience enclosed please find the revised schedule for deposition. Thank you.

# February 2006

February 2006

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 |   |   |   |   |

March 2006

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |   |

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
|  |  | **February 1** | 2 | 3 | 4 / 5 |
| 6 | 7 | 8 | 9 | 10 | 11 / 12 |
| 13<br>2:00pm Officer Cappola | 14<br>2:00pm Officer Rodriguez | 15 | 16 | 17 | 18 / 19 |
| 20<br>2:00pm Petisha Adger, Investigator<br>3:00pm Lisa Dadio, Police Officer<br>4:00pm Theadore Forbes, Police Officer | 21 | 22 | 23<br>2:00pm Richard Losty, Police Officer<br>3:00pm Frances Melendez, Police Officer<br>4:00pm Mitchell Strickland, Police Officer<br>5:00pm George Shelton, | 24 | 25 / 26 |
| 27<br>2:00pm Bryan Norwood, Investigator<br>3:00pm John Wolcheski, Police Officer<br>4:00pm John Velleca, Investigator | 28<br>2:00pm Segeant Canning, Investigator<br>3:00pm Marc Caporale, Investigator<br>4:00pm Quincy Freeman, Police Officer |  |  | 1 |  |

# March 2006

| | March 2006 | | | | | | | April 2006 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | M | T | W | T | F | S | S | M | T | W | T | F | S |
| | | | | 1 | 2 | 3 | 4 | | | | | | | 1 |
| | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| | 26 | 27 | 28 | 29 | 30 | 31 | | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| | | | | | | | | 30 | | | | | | |

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| | | March 1<br><br>2:00pm Francisco Ortiz, Jr., Chief of Police<br><br>3:00pm Lili DeJesus, Police Officer<br><br>4:00pm Steven Teague, Police Officer | 2 | 3 | 4<br><br>5 |
| 6 | 7 | 8 | 9 | 10 | 11<br><br>12 |
| 13 | 14 | 15 | 16 | 17 | 18<br><br>19 |
| 20 | 21 | 22 | 23 | 24 | 25<br><br>26 |
| 27 | 28 | 29 | 30 | 31 | |

# February 2006

Karen L. Mayer

Printed with ACT! for Windows

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| | 6 | 7 | 1 | 2 | 3 | 4 |
| 5 | 13 — 2:00PM - Karen L. Mayer - Session: Deposition ... | 14 — 2:00PM - Karen L. Mayer - Session: Deposition ... | 8 | 9 | 10 | 11 |
| 12 | 20 | 21 — 2:00PM - Karen L. Mayer - Session: Deposition of Adge... 3:00PM - Karen L. Mayer - Session: Deposition of Dedi... 4:00PM - Karen L. Mayer - Session: Deposition of Forbe... | 15 | 16 | 17 | 18 |
| 19 | 27 — 2:00PM - Karen L. Mayer - Session: Deposition of Norwo... 3:00PM - Karen L. Mayer - Session: Deposition ... | 28 — 2:00PM - Karen L. Mayer - Session: Deposition of Sergea... 3:00PM - Karen L. Mayer - Session: Deposition ... | 22 | 23 — 2:00PM - Karen L. Mayer - Session: Deposition of Lost... 3:00PM - Karen L. Mayer - Session: Deposition of Melende... | 24 | 25 |
| 26 | | | | | | |

Printed on 2/9/2006

# March 2006

Karen L. Mayer

Printed with ACT! for Windows

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

**Wed 1:**
2:00PM - Karen L. Mayer -
Session: Deposition of Ortiz, Jr...
3:00PM - Karen L. Mayer -
Session: Deposition of DeJesu...
4:00PM - Karen L. Mayer -

**Mon 20:** Todd Scully - TRIAL

**EXHIBIT B**

# PHILIP RUSSELL, L.L.C.

## ATTORNEYS AT LAW

(203) 661-4200

PHILIP RUSSELL*+
JAMES PASTORE
CHRISTOPHER CALDWELL*
KAREN L. MAYER*

of counsel:
HAROLD H. DEAN

* MEMBER CONNECTICUT AND NEW YORK BAR
+ BOARD CERTIFIED
  CRIMINAL TRIAL ADVOCACY
  NATIONAL BOARD OF TRIAL ADVOCACY

66 FIELD POINT ROAD
P.O. BOX 1437
GREENWICH, CT 06836

FAX
(203) 661-3666

January 20, 2006

Jonathan Beamon, Esq.
City of New Haven
165 Church Street
4th Floor
New Haven, CT 06514

Re: Session v. City of New Haven, et al.
    Docket No.: 3:03 CV 00943 (AWT)

Dear Jonathan:

This letter shall reflect your promise to provide me with answers to interrogatories dated August 1, 2005, by next week.

