## UNITED STATE DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT
## HARTFORD



*****************************************

| | | |
|---|---|---|
| GARY SESSION | * | CIVIL ACTION NO. |
| PLAINTIFF | * | 303-CV-00943 (AWT) |
| VS. | * | |
| CITY OF NEW HAVEN, STEPHEN | * | FEBRUARY 13, 2006 |
| COPPOLA, AND EDWIN RODRIGUEZ | * | |
| DEFENDANTS | * | |

*****************************************

### APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for the Plaintiff GARY SESSION

THE PLAINTIFF

By _____
Karen L. Mayer
Philip Russell, LLC
66 Field Point Road
Greenwich, CT 06830
203-661-4200
Federal Bar # CT26555
greenwichlegal@aol.com

## CERTIFICATION

This is to certify that a copy of the foregoing Appearance was mailed on the date hereof to all counsel and pro se parties of record, namely:

Jonathan Beamon
New Haven City Attorney's Office
165 Church Street
New Haven, CT  06510

Stephanie S. Baier
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven, CT  06507-1684

_____
Karen L. Mayer