**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
GARY SESSION,                 :
                              :
    Plaintiff,                :
                              :
v.                            :    Civil No. 3:03CV00943(AWT)
                              :
CITY OF NEW HAVEN, STEPHEN    :
COPPOLA, and EDWIN RODRIGUEZ, :
                              :
    Defendants.               :
                              :
------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

    This case is referred to Magistrate Judge __Donna F. Martinez__ for the following purposes:

_____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

_____ A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

__X__ A ruling on the following motion, which is currently pending: __Motion of Enlargement of Time in Which to Complete Plaintiff's Discovery (Doc. No. 42)__ (orefm.)

_____ A settlement conference (orefmisc./cnf)

__X__ Other: __Issuing a Revised Scheduling Order__ (orefmisc./misc)

    It is so ordered.

    Dated this 27th day of February, 2006, at Hartford, Connecticut.

                                      /s/Alvin W. Thompson
                                      Alvin W. Thompson
                              United States District Judge