FILED

United States District Court
District of Connecticut

Gary Session
      Plaintiff

Case No. 3:03-cv-00943AWT

V

Stephen Rodriguez et al
      Defendant

February 7, 2006

## MOTION TO WITHDRAW AS COUNSEL

The undersigned, pursuant to local rule 7(e), as co-counsel for the plaintiff Gary Session, does hereby move this court for permission to withdraw as counsel of record for the plaintiff. In support of this motion the undersigned represents:

1. That he was formally associated with the law firm of Philip Russell P.C.
2. That on September 30, 2003, in his capacity as an associate at Philip Russell P.C., the undersigned filed an appearance on behalf of the plaintiff.
3. That the undersigned is no longer associated with the law firm of Philip Russell P.C., and is no longer involved in the representation of the plaintiff.
4. The plaintiff continues to be represented in this matter by attorney Philip D. Russell.

Wherefore the undersigned respectfully moves this court to grant his motion to withdraw as counsel of record for Mr. Gary Session.

David S. Feldman
Law Offices of David S. Feldman LLC
112 Broad Street
Milford, CT 06460
203-783-1190
Fed. Bar # CT03556

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 3/14/06