**PHILIP RUSSELL, L.L.C.**
ATTORNEYS AT LAW
(203) 661-4200

PHILIP RUSSELL*+
JAMES PASTORE
CHRISTOPHER CALDWELL*
KAREN L. MAYER*

of counsel:
HAROLD H. DEAN

* MEMBER CONNECTICUT AND NEW YORK BAR
+ BOARD CERTIFIED
   CRIMINAL TRIAL ADVOCACY
   NATIONAL BOARD OF TRIAL ADVOCACY

66 FIELD POINT ROAD
P.O. BOX 1437
GREENWICH, CT 06836

FAX
(203) 661-3666

May 15, 2006

The Honorable Donna F. Martinez
United States District Court Magistrate
450 Main Street
Hartford, CT 06103

    Re: <u>Session v. Rodriguez, et al.</u>
        Civil Docket No.: 3:03 CV 00943 (AWT)

Dear Magistrate Martinez:

    I received your orders following our telephone conference on May 10, 2006 regarding discovery. After speaking to my adversaries, we were under the impression that no scheduling orders would be entered until after the time period allotted by your Honor regarding outstanding written discovery and motions to compel, if necessary.

    I would respectfully request your Honor to reconsider the orders in order to allow plaintiff to complete discovery by August 15, 2006, and dispositive motions filed by September 15, 2006. Attorney Beamon consents to this request, however, Attorney Baier expressed an objection.

    The reason for this request is that plaintiff plans to schedule eighteen (18) depositions. We had previously scheduled them in September 2005, rescheduled them for February 2006, and now are faced with having to schedule them around plaintiff's counsel's trial calendar and a holiday week when it is expected that some of the officers may be on vacation leave.

                                 Very truly yours,

                                 Karen L. Mayer

KLM/sr

    cc:    Stephanie Baier, Esq.
           Jonathan Beamon, Esq.