UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
HARTFORD

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| GARY SESSION | \* | CIVIL ACTION NO. |
| PLAINTIFF | \* | 303-CV-00943 (AWT) |
| VS. | \* | |
| EDWIN RODRIGUEZ; STEPHEN COPPOLA; AND CITY OF NEW HAVEN | \* \* | MAY 31, 2006 |
| DEFENDANTS | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF MANUAL FILING

Please take notice that this office is unable to produce the exhibits in pdf format because they exceed one hundred pages and are overly burdensome to e-file as to defendant, Edwin Rodriguez.

THE PLAINTIFF,
GARY SESSION

BY _/s/ Karen L. Mayer_
Karen L. Mayer
Philip Russell, LLC
66 Field Point Road
Greenwich, CT 06830
203-661-4200
Federal Bar No. CT 26555

## CERTIFICATION

This is to certify that on this 31st day of May 2006, I hereby mailed a copy of the foregoing to all pro se parties and counsel of record, namely:

Stephanie Baier, Esq.
Susan, Duffy & Segaloff, P.C.
55 Whitney Avenue
P.O. Box 1684
New Haven, CT 06507

Jonathan Beamon, Esq.
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06514

_____
Karen L. Mayer