SUSMAN, DUFFY & SEGALOFF, P.C.

| | | |
|---|---|---|
| MICHAEL SUSMAN<br>JAMES H. SEGALOFF<br>JOSEPH E. FAUGHNAN<br>LAURA M. SKLAVER<br>JAMES J. PERITO<br>MATTHEW C. SUSMAN<br>THOMAS E. KATON<br>PETER G. KRUZYNSKI<br>———<br>JENNIFER L. SCHANCUPP<br>KAREN BALDWIN KRAVETZ<br>STEPHANIE S. BAIER<br>JESSE A. LANGER | ATTORNEYS AT LAW<br>55 WHITNEY AVENUE<br>NEW HAVEN, CONNECTICUT 06510-1300<br><br>PLEASE REPLY TO:<br>P.O. BOX 1684<br>NEW HAVEN, CT 06507-1684<br><br>(203) 624-9830<br>———<br>FACSIMILE (203) 562-8430 | ALLEN H. DUFFY<br>(1931-1986)<br>———<br>OF COUNSEL<br>DAVID P. HAMBLETON |

February 10, 2005

**Via Facsimile (203) 946-7942**
Jonathan Beamon, Esq.
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

**Via Facsimile (203) 661-3666**
David S. Feldman, Esq.
Philip Russell, P.C.
71 Lewis Street
Greenwich, CT 06830

Re: <u>Gary Session v. City of New Haven, et al</u>

Dear Jonathan and David:

I circulated our 26a disclosure several months ago, and also executed a 26f report which, at the time, Marty Echter, David and I agreed upon. I have not received your 26a disclosures, nor does it appear that the 26f statement has been signed off by you and/or filed with the court.

Please advise me as to the status of your disclosures and the 26f report. Thank you.

Yours truly,

*[signature]*

Stephanie S. Baier

SSB/cg

V:\Client N-O\NHCITY\Session\Correpondence\Beamon & Feldman 021005.wpd

## SUSMAN, DUFFY & SEGALOFF, P.C.

MICHAEL SUSMAN
JAMES H. SEGALOFF
JOSEPH E. FAUGHNAN
LAURA M. SKLAVER
JAMES J. PERITO
MATTHEW C. SUSMAN
THOMAS E. KATON
PETER G. KRUZYNSKI

JENNIFER L. SCHANCUPP
KAREN BALDWIN KRAVETZ
STEPHANIE S. BAIER
JESSE A. LANGER

ATTORNEYS AT LAW
55 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06510-1300

PLEASE REPLY TO:
P.O. BOX 1684
NEW HAVEN, CT 06507-1684

(203) 624-9830

FACSIMILE (203) 562-8430

ALLEN H. DUFFY
(1931-1986)

OF COUNSEL
DAVID P. HAMBLETON

February 25, 2005

**Via Facsimile (203) 946-7942**
Jonathan Beamon, Esq.
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

**Via Facsimile (203) 661-3666**
David S. Feldman, Esq.
Philip Russell, P.C.
71 Lewis Street
Greenwich, CT 06830

Re: Gary Session v. City of New Haven, et al

Dear Jonathan and David:

I circulated our 26a disclosure several months ago, and also executed a 26f report which, at the time, Marty Echter, David and I agreed upon. I have not received your 26a disclosures, nor does it appear that the 26f statement has been signed off by you and/or filed with the court.

Please advise me as to the status of your disclosures and the 26f report. Thank you.

Yours truly,

Stephanie S. Baier

SSB/cg

I:\Client N-O\NHCITY\Session\Correpondence\Beamon & Feldman 022505.wpd

## SUSMAN, DUFFY & SEGALOFF, P.C.

MICHAEL SUSMAN
JAMES H. SEGALOFF
JOSEPH E. FAUGHNAN
LAURA M. SKLAVER
JAMES J. PERITO
MATTHEW C. SUSMAN
THOMAS E. KATON
PETER G. KRUZYNSKI

JENNIFER L. SCHANCUPP
KAREN BALDWIN KRAVETZ
STEPHANIE S. BAIER
JESSE A. LANGER

ATTORNEYS AT LAW
55 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06510-1300

PLEASE REPLY TO:
P.O. BOX 1684
NEW HAVEN, CT 06507-1684

(203) 624-9830

FACSIMILE (203) 562-8430

ALLEN H. DUFFY
(1931-1986)

OF COUNSEL
DAVID P. HAMBLETON

March 11, 2005

**Via Facsimile (203) 946-7942**
Jonathan Beamon, Esq.
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

**Via Facsimile (203) 661-3666**
David S. Feldman, Esq.
Philip Russell, P.C.
71 Lewis Street
Greenwich, CT 06830

   Re: <u>Gary Session v. City of New Haven, et al</u>

Dear Jonathan and David:

  I circulated our 26a disclosure several months ago, and also executed a 26f report which, at the time, Marty Echter, David and I agreed upon. I have not received your 26a disclosures, nor does it appear that the 26f statement has been signed off by you and/or filed with the court.

