# Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue
New Haven, CT 06510

June 12, 2006

City of New Haven
c/o Office of the Corporation
Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

Invoice#  0         TEK
Our file#   N02736   00009
Billing through   06/30/2006

RE:  Gary Session

| | | |
|---|---|---|
| Balance forward as of invoice dated   May 17, 2006 | | $690.56 |
| Payments received since last invoice | | 0.00 |
| Accounts receivable balance carried forward | | $690.56 |

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/2006 | SB | review motions to compel and related affidavits and timesheets. | 1.10 hrs. | 125.00 | 137.50 |
| 06/01/2006 | SB | T to J. Beamon. | 0.20 hrs. | 125.00 | 25.00 |
| 06/01/2006 | SB | draft obj to motion to compel. | 4.80 hrs. | 125.00 | 600.00 |
| 06/02/2006 | CS | Check request for Bowles Reporting Service re: transcript of Tele. conf. from May 10th | 0.10 hrs. | 35.00 | 3.50 |
| 06/02/2006 | CS | Letter to Steve Bowles, Court Reporter, Bowles Reporting Service re: expedited transcript from tele. conf. on May 10th. | 0.50 hrs. | 35.00 | 17.50 |
| 06/02/2006 | SB | review correspondence re exhibits to objection to motion to compel and request bills. | 2.50 hrs. | 125.00 | 312.50 |
| 06/05/2006 | SB | review over 100 pages of exhibits to Mayer's motions to compel. | 0.60 hrs. | 125.00 | 75.00 |
| 06/06/2006 | CS | Conf. with SSB re: Reply to Plaintiff's Motion to Compel | 0.20 hrs. | 35.00 | 7.00 |
| 06/06/2006 | CS | Draft Status Report re: status of pleadings/discovery, detailed scope of services | 1.50 hrs. | 35.00 | 52.50 |

anticipated; estimate of funds for 2006-2007.

| | | | | | |
|---|---|---|---|---|---|
| CS | 06/07/2006 | 0.10 | 0.10 | 35.00 | 3.50 |
| 06/07/2006 | CS | Email to Lisa Bradshaw re: fees billed on all New Haven matters from July 1, 2005 to present. | 0.10 hrs. | 35.00 | 3.50 |
| CS | 06/07/2006 | 0.50 | 0.50 | 35.00 | 17.50 |
| 06/07/2006 | CS | Draft new Budget re: estimate of funds required during the period from July 1, 2006 through June 30, 2007 | 0.50 hrs. | 35.00 | 17.50 |
| CS | 06/07/2006 | 0.20 | 0.20 | 35.00 | 7.00 |
| 06/07/2006 | CS | Search District Court Pacer re: status of pleadings and discovery. | 0.20 hrs. | 35.00 | 7.00 |
| CS | 06/07/2006 | 0.50 | 0.50 | 35.00 | 17.50 |
| 06/07/2006 | CS | Attention to new Budget for 2006-2007. | 0.50 hrs. | 35.00 | 17.50 |
| CS | 06/07/2006 | 0.20 | 0.20 | 35.00 | 7.00 |
| 06/07/2006 | CS | Conf. with SSB re: hearing before Magistrate | 0.20 hrs. | 35.00 | 7.00 |
| SB | 06/07/2006 | 2.40 | 2.40 | 125.00 | 300.00 |
| 06/07/2006 | SB | complete draft of obj to motion to compel and for sanctions -- can file it as soon as transcript is received and reviewed. | 2.40 hrs. | 125.00 | 300.00 |
| SB | 06/09/2006 | 3.80 | 3.80 | 125.00 | 475.00 |
| 06/09/2006 | SB | Continue R re Memo for MSJ. | 3.80 hrs. | 125.00 | 475.00 |

$2,058.00

EXPENSES

| | | | |
|---|---|---|---|
| TRNS | 06/02/2006 | $132.00 | |
| 06/02/2006 | Transcripts - Bowles Reporting Service, telephone conference from May 10th | | 132.00 |

$132.00

Billing Summary

| | |
|---|---|
| Total professional services | $2,058.00 |
| Total expenses incurred | $132.00 |
| Total of new charges for this invoice | $2,190.00 |
| Plus net balance forward | $690.56 |
| **Total balance now due** | **$2,880.56** |

** Trust account remaining balance is     $0.00

| | | | | |
|---|---|---|---|---|
| CS | 3.80 | 3.80 | 35.00 | 133.00 |
| SB | 15.40 | 15.40 | 125.00 | 1,925.00 |
| | 19.20 | 19.20 | | 2,058.00 |