UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
HARTFORD

| | | |
|---|---|---|
| GARY SESSION | : | CIVIL ACTION NO. |
| | : | 3:03-CV-00943 (AWT) |
| PLAINTIFF | : | |
| | : | |
| v. | : | |
| | : | |
| EDWIN RODRIGUEZ, STEPHEN | : | JULY 5, 2006 |
| COPPOLA, AND CITY OF NEW HAVEN | : | |
| | : | |
| DEFENDANTS | : | |

## MOTION FOR ENLARGEMENT OF TIME
## IN WHICH TO COMPLETE PLAINTIFF'S DISCOVERY

The plaintiff, GARY SESSION, by his attorney Karen L. Mayer, respectfully moves this court for an order granting enlarging the time in which plaintiff can conduct the depositions of witnesses.

In support hereof the plaintiff states:

1. On or about May 10, 2006, the court *(Martinez, J.)* said it would not amend scheduling orders until outstanding discovery was brought to a closure.

2. On May 10, 2006, the court ordered all depositions and discovery to be completed by July 14, 2006.

3. On May 15, 2006, the plaintiff directed a letter to the court addressing the deadline of July 14, 2006 and requesting until August 15, 2006 in which to complete discovery. A copy thereof is annexed as Exhibit A.

4. On May 31, 2006, the plaintiff filed his Motion to Compel against Edwin Rodriguez, Stephen Coppola and City of New Haven.

1

5. On June 19, 2006, the defendants, Edwin Rodriguez and Stephen Coppola, filed an objection to plaintiff's motion to compel.

6. Due to the fact that there has been no further production by any of the defendants, plaintiff has issued subpoenas for the following:

   a) The Keeper of Records for the New Haven Police Department.

   b) The Keeper of Records for the Major Crimes Unit.

   c) The Keeper of Records for Yale-New Haven Hospital.

   d) The Keeper of Records for the Office of the Chief Medical Examiner.

   e) The Keeper of Records for the New Haven Police Department for personnel files of Edwin Rodriguez and Stephen Coppola.

   f) The Keeper of Records for the Internal Affairs Bureau for the New Haven Police Department of Edwin Rodriguez and Stephen Coppola.

7. A copy of all the subpoenas has been sent to opposing counsel.

Due to the fact that the plaintiff has been forced to resort to other means of obtaining documents and discovery items requested previously from the defendants, the plaintiff respectfully requests an enlargement of time until September 15, 2006 in which to complete discovery, which includes taking approximately 18 depositions.

THE PLAINTIFF
GARY SESSION

BY _____
Karen L. Mayer
Philip Russell, LLC
66 Field Point Rd.
Greenwich, CT 06830
(203) 661-4200
Federal Juris No.: CT26555

## **CERTIFICATION**

     I herby certify that a copy of the above was mailed on July 5, 2006, to all counsel and pro se parties of record, namely:

Jonathan Beamon, Esq.
New Haven City Attorney's Office
165 Church Street
New Haven, CT 06510

Stephanie S. Baier, Esq.
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue
New Haven, CT 06510

                                                    _____
                                                    Karen L. Mayer

# EXHIBIT A

**PHILIP RUSSELL, L.L.C.**
ATTORNEYS AT LAW
(203) 661-4200

PHILIP RUSSELL*+
JAMES PASTORE
CHRISTOPHER CALDWELL*
KAREN L. MAYER*

of counsel:
HAROLD H. DEAN

66 FIELD POINT ROAD
P.O. BOX 1437
GREENWICH, CT 06836

FAX
(203) 661-3666

\* MEMBER CONNECTICUT AND NEW YORK BAR
+ BOARD CERTIFIED
  CRIMINAL TRIAL ADVOCACY
  NATIONAL BOARD OF TRIAL ADVOCACY

May 15, 2006

The Honorable Donna F. Martinez
United States District Court Magistrate
450 Main Street
Hartford, CT 06103

    Re: <u>Session v. Rodriguez, et al.</u>
        Civil Docket No.: 3:03 CV 00943 (AWT)

Dear Magistrate Martinez:

    I received your orders following our telephone conference on May 10, 2006 regarding discovery. After speaking to my adversaries, we were under the impression that no scheduling orders would be entered until after the time period allotted by your Honor regarding outstanding written discovery and motions to compel, if necessary.

    I would respectfully request your Honor to reconsider the orders in order to allow plaintiff to complete discovery by August 15, 2006, and dispositive motions filed by September 15, 2006. Attorney Beamon consents to this request, however, Attorney Baier expressed an objection.

    The reason for this request is that plaintiff plans to schedule eighteen (18) depositions. We had previously scheduled them in September 2005, rescheduled them for February 2006, and now are faced with having to schedule them around plaintiff's counsel's trial calendar and a holiday week when it is expected that some of the officers may be on vacation leave.

                                        Very truly yours,

                                        Karen L. Mayer

KLM/sr

cc:    Stephanie Baier, Esq.
        Jonathan Beamon, Esq.