UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
HARTFORD

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| GARY SESSION PLAINTIFF | * * * | CIVIL ACTION NO. 3:03-CV-00943 (AWT) |
| VS. | * | |
| CITY OF NEW HAVEN; STEPHEN COPPOLA; AND EDWIN RODRIGUEZ | * * * * * * | JULY 6, 2006 |
| DEFENDANTS | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### OBJECTION TO PLAINTIFF'S MOTION OF ENLARGEMENT OF TIME IN WHICH TO COMPLETE PLAINTIFF'S DISCOVERY DATED JULY 5, 2006

Plaintiff's Motion of Enlargement of Time should be denied for the following reasons:

1. On May 10, 2006, the Court (*Martinez, J.*) held a telephonic conference to address Plaintiff's prior Motion to Extend Time for Plaintiff to Complete Discovery (Doc. #42).

2. The Court, at that time, noted that this case is from 2003 and questioned why Plaintiff's counsel had not filed a motion to compel sooner if she took issue with discovery compliance. (Tr. pp. 4-5).

3. Despite objection, the Court extended the discovery deadline from March 30, 2006, per the Rule 26f report, to July 14, 2006.

4. Rather than noticing the 18 depositions which Plaintiff's counsel represented she has not had

       the opportunity to take, she used her time to file two motions to compel against the individual defendants, after representing to the Court on May 10, 2006, that she did not intend to file a motion against them, and after acknowledging that she was satisfied that any further production would be in the possession of the City and not the individual defendants. (Tr. p.17).

5. The Court was clear that "a short period of time in order to wrap everything up, in view of the age of the case" would be ordered. (Tr. p. 19).

6. On May 15, 2006, Plaintiff's counsel wrote a letter to the Court seeking a month's extension of the order which the Court entered granting the extension after the telephonic conference on May 10th. (Exhibit A to Plaintiff's motion). No further order followed.

7. In response to the Court's order and concern over the age of the case, in addition to the individual defendants' position that they are immune from this lawsuit, the undersigned would not consent to a further continuance as relayed in Plaintiff's Counsel's letter. (Exhibit A to Plaintiff's motion).

8. The undersigned has not received any of the subpoenas Plaintiff's counsel represented that she had issued in her motion and believes that they were likely done in connection with this last minute motion.

9. The individual defendants, by their counsel, believe that any further extension is occasioned only by Plaintiff's failure to properly prosecute his case, which should not be permitted by the Court.

WHEREFORE, Plaintiff's Motion of Enlargement of Time should be denied in its entirety for all of the foregoing reasons.

THE DEFENDANTS,
STEPHEN COPPOLA AND EDWIN RODRIGUEZ

BY: _____/s/ STEPHANIE S. BAIER
Stephanie S. Baier
Susman, Duffy & Segaloff, P.C.
P. O. Box 1684
New Haven, CT  06507-1684
Phone: (203) 624-9830
Fax: (203) 562-8430
Federal Bar no:  ct25370

## CERTIFICATION

I hereby certify that on July 6, 2006, a copy of the foregoing Objection to Plaintiff's Motion for Enlargement of Time in Which to Complete Plaintiff's Discovery was filed electronically and swerved by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF system.

By:___/s/ Stephanie S. Baier
Stephanie S. Baier (ct25370)
Susman Duffy & Segaloff, P.C.
55 Whitney Avenue
P.O. Box 1684
New Haven, CT 06507
Telephone: (203) 624-9830
Facsimile: (203) 562-8430
Email:     sbaier@susmanduffy.com

V:\Client N-O\NHCITY\Session\Pleadings\Objection to Enlargement of Time 070606.doc