UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
HARTFORD

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| GARY SESSION | \* | CIVIL ACTION NO. |
| PLAINTIFF | \* | 303-CV-00943 (AWT) |
| | \* | |
| VS. | \* | |
| CITY OF NEW HAVEN; STEPHEN | \* | AUGUST 8, 2006 |
| COPPOLA; AND EDWIN | \* | |
| RODRIGUEZ | \* | |
| | \* | |
| DEFENDANTS | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## APPEARANCE

PLEASE ENTER THE APPEARANCE of Meghan K. Gallagher for the following defendants, Stephen Coppola and Edwin Rodriguez, in the above-entitled matter.

THE DEFENDANTS,

BY:  /s/ Meghan K. Gallagher
Meghan K. Gallagher
Federal Bar No. ct26914
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue
New Haven, Connecticut 06510
Phone: (203) 624-9830
Fax: (203) 562-8430
E-mail: mgallagher@susmanduffy.com

SUSMAN, DUFFY & SEGALOFF, P.C. · ATTORNEYS AT LAW
P.O.BOX 1684 · NEW HAVEN,CONNECTICUT 06507 · (203)624-9830 · JURIS NUMBER 62505

1

## **CERTIFICATION**

I hereby certify that on August 8, 2006 a copy of this appearance was file electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Meghan K. Gallagher
Meghan K. Gallagher
Federal Bar No. ct 26914
Susman, Duffy & Segaloff, P.C.
55 Whitney Ave.
New Haven, CT 06510
tel.:  203-624-9830
fax:  203-562-8430
email: mgallagher@susmanduffy.com

I:\Client N-O\NHCITY\Session\Pleadings\MKG Appearance.doc