UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **GARY SESSION** | : | CIVIL ACTION NO. |
|     Plaintiff | | 3:03 CV 00943 (AWT) |
| VS. | : | |
| **EDWIN RODRIGUEZ, ET AL.** | : | AUGUST 3, 2006 |
|     Defendants | | |

### MOTION TO WITHDRAW APPEARANCE OF <u>MARTIN S. ECHTER, ESQUIRE</u>

The undersigned attorney of record respectfully moves to withdraw my Appearance in the above-captioned matter.

Other counsel have long ago entered Appearances in addition to or in lieu of my representation.

My Appearance was filed when I was employed as a Deputy Corporation Counsel for the City of New Haven.

I am no longer employed in that capacity. I have not been employed by the City of New Haven and I have not done any work in this lawsuit since the Fall of 2004.

Respectfully submitted,

_____/S/
MARTIN S. ECHTER
Federal Bar No. ct07596
Law Office of Patricia A. Cofrancesco
89 Kimberly Avenue
East Haven, CT 06512
Phone: (203) 467-6003
Fax: (203) 467-6004

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

<u>Certificate of Service</u>

I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be FAXED and MAILED, postage prepaid, to:

Attorney Jonathan Beamon
Assistant Corporation Counsel
Office of Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

Attorney Thomas E. Katon
Attorney Stephanie Suzanne Baier
Attorney Karen Baldwin Kravetz
Susman, Duffy & Segaloff, PC
55 Whitney Avenue
P. O. Box 1684
New Haven, CT 06507 - 1684

Attorney Philip D. Russell
Law Offices of Philip D. Russell, LLC
66 Field Point Road
P. O. Box 1437
Greenwich, CT 06836

this 3rd day of August, 2006.

_____/S/
Martin S. Echter, Esquire

Case 3:03-cv-00943-AWT     Document 69     Filed 08/07/2006     Page 3 of 3