## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**GARY SESSION** : **CIVIL ACTION NO.**
     **Plaintiff** **3:03 CV 00943 (AWT)**
**VS.** :

**EDWIN RODRIGUEZ, ET AL.** : **AUGUST 3, 2006**
     **Defendants**

### NOTICE OF MANUAL FILING OF
### MOTION TO WITHDRAW APPEARANCE OF
### <u>MARTIN S. ECHTER, ESQUIRE</u>

The undersigned herewith gives Notice of Manual Filing of the

accompanying Motion to Withdraw Appearance of Martin S. Echter.

This office has had significant periodic difficulties utilizing the Internet.


Respectfully submitted,


_____/S/
MARTIN S. ECHTER
Federal Bar No. ct07596
Law Office of Patricia A. Cofrancesco
89 Kimberly Avenue
East Haven, CT 06512
Phone: (203) 467-6003
Fax: (203) 467-6004

Certificate of Service

I, Martin S. Echter, hereby certify that I have served the foregoing by causing a copy to be FAXED and MAILED, postage prepaid, to:

Attorney Jonathan Beamon
Assistant Corporation Counsel
Office of Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510

Attorney Thomas E. Katon
Attorney Stephanie Suzanne Baier
Attorney Karen Baldwin Kravetz
Susman, Duffy & Segaloff, PC
55 Whitney Avenue
P. O. Box 1684
New Haven, CT 06507 - 1684

Attorney Philip D. Russell
Law Offices of Philip D. Russell, LLC
66 Field Point Road
P. O. Box 1437
Greenwich, CT 06836

this 3rd day of August, 2006.

_____/S/
Martin S. Echter, Esquire