UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| GARY SESSION | \* | CIVIL NO.: 3:03CV00943 (AWT) |
| PLAINTIFF | \* | |
| vs. | \* | |
| | \* | |
| CITY OF NEW HAVEN, STEPHEN | | |
| COPPOLA; AND EDWIN RODRIGUEZ | \* | |
| | \* | AUGUST 15, 2006 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Defendants, Stephen Coppola and Edwin Rodriguez, through their attorneys, move for summary judgment on all claims set forth in the Plaintiff's Complaint pursuant to FED. R. CIV. P. 56(b).

DEFENDANTS,

/s/ Thomas E. Katon
Thomas E. Katon
Federal Bar No. ct 01565
Susman, Duffy & Segaloff, P.C.
55 Whitney Ave.
New Haven, CT 06510
tel.: 203-624-9830
fax: 203-562-8430
email: tkaton@susmanduffy.com

ORAL ARGUMENT REQUESTED

## **CERTIFICATION**

      I hereby certify that on August 15, 2006 a copy of the Defendants' Motion for Summary Judgment was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      /s/ Thomas E. Katon
      Thomas E. Katon
      Federal Bar No. ct 01565
      Susman, Duffy & Segaloff, P.C.
      55 Whitney Ave.
      New Haven, CT 06510
      tel.: 203-624-9830
      fax: 203-562-8430
      email: tkaton@susmanduffy.com