# New Haven Police Department

| Incident No | 46990 | Date | 07/25/99 | Time Started | 10:10 | Time Ended | 10:33 |

### WITNESS STATEMENT OF  ALBERT  MCCANN

I,  ALBERT          MCCANN                                    , date of birth  03/01/80

of  649 FIRST AVENUE                          , town/city of  WEST HAVEN        CT

make the following statement, without fear, threat, or promise.  I have been advised that any statement(s) made herein which I do not believe to be true, and which statement is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

PRESENT DURING THIS STATEMENT IS DETECTIVE PETISHA ADGER WHO WILL ALSO BE QUESTIONING MR. MCCANN.

Q.  MR. MCCANN CAN YOU GIVE ME YOUR FULL NAME, FIRST AND LAST, I NEED YOU TO SPELL YOUR LAST NAME FOR ME, YOUR DATE OF BIRTH AND YOUR HOME ADDRESS?

A.  ALBERT MCCANN.

Q.  CAN YOU SPELL YOUR LAST NAME FOR ME?

A.  M-C-C-A-N-N.

Q.  MR. MCCANN WHAT IS YOUR DATE OF BIRTH?

A.  3/1/80.

Q.  AND WHAT IS YOUR HOME ADDRESS?

A.  649 FIRST AVENUE.

Q.  AND WHERE'S THAT LOCATED AT?

A.  WEST HAVEN, CONNECTICUT.

Q.  AND WHAT IS YOUR HOME PHONE NUMBER?

A.  937-9422.

I HEREBY CERTIFY THAT THE DOCUMENT(S) ATTACHED HERETO ARE TRUE COPIES OF THE OFFICIAL RECORDS OF THE NEW HAVEN DEPARTMENT OF POLICE SERVICE.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____        Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

©1994 Hunt & Hanahan Computer Designs

46990

# New Haven Police Department

STATEMENT OF  ALBERT  MCCANN  (Cont.)

Q.  MR. MCCANN THIS STATEMENT IS NOW BEING TAKEN AT ONE UNION AVENUE, THIRD FLOOR, DETECTIVE BUREAU IS THAT CORRECT?

A.  YES.

Q.  MR. MCCANN ARE YOU UNDER THE INFLUENCE OF ANY NARCOTICS, MEDICINE OR ALCOHOL AT THIS TIME?

A.  NO.

Q.  NO?

A.  NO.

Q.  OKAY I NEED YOU TO SAY YES OR NO?

A.  [INAUDIBLE].

Q.  OKAY MR. MCCANN, MR. MCCANN CAN YOU READ, WRITE AND UNDERSTAND THE ENGLISH LANGUAGE?

A.  YES.

Q.  HOW MANY YEARS HAVE YOU COMPLETED IN SCHOOL MR. MCCANN?

A.  TWELVE.

Q.  MR. MCCANN ON THIS SAID DATE WHICH IS JULY 25, 1999 SOMEWHERE AROUND 1:50 A.M. THIS MORNING YOU WERE WITH SOME FRIENDS WHERE AN ALTERCATION TOOK PLACE IS THAT CORRECT?

A.  YES.

Q.  AND CAN YOU TELL ME ABOUT THIS INCIDENT WHICH OCCURRED AROUND 1:52 A.M., 1:50?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____        Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

# New Haven Police Department

STATEMENT OF  ALBERT  MCCANN  (Cont.)

