## New Haven Police Department

Incident No __46990__   Date __07/25/99__   Time Started __8:39__   Time Ended __9:00__

WITNESS STATEMENT OF __JUAN__   __SCRUGGS__

I, __JUAN__   __SCRUGGS__   , date of birth __09/25/82__

of __125 OLSON DRIVE__   , town/city of __ANSONIA__   __CT__

make the following statement, without fear, threat, or promise. I have been advised that any statement(s) made herein which I do not believe to be true, and which statement is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

Q. DO YOU JUAN SCRUGGS GIVE THE FOLLOWING STATEMENT TO DETECTIVE EDWIN RODRIGUEZ AND DETECTIVE STEPHEN COPPOLA OF THE NEW HAVEN POLICE DEPARTMENT OF YOUR OWN FREE WILL WITHOUT ANY FEARS, THREATS OR PROMISES KNOWING FULL WELL WHATEVER IS CONTAINED IN THIS STATEMENT CAN BE AND WILL BE USED IN A COURT OF LAW?

A. YES.

Q. CAN I HAVE YOUR FULL NAME AND CAN YOU SPELL YOUR LAST NAME FOR ME?

A. JUAN ARICK SCRUGGS, THAT'S S-C-R-U-G-G-S.

Q. AND JUAN WHAT IS YOUR DATE OF BIRTH?

A. 09/25/82.

Q. JUAN WHAT IS YOUR HOME ADDRESS?

A. 125 OLSON DRIVE.

Q. AND WHERE IS THAT LOCATED AT?

A. ANSONIA.

Q. JUAN WHAT IS YOUR HOME PHONE NUMBER?

A. DON'T HAVE ONE RIGHT NOW.

I HEREBY CERTIFY THAT THE DOCUMENT(S) ATTACHED HERETO ARE TRUE COPIES OF THE OFFICIAL RECORDS OF THE NEW HAVEN DEPARTMENT OF POLICE SERVICE

Sgt Roger Yow
8-14-06

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____   Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

©1994 Hunt & Hanahan Computer Designs

46990

# New Haven Police Department

STATEMENT OF <u>JUAN</u> <u>SCRUGGS</u> (Cont.)

Q. OKAY JUAN HOW MANY YEARS HAVE YOU COMPLETED IN SCHOOL?

A. UM TEN.

Q. CAN YOU READ, WRITE AND UNDERSTAND THE ENGLISH LANGUAGE?

A. YES.

Q. JUAN AT THIS TIME ARE YOU UNDER THE INFLUENCE OF ANY NARCOTICS, MEDICATION OR ALCOHOL?

A. NO.

Q. JUAN THIS STATEMENT IS NOW BEING TAKEN AT ONE UNION AVENUE, THIRD FLOOR DETECTIVE BUREAU IS THAT CORRECT?

A. YES.

Q. JUAN PRIOR TO THIS STATEMENT WE DID A PREINTERVIEW IS THAT CORRECT?

A. YES.

Q. AND DURING THE PREINTERVIEW ISN'T IT TRUE THAT YOU WERE GIVEN A NEW HAVEN POLICE DEPARTMENT MIRANDA FORM?

A. YES.

Q. WITH YOUR RIGHTS?

A. YES.

Q. AND ISN'T IT TRUE THAT YOU READ IT?

A. YES.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF <u>JUAN</u> <u>SCRUGGS</u> (Cont.)

Q. AND ISN'T IT TRUE THAT YOU UNDERSTOOD YOUR RIGHTS?

A. YES.

Q. AND BY UNDERSTANDING YOUR RIGHTS YOU DID INITIAL EACH OF 'EM?

A. YES.

Q. AND SIGNED THE WAIVER?

A. YES.

Q. WAIVING YOUR RIGHTS?

A. YES.

Q. AND DETECTIVE COPPOLA AND MYSELF DID WITNESS THE WAIVER FORM?

A. YES.

Q. OKAY NOW GETTING BACK TO THIS STATEMENT ON JULY 25, 1999, JUAN AT APPROXIMATELY 1:52 IN THE MORNING ISN'T IT TRUE THAT YOU AND SOME FRIENDS WERE INVOLVED IN SOME TYPE OF ALTERCATION AT HOWARD AND CONGRESS AVENUE?

