# SUPERIOR COURT

## TITLE, ALLEGATION AND COUNTS

**STATE OF CONNECTICUT VS. (Name of Accused):** SESSION, GARY
**ADDRESS:** 98 LEE STREET
**TO BE HELD AT (Town):** NEW HAVEN
**G.A. NO:** 6
**DOCKET NO:**
**COURT DATE:**

The undersigned Deputy Assistant State's Attorney of the Superior Court of the State of Connecticut on oath of office charges that said Deputy Assistant State's Attorney has reason to believe and does believe that:

**FIRST COUNT** - DID COMMIT THE OFFENSE OF: MURDER
**AT (Town):** NEW HAVEN
**ON OR ABOUT (Date):** 01/04/01
**IN VIOLATION OF GENERAL STATUTE NO.:** 53A-54A AND 53A-8

**SECOND COUNT** - DID COMMIT THE OFFENSE OF: CONSPIRACY TO COMMIT MURDER
**AT (Town):** NEW HAVEN
**ON OR ABOUT (Date):** 01/04/01
**IN VIOLATION OF GENERAL STATUTE NO.:** 53A-48 (53A-54A)

**THIRD COUNT** - DID COMMIT THE OFFENSE OF: CRIMINAL USE OF FIREARM
**AT (Town):** NEW HAVEN
**ON OR ABOUT (Date):** 01/04/01
**IN VIOLATION OF GENERAL STATUTE NO.:** 53A-217

[X] SEE OTHER SHEET(S) FOR ADDITIONAL COUNTS
**DATE:** 5/15/01
**SIGNED (Deputy Ass't State's Attorney):** [signature]

## COURT ACTION

DEFENDANT ADVISED OF RIGHTS BEFORE PLEA
(JUDGE) (DATE)
[ ] ATTORNEY  [ ] PUB. DEFENDER  GUARDIAN
BOND  SURETY  [ ] 10%  [ ] CASH
BOND CHANGE
ELECTION (Date)  [ ] CT  [ ] JY
SEIZED PROP. INVENTORY NO.

| COUNT | PLEA DATE | PLEA | PLEA WITHDRAWN DATE | NEW PLEA | VERDICT FINDING | FINE | REMIT | ADDITIONAL DISPOSITION |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | $ | $ | |
| 2 | | | | | | $ | $ | |
| 3 | | | | | | $ | $ | |

**OTHER COURT ACTION**

> I HEREBY CERTIFY THAT THE DOCUMENT(S) ATTACHED HERETO ARE TRUE COPIES OF THE OFFICIAL RECORDS OF THE NEW HAVEN DEPARTMENT OF POLICE SERVICE.
>
> [signature] Sgt Rogers
> 8-14-06

RECEIPT NO.
COST [ ] IMP [ ] NCI
BOND INFORMATION [ ] BOND FORFEITED [ ] FORFEITURE VACATED [ ] FORFEITURE VACATED AND BOND REINSTATED
APPLICATION FEE - RECEIPT NO. PAID   CIRCLE ONE W I Q
PROGRAM FEE - RECEIPT NO. IF PAID   CIRCLE ONE W I Q
PROBATION FEE - RECEIPT NO. IF PAID   CIRCLE ONE W I Q
STATE'S ATTY. ON ORIGINAL DISPOSITION   REPORTER/MONITOR ON ORIG. DISP.   SIGNED (Clerk)   SIGNED (Judge)

See Back [ ]

## SUPERIOR COURT

### TITLE, ALLEGATION AND COUNTS

**STATE OF CONNECTICUT vs.** SESSION, CARL
**ADDRESS:** 97 PLEE STREET, WEST HAVEN, CT.
**TO BE HELD AT (Town):** NEW HAVEN

The undersigned Deputy/Assistant State's Attorney of the Superior Court of the State of Connecticut on oath of office charges that said Deputy/Assistant State's Attorney has reason to believe and does believe that

**FIRST COUNT — DID COMMIT THE OFFENSE OF:** CARRYING PISTOL WITHOUT PERMIT
**AT (Town):** NEW HAVEN
**ON OR ABOUT (Date):** 01/04/01
**IN VIOLATION OF GENERAL STATUTE NO.:** 29-35

