# ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| GARY SESSION,<br>    Plaintiff,<br><br>vs.<br><br>CITY OF NEW HAVEN, EDWIN<br>RODRIGUEZ AND STEPHEN<br>COPPOLA,<br>    Defendants. | \*<br><br>\*  Civil Action<br>   No. 3:03CV00943 (AWT)<br>\*  December 30, 2005<br><br>\*<br><br><br>\* |

\* \* \* \* \* \* \* \* \* \*

DEPOSITION OF GARY SESSION

Appearances:

    FOR THE PLAINTIFF:

        PHILIP RUSSELL, L.L.C.
        66 Field Point Road
        Greenwich, Connecticut 06836
          By: Karen L. Mayer, Attorney

    FOR THE DEFENDANTS EDWIN RODRIGUEZ AND
    STEPHEN COPPOLA:

        SUSMAN, DUFFY & SEGALOFF, P.C.
        55 Whitney Avenue
        P.O. Box 1684
        New Haven, Connecticut 06507
          By: Stephanie S. Baier, Attorney

    FOR THE DEFENDANT CITY OF NEW HAVEN:

        OFFICE OF THE CORPORATION COUNSEL
        165 Church Street
        New Haven, Connecticut 06510
          By: Jonathan H. Beamon, Esq.

POST REPORTING SERVICE
Hamden, Connecticut   (800)262-4102

DEPOSITION OF GARY SESSION
December 30, 2005

1   Q   And is that something that she owned
2   before you moved in there or is that something that
3   you got together?
4   A   She owned it before I moved in.
5   Q   And is there anyone else that lives there
6   with you besides Jeanine?
7   A   No.
8   Q   Okay. Mr. Session, do you go by any
9   nicknames?
10  A   Yes, I do.
11  Q   And what is that or what are they?
12  A   Shabazz.
13  Q   Shabazz?
14  A   Um-hum. S-h-a-b-a-z-z.
15  Q   How long have you gone by that nickname?
16  A   20 years, 25 years.
17  Q   Wow. Now, at one time or another did you
18  own property located at 98 Lee Street in West Haven?
19  A   Yes, I did.
20  Q   Do you still own that property?
21  A   No, I don't.
22  Q   Okay. Did you sell it?
23  A   No.
24  Q   What happened to the property?

DEPOSITION OF GARY SESSION
December 30, 2005

CERTIFICATE

STATE OF CONNECTICUT)
                     )
COUNTY OF FAIRFIELD  )

        I, Barbara E. Voss, a Notary Public duly commissioned and qualified in and for the State of Connecticut, do hereby certify that the foregoing record is a correct and verbatim transcript of the proceeding hereinbefore set forth.

        I further certify that I am neither attorney or counsel for, nor related to or employed by any of the parties to the action in which this proceeding is taken; and further that I am not a relative or employee of any attorney or counsel employed by the parties thereto, or financially interested in the action.

        In witness whereof I have hereunto set my hand and affixed my notarial seal this 13th day of January, 2006.

*Barbara E. Voss*
Barbara E. Voss, LSR No. 194
Notary Public

My commission expires March 31, 2007.

POST REPORTING SERVICE
Hamden, Connecticut   (800)262-4102