DOCKET CR01-497231

| | | |
|---|---|---|
| STATE OF CONNECTICUT | * | SUPERIOR COURT |
| VS. | * | NEW HAVEN COUNTY |
| GARY SESSIONS | * | NOVEMBER 15, 2001 |

BEFORE:

      The Honorable Roland D. Fasano , Judge

APPEARANCES:

      FOR THE STATE OF CONNECTICUT:

      Christopher Alexy,
      Assistant State's Attorney

      FOR THE DEFENDANT:

      Frank Toro, Esq.

      Jo-Anne L. Case
      Court Recording Monitor

1

1  THE COURT: Gary Sessions is a matter that's been involved
2  with jury selection. Mr. Sessions is here. Attorney Toro. Attorney Alexy
3  for the State.
4  MR. TORO: Yes. Good morning, your Honor.
5  THE COURT: Good morning. Does the State want to be heard?
6  MR. ALEXY: Yes, your Honor. The State is going to be entering
7  a nolle pursuant to 54-56b this morning.
8  THE COURT: And what's the claim in connection with the 54-
9  56b?
10  MR. ALEXY: There are two witnesses who have Fifth
11  Amendment privileges at this point in the case and therefore unavailable
12  to testify and they are necessary witnesses in the prosecution of the
13  matter.
14  THE COURT: All right. Nolles noted for the reasons recited by
15  the State. Do you understand that, sir? Your case has been nolled.
16  MR. SESSIONS: Thank you.
17  THE COURT: All right.
18  MR. SESSIONS: I said I was innocent from the start.
19  THE COURT: You did and the case has been nolled. All right.
20  Thank you, sir.
21  MR. TORO: All right. Thank you, Judge.
22
23
24          *                    *                    *
25
26
27

DOCKET #CR01-497231

| | |
|---|---|
| STATE OF CONNECTICUT | SUPERIOR COURT |
| VS. | AT NEW HAVEN |
| GARY SESSIONS | |

C E R T I F I C A T I O N

I hereby certify that the foregoing is a true and correct transcript of the tape of the statements given at the hearing in the above-entitled case heard before the Honorable Roland D. Fasano in Superior Court for New Haven County, Connecticut on the 15th day of November, 2001.

Dated this 15th day of August 2006 at New Haven, Connecticut.

Jo-Anne L. Case,
Court Recording Monitor