**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GARY SESSION | : | |
|    Plaintiff | : | |
| | : | |
| V. | : | CIV NO. 3:03CV00943 (AWT) |
| | : | |
| | : | |
| EDWIN RODRIGUEZ, STEPHEN COPPOLA | : | |
| & CITY OF NEW HAVEN | : | |
|    Defendants | : | AUGUST 15, 2006 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56, Fed. R. Civ. Proc., and Rule 7 of the Local Rules of Civil Procedure, the defendant City of New Haven moves for the entry of summary judgment in its favor on Counts One, Two and Three of the Revised Complaint dated June 29, 2005. There is no genuine dispute of any of the material facts and the defendant City of New Haven is entitled to judgment as a matter of law.

In support of this motion, the defendant City of New Haven adopts the defendants Edwin Rodriguez's and Stephen Coppola's Local Rule 56(a)1 Statement of Material Facts Not in Dispute. The defendant City also attaches a Memorandum of Law in Support and "Exhibit A, Affidavit of Chief Ortiz."

**ORAL ARGUMENT IS NOT REQUESTED**

THE DEFENDANT
CITY OF NEW HAVEN

BY:/s/___Jonathan H. Beamon___
Jonathan H. Beamon
Assistant Corporation Counsel
City of New Haven
165 Church Street, 4th Floor
New Haven, CT  06510
Federal Bar No. ct22937
Phone: (203) 946-7958
Fax: (203) 946-7942
E-mail: jbeamon@newhavenct.net

## C E R T I F I C A T I O N

I hereby certify that on a copy of the foregoing Motion for Summary Judgment has been mailed and/or electronically delivered on August 15, 2006 to the following:

Karen Mayer, Esq.
Philip Russell, P.C.
66 Field Point Road
P.O. Box 1437
Greenwich, CT  06836

Meghan Gallagher, Esq.
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven, CT 06507-1684

/s/___Jonathan H. Beamon_____
Jonathan H. Beamon