**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **GARY SESSION** | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **CIV NO. 3:03CV00943 (AWT)** |
| | : | |
| **CITY OF NEW HAVEN, STEPHEN** | : | |
| **COPPOLA & EDWIN RODRIGUEZ** | : | |
| **Defendants.** | : | **AUGUST 15, 2006** |

## AFFIDAVIT

Personally appeared Francisco Ortiz, who does hereby state as follows:

1.    I am over the age of 18 years and believe in the obligation of an oath.

2.    I am the Chief of the New Haven Department of Police Service (hereafter the "Department") of the City of New Haven (hereafter the "City'), and I have held that position since May 2003.

3.    I previously served as the Department's Assistant Chief from until my appointment as Chief.  From the time I joined the Department in 1978 until my appointment as Assistant Chief, I served in a number of positions within the Department.

4.    As Chief, I am responsible under New Haven's Charter for the efficiency, discipline and good conduct of the Department.

5.    In carrying out those duties, I consult with New Haven's Board of Police Commissioners.  Pursuant to New Haven's Charter, the Board of Police Commissioners and I together make the rules and regulations for the Department, and formulate and evaluate policies for the Department.

6.    The Department does not have a policy or practice of depriving individuals of their civil and constitutional rights.  The Department and the City did not have such policies or practices on July 25, 1999, the date of the incident alleged in the complaint, or any time prior or subsequent to that date.

7.    The Department does not condone the deprivation of individuals' civil and constitutional rights by its police officers.  Nor did the Department condone such conduct on or prior to May 16, 2004, the date of the incident alleged in the complaint.

_____
Francisco Ortiz

Personally appeared Chief Francisco Ortiz, who subscribed and swore to the truth of the foregoing before me this _____ day of _____, 2006.

_____
Notary Public /
Commissioner of the Superior Court