UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY SESSION<br>Plaintiff, | :<br>:<br>: |
| vs. | : CIV NO. 3:03CV00943 (AWT) |
| CITY OF NEW HAVEN, STEPHEN<br>COPPOLA & EDWIN RODRIGUEZ<br>Defendants. | :<br>:<br>:<br>: AUGUST 15, 2006 |

## NOTICE OF MANUAL FILING

Please take notice that the Defendant City of New Haven has manually filed Exhibit A of its Memorandum in Support of Motion for Summary Judgment.

This document has not been filed electronically because:

[ X ]   the document (or thing) cannot be converted to an electronic format

[  ]   the electronic file size of the document exceeds 1.5 mb

[  ]   The document (or thing) is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)or is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions [e.g. Criminal Justice Act Vouchers submitted pursuant to 18 U.S.C. §3006A]

The document has been manually served on all parties.

THE DEFENDANT
CITY OF NEW HAVEN

By:/s/ _____
Jonathan H. Beamon
Assistant Corporation Counsel
City of New Haven
165 Church Street, 4th Floor
New Haven, CT 06510
Federal Bar No. ct22937
Phone: (203) 946-7958
Fax: (203) 946-7942
E-mail: jbeamon@newhavenct.net

### CERTIFICATE OF SERVICE

I hereby certify that on a copy of the foregoing has been mailed on August 15, 2006 to the following:

Karen Mayer, Esq.
Philip Russell, P.C.
66 Field Point Road
P.O. Box 1437
Greenwich, CT 06836

Meghan Gallagher, Esq.
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven, CT 06507-1684

/s/ _____
Jonathan H. Beamon