UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
HARTFORD DIVISION

----------------------------------------------------X
GARY SESSION                                        :   CIVIL ACTION NO.
              Plaintiff              :   303-CV-00943 (AWT)
VS.                                                 :
EDWIN RODRIGUEZ; STEPHEN                            :   SEPTEMBER 1, 2006
COPPOLA; AND CITY OF NEW HAVEN
                                                    :
              Defendants
----------------------------------------------------X

**PLAINTIFF'S MOTION PURSUANT TO FED.R.CIV.P. 56(f)**

On August 15, 2006, defendants Edwin Rodriguez, Stephen Coppola, and City of New Haven moved for summary judgment. Pursuant to Rule 56(f) of the Federal Rules of Civil Procedure, and without waiving his right to oppose defendants' motion on the merits at a later time, plaintiff, Gary Session, hereby requests that the Court defer ruling on the pending motions and grant plaintiff leave to conclude discovery that is necessary for the proper adjudication of these motions and his claims.

The pending motions for summary judgment are premature in that plaintiff has been precluded by the defendants from conducting meaningful discovery and also has not yet had the opportunity to discover information vital to plaintiff's opposition to the motions for summary judgment. Currently before the Court are several un-adjudicated pleadings related to discovery, including plaintiff's motion to compel and opposition thereto by the individually named defendants and defendant City of New Haven's motion to quash and plaintiff's memorandum in opposition thereto.

Should the Court grant the instant motion, plaintiff proposes that the court allow thirty (30) days after the close of discovery for plaintiff to file his opposition to the motions for summary judgment. In the event that the Court denies this motion, plaintiff requests thirty days from the date of such denial during which plaintiff will, within his limited ability, file his substantive opposition to defendants' motions.

In support hereof and as further grounds for the granting of this motion, plaintiff has submitted herewith a memorandum of law and supporting affidavit by the undersigned, the contents of which are incorporated by reference herein.

          THE PLAINTIFF,
          GARY SESSION

BY   /s/ Karen L. Mayer
    Karen L. Mayer
    Philip Russell, LLC
    66 Field Point Road
    Greenwich, CT 06830
    203-661-4200
    Federal Bar No. CT 26555

**CERTIFICATION**

I hereby certify that on September 1, 2006, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of the filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

                                              BY   /s/ Karen L. Mayer
                                                      Karen L. Mayer
                                                      Philip Russell, LLC
                                                      66 Field Point Road
                                                      Greenwich, CT 06830
                                                      203-661-4200
                                                      Federal Bar No. CT 26555