UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY SESSION | : | |
|     Plaintiff, | : | |
| | : | |
|     vs. | : | CIVIL NO. 3:03 CV 00943 (AWT) |
| | : | |
| CITY OF NEW HAVEN, STEPHEN COPPOLA & EDWIN RODRIGUEZ | : : | |
|     Defendants. | : | OCTOBER 20, 2006 |

## APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance for the defendant City of New Haven.

                      THE DEFENDANT
                      CITY OF NEW HAVEN


                    /s/:Thomas W. Ude, Jr.
                      Thomas W. Ude, Jr.
                      Corporation Counsel
                      165 Church Street, 4th Floor
                      New Haven, CT 06510
                      Tel.: (203) 946-7951
                      Fax: (203) 946-7942
                      Federal Bar No. ct06567
                      E-mail: Tude@newhavenct.net

## **C E R T I F I C A T I O N**

      I hereby certify that a copy of the foregoing appearance was mailed on October 20, 2006 to the following counsel of record, to wit:

Karen Mayer, Esq.  
Philip Russell, P.C.  
71 Lewis Street  
Greenwich, CT  06830

Stephanie S. Baier, Esq.  
Susman, Duffy & Segaloff, P.C.  
P.O. Box 1684  
New Haven, CT 06507-1684

                                         /s/:Thomas W. Ude, Jr._____  
                                             Thomas W. Ude, Jr.  
                                             Corporation Counsel