# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Session

v.

Rudriguz, Et Al.

## APPEARANCE

CASE NUMBER: 3:03 CV 00943 (AWT)

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case for:

GARY SESSION

October 20, 2006

---
**Date** 10/20/06

**Connecticut Federal Bar Number** CT 11618

**Telephone Number** (203) 227-3885

**Fax Number** (203) 227-2856

**E-mail address** ATTYNARD@optonline.net

**Signature**

**Print Clearly or Type Name** ROY S. WARD

**Address** 830 POST ROAD EAST

WESTPORT, CT 06880

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See Attached

**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

Thomas Ude, Jr., Esq.
Corporation Counsel's Office
City of New Haven
165 Church Street
New Haven, CT 06510

Thomas E. Katon, Esq.
Sussman, Duffy & Segaloff
55 Whitney Avenue
New Haven, CT  06507