UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
GARY SESSION                              *     CIVIL NO.:  3:03CV00943 (AWT)
               PLAINTIFF        *
vs.                                                    *
                                                            *
CITY OF NEW HAVEN, STEPHEN
COPPOLA; AND EDWIN RODRIGUEZ   *
                                                            *     DECEMBER 22, 2006
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The Defendants, Stephen Coppola and Edwin Rodriguez, through their attorneys, move for summary judgment on all claims set forth in the Plaintiff's Complaint pursuant to FED. R. CIV. P. 56(b).

DEFENDANTS,

/s/ Thomas E. Katon
Thomas E. Katon
Federal Bar No. ct 01565
Susman, Duffy & Segaloff, P.C.
55 Whitney Ave.
New Haven, CT 06510
tel.:  203-624-9830
fax:  203-562-8430
email: tkaton@susmanduffy.com

ORAL ARGUMENT REQUESTED

**CERTIFICATION**

      I hereby certify that on December 22, 2006 a copy of the Defendants' Motion for Summary Judgment was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Thomas E. Katon
Thomas E. Katon
Federal Bar No. ct 01565
Susman, Duffy & Segaloff, P.C.
55 Whitney Ave.
New Haven, CT 06510
tel.: 203-624-9830
fax: 203-562-8430
email: tkaton@susmanduffy.com