As you can see from the tentative schedule of depositions to be re-noticed we plan to depose Officer Coppola and Officer Rodriguez on February 13 and 14, 2006. I will be unable to proceed with the depositions scheduled without prior opportunity to review the answers to the interrogatories and request for production.

Thank you for your anticipated cooperation.

Very truly yours,

Karen L. Mayer

Karen L. Mayer

KLM/sr

**EXHIBIT C**

```
┌─────────────────────────────────────────────┐
│     TRANSMISSION VERIFICATION REPORT         │
└─────────────────────────────────────────────┘
```

```
                                    TIME : 02/02/2006 17:38
                                    NAME : PHILIP RUSSELL PC
                                    FAX  : 2036613666
                                    TEL  : 2036614200
                                    SER.# : BROH4J824356
```

```
┌──────────────────────────────────────────────────────────────┐
│  DATE,TIME            02/02  17:34                             │
│  FAX NO./NAME         12039467942                             │
│  DURATION             00:03:59                               │
│  PAGE(S)              19                                      │
│  RESULT               OK                                      │
│  MODE                 STANDARD                               │
│                       ECM                                    │
└──────────────────────────────────────────────────────────────┘
```

# PHILIP RUSSELL, L.L.C.

## ATTORNEYS AT LAW

(203) 661-4200

PHILIP RUSSELL*+
JAMES PASTORE
CHRISTOPHER CALDWELL*
KAREN L. MAYER*

of counsel:
HAROLD H. DEAN

* MEMBER CONNECTICUT AND NEW YORK BAR
+ BOARD CERTIFIED
  CRIMINAL TRIAL ADVOCACY
  NATIONAL BOARD OF TRIAL ADVOCACY

66 FIELD POINT ROAD
P.O. BOX 1437
GREENWICH, CT 06836

FAX
(203) 661-3666

February 2, 2006

*VIA FACSIMILE: 203-946-7942*
*203-562-8430*

Jonathan Beamon, Esq.
New Haven City Attorney's Office
165 Church Street
New Haven, CT  06510

Stephanie S. Baier, Esq.
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven, CT  06507-1684

Re: Session v. City of New Haven, et al.
    Civil Docket No.: 03CV00943 (AWT)

Dear All Counsel:

Enclosed please find medical notes and bills from Dr. Tom Campbell regarding the above referenced matter.

# PHILIP RUSSELL, L.L.C.

## ATTORNEYS AT LAW

(203) 661-4200

PHILIP RUSSELL*+
JAMES PASTORE
CHRISTOPHER CALDWELL*
KAREN L. MAYER*

of counsel:
HAROLD H. DEAN

* MEMBER CONNECTICUT AND NEW YORK BAR
+ BOARD CERTIFIED
  CRIMINAL TRIAL ADVOCACY
  NATIONAL BOARD OF TRIAL ADVOCACY

66 FIELD POINT ROAD
P.O. BOX 1437
GREENWICH, CT 06836

FAX
(203) 661-3666

February 2, 2006

**VIA FACSIMILE: 203-946-7942**
            **203-562-8430**

Jonathan Beamon, Esq.
New Haven City Attorney's Office
165 Church Street
New Haven, CT 06510

Stephanie S. Baier, Esq.
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven, CT 06507-1684

      Re: <u>Session v. City of New Haven, et al.</u>
         Civil Docket No.: 03CV00943 (AWT)

Dear All Counsel:

    Enclosed please find medical notes and bills from Dr. Tom Campbell regarding the above referenced matter.

    I have also enclosed a draft of the Motion for Order Compelling Production that we will file with the court Monday, February 6, 2006 as a result of lack of production from the City of New Haven unless received by Saturday, February 4, 2006 as indicated by Attorney Beamon earlier today.