  Please advise me as to the status of your disclosures and the 26f report. Thank you.

            Yours truly,

            Stephanie S. Baier

SSB/cg

I:\Client N-O\NHCITY\Session\Correpondence\Beamon & Feldman 031105.wpd

**SUSMAN, DUFFY & SEGALOFF, P.C.**

ATTORNEYS AT LAW

55 WHITNEY AVENUE

NEW HAVEN, CONNECTICUT 06510-1300

PLEASE REPLY TO:

P.O. BOX 1684

NEW HAVEN, CT 06507-1684

(203) 624-9830

FACSIMILE (203) 562-8430

MICHAEL SUSMAN
JAMES H. SEGALOFF
JOSEPH E. FAUGHNAN
LAURA M. SKLAVER
JAMES J. PERITO
MATTHEW C. SUSMAN
THOMAS E. KATON
PETER G. KRUZYNSKI

JENNIFER L. SCHANCUPP
KAREN BALDWIN KRAVETZ
STEPHANIE S. BAIER
JESSE A. LANGER

ALLEN H. DUFFY
(1931-1986)

OF COUNSEL
DAVID P. HAMBLETON

April 5, 2005

**Via Facsimile (203) 946-7942**
Jonathan Beamon, Esq.
Deputy Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

**Via Facsimile (203) 661-3666**
David S. Feldman, Esq.
Philip Russell, P.C.
71 Lewis Street
Greenwich, CT 06830

    Re: <u>Gary Session v. City of New Haven, et al</u>

Dear Jonathan and David:

    I circulated our 26a disclosure several months ago, and also executed a 26f report which, at the time, Marty Echter, David and I agreed upon. I have not received your 26a disclosures, nor does it appear that the 26f statement has been signed off by you and/or filed with the court.

    Please advise me as to the status of your disclosures and the 26f report. Thank you.

Yours truly,

Stephanie S. Baier

SSB/cls

I:\Client N-O\NHCITY\Session\Correpondence\Beamon & Feldman 040505.wpd

## SUSMAN, DUFFY & SEGALOFF, P.C.

MICHAEL SUSMAN
JAMES H. SEGALOFF
JOSEPH E. FAUGHNAN
LAURA M. SKLAVER
JAMES J. PERITO
MATTHEW C. SUSMAN
THOMAS E. KATON
PETER G. KRUZYNSKI

JENNIFER L. SCHANCUPP
KAREN BALDWIN KRAVETZ
STEPHANIE S. BAIER
JESSE A. LANGER

ATTORNEYS AT LAW
55 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06510-1300

PLEASE REPLY TO:
P.O. BOX 1684
NEW HAVEN, CT 06507-1684

(203) 624-9830

FACSIMILE (203) 562-8430

ALLEN H. DUFFY
(1931-1986)

OF COUNSEL
DAVID P. HAMBLETON

June 15, 2005

**Via Facsimile (203) 661-3666**
David S. Feldman, Esq.
Philip Russell, P.C.
71 Lewis Street
Greenwich, CT 06830

Re: <u>Gary Session v. City of New Haven, et al</u>

Dear David:

I have not received your 26a disclosure which you were to circulate last Fall. In addition, I have not received, nor have you filed, the 26f report which was agreed upon by all counsel last Summer. I have sent letters regarding same over the past several months, but have received no response. In addition, I issued interrogatories to your client on April 7, 2005, to which I have received no reply.

Please let me know when I can expect your 26a disclosure and interrogatory responses. In addition, please let me know the status of the 26f report. If I do not receive a response from you by June 30, 2005, I intend to file an appropriate motion.

Yours truly,

Stephanie S. Baier

SSB/cls

cc: Jonathan Beamon, Esq., Via Facsimile (203) 946-7942

V:\Client N-O\NHCITY\Session\Correspondence\Beamon & Feldman 061505.wpd