A.  YES.  I WAS OVER MY FRIEND'S GIRLFRIEND HOUSE.  THEN AFTER WE LEFT THERE WE WAS RIDING DOWN THE STREET.  THEN SOME BOYS PULLED UP ON MY LEFT SIDE, BEEPED THE HORN AND I BEEPED BACK.  BUT THEN THEY PASSED US AND I WAS RIGHT BEHIND THEM.  THEN THE LIGHT TURNED GREEN THEN WE PULLED OFF AND I PASSED THEM.  AND I STOPPED RIGHT THERE ON THE CORNER OF COLUMBUS AND HOWARD AVE AT THE LIGHT AND HE PULLED UP ON THE LEFT AND HE ASKED ME WHAT'S UP.  THEN I SAID WHAT YOU MEAN WHAT UP.  AND THEN HE SAID TO HIS FRIEND, THE DRIVER'S SIDE SAYS TO HIS FRIEND IN THE PASSENGER SIDE TO PULL THAT OUT FROM UNDER THE SEAT.  AND THEN THAT'S WHEN I, THAT'S WHEN I DROVE OFF.  THEN I SEEN HIM POINTING A GUN AT ME AND START SHOOTING AT, AT THE TRUCK.  THEN I DUCK, I DUCK UNDER THE STEERING WHEEL.  THEN MY COUSIN [INAUDIBLE] MY FRIEND ON THE PASSENGER SIDE ASKED ME WHERE WAS THE HEAT OR THE GUN.  AND I TOLD HIM IT WAS UNDER THE SEAT WRAPPED UP.  AND THEN HE USED TO DEFEND US AND IT OVER ME BACK AT THEM.  AND I KEPT GOING.  AND MY COUSIN SAID HE WAS HIT.  AND HE ASKED ME TO TAKE HIM TO THE HOSPITAL.  HE SAID HE FEEL THAT IN HIS BACK.  SO I'M ON MY WAY TO THE HOSPITAL AND I'M SCARED.  AND I PASSED THE HOSPITAL.  I DIDN'T KNOW WHAT TO DO.  AND THE COPS CAME AND PULLED US OVER, TOLD US TO PUT OUR HANDS UP.  I TOLD THEM THAT MY COUSIN GOT SHOT.  AND HE TOOK US IN THE CAR.  AND THEY PUT MY COUSIN IN THE AMBULANCE.

Q.  OKAY ALBERT LET'S START FROM THE BEGINNING, YOU STATED YOU WERE WITH SOME FRIENDS AROUND 1:52 A.M. THIS MORNING ON COLUMBUS AVENUE AND YOU WENT TO GO VISIT A FRIEND, WHO IS THIS FRIEND?

A.  IT'S MY FRIEND'S GIRLFRIEND.

Q.  AND WHO'S YOUR FRIEND?

A.  JUAN.

Q.  JUAN WHAT?

A.  SCRUGGS.

Q.  OKAY AND WHOSE IN THE CAR WITH YOU BESIDES JUAN SCRUGGS?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____     Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  ALBERT  MCCANN   (Cont.)

A. MY COUSIN ANTHONY LUCKY.

Q. OKAY AND THIS GIRL WAS A GOOD FRIEND OF JUAN'S IS THAT CORRECT?

A. YES.

Q. AND WHAT'S HER NAME?

A. EBONY.

Q. OKAY SO YOU PULLED UP IN FRONT OF EBONY'S HOUSE, SHE RESIDES SOMEWHERE ON COLUMBUS AVENUE IS THAT CORRECT?

A. YES.

Q. DID YOU KNOW THE ADDRESS?

A. NO.

Q. WAS IT NEAR SOMETHING THAT YOU RECOGNIZE?

A. YES.

Q. WHAT WAS THAT?

A. GARAGE.

Q. OKAY TOWING GARAGE OR SOME-?

A. A TOWING GARAGE.

Q. OKAY AS YOU PULL UP TO EBONY'S APARTMENT DID ANYBODY GET OUT THE VEHICLE?

A. NO.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____     Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  ALBERT  MCCANN  (Cont.)

Q.  YOU WERE IN A VEHICLE IS THAT CORRECT?

A.  YES.

Q.  WHAT KIND OF VEHICLE WAS THIS?

A.  A RED SUZUKI JEEP.

Q.  AND WHO DID THE VEHICLE BELONG TO?

A.  MY MOTHER.

Q.  YOUR MOTHER?

A.  YES.

Q.  AND WHO WAS DRIVING?

A.  I WAS.

Q.  AND WHOSE ON THE PASSENGER SEAT?

A.  MY FRIEND.

Q.  THAT'S JUAN?

A.  YES.

Q.  AND YOUR COUSIN WAS IN THE BACK?

A.  YES.

Q.  YOU SAID NOBODY GOT OUT THE VEHICLE IS THAT CORRECT?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____     Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

## New Haven Police Department

STATEMENT OF <u>ALBERT</u> <u>MCCANN</u> (Cont.)