A. YES.

Q. IN YOUR OWN WORDS CAN YOU TELL ME WHAT HAPPENED?

A. WELL AFTER LEAVING A GIRLFRIEND HOUSE WE ON THE WAY TO THE STOP SIGN OF THE, WELL THE LIGHT OF COLUMBUS AND HOWARD WE WERE CUT OFF BY SOME PUERTO RICAN FELLAS AND THE DRIVER OF THE VEHICLE I WAS IN CUT THEM BACK OFF.  SO THEY CUT US BACK OFF AND THEY EXCHANGED WORDS WITH THE DRIVER OF THE VEHICLE I WAS IN AND AFTER WE GOT HALFWAY PASS BEIRNE'S ON COLUMBUS AVENUE SHOTS WERE FIRED FROM

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

Page   3   Of   26

# New Haven Police Department

STATEMENT OF  JUAN  SCRUGGS  (Cont.)

THE OTHER VEHICLE AND DURING THAT TIME PEOPLE IN OUR VEHICLE DUCKED AND IN THE SAME BREATH I CAME AFTER PULLING A .380 GUN FROM THE TEE SHIRT AND ACCIDENTALLY PULLING THE TRIGGER AND NOT KNOWING SHOOTING MY FRIEND ANTHONY LUCKY IN THE RIGHT NIPPLE.

Q.  LET'S GO BACK TO THE BEGINNING, JUAN, YOU STATED THAT YOU AND SOME FRIEND OVER A GIRL'S HOUSE IS THAT CORRECT?

A.  RIGHT.

Q.  AND WHO IS YOUR FRIENDS?

A.  ALBERT MCCANN AND ANTHONY LUCKY.

Q.  OKAY AND YOU'RE OVER A GIRL'S HOUSE?

A.  NO, WE WENT TO VISIT A GIRL.

Q.  WHERE WAS THIS AT?

A.  ON COLUMBUS AVENUE.

Q.  ON COLUMBUS AVENUE?

A.  YES.

Q.  DO YOU KNOW THE ADDRESS?

A.  NO, I'M NOT SURE OF THE ADDRESS.

Q.  AND WHO IS THIS GIRL?

A.  HER NAME IS EBONY SHE'S A FRIEND OF MINE.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____     Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

## New Haven Police Department

STATEMENT OF  JUAN  SCRUGGS  (Cont.)

Q. DO YOU KNOW HER LAST NAME?

A. NO, I DO NOT.

Q. IS SHE A WHITE FEMALE OR A BLACK FEMALE?

A. SHE'S A BLACK FEMALE.

Q. HOW LONG WERE OVER EBONY'S?

A. WELL I WAS ONLY GOING TO KNOCK ON THE DOOR TO SEE HOW SHE WAS DOING, TALK FOR A LITTLE BIT BUT I WENT TO HER HOUSE AND NO ONE CAME TO THE DOOR SO.

Q. SO SHE WASN'T AT HOME?

A. NO, SHE WASN'T OR IF SHE WAS, SHE WAS SLEEPING.

Q. OKAY YOU STATE THAT YOU'RE WITH ALBERT AND ANTHONY ARE YOU GUYS WALKING, ARE YOU IN A VEHICLE?

A. WE'RE IN A VEHICLE.

Q. OKAY AND WHAT KIND OF VEHICLE IS THIS?

A. A SUZUKI JEEP.

Q. OKAY AND WHAT COLOR IS THE SUZUKI?

A. RED.

Q. OKAY AND WHO'S DRIVING?

A. ALBERT.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____        Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  JUAN  SCRUGGS  (Cont.)

Q.  WHO DOES THE VEHICLE BELONG TO?

A.  ALBERT'S MOTHER.

Q.  OKAY NOW WHEN YOU LEAVE EBONY'S APARTMENT CUZ SHE'S NOT HOME WHERE ARE YOU SITTING IN THE VEHICLE?

A.  IN THE PASSENGER SIDE.

Q.  AND WHO IS DRIVING?

A.  ALBERT.

Q.  AND I GUESS ANTHONY'S IN THE BACK?

A.  YES.

Q.  IS HE ON THE RIGHT BACK OR IN BACK OF THE DRIVER SIDE?

A.  WELL HE WAS SORT A IN THE MIDDLE.

Q.  OKAY YOU GUYS START DRIVING DOWN COLUMBUS YOU STATE?

A.  YES.

Q.  AND AS YOU'RE DRIVING DOWN COLUMBUS YOU STATE YOU OBSERVED A VEHICLE IN BACK OF YOU IS THAT CORRECT?

A.  YES.

Q.  DO YOU RECALL WHAT TYPE OF VEHICLE THIS WAS?

A.  NO, I DON'T.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____     Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF JUAN SCRUGGS (Cont.)