**SECOND COUNT — DID COMMIT THE OFFENSE OF:**

**THIRD COUNT — DID COMMIT THE OFFENSE OF:**

| COUNT | PLEA DATE | PLEA | PLEA WITHDRAWN DATE | NEW PLEA | VERDICT FINDING | FINE | REMIT | ADDITIONAL DISPOSITION |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | $ | $ | |
| 2 | | | | | | $ | $ | |
| 3 | | | | | | $ | $ | |

### OTHER COURT ACTION

JD-CR-64 Rev. 7-96
C.G.S. § 54-2a
Pr. Bk. Sec. 593, 593A, 594

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

FOR COURT USE ONLY
Supporting Affidavits Sealed
☐ YES   ☐ NO

| NAME AND RESIDENCE (Town) OF ACCUSED | | |
|---|---|---|
| Session, Gary  98 Lee Street  West Haven  CT  DOB: 3/11/66 | COURT TO BE HELD AT<br>New Haven | G.A. NO.<br>6 |
| POLICE DEPARTMENT<br>New Haven PD | CASE NO<br>99-46990 | AFFIANT<br>Det. Edwin Rodriquez 0444 |

**APPLICATION FOR ARREST WARRANT**

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the

☒ affidavit below...    ☐ affidavit(s) attached.

| DATE & SIGNATURE | DATE 1/5/01 | SIGNED (Prosecutorial Official) |
|---|---|---|

PAGE 1

**AFFIDAVIT**

The undersigned, being duly sworn, deposes and says:

1. The undersigned, Det. Edwin Rodriguez, being duly sworn, does depose and state that he is a member of the New Haven Police Department since January 24, 1992. At all times mentioned herein I was acting as a member of said department. The following facts and circumstances are stated from personal knowledge and observations as well as information received from other police officers acting in their official capacity and from official police reports and statements made by prudent and credible witnesses.

2. On July 25, 1999 at approximately 1:33 a.m. members of the New Haven Police Departments patrol division notified dispatch that they heard six to eight gunshots coming from the area of Howard Av. and Rosette St. Seconds later patrol officers notified dispatch that they were behind a Red Suzuki Samurai bearing CT- reg. 472- HSK, which was being operated in a reckless manner a short distance from where the gunshots were heard. The vehicle was pulled over at College St. and South Frontage Rd. Once stopped the officers had two subjects Albert McCann and Juan Scruggs exit the vehicle. The third subject Anthony Lucky who was in the rear of the vehicle did not comply with the Officers command, because he was suffering from a single gunshot to the stomach area.

3. Lucky was treated at the scene by medical personal and eventually transported to 20 York St. (Yale New Haven Hospital) where he received further medical treatment. At 2:30 a.m. Dr. Spector of the emergency unit pronounced Anthony Lucky expired. On July 26, 1999 Associate Medical Examiner Dr. Malka B. Shah determined that the gunshot wound sustained by Anthony Lucky entered from back to front, steeply upward, without any deviation, and was certified as the cause of death. The manner of death was ruled as homicide.

| DATE & SIGNATURE | DATE<br>Thu, Jan 04, 2001 | SIGNED (Affiant)<br>Det. Edwin Rodriquez 0444 |
|---|---|---|
| JURAT | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date)<br>Thu, Jan 4, 2001 | SIGNED (Judge, Clerk, Comm. Sup, Notary Pub.) |

**FINDING**

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| DATE & SIGNATURE | DATE<br>1/5/01 | SIGNED (A Judge of the Superior Court) |
|---|---|---|

JD-CR-64 Rev. 9-96
C.G.S. § 54-2a
Pr. Bk. Sec. 593, 593A, 594

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

FOR COURT USE ONLY
Supporting Affidavits Sealed
☐ YES  ☐ NO

| NAME AND RESIDENCE (Town) OF ACCUSED | | | |
|---|---|---|---|
| Session, Gary  98 Lee Street  West Haven  CT  DOB: 3/11/66 | | COURT TO BE HELD AT<br>New Haven | G.A. NO.<br>6 |
| POLICE DEPARTMENT<br>New Haven PD | CASE NO | AFFIANT<br>Det. Edwin Rodriquez 0444 | |