    We cannot go forward with the deposition of Office Cappola and Officer Rodriguez scheduled for February 13 and February 14 without time to review the items requested.

             Very truly yours,

             Karen L. Mayer

KLM/sr

Enclosure: 17 pages

UNITED STATE DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
HARTFORD

**********************************

| | | | |
|---|---|---|---|
| GARY SESSION | | * | CIVIL ACTION NO. |
| | Plaintiff | * | 303-CV-00943 (AWT) |
| VS. | | * | |
| CITY OF NEW HAVEN, STEPHEN | | * | FEBRUARY 2, 2006 |
| COPPOLA, AND EDWIN RODRIGUEZ | | * | |
| | Defendants | * | |

**********************************

## MOTION FOR ORDER COMPELLING PRODUCTION

The plaintiff, Gary Session, by his Attorney Karen L. Mayer respectfully moves this Court for an order directing the defendants, jointly and severely to furnish the following items which have been properly demanded and which have been subject of an agreement for more than one year. The defendants have, however, failed to produce the documents sufficiently in advance of the depositions presently scheduled herein for the second week of February 2006.

The requested items are those enumerated in the attached demands as Exhibit A. Attached as Exhibit B are copies of relevant correspondence pertaining to the production thereof.

No prior application has been made for the relief sought herein.

THE PLAINTIFF
GARY SESSION

By_____
   Philip Russell
   Philip Russell, LLC
   66 Field Point Road
   Greenwich, CT 06830
   203-661-4200
   Federal Bar # CT03127

## **CERTIFICATION**

I herby certify that a copy of the above was mailed on _____, to all counsel and pro se parties of record.

Jonathan Beamon, Esq.
New Haven City Attorney's Office
165 Church Street
New Haven, CT  06510

Stephanie S. Baier, Esq.
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven, CT  06507-1684


_____
Philip Russell

**EXHIBIT A**

## SCHEDULE A

1. All written statements obtained by you in connection with the investigation into the death of Anthony Lucky, Jr.

2. All written notes, memoranda, or other documents written by you in connection with the investigation into the death of Anthony Lucky, Jr.

3. All affidavits prepared by you in connection with the investigation into the death of Anthony Lucky, Jr.

4. All requests made by you for any forensic tests or analysis performed on all evidence gathered in connection with the investigation into the death of Anthony Lucky, Jr.

4a. Copies of all the results of any test or analysis set forth in paragraph four (4) above.

5. All warrant applications prepared by you in connection with the investigation into the death of Anthony Lucky Jr.

6. All tapes or video recordings made by you in connection with the investigation into the death of Anthony Lucky Jr.

7. All photographs taken by you in connection with the investigation into the death of Anthony Lucky, Jr.

8. All evidence logs prepared by you in connection with the investigation into the death of Anthony Lucky, Jr.

9. All documentation of commendation.

10. All documentation of any formal or informal disciplinary action.

11. Your complete personnel file from the City of New Haven.

# EXHIBIT B

# PHILIP RUSSELL, L.L.C.
## ATTORNEYS AT LAW
(203) 661-4200

PHILIP RUSSELL*+
JAMES PASTORE
CHRISTOPHER CALDWELL*
KAREN L. MAYER*

of counsel:
HAROLD H. DEAN

* MEMBER CONNECTICUT AND NEW YORK BAR
+ BOARD CERTIFIED
   CRIMINAL TRIAL ADVOCACY
   NATIONAL BOARD OF TRIAL ADVOCACY

66 FIELD POINT ROAD
P.O. BOX 1437
GREENWICH, CT 06836
——
FAX
(203) 661-3666

January 20, 2006

Jonathan Beamon, Esq.
City of New Haven
165 Church Street
4th Floor
New Haven, CT 06514

Re: <u>Session v. City of New Haven, et al.</u>
     Docket No.: 3:03 CV 00943 (AWT)

Dear Jonathan:

This letter shall reflect your promise to provide me with answers to interrogatories dated August 1, 2005, by next week.

As you can see from the tentative schedule of depositions to be re-noticed we plan to depose Officer Coppola and Officer Rodriguez on February 13 and 14, 2006. I will be unable to proceed with the depositions scheduled without prior opportunity to review the answers to the interrogatories and request for production.

Thank you for your anticipated cooperation.

Very truly yours,

Karen L. Mayer

KLM/sr