A. YES.

Q. DID ANYBODY TRY TO MAKE CONTACT WITH EBONY?

A. UH YEAH.

Q. AND HOW DID YOU GO ABOUT IT?

A. BEFORE WE HAD WENT THERE WE USED A PAY PHONE.

Q. WAS SHE HOME?

A. YES.

Q. SO WHEN YOU GOT THERE WAS SHE HOME?

A. YES.

Q. SHE WAS HOME WHEN YOU ARRIVED OVER THERE?

A. WELL YEAH SHE WAS THERE.  WE BEEPED THE HORN.  WELL WE THINK, WE SEE SOMEBODY LOOKING OUT THE WINDOW, WE BEEPED THE HORN BUT, THEN SHE, THEN NOBODY COME OUT.

Q. OKAY?

A. [INAUDIBLE].

Q. OKAY SO SHE DIDN'T COME OUT?

A. NO.

Q. AFTER YOU BEEPED THE HORN?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  ALBERT  MCCANN  (Cont.)

A. HER LITTLE BROTHER CAME OUT.

Q. DID HE SAY ANYTHING?

A. NO.

Q. OKAY?

A. HE JUST CAME OUT [INAUDIBLE].

Q. SO YOU GUYS DECIDED TO LEAVE IS THAT CORRECT?

A. YES.

Q. DID YOU START DRIVING BACK DOWN COLUMBUS AVENUE?

A. WENT STRAIGHT DOWN.

Q. OKAY TOWARDS BOULEVARD OR TOWARDS HOWARD AVENUE?

A. TOWARD HOWARD AVENUE.

Q. OKAY AS YOU'RE DRIVING DOWN COLUMBUS YOU STATED TO ME AND DETECTIVE ADGER THAT YOU OBSERVED A VEHICLE, THIS CORRECT?

A. YES.

Q. AND THIS VEHICLE WAS KIND OF SUSPICIOUS TO YOU?

A. UH [INAUDIBLE] YEAH.

Q. CAN YOU DESCRIBE THIS VEHICLE TO ME?

A. IT WAS A LIGHT BLUE HONDA.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____     Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  ALBERT  MCCANN  (Cont.)

Q.  OKAY THIS LIGHT BLUE HONDA AT THIS TIME DID YOU SEE HOW MANY PEOPLE WERE IN THE CAR?

A.  NO.

Q.  SO YOU STATE THIS BLUE HONDA, DID THE VEHICLE PASS YOU OR DID YOU PASS THE VEHICLE?

A.  THE VEHICLE PASSED ME.

Q.  OKAY ON THE LEFT OR RIGHT HAND SIDE?

A.  ON THE LEFT.

Q.  AS THE VEHICLE PASSED YOU ON THE LEFT HAND SIDE YOU STATED THAT YOU STOPPED AT A STOP LIGHT IS THAT CORRECT?

A.  YES.

Q.  DO YOU RECALL WHERE THIS, WAS THIS ON HOWARD AVENUE AT THE TIME?

A.  NO.

Q.  WAS IT BEFORE HOWARD?

A.  YES.

Q.  DO YOU RECALL THE STREETS THERE, COLUMBUS AND THE OTHER STREETS?

A.  COLUMBUS AVENUE AND WASHINGTON.

Q.  OKAY SO AT COLUMBUS AND WASHINGTON YOU STOPPED.  WHILE YOU DID YOU PASSED THE VEHICLE OUT THEN?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____        Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  ALBERT  MCCANN  (Cont.)

A.  YEAH WHEN THE LIGHT TURNED.

Q.  OKAY AND YOU DRIVE TO THE NEXT LIGHT?

A.  YEAH.

Q.  WHICH IS HOWARD AND COLUMBUS, AM I CORRECT?

A.  YES.

Q.  WHILE YOU'RE AT THE LIGHT THERE YOU STATE YOU HAD WORDS WITH THE PASSENGER OR PASSENGERS OF THE VEHICLE, OF THE HONDA IS THAT CORRECT?