Q. DID YOU SEE WHO WAS IN THE VEHICLE?

A. YES.

Q. WHO?

A. THREE HISPANIC MALES.

Q. AND THESE HISPANIC MALES CAN YOU DESCRIBE THEM AT ALL?

A. NO, NOT REALLY.

Q. BUT YOU KNEW THEY WERE HISPANIC MALES HOW?

A. YES, BECAUSE YOU, HISPANIC MALES YOU CAN RECOGNIZE HISPANIC MALES BECAUSE I'M HALF HISPANIC MYSELF.

Q. OKAY UM WAS THE VEHICLE DOING ANYTHING?

A. WELL IT CUT US OFF ALMOST AT THE CORNER OF, BEFORE WE GOT THE CORNER OF COLUMBUS AND HOWARD.

Q. OKAY BUT I MEAN PRIOR TO SEEING THE VEHICLE IN BACK OF YOU WHAT MADE YOU NOTICE THAT VEHICLE?

A. WELL LOUD MUSIC AND SWERVING AND GOING AROUND CARS ABOUT.

Q. OKAY IT WAS PASSING OTHER VEHICLES?

A. YEAH IT WASN'T REALLY, I WASN'T REALLY PAYING IT ANY ATTENTION.

Q. OKAY SO YOU SAY AS YOU'RE DRIVING DOWN THE VEHICLE WITH THE THREE HISPANIC PASSENGERS IT PASSES YOU ON THE RIGHT OR ON THE LEFT?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____     Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

## New Haven Police Department

STATEMENT OF <u>JUAN</u> <u>SCRUGGS</u> (Cont.)

A. IT PASSES ME ON THE LEFT.

Q. OKAY UM WHAT HAPPENS THEN?

A. THEY CUT US OFF THEN AND THEN.

Q. WHEN YOU MEAN CUT YOU OFF LIKE WHAT DO YOU MEAN BY THAT, FIRST THEY PASSED YOU OUT?

A. ACTUALLY, THEY CAME FROM IN BACK OF US ON THE SIDE OF US.

Q. ON THE LEFT HAND SIDE?

A. YES.

Q. OKAY?

A. AND SWERVED IN FRONT OF US.

Q. OKAY SO THAT'S WHAT YOU MEAN BY CUT OFF?

A. YES.

Q. OKAY BUT THE CAR CONTINUED DRIVING?

A. YES.

Q. YOU THEN STATE YOU MEET UP WITH THE VEHICLE?

A. MM HM.

Q. ON HOWARD AND COLUMBUS AT THE LIGHT?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____     Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF <u>JUAN</u>  <u>SCRUGGS</u>  (Cont.)

A.  YES, THEY WERE IN THE TURNING LANE.

Q.  WHEN YOU MEAN TURNING LANE WERE THEY TURNING RIGHT OR LEFT?

A.  THEY WERE TAKING A TURN TO GO LEFT.

Q.  ONTO WHAT?

A.  ONTO HOWARD.

Q.  AND WHERE WERE YOU GUYS GOING?

A.  GOING STRAIGHT AHEAD TO COLUMBUS.

Q.  OKAY WHEN YOU'RE AT THE LIGHT DOES ANYTHING HAPPEN?

A.  WELL THE HISPANIC MALES EXCHANGED WORDS WITH ALBERT AND.

Q.  WHAT DO THEY EXCHANGE, WHAT TYPE OF WORDS DO THEY EXCHANGE?

A.  LIKE WHAT'S THE PROBLEM AND YOU KNOW THINGS LIKE THAT DO YOU WANT A PROBLEM AND ALL THINGS LIKE THAT.

Q.  WHAT'S THE PROBLEM?

A.  YEAH.

Q.  AND DO YOU WANNA A PROBLEM?

A.  YES.

Q.  AND THEY SAY THIS TO ALBERT?

A.  YES.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____          Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

## New Haven Police Department

STATEMENT OF  JUAN  SCRUGGS  (Cont.)