**APPLICATION FOR ARREST WARRANT**

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the __

☒ affidavit below...    ☐ affidavit(s) attached.

| DATE & SIGNATURE | DATE | SIGNED (Prosecutorial Official)  1/5/01 |
|---|---|---|

PAGE 2

**AFFIDAVIT**

The undersigned, being duly sworn, deposes and says:

4. During a canvas of the interior of the Suzuki Samurai officers located a 380. cal Berretta semi automatic handgun which was located under the passenger seat of the vehicle. It was at that time Scruggs and McCann were placed under arrest. McCann and Scruggs told officers at the scene that the shooting occurred at the intersection of Howard Av and Columbus Ave.

5. Det. L. Dadio of the Identification Unit ( B of I ) responded to the intersection of Howard Avenue and Columbus Avenue. Det. Dadio report stated that 9 mm spent casings were located at the intersection of Howard Av and Columbus Av and 380. cal casings on Columbus Av. Also located was three projectiles taken from the interior and exterior of 615 Howard Av. ( Bernie's Pharmacy ), which is located at aforementioned intersection.

6. On July 25, 1999 at approximately 8:39 a.m. Juan Scruggs supplied Det. S. Coppola and this affiant with a audio taped statement regarding the shooting of Anthony Lucky. During the statement Scruggs stated that he McCann and Lucky were traveling eastbound on Columbus Av. in the red Suzuki Samurai. Scruggs stated that he was in the front passenger side of the vehicle, Lucky was in the rear, and McCann was the operator. While traveling eastbound on Columbus Av. Scruggs noticed a blue Honda behind them. The Honda then pulled up along the left side of them and proceeded to cut them off. Scruggs stated that they then pulled along the side of the Honda, at the light located at the intersection of Howard Av. and Columbus Av. It was at that time McCann and the operator of the Honda had words.

| DATE & SIGNATURE | DATE<br>Thu, Jan 4, 2001 | SIGNED (Affiant)<br>Det. Edwin Rodriquez 0444 |
|---|---|---|
| JURAT | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date)<br>Thu, Jan 4, 2001 | SIGNED (Judge/Clerk, Comm. Sup./Notary Pub.)<br>Sgt. John Velleca #141 |

**FINDING**

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| DATE & SIGNATURE | DATE<br>1/5/01 | SIGNED (A Judge of the Superior Court)<br>Bruce W. Thompson |
|---|---|---|

©1998 Hanahan Computer Designs LLC

| JD-CR-64 Rev. 7-96 | STATE OF CONNECTICUT | FOR COURT USE ONLY |
| --- | --- | --- |
| C.G.S. § 54-2a | SUPERIOR COURT | Supporting Affidavits Sealed |
| Pr. Bk. Sec. 593, 593A, 594 | | ☐ YES ☐ NO |

| NAME AND RESIDENCE (Town) OF ACCUSED | COURT TO BE HELD AT | G.A. NO. |
| --- | --- | --- |
| Session, Gary  98 Lee Street  West Haven CT  DOB: 3/11/66 | New Haven | 6 |

| POLICE DEPARTMENT | CASE NO | AFFIANT |
| --- | --- | --- |
| New Haven PD | 99-46990 | Det. Edwin Rodriquez 0444 |

**APPLICATION FOR ARREST WARRANT**

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the ...

[X] affidavit below...    [ ] affidavit(s) attached.

| DATE & SIGNATURE | DATE 1/5/01 | SIGNED (Prosecutorial Official) |
| --- | --- | --- |

PAGE 3

**AFFIDAVIT**

The undersigned, being duly sworn, deposes and says:

7. Once the light turned green Scruggs stated that they drove through the intersection and continued east on Columbus Av. Scruggs stated that the Honda took a left turn northbound onto Howard Av. It was at that time the Passenger of the Honda began firing at them. Scruggs then took the weapon contained within the Suzuki, and tried to release the safety, in doing so, the weapon fired within the vehicle. Scruggs then reached across McCann, pointed the weapon out of the window and fired two more shots at the Honda. Shortly thereafter Lucky stated " I'm hit , I can't breathe ". McCann then made an attempt to take Lucky to the hospital but he missed the street because he was nervous. A short time later they were stopped by the police.