A.  YES.

Q.  AT THIS TIME DID YOU RECOGNIZE HOW MANY PEOPLE WERE IN THE VEHICLE?

A.  YES.

Q.  AND HOW MANY WAS THAT?

A.  THREE.

Q.  WERE THEY WHITE, BLACK, HISPANIC?

A.  HISPANICS.

Q.  OKAY DID THEY SAY ANYTHING TO YOU?

A.  YES.

Q.  AND WHAT WAS THAT?

A.  WHAT UP.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  ALBERT  MCCANN  (Cont.)

Q.  AND DID YOU REPLY?

A.  I SAID YEAH WHAT YOU MEAN WHAT UP.

Q.  AND WHAT HAPPENED NEXT?

A.  BUT THEN THE DRIVER ASKED THE PASSENGER TO GET THAT OUT FROM UNDERNEATH, UNDER THE SEAT.

Q.  OKAY YOU HEARD THE DRIVER OF THE HONDA?

A.  I HEARD HIM.

Q.  TELL THE PASSENGER OF THE HONDA TO GET SOMETHING OUT THE SEAT?

A.  YES.

Q.  WHAT WAS THE EXACT WORDS HE USED?

A.  HE SAID YO, GET THAT FROM OUT THE SEAT.

Q.  GET THAT FROM OUT THE SEAT?

A.  YEAH GET IT OUT FROM UNDER THE SEAT.

Q.  UNDER THE SEAT OKAY, WHAT DID YOU DO NEXT?

A.  I LEFT.

Q.  OKAY WHY DID YOU LEAVE SO QUICK DID YOU FEAR SOMETHING WAS GONNA HAPPEN?

A.  YES.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

## New Haven Police Department

STATEMENT OF <u>ALBERT</u> <u>MCCANN</u> (Cont.)

Q. SO ONCE YOU WENT THROUGH THE LIGHT, THROUGH THE INTERSECTION OF COLUMBUS AND HOWARD, YOU WERE GOING STRAIGHT DOWN COLUMBUS IS THAT CORRECT?

A. YES.

Q. AND THE VEHICLE WAS ON YOUR LEFT HAND SIDE?

A. YES.

Q. DID IT TURN ANYWHERE OR WENT STRAIGHT?

A. TURNED.

Q. ONTO HOWARD AVENUE?

A. YES.

Q. LEFT OR RIGHT?

A. LEFT.

Q. OKAY ONCE THE VEHICLE TURNED LEFT AND YOU CONTINUE DOWN COLUMBUS TOWARDS CHURCH STREET SOUTH WHAT HAPPENED?

A. THEN THE PASSENGER PULLED OUT A GUN.

Q. DID YOU SEE THIS?

A. YES I DID.

Q. DID YOU SEE WHAT TYPE OF GUN HE HAD?

A. NO.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____   Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  ALBERT  MCCANN  (Cont.)

Q. WHEN HE PULLED OUT THE GUN DID HE FIRE?

A. YES.

Q. HOW MANY SHOTS?

A. HAD TO BEEN AROUND EIGHT OR NINE.

Q. OKAY SO THE PASSENGER OF THE BLUE HONDA STARTS FIRING AT YOU, ANTHONY AND JUAN IS THAT CORRECT?

A. YES.

Q. WHAT HAPPENS NEXT AS THE PASSENGER'S FIRING GUNSHOTS AT YOU?

A. I'M TRYING TO GET AWAY SO I'M DUCKING AND I'M TRYING TO GET US AWAY.

Q. OKAY YOU THEN STATE THAT JUAN ASKED YOU WHERE THE HEAT WAS IS THAT CORRECT?

A. YES.

Q. WHAT DO YOU MEAN BY HEAT?

A. THE GUN.

Q. OKAY SO YOU HAD A GUN IN THE MOTOR VEHICLE?

A. YES.

Q. OKAY AND WHO DOES THE GUN BELONG TO?

A. ME.

Q. CAN YOU TELL ME WHAT TYPE OF WEAPON IT WAS?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

## New Haven Police Department

STATEMENT OF <u>ALBERT</u> <u>MCCANN</u> (Cont.)