Q.  OKAY WHAT HAPPENS THEN?

A.  THEN.

Q.  DOES ALBERT SAY ANYTHING TO THEM?

A.  ACTUALLY, YES.

Q.  WHAT DOES ALBERT STATE?

A.  WHAT'S YOUR PROBLEM YOU CUT IN FRONT OF US.

Q.  OKAY?

A.  SO I GUESS THEY FELT A LITTLE BIT OFFENDED BY THE WAY ALBERT SAID IT TO 'EM SO AS WE WERE PULLING OFF SHOTS WERE FIRED.

Q.  OKAY NOW YOU'RE SAYING THAT ONCE ALBERT SAID THAT THE LIGHT CHANGED?

A.  YES.

Q.  AND YOU WENT THROUGH THE INTERSECTION?

A.  YES.

Q.  YOU THEN STATE SHOTS WENT OFF?

A.  YES.

Q.  WHERE DID THE SHOTS COME FROM?

A.  THE SHOTS CAME FROM THE LEFT HAND SIDE OF HOWARD AVENUE OUT THE VEHICLE OF THE THREE HISPANIC MALES.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____        Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

# New Haven Police Department

STATEMENT OF  <u>JUAN</u>  <u>SCRUGGS</u>  (Cont.)

Q.  AND WAS IT FROM THE HISPANIC MALE IN THE BACK, FRONT OR THE DRIVER?

A.  THE HISPANIC MALE ON THE PASSENGER SIDE.

Q.  DID YOU SEE THIS?

A.  YES.

Q.  DID YOU SEE HE HAD A GUN?

A.  YES.

Q.  DID YOU SEE THE FLASHES FROM THE GUN?

A.  YES.

Q.  WHAT TYPE OF GUN WAS IT COULD YOU SEE THAT?

A.  I'M NOT SURE.

Q.  OKAY AND HE WAS FIRING AT YOURSELF, ALBERT AND ANTHONY?

A.  YES.

Q.  WHAT HAPPENS THEN ONCE YOU GO THROUGH THE INTERSECTION AND THEY BEGIN FIRING THE PASSENGER OF THE BLUE VEHICLE BEGINS FIRING AT YOU AND YOUR FRIENDS WHAT HAPPENS NEXT?

A.  EVERYONE DUCKS AND IN THE SAME BREATH I ASK WHERE'S THE GUN HE HAS.

Q.  WHO DID YOU ASK WHERE IS THE GUN?

A.  ALBERT.

ORIGINAL

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____          Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

## New Haven Police Department

STATEMENT OF <u>JUAN</u>  <u>SCRUGGS</u>  (Cont.)

Q. OKAY ALBERT HAD A GUN?

A. YES.

Q. HOW DID YOU KNOW ALBERT HAD A GUN IN THE VEHICLE?

A. I WAS TOLD A LITTLE BIT AFTER THE INCIDENT LIKE WHEN THE INCIDENT HAPPENED I WAS TOLD WHEN IT WAS OCCURRING I WAS TOLD THAT THERE WAS A GUN IN THE CAR.

Q. OKAY AND WHO TOLD YOU THIS?

A. ALBERT.

Q. OKAY SO NOW THAT YOU KNEW THERE WAS A GUN THERE WHAT DID ALBERT ACTUALLY SAY TO YOU?

A. ACTUALLY HE DIDN'T REALLY SAY ANYTHING I ASKED WHERE WAS IT, HE TOLD ME IN THE BACK.

Q. OKAY WHEN YOU ASKED HIM WHERE IS THE GUN, HE TELLS YOU IN THE BACK?

A. YES.

Q. IN BACK OF WHERE?

A. IN THE BACK OF THE SEAT OF THE DRIVER SIDE.

Q. OKAY YOU PUT YOUR HAND DOWN THERE?

A. YES.

Q. AND YOU GET THE GUN?

A. YES.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____          Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  JUAN  SCRUGGS  (Cont.)

Q. HOW WAS THE GUN?

A. WRAPPED UP IN A YELLOW TEE SHIRT.

Q. IN A YELLOW TEE SHIRT?

A. YES.

Q. OKAY YOU STATE YOU TAKE THE GUN OUT WHAT'S THE FIRST THING YOU DO WHEN YOU TAKE THE GUN OUT?

A. WELL AS I TAKE THE GUN OUT I UNRAVEL IT FROM IN THE TEE SHIRT WHILE TAKING THE SAFETY OFF I ACCIDENTALLY SHOOT ANTHONY LUCKY IN THE RIGHT NIPPLE.