8. On July 25, 1999 at approximately 10:00 a.m. Albert McCann Supplied Det. S. Coppola and this affiant with a audio taped statement. During his statement McCann also confirmed that while driving eastbound on Columbus Av. they were cut off by a blue Honda. McCann also stated that after they met the Honda at the intersection, McCann and the driver of the Honda exchanged words. McCann then heard the driver of the Honda tell the passenger " it's under the seat, get it ". It was at that time McCann proceeded eastbound on Columbus Av. As the Honda began to turn left onto Howard Av. McCann saw the passenger of the Honda point a weapon out of the window, and fire shot's at them. McCann then confirmed that Scruggs then asked him for the heat ( gun ) . McCann then told Scruggs that the weapon was under the drivers seat. Scruggs then grabbed the weapon and fired two / three shots out of the drivers side window. Once the shooting stopped McCann heard Lucky say " I been hit , I been hit in the back ". McCann then made an attempt to take Lucky to the hospital but drove past the hospital. Shortly thereafter he was stopped by the police.

| DATE & SIGNATURE | DATE Thu, Jan 4, 2001 | SIGNED (Affiant) Det. Edwin Rodriquez 0444 |
| --- | --- | --- |
| JURAT | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date) Thu, Jan 4, 2001 | SIGNED (Judge, Clerk, Comm Sup, Notary Pub.) |

**FINDING**

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| DATE & SIGNATURE | DATE 1/5/01 | SIGNED (A Judge of the Superior Court) Bruce L. Thompson |
| --- | --- | --- |

JD-CR-64 Rev. 3-96
C.G.S. § 54-2a
Pr. Bk. Sec. 593, 593A, 594

STATE OF CONNECTICUT
SUPERIOR COURT

| FOR COURT USE ONLY |
|---|
| Supporting Affidavits Sealed YES ☐ NO ☐ |

| NAME AND RESIDENCE (Town) OF ACCUSED | COURT TO BE HELD AT | G.A. NO. |
|---|---|---|
| Session, Gary 98 Lee Street West Haven CT DOB: 3/11/66 | New Haven | 6 |

| POLICE DEPARTMENT | CASE NO | AFFIANT |
|---|---|---|
| New Haven PD | 99-46990 | Det. Edwin Rodriquez 0444 |

**APPLICATION FOR ARREST WARRANT**

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the ...

[X] affidavit below... ☐ affidavit(s) attached.

| DATE & SIGNATURE | DATE 1/5/01 | SIGNED (Prosecutorial Official) |
|---|---|---|

PAGE 4

**AFFIDAVIT**

The undersigned, being duly sworn, deposes and says:

9. On November 4, 1999 at approximately 4:55 p.m. an informant here after called CI-1 supplied Det. S. Coppola and this affiant with a audio tape statement pertinent to the Anthony Lucky homicide. During the interview CI-1 stated that Anthony Lucky was shot because he and Albert McCaan had stolen $900.00, and narcotics from Deshawn Johnson and Gary Session (AKA Shabazz). CI-1 stated that Johnson and Session ran several drug operations in the Hill sector of the City, and that the informant was familiar with the drug operations because of her ongoing friendship with Session. CI-1 also stated that CI-1 had been an active participant in the narcotic operation.