A. IT WAS A BERRETTA.

Q. DO YOU KNOW WHAT TYPE, 9MM, .380?

A. NO.

Q. OKAY WHAT COLOR WAS THE WEAPON?

A. IT WAS BLACK.

Q. WAS IT AN AUTOMATIC OR WAS IT A REVOLVER?

A. AUTOMATIC.

Q. OKAY SO JUAN ASKED YOU FOR THE HEAT AND WHAT DID YOU TELL JUAN?

A. I TOLD HIM THAT IT WAS IN THE BACK.

Q. WHEN YOU STATE IN THE BACK WHERE IN THE BACK?

A. IN THE BACK OF THE, IN BACK, IN BACK OF THE SEAT, IN THE BACK SEAT LIKE.

Q. IN BACK OF YOUR SEAT OR IN THE BACK SEAT?

A. IN THE BACK SEAT LIKE, LIKE IN THE BACK OF MY SEAT.

Q. OKAY ON THE FLOOR?

A. YES.

Q. WHAT HAPPENS NEXT?

A. THEN HE TOOK IT AND HE WAS JUST, HE WAS, HE WAS DEFENDING US.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____     Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

# New Haven Police Department

STATEMENT OF <u>ALBERT</u> <u>MCCANN</u> (Cont.)

Q. OKAY WHEN YOU MEAN DEFENDING YOU DID YOU SEE JUAN GRAB THE GUN?

A. [NO RESPONSE HEARD].

Q. WAS THE GUN BARE OR WAS IT WRAPPED UP IN SOMETHING?

A. UH I THINK IT WAS WRAPPED UP, IT WAS WRAPPED UP.

Q. IN WHAT?

A. A SHIRT.

Q. DO YOU REMEMBER THE COLOR OF THE SHIRT?

A. LIKE TAN.

Q. OKAY SO ONCE HE TOOK THE GUN OUT DID JUAN DO ANYTHING WITH IT?

A. AND I KNOW HE REACHED, HE REACHED OVER ME.

Q. OKAY WHEN YOU MEAN HE REACHED OVER YOU DID HE REACH OVER YOU WITH HIS ARM OR HIS BODY AND DID HE REACH TOWARDS YOUR WINDOW OR DID HE REACH TOWARDS THE BACK?