Q. WHEN YOU SAY RIGHT NIPPLE IN THE PREINTERVIEW YOU WERE TOLD THAT ANTHONY WAS SHOT IN THE RIGHT NIPPLE?

A. YES.

Q. IS THAT CORRECT?

A. YES.

Q. OKAY DID YOU SEE ANTHONY SHOT IN THE CHEST AT ALL, DO YOU RECALL SEEING THAT?

A. YES.

Q. OKAY BUT YOU DIDN'T KNOW NIPPLE UNTIL MYSELF AND DETECTIVE COPPOLA TOLD YOU HE WAS SHOT?

A. RIGHT.

Q. IN THE RIGHT NIPPLE?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____        Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

# New Haven Police Department

STATEMENT OF  JUAN  SCRUGGS  (Cont.)

A. RIGHT.

Q. BUT YOU DID SEE THE WOUND WHERE HE WAS SHOT AT?

A. YES.

Q. BEFORE THE, YOU WERE STOPPED IS THAT CORRECT?

A. YES.

Q. OKAY GETTING BACK WITH THE GUN YOU SAID YOU PULLED THE GUN OUT AND IT WAS ON SAFETY?

A. YES IT WAS.

Q. WAS YOUR FINGER ON THE TRIGGER AT THIS TIME?

A. YES.

Q. OKAY WHEN YOU PULLED THE SAFETY OFF, FIRST OF ALL WHAT TYPE OF WEAPON WAS THIS?

A. NO RESPONSE HEARD.

Q. WAS IT AN AUTOMATIC, WAS IT A REVOLVER?

A. YES, IT WAS AN AUTOMATIC.

Q. OKAY WHAT COLOR WAS IT?

A. BLACK.

Q. OKAY YOU DIDN'T KNOW WHAT MODEL THOUGH?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____     Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

# New Haven Police Department

STATEMENT OF <u>JUAN</u>  <u>SCRUGGS</u>  (Cont.)

A. NO.

Q. OKAY SO WHEN YOU PULLED THE SAFETY OFF, WHAT YOU MEAN BY PULL THE SAFETY OFF DID YOU PRESS A BUTTON, DID YOU PULL SOMETHING WHAT?

A. UM ACTUALLY, I PULLED A LEVEL FROM ONE END TO THE NEXT.

Q. OKAY AND AT THIS TIME YOUR FINGER WAS ON THE TRIGGER?

A. ON THE TRIGGER.

Q. WAS THE HAMMER BACK?

A. NO, IT WAS NOT.

Q. OKAY WHEN YOU TOOK OFF THE SAFETY WHAT HAPPENED?

A. THE GUN ACCIDENTALLY WENT OFF.

Q. INSIDE THE VEHICLE?

A. INSIDE THE VEHICLE.

Q. DID YOU RECALL WHERE YOU WERE POINTING AT WHEN THE GUN WENT OFF?

A. NO, I DO NOT.

Q. OKAY BUT IT DEFINITELY WENT OFF INSIDE THE VEHICLE?

A. YES.

Q. OKAY AND WHAT DID YOU DO NEXT?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____          Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

## New Haven Police Department

STATEMENT OF  JUAN  SCRUGGS  (Cont.)

A. AFTERWARDS I DIRECTLY WENT STRAIGHT TO THE WINDOW.

Q. WHAT WINDOW?

A. THE LEFT SIDE WHICH IS THE DRIVER SIDE.

Q. WHEN YOU MEAN YOU WENT OVER, OVER TO THE DRIVER SIDE WINDOW WAS ALBERT STILL DRIVING?

A. YES.

Q. THE VEHICLE WAS STILL MOVING?

A. YES SOMEWHAT.

Q. SO YOU WENT OVER ALBERT?

A. YES.

Q. OKAY AND YOU MEAN YOU CROSSED OVER HIM WITH YOUR HAND OR YOUR WHOLE BODY?

A. CROSSED OVER HIM WITH MY HAND.

Q. YOUR ARM, WITH YOUR WHOLE ARM?

A. WITH MY ARM YES.

Q. OKAY NOT WITH YOUR BODY?

A. RIGHT.

Q. OKAY AND YOU STUCK WHAT DID YOU DO WHEN YOU CROSSED OVER?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____        Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

# New Haven Police Department

STATEMENT OF JUAN SCRUGGS (Cont.)