10. CI-1 stated that the day prior to the 24th, CI-1 was with Session when he received a cell phone call from Johnson. CI-1 stated that CI-1 over heard Johnson tell Session that the two subjects responsible for stealing their drugs and monies were at the gas station at Kimberly Av and Howard Av. Session then told Johnson to "Grab them". Johnson then advised Session that the subjects had just left the area. CI-1 stated that on July 20, 1999 while at Session house in West Haven, CI-1 over heard a conversation between Session and one of his drug workers Jose. Both were counting proceeds obtained from the narcotic operation. Session became upset because monies were missing. It was at that time CI-1 heard Jose tell Session that the monies were missing because of Anthony and Albert. CI-1 then heard Session tell Jose to "Find them, hit them up, pistol whip them, and bring them to the spot to work it off penny by penny, if not dead them".

| DATE & SIGNATURE | DATE Thu, Jan 4, 2001 | SIGNED (Affiant) Det. Edwin Rodriquez 0444 |
|---|---|---|
| JURAT | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date) Thu, Jan 4, 2001 | SIGNED (Judge, Clerk, Comm. Sup. Notary Pub) Sgt. John Vellaca #441 |

**FINDING**

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| DATE & SIGNATURE | DATE 1/5/01 | SIGNED (A Judge of the Superior Court) |
|---|---|---|

C.G.S. § 54-2a
Pr. Bk. Sec. 593, 593A, 594

STATE OF CONNECTICUT
SUPERIOR COURT

FOR COURT USE ONLY
Supporting Affidavits Sealed
☐ YES ☐ NO

| NAME AND RESIDENCE (Town) OF ACCUSED | | |
|---|---|---|
| Session, Gary  98 Lee Street  West Haven CT  DOB: 3/11/66 | COURT TO BE HELD AT: New Haven | G.A. NO. 6 |
| POLICE DEPARTMENT: New Haven PD | CASE NO: 99-46990 | AFFIANT: Det. Edwin Rodriguez 0444 |

TO: A Judge of the Superior Court

**APPLICATION FOR ARREST WARRANT**

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the...

[X] affidavit below... ☐ affidavit(s) attached.

DATE & SIGNATURE: 1/5/01

PAGE 5

**AFFIDAVIT**

The undersigned, being duly sworn, deposes and says:

11. CI-1 stated that on July 25, 1999 during the late evening hours CI-1 drove a blue Ford Explorer to Hallock St. to drop off some drugs. While at the intersections of Hallock St. Washington Av. and Columbus Av. Johnson jumped into CI-1 vehicle awaiting the arrival of Session. It was at that time Johnson received a cell phone call from Sharon ( Who was later identified as Sharon Adkins ), one of Johnson's narcotic workers. CI-1 stated that CI-1 overheard Adkins tell Johnson that " Those little niggers are here ". After the phone conversation Session showed up. Johnson then jumped into Session's vehicle and a conversation ensued. Session then told CI-1 to leave the keys in the blue Ford Explorer and to do what CI-1 had to do. Johnson then took CI-1 vehicle and parked it on Daggett St. and then walked back to Hallock St. and Washington Av. It was at that time a blue Honda CRX pulled up with two Hispanic males ( Willie and Efrain ) in same. A third Hispanic male ( Bebe ) arrived on a moped. CI-1 then observed all three Hispanic male subjects and Johnson enter the blue Honda CRX. CI-1 stated that Johnson sat behind the wheel, Bebe ( Santiago ) in the passenger seat, and Willie and Efrain in the rear.

12. CI-1 stated that CI-1 then saw Session pull up to the CRX and hand Bebe ( Santiago ) a handgun. CI-1 then stated that CI-1 then witnessed the CRX head down Columbus Av. towards Howard Av. with Session' behind them. Five minutes later CI-1 heard six gunshots. After the gunshots Session pulled up to CI-1 and told CI-1 to get into the vehicle. During CI-1 statement CI-1 viewed three separate photo array's. CI-1 identified Deshawn Johnson DOB 02/22/76, Gary Session a.k.a. ( Shabazz ) DOB 03/11/67, Albert McCann a.k.a. ( E ) DOB 03/01/80 and Sharon Adkins DOB 10/15/72. CI-1 signed and dated all four photograph's.

| DATE & SIGNATURE | DATE | | SIGNED (Affiant) |
|---|---|---|---|
| | Thu, Jan 4, 2001 | | Det. Edwin Rodriguez 0444 |
| JURAT | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date): Thu, Jan 4, 2001 | | SIGNED Judge/Clerk/Comm. Sup. Notary Pub. |