A. HE REACHED TOWARDS THE WINDOW.

Q. OKAY?

A. WITH HIS ARM AND HIS BODY.

Q. SO HE'S USING HIS ARM AND BODY?

A. YES.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  ALBERT  MCCANN  (Cont.)

Q. AND ONCE HE DID THAT WHAT HAPPENED NEXT?

A. AND THEN I HEARD SOME SHOTS GO OFF.

Q. OKAY THESE SHOTS DID THEY COME FROM JUAN?

A. I HEARD THEM IN MY EAR.

Q. OKAY YOU HEARD THEM IN YOUR EAR, HOW MANY DID YOU HEAR IN YOUR EAR?

A. ABOUT TWO.

Q. OKAY AFTER YOU HEARD THE SHOTS THE SHOOTING STOPPED IS THAT CORRECT?

A. YES.

Q. OKAY AND ONCE THE SHOOTING STOPPED YOU STATED THAT YOUR COUSIN SAID SOMETHING TO YOU, WHAT WAS THAT?

A. HE SAID HE WAS HIT.

Q. WHEN YOU MEAN HIT WHAT DO YOU MEAN BY THAT?

A. HE WAS SHOT.

Q. OKAY HE SAID HE WAS SHOT, DID HE SAY ANYTHING ELSE?

A. YEAH HE SAID HE FEEL IT IN HIS BACK.

Q. HE SAID HE FEELS IT IN HIS BACK?

A. YEAH HE SAID HIS BACK, I SAID YOU, I ASKED HIM IF HE GOT HIT.  HE SAID YEAH HIS BACK.

Q. OKAY DID HE SAY ANYTHING ELSE?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  ALBERT  MCCANN  (Cont.)

A.  HE SAID HE CAN HARDLY BREATH.

Q.  WHAT HAPPENED NEXT?

A.  HE SAID TAKE HIM TO THE HOSPITAL, THAT'S IT.

Q.  OKAY AND WHEN YOU SAID TAKE HIM TO THE HOSPITAL, WHAT HOSPITAL WERE YOU GOING TO?

A.  YALE.

Q.  OKAY YOU STATED THAT YOU STARTED DRIVING TOWARDS THE HOSPITAL BUT YOU REMEMBER PASSING THE HOSPITAL IS THAT CORRECT?

A.  YUP.

Q.  IS THAT CUZ YOU WERE SCARED OR NERVOUS?

A.  YES AND I REALLY DIDN'T KNOW, KNOW THE WAY, WHICH WAY TO GO.

Q.  OKAY SO ONCE YOU PASSED THE HOSPITAL YOU STATED YOU WENT AROUND THE BLOCK OR YOU DROVE AROUND?

A.  WHEN I PA-, YES.

Q.  OKAY YOU SAID YOU WERE THEN STOPPED BY POLICE OFFICERS IS THAT CORRECT?

A.  YES.

Q.  AND THAT THEY ASKED YOU TO GET OUT THE VEHICLE?

A.  YES.

Q.  AT THIS TIME YOU AND JUAN TOLD THE OFFICERS THAT YOUR COUSIN WAS SHOT, ANTHONY, IS THAT CORRECT?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  ALBERT  MCCANN  (Cont.)

A. YES.

Q. ONCE ANTHONY WAS, ONCE THE OFFICERS KNEW ANTHONY WAS SHOT THEY DID GIVE HIM MEDICAL TREATMENT, THEY HAD MEDICAL PERSONNEL COME DOWN TO TREAT HIM?

A. YES.

Q. ONCE ANTHONY WAS TAKEN TO THE HOSPITAL WAS ANYTHING LOCATED IN THE VEHICLE?

A. YES.

Q. AND WHAT WAS THAT?

A. A GUN.

Q. IS THAT THE SAME GUN THAT WAS YOURS?

A. YES.

Q. WAS IT THE SAME GUN THAT JUAN USED TO FIRE THE TWO SHOTS?

A. YES.

Q. DID ANYBODY TELL THE OFFICERS THE GUN WAS THERE?

A. NO.

Q. DID YOU RECALL WHERE THEY LOCATED THE WEAPON?

A. YES.

Q. AND WHERE WAS THAT?

A. UNDER THE SEAT.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____     Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  ALBERT  MCCANN  (Cont.)

Q. THE PASSENGER SEAT?

A. YES.

Q. OKAY PRIOR TO THIS STATEMENT ALBERT DETECTIVE ADGER HAD A PREINTERVIEW WITH YOU IS THAT CORRECT?

A. YES.

Q. OKAY YOU TALKED ABOUT WHAT HAPPENED TODAY?

A. YES.

Q. AND PRIOR TO THAT BEFORE THE PREINTERVIEW STARTED DETECTIVE ADGER SHOWED YOU A MIRANDA FORM, POLICE ISSUED MIRANDA FORM WITH YOUR RIGHTS, IS THAT CORRECT?

A. [NO RESPONSE HEARD].

Q. RIGHT, WHEN I TALKED TO YOU PRIOR TO THIS TAPED STATEMENT I READ YOU YOUR RIGHTS?

A. YES.

Q. IS THAT CORRECT?

A. YES.

Q. AND WHEN I READ YOU YOUR RIGHTS I ASKED YOU TO ALSO READ YOUR RIGHTS IS THAT CORRECT?

A. YES.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  ALBERT  MCCANN  (Cont.)

Q. THEN I ASKED YOU TO INITIAL EACH LINE OF THOSE RIGHTS AND TO SIGN THE BOTTOM OF THAT WAIVER FORM?

A. YES.

Q. AND YOU UNDERSTOOD AT THAT TIME THAT YOU DID WAIVE YOUR RIGHTS TO THE NEW HAVEN POLICE DEPARTMENT AND TO EACH DETECTIVE THAT TALKS TO YOU AT THAT POINT?