A. I STUCK THE GUN OUT THE WINDOW AND FIRED.

Q. OKAY HOW MANY SHOTS DID YOU FIRE AFTER THAT, HOW MANY?

A. AT LEAST ONE OR TWO.

Q. ONE OR TWO, OKAY WHAT HAPPENED THEN?

A. AFTER THEN UM SHOTS STOPPED, WE CAME OVER AND ANTHONY TELLS US THAT HE'S HIT.

Q. SO ANTHONY TELLS YOU THAT HE'S HIT WHAT DO YOU MEAN BY HE'S HIT?

A. IT MEANS HE'S SHOT.

Q. OKAY?

A. SOMEWHERE.

Q. DID HE TELL YOU WHERE?

A. NO, HE DIDN'T HE JUST TOLD ME THAT HE COULDN'T BREATHE AND HE WAS FEELING KIND OF DIZZY.

Q. OKAY DETECTIVE COPPOLA IS GONNA ASK YOU SOME QUESTIONS, OKAY ANTHONY WHEN THE GUN WENT OFF IN THE VEHICLE DID YOU GUYS REALIZE THE GUN WENT OFF IN THE VEHICLE?

A. NO, WE DID NOT.

Q. OKAY DID YOU FEEL THE GUN JERK YOUR HAND?

A. YES.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____      Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

## New Haven Police Department

STATEMENT OF <u>JUAN</u>  <u>SCRUGGS</u>  (Cont.)

Q.  OKAY DID AFTER YOU FIRED THAT SHOT WITHIN THE VEHICLE BEFORE YOU STUCK THE GUN OUT THE WINDOW, DID ANTHONY SAY ANYTHING TO YOU?

A.  NO, NO ONE SAID ANYTHING.

Q.  DID HE GIVE ANY INDICATION THAT HE WAS HURT AT ALL AT THAT TIME?

A.  NO, NO ONE SAID ANYTHING.

Q.  OKAY AND WHEN HE TOLD YOU HE WAS SHOT WHAT DID YOU THINK HAPPENED?

A.  ACTUALLY I THOUGHT THAT THE THREE HISPANIC MALES HAD HIT HIM.

Q.  THEN AFTER THE GUN GOES OFF IN THE VEHICLE YOU FIRE IT?

A.  YES.

Q.  WHERE IS IT AT THAT POINT IN TIME?

A.  OUT THE WINDOW.

Q.  OKAY AND YOU FIRED APPROXIMATELY HOW MANY?

A.  ONCE OR TWICE.

Q.  OKAY YOU CAN'T BE SURE?

A.  NO, I'M NOT SURE.

Q.  OKAY ARE YOU TAKING GUNFIRE AT THAT TIME?

A.  YES.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____          Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

## New Haven Police Department

STATEMENT OF <u>JUAN</u>  <u>SCRUGGS</u>  (Cont.)

Q.  OKAY DO YOU RECALL HOW MANY TIMES THEY SHOT AT YOU?

A.  NO, I HAVE NO IDEA.

Q.  OKAY JUAN ONCE ANTHONY TOLD YOU HE WAS HIT, THAT MEANING SHOT, DID YOU NOTICE ANYTHING WHERE HE WAS SHOT OR ANYTHING, WAS HE DOING ANYTHING?

A.  WELL THE ONLY THING I NOTICED WAS HE WAS HOLDING HIS CHEST.

Q.  OKAY AND ONCE ALBERT AND YOU HAD KNEW HE WAS SHOT WHAT DID YOU GUYS DO?

A.  PANICKED AND KEPT DRIVING.

Q.  WHERE DID YOU DRIVE TO?

A.  PASS, PASS YALE ON UP TO LEGION AVENUE.

Q.  OKAY SO YOU WENT PAST THE HOSPITAL?

A.  WELL ALBERT DID YES, YES.

Q.  OKAY AND YOU DID NOT STOP AT THE HOSPITAL?

A.  NO, WE DIDN'T.

Q.  SO YOU WENT UP SOMEWHERE AROUND IN BACK OF THE HOSPITAL, LEGION AVENUE SOMEWHERE AROUND THERE?

A.  YES.

Q.  OKAY WHAT HAPPENED THEN?

A.  AFTER THEN UM A SQUAD CAR WAS BEHIND US SO WE PULLED OVER AND MADE IT KNOWN THAT THERE WAS A MAN SHOT IN THE BACK OF THE VEHICLE.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

# New Haven Police Department

STATEMENT OF  JUAN  SCRUGGS  (Cont.)