**FINDING**

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

DATE & SIGNATURE: 1/5/01    SIGNED (A Judge of the Superior Court): Bruce W. Thompson

C.G.S. § 54-2a
Pr. Bk. Sec. 593, 593A, 594

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

FOR COURT USE ONLY
Supporting Affidavits Sealed
YES [ ]  NO [ ]

NAME AND RESIDENCE (Town) OF ACCUSED

Session, Gary  98 Lee Street  West Haven  CT  DOB: 3/11/66

| POLICE DEPARTMENT | CASE NO | COURT TO BE HELD AT | G.A. NO. |
|---|---|---|---|
| New Haven PD | 99-46990 | New Haven | 6 |

AFFIANT: Det. Edwin Rodriquez 0444

TO: A Judge of the Superior Court

**APPLICATION FOR ARREST WARRANT**

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the ...

[X] affidavit below  [ ] affidavit(s) attached.

DATE & SIGNATURE: 1/5/01
SIGNED (Prosecutorial Official)

PAGE 6

**AFFIDAVIT**

The undersigned, being duly sworn, deposes and says:

13. On November 7, 1999 Sharon Adkins supplied Det. S. Coppola and this affiant with a taped statement regarding the homicide of Anthony Lucky. Adkins stated that during the summer of 1999 she was selling (Crack) cocaine from her apartment located at 246 Columbus Av. Adkins stated that she worked for three black males who were known to her as Shawn, E, and Black. Adkins stated that she was told by a fourth subject (Borio) that Shawn, and E had gotten into a dispute over some monies and drugs. Adkins stated that several days later she ran into Shawn and he told her that if she sees (E) to call him. Adkins went on to state that on the night of the shooting (E) came by her house to see if she had any work (Drugs).

14. Adkins then left her apartment with her friend Doris and walked to the pay phone at Liberty St. and Carlisle St. Adkins then called Shawn and told him that she needed to see him, and that (E) was at her apartment. Shawn told her that he would come right over her apartment. Adkins stated that she then left the Church St. South Housing Complex and as they walked up Portsea St. she heard approximately eight to nine gunshots.

15. Prior to the taped statement Adkins was afforded the opportunity to view three separate photo array's. Each photo array consisted of eight black male subjects all similar in appearance. While viewing the first photo array Adkins immediately identified photograph #4 a Shawn. Photograph #4 is identified as Deshawn Johnson DOB 02/22/76. While viewing the second photo array Adkins immediately identified photograph #8 as Budda. Photograph #8 is identified as Juan Scruggs DOB 09/25/82. While viewing the third photo array Adkins immediately identified same person who stole drugs and monies from Shawn. Photograph #3 as (E) the DOB 03/01/80. Adkins signed and dated each photograph she identified. Albert McCann

| DATE & SIGNATURE | DATE | SIGNED (Affiant) |
|---|---|---|
| | Thu, Jan 4, 2001 | Det. Edwin Rodriquez 0444 |
| JURAT | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date) Thu, Jan 4, 2001 | SIGNED (Judge, Clerk, Comm. Sup. Court) |

**FINDING**

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| DATE & SIGNATURE | DATE | SIGNED (A Judge of the Superior Court) |
|---|---|---|
| | 1/5/01 | Bruce W. Thompson |

JD-CR-04 Rev. 7-96
C.G.S. § 54-2a
Pr. Bk. Sec. 593, 593A, 594

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

FOR COURT USE ONLY
Supporting Affidavits Sealed
[ ] YES  [ ] NO

| NAME AND RESIDENCE (Town) OF ACCUSED | | COURT TO BE HELD AT | G.A. NO. |
|---|---|---|---|
| Session, Gary  98 Lee Street  West Haven  CT  DOB: 3/11/66 | | New Haven | 6 |
| POLICE DEPARTMENT | CASE NO | AFFIANT | |
| New Haven PD | 99-46990 | Det. Edwin Rodriquez 0444 | |

**APPLICATION FOR ARREST WARRANT**

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the ...