A. YES.

Q. IT SHOULD BE NOTED THAT DETECTIVE ADGER DID SIGN THE WITNESS, THE WAVIER FORM AND THAT ALBERT DID WAIVE HIS RIGHTS, ALBERT AT ANY TIME WHILE YOU WERE IN THE VEHICLE PRIOR TO JUAN COMING OVER YOU WITH THE GUN DID YOU HEAR THE WEAPON GO OFF IN THE VEHICLE?

A. NO.

Q. AT ANY TIME DID YOU HEAR YOUR COUSIN ANTHONY YELL OR ANYTHING?

A. NO.

Q. WHILE THIS INCIDENT WAS OCCURRING, YOU STATED IT HAPPENED SOMEWHERE AROUND 1:52 A.M. IN THE MORNING, WAS IT DAYLIGHT OR WAS IT DARK?

A. IT WAS DARK.

Q. OKAY AND THE STREET THAT YOU WERE ON WHICH WAS COLUMBUS NEAR HOWARD, HOW WAS THE LIGHTING THERE?

A. IT HAD A COUPLE OF STREET LIGHTS.

Q. SO IT WAS KIND OF LIT UP THE INTERSECTION?

A. YEAH.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____      Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF   ALBERT   MCCANN   (Cont.)

Q. YOU DID DESCRIBE OR YOU DID STATE TO MYSELF AND DETECTIVE ADGER THAT THERE THREE HISPANIC MALES IN THE VEHICLE AND THAT YOU NOTICED THAT WHILE YOU WERE ON HOWARD AND COLUMBUS PARKED AT THE LIGHT, COULD YOU IDENTIFY THESE SUBJECTS AGAIN IF YOU SAW THEM?

A. YES.

Q. AND COULD YOU IDENTIFY THE PASSENGER WHO HAD THE WEAPON WHO FIRED AT YOU AND YOUR FRIENDS AND YOUR COUSIN?

A. YES.

Q. CAN YOU DESCRIBE TO ME AND DETECTIVE ADGER ANYTHING, MARKINGS OR ANYTHING PARTICULAR ABOUT THE THREE SUBJECTS OR WHAT THEY WERE WEARING?

A. NO.

Q. YOU HAD SEEN ONE OF THE SUBJECTS IN THE BACK SEAT PRIOR TO THE SHOOTING TODAY IS THAT CORRECT?

A. THAT I SEEN HIM.

Q. UM-HM, THE HISPANIC MALE YOU TALKED TO ME ABOUT IN THE BACK SEAT OF THAT HONDA?

A. YEAH IT LOOK LIKE I SEEN HIM BEFORE.

Q. AND WHERE WAS THAT, WHAT PART OF THE AREA OF THE CITY DID YOU SEE?

A. FAIR HAVEN.

Q. OKAY DO YOU KNOW HIS NAME?

A. NO [INAUDIBLE] AROUND.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____     Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  ALBERT  MCCANN  (Cont.)

Q.  DO YOU KNOW WHERE IN FAIR HAVEN HE HANGS OUT?

A.  ON GRAND.

Q.  GRAND AND?

A.  [INAUDIBLE].

Q.  GRAND AVENUE?

A.  YEAH AROUND THERE.

Q.  OKAY NOW GRAND AVENUE IS A LONG STREET, ANYWHERE?

A.  MAYBE BETWEEN BLATCHLEY AND POPLAR.

Q.  OKAY IS HE KNOWN SUBJECT TO FREQUENT, IS HE A PLAYER, IS HE?

A.  I DON'T KNOW.

Q.  OKAY HOW OLD DO YOU THINK THESE THREE GUYS WERE?

A.  UH.

Q.  WHAT AGE?

A.  EARLY TWENTIES.

Q.  NOW THE WEAPON THAT THE SUBJECT HAD POINTING OUT THE PASSENGER SIDE DID YOU SEE IF IT WAS AN AUTOMATIC OR A REVOLVER?