Q. OKAY AND YOU TOLD THE OFFICER THIS?

A. YES.

Q. DID YOU TELL THE OFFICER ANYTHING ELSE?

A. NO.

Q. OKAY AT THIS TIME WHAT DID THE OFFICER DO?

A. WELL THEY CALLED THE AMBULANCE FOR ANTHONY AND QUESTIONED US.

Q. OKAY THIS IS DETECTIVE COPPOLA AGAIN ASKING A QUESTION, ANTHONY WHEN AFTER THE POLICE CALL THE AMBULANCE DO THEY FIND ANYTHING IN YOUR VEHICLE, IN YOUR SUZUKI VEHICLE?

A. YES.

Q. WHAT DO THEY FIND?

A. THEY FIND THE WEAPON THAT WAS USED IN THE GUN BATTLE.

Q. OKAY WHERE WAS THAT WEAPON?

A. IT WAS UNDER THE PASSENGER SIDE SEAT.

Q. OKAY WHO WAS SITTING IN THAT SEAT?

A. I WAS.

Q. OKAY IS THAT THE SAME WEAPON THAT ACCIDENTALLY WENT OFF WITHIN THE VEHICLE?

A. YES.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____     Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

Page  20  Of  26

# New Haven Police Department

STATEMENT OF <u>JUAN</u> <u>SCRUGGS</u>  (Cont.)

Q.  AND THE SAME ONE YOU USED TO FIRE OUT THE WINDOW BACK AT THE HISPANIC MALES?

A.  YES.

Q.  DID YOU TELL THE POLICE THE WEAPON WAS THERE?

A.  NO, NO ONE ASKED.

Q.  THEY FOUND IT?

A.  YES.

Q.  OKAY JUAN GETTING BACK TO THE BEGINNING AT ANY TIME DID YOU GET IN ANY ALTERCATION OR ANY ARGUMENT WITH THESE HISPANIC MALES PRIOR TO THE CUTTING OFF?

A.  NO.

Q.  DO YOU KNOW THESE GUYS?

A.  NO, I'VE NEVER SEEN 'EM.

Q.  HAVE YOU EVER SEEN 'EM BEFORE?

A.  NEVER.

Q.  IF POSSIBLE IF YOU SEE 'EM AGAIN WOULD YOU BE WILLING TO I.D. 'EM?

A.  YES.

Q.  COULD YOU I.D. 'EM?

A.  YES.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____     Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

## New Haven Police Department

STATEMENT OF JUAN SCRUGGS (Cont.)

Q. OKAY THIS IS DETECTIVE COPPOLA ASKING A QUESTION, DO YOU KNOW IF ANTHONY OR ALBERT HAD A PROBLEM WITH ANYBODY, DID THEY STATE ANYTHING ABOUT HAVING A FIGHT WITH ANY PARTICULAR GROUP OR ANYBODY IN PARTICULAR?

A. NO.

Q. LET ME ASK YOU WHEN YOU GOT IN THE VEHICLE ORIGINALLY DID YOU KNOW THAT THE GUN WAS IN THE VEHICLE?

A. NO.

Q. OKAY SO YOU DIDN'T GO IN THE VEHICLE WITH ANY INTENT TO GO SHOOT ANYBODY WITH THAT PARTICULAR GUN IS THAT CORRECT?

A. RIGHT.

Q. OKAY JUAN DURING THIS WHOLE INCIDENT ONCE YOU LEFT COLUMBUS AVENUE HAVING THIS ARGUMENT HOW WAS THE LIGHTING OUTSIDE WAS IT DARK, WAS IT LIGHT?

A. PRETTY DARK.

Q. OKAY?

A. ONLY LIGHTS WERE STREET LIGHTS.

Q. SO IT'S STREET ILLUMINATED LIGHTS?

A. YES.

Q. OKAY WHEN YOU GOT TO THE CORNER OF HOWARD AND COLUMBUS WAS IT DARK OR WAS IT LIT UP BY STREET LIGHTS?

A. IT WAS A LITTLE LIT UP BY STREET LIGHTS.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____     Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

# New Haven Police Department

STATEMENT OF  JUAN  SCRUGGS  (Cont.)