[X] affidavit below...   [ ] affidavit(s) attached.

| DATE & SIGNATURE | DATE 1/5/01 | SIGNED (Prosecutorial Official) |
|---|---|---|

PAGE 7

**AFFIDAVIT**

The undersigned, being duly sworn, deposes and says:

16. On December 04, 1999, at approximately 7:50 p.m. CI-2 supplied Det. Velleca and this affiant with a statement regarding the homicide of Anthony Lucky. CI-2 stated that during the early morning hours on July 25, 1999 CI-2 was in the third floor apartment at 630 Howard Av. CI-2 then heard approximately four to six gunshots coming from the exterior of the dwelling. CI-2 then looked out of the window and clearly saw what was believed to be a four door green Honda. CI-2 stated that an African American subject was on the drivers side of the vehicle, and two Hispanic male subjects were outside of the vehicle. CI-2 stated that one of the Hispanic male subject was firing a handgun at a Red Jeep which was at the corner of Columbus Av and Howard Av. After firing the handgun all three subjects fled in a green Honda southbound on Howard Av.

17. Prior to the taped statement CI-2 viewed two separate photo array's. While viewing the first photo array CI-2 identified Jose Santiago DOB 05/24/83 as one of the Hispanic Male subjects who was outside of the Honda, and the same Hispanic male who was firing the handgun at the Red Jeep. While viewing the second photo array CI-2 identified Deshawn Johnson DOB 02/22/76 as being the African America male subject who was driving the green Honda type vehicle. Both photos identified by CI-2 were signed and dated.

| DATE & SIGNATURE | DATE Thu, Jan 4, 2001 | SIGNED (Affiant) Det. Edwin Rodriquez 0444 |
|---|---|---|
| JURAT | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date) Thu, Jan 4, 2001 | SIGNED (Judge, Clerk, Comm. Sup. Notary Pub.) John Velleca #441 |

**FINDING**

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| DATE & SIGNATURE | DATE 1/5/01 | SIGNED (A Judge of the Superior Court) Bruce W. Thompson |
|---|---|---|

JD-CR-64 Rev. 7-96
C.G.S. § 54-2a
Pr. Bk. Sec. 593, 593A, 594

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

FOR COURT USE ONLY
Supporting Affidavits Sealed
☐ YES  ☐ NO

| NAME AND RESIDENCE (Town) OF ACCUSED | COURT TO BE HELD AT | G.A. NO. |
|---|---|---|
| Session, Gary  98 Lee Street  West Haven  CT   DOB: 3/11/66 | New Haven | 6 |

| POLICE DEPARTMENT | CASE NO | AFFIANT |
|---|---|---|
| New Haven PD | 99-46990 | Det. Edwin Rodriquez 0444 |

**APPLICATION FOR ARREST WARRANT**

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the __

[X] affidavit below...    ☐ affidavit(s) attached.

| DATE & SIGNATURE | DATE | SIGNED (Prosecutorial Official) |
|---|---|---|
| | 1/5/01 | [signature] |

PAGE 8

**AFFIDAVIT**

The undersigned, being duly sworn, deposes and says:

18. On December 5,1999 CI-1 supplied Det.S.Coppola and this affiant with a second audio taped statement pertaining to the Anthony Lucky homicide. During the taped statement CI-1 stated that on December 3,1999 CI-1 meet Jose Santiago a.k.a. ( BeBe ) near the bus stop on Congress Av. Santiago began their conversation by stating that he now has respect on the street because he shot a " Moreno " on Howard Av in front of Bertie's. It should be noted that Moreno is Spanish for a Black person. During their conversation Santiago opened his jacket and revealed a dark colored handgun. CI-1 stated that this was the same Jose Santiago CI-1 spoke of in CI-1 first interview, and again confirmed that Santiago was the same person Session handed the gun to on the night of the murder, and the same person who was with Deshawn Johnson on the night of the murder.

19. During the taped statement CI-1 viewed a photo array and identified Jose Santiago DOB 05/24/83. CI-1 signed and dated the photograph of Jose Santiago.