A.  I THINK IT WAS A AUTOMATIC.

Q.  DO YOU REMEMBER THE COLOR?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF <u>ALBERT</u> <u>MCCANN</u> (Cont.)

A. NO.

Q. GETTING BACK TO THE WEAPON, YOU STATED IN THE PREINTERVIEW AND DURING THIS STATEMENT THAT THE WEAPON BELONGED TO YOU IS THAT CORRECT?

A. YES.

Q. AND THAT YOU HAD IT FOR PROTECTION?

A. YES.

Q. DID YOU BUY THE WEAPON?

A. NO.

Q. WAS IT GIVEN TO YOU?

A. YES.

Q. AND ISN'T IT TRUE THAT YOU WRAPPED THE WEAPON UP IN THAT SHIRT?

A. YES.

Q. AND YOU KEPT IT UNDER YOUR, THE DRIVER'S SEAT?

A. YES.

Q. AND AGAIN YOU STATED THAT YOU HAD THE WEAPON FOR PROTECTION, HOW COME WAS THAT, WHY WAS THAT?

A. JUST IN CASE, BAD NEIGHBORHOOD.

Q. OKAY SO YOU FREQUENT BAD NEIGHBORHOODS WITHIN THE CITY IS THAT CORRECT?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

## New Haven Police Department

STATEMENT OF <u>ALBERT</u>  <u>MCCANN</u>  (Cont.)

A.  I DON'T UNDERSTAND.

Q.  YOU HAD THE WEAPON BECAUSE YOU HUNG OUT IN BAD AREAS WITHIN THE CITY OF NEW HAVEN IS THAT CORRECT?

A.  UH YEAH.

Q.  GETTING BACK TO THE WEAPON AGAIN, YOU SAY IT WAS PROTECTION, PROTECTION FOR YOURSELF OR PROTECTION FOR YOUR FRIENDS, CAN YOU ELABORATE A LITTLE MORE ON WHY YOU HAD THE WEAPON?

A.  I NEED PROTECTION FOR MYSELF, MY FRIEND.

Q.  OKAY HAVE ANY OTHER QUESTIONS DETECTIVE ADGER?

A.  [NO RESPONSE HEARD].

Q.  HOW LONG HAVE YOU KNOWN JUAN SCRUGGS?

A.  ABOUT, ABOUT SEVEN YEARS.

Q.  OKAY AND ANTHONY LUCKY IS YOUR COUSIN IS THAT CORRECT?

A.  YES.

Q.  IS THERE ANYTHING ELSE ALBERT YOU CAN ADD TO THIS STATEMENT WHICH CAN AID THESE INVESTIGATORS IN THIS INVESTIGATION?

A.  NO.

Q.  ALBERT ONE MORE QUESTION, GETTING BACK TO THE VEHICLE THE THREE HISPANICS WERE DRIVING, YOU SAID IT WAS SOME TYPE OF HONDA, DO YOU KNOW WHAT TYPE OF HONDA?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____     Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  ALBERT  MCCANN  (Cont.)

A. I'M NOT SURE.

Q. WAS IT AN OLDER OR NEWER MODEL?

A. IT WAS LIKE A OLDER ONE.

Q. OKAY AND YOU DID STATE AGAIN THAT YOU MIGHT'VE RECOGNIZED THE SUBJECT IN THE BACK SEAT FROM, TO FREQUENT THE FAIR HAVEN SECTION OF THE CITY?

A. YES.

Q. ALBERT ONCE THIS STATEMENT IS TYPED AND YOU HAVE A CHANCE TO READ IT WILL YOU BE WILLING TO SIGN IT AS A TRUE STATEMENT TO THE BEST OF YOUR KNOWLEDGE?

A. CAN YOU REPEAT THAT AGAIN.

Q. ONCE WE HAVE THIS TAPED STATEMENT TYPED UP AND WE GIVE YOU A CHANCE TO READ THE WHOLE STATEMENT WILL YOU BE WILLING TO SIGN IT AS A TRUE STATEMENT?

A. YES.


THIS STATEMENT IS COMPLETE AT 10:33.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____