Q.  AND COULD YOU SEE THE PASSENGER WITH THE WEAPON?

A.  NO, NOT AT THAT TIME.

Q.  OKAY THE TIME YOU SAW IT IS WHEN YOU HEARD THE SHOTS?

A.  IS WHEN I HEARD THE SHOTS.

Q.  OKAY SO IT WAS NIGHTTIME IS THAT CORRECT?

A.  YES.

Q.  HOW WAS THE WEATHER WAS IT RAINING?

A.  NO, IT WASN'T.

Q.  IT WAS DRY?

A.  YES.

Q.  HOT?

A.  HOT, YES.

Q.  NOW WERE THE WINDOWS IN THE JEEP DOWN?

A.  YES.

Q.  BOTH WINDOWS?

A.  YES.

Q.  HOW ABOUT THE TOP OF THE VEHICLE?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____        Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

## New Haven Police Department

STATEMENT OF <u>JUAN</u> <u>SCRUGGS</u> (Cont.)

A. NO.

Q. WAS IT A HARDTOP?

A. NO, IT'S NOT A HARDTOP.

Q. THE TOP WAS NOT DOWN THOUGH?

A. NO.

Q. OKAY WHEN, THIS IS DETECTIVE COPPOLA I'M GONNA ASK A QUESTION AGAIN, WHEN THE WEAPON WENT OFF IN THE VEHICLE DID YOU REALIZE YOU SHOT ANYBODY?

A. NO, I DIDN'T.

Q. OR THAT YOU MIGHT HAVE SHOT ANYBODY?

A. NO, I DIDN'T.

Q. OKAY AGAIN I NEED TO ASK YOU WHEN YOU TOOK THE GUN OUT OF THE TEE SHIRT, YOU KNEW THE SAFETY WAS ON THAT'S CORRECT?

A. YES.

Q. AND AT THIS TIME YOUR FINGER WAS ON THE TRIGGER?

A. YES.

Q. AND WHEN YOU PULLED THE SAFETY OFF YOU FELT THE GUN GO OFF?

A. YES.

Q. WHEN YOU MEAN YOU FELT IT DID YOU HEAR IT ALSO?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____          Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

## New Haven Police Department

STATEMENT OF  JUAN  SCRUGGS  (Cont.)

A.  NO, BECAUSE WE WERE, THE SHOTS WERE COMING AT US SO I DIDN'T HEAR IT I FELT IT.

Q.  OKAY AND WHEN YOU MEAN YOU FELT IT HOW DID YOU FEEL IT?

A.  I FELT A KICK.

Q.  YOU FELT A KICK THEN?

A.  YES.

Q.  OKAY AGAIN YOU DID NOT KNOW YOU HIT ANYBODY IN THE VEHICLE?

A.  RIGHT.

Q.  OKAY JUAN IS THERE ANYTHING ELSE YOU CAN ADD TO THIS STATEMENT WHICH CAN HELP AND AID THESE INVESTIGATORS IN THIS INVESTIGATION?

A.  NO.

Q.  ONCE THIS STATEMENT IS TYPED AND YOU HAVE A CHANCE TO READ IT, JUAN, WOULD YOU BE WILLING TO SIGN IT AS A TRUE STATEMENT TO THE BEST OF YOUR KNOWLEDGE?

A.  YES.

Q.  JUAN BEFORE THIS STATEMENT ENDS AGAIN DID YOU INTEND TO SHOOT?

A.  NO.

Q.  ANYONE TODAY?

A.  NO.

Q.  WERE YOU IN FEAR OF YOUR LIFE WHEN YOU SAW THE HISPANIC MALES AND WHEN YOU HEARD THE GUNSHOTS COMING FROM THE SECOND VEHICLE?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

## New Haven Police Department

STATEMENT OF  JUAN  SCRUGGS  (Cont.)

A.  YES I WAS.

Q.  WERE YOU IN FEAR OF YOUR FRIENDS LIVES ALSO?

A.  YES I WAS.

Q.  THIS IS WHY YOU TOOK THE WEAPON?

A.  YES.

TIME NOW IS 0900 HOURS THIS STATEMENT IS NOW CONCLUDED.



By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____      Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____