20. On March 5, 2000 CI-2 supplied this affiant with a second audio taped statement. Prior to the taped statement CI-2 viewed a photo array. While viewing the photo array CI-2 identified Efrain Mendez DOB 09/02/83 as being one of the Hispanic Males who was outside of the Green vehicle on the night of the shooting. CI-2 stated that Efrain was positioned in the rear of the vehicle then exited the vehicle, and walked behind Santiago as Santiago was firing the handgun. CI-2 was positive that Mendez exited the vehicle and walked behind Santiago as he ( Santiago ) fired the weapon.

[ORIGINAL stamp across page]

| DATE & SIGNATURE | DATE | SIGNED (Affiant) |
|---|---|---|
| | Thu, Jan 4, 2001 | Det. Edwin Rodriquez 0444 |
| JURAT | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date) | SIGNED (Judge, Clerk, Comm. Sup./Notary Pub.) |
| | Thu, Jan 4, 2001 | [signature] #441 |

**FINDING**

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| DATE & SIGNATURE | DATE | SIGNED (A Judge of the Superior Court) |
|---|---|---|
| | 1/5/01 | Bruce W. Thompson |

©1995 Hanahan Computer Designs LLC

JD-CR-64 Rev. 7-96
C.G.S. § 54-2a
Pr. Bk. Sec. 593, 593A, 594

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

FOR COURT USE ONLY
Supporting Affidavits Sealed
[ ] YES [ ] NO

**NAME AND RESIDENCE (Town) OF ACCUSED**
Session, Gary 98 Lee Street West Haven CT DOB: 3/11/66

**COURT TO BE HELD AT:** New Haven
**G.A. NO.:** 6

**POLICE DEPARTMENT:** New Haven PD
**CASE NO:** 99-46990
**AFFIANT:** Det. Edwin Rodriquez 0444

**APPLICATION FOR ARREST WARRANT**

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the ...

[X] affidavit below...  [ ] affidavit(s) attached.

**DATE & SIGNATURE**
DATE: 1/9/01
SIGNED (Prosecutorial Official)

**PAGE 9**

**AFFIDAVIT**

The undersigned, being duly sworn, deposes and says:

21. On March 16, 2000, members of the Central District Major Crime Squad assisted the New Haven Police Department with the reconstruction of the Anthony Lucky homicide. The reconstruction was conducted on the vehicle which contained the victim, the 1988 Suzuki Samurai Ct reg.- 472HSK two door convertible sport utility vehicle. The examination of the vehicle and subsequent reconstruction took place at the New Haven Police Department Training Academy on Sherman Parkway. The examination of the exterior of the vehicle revealed only the single bullet strike in the rear of the vehicle that was previously located by New Haven Investigators. Based on the examination of the appearance of the strike it was apparent to investigators that the projectile was fired from outside the vehicle. An examination of the interior of the vehicle revealed no additional strikes in the interior of the vehicle.

22. A record check was conducted on Gary Session ( 03/11/66 ) which revealed that he has numerous felony convictions, to include carrying a pistol without a permit and multiple narcotic violations. Also, a check of NHPD records revealed that Gary Session (03/11/66 ) does not posses a valid pistol permit.

23. Wherefore: the undersigned believes that probable cause does exist to believe that Gary Session ( 03/11/66 ) did Commit the crimes of Murder, Conspiracy to Commit murder, Criminal possession of a firearm, and carrying a pistol without a permit in violation of Sec. 53a-54, and 53a-8, 53a-48(53a-54a, ),53a-217 and 29-35, respectively, of the C.G.S.

**DATE & SIGNATURE**
DATE: Thu, Jan 4, 2001
SIGNED (Affiant): Det. Edwin Rodriquez 0444

**JURAT**
SUBSCRIBED AND SWORN TO BEFORE ME ON (Date): Thu, Jan 4, 2001
SIGNED (Judge, Clerk, Comm. Sup. Ct., etc.)

**FINDING**

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

**DATE & SIGNATURE**
DATE: 1/5/01
SIGNED (A Judge of the Superior Court)