99 - 46990



# STATE OF CONNECTICUT
## OFFICE OF THE CHIEF MEDICAL EXAMINER
11 Shuttle Road
Farmington, Connecticut  06032-1939
Telephone: (860) 679-3980
Fax: (860) 679-1257

September 8, 1999

Melvin H. Wearing
Chief of Police
New Haven Police Department
1 Union Avenue
New Haven, Connecticut 06519

Town:  New Haven

County:  New Haven

Dear Chief Wearing:

Enclosed please find a copy of the Medical Examiner, Autopsy and Toxicology Reports & ID
Form on the following case(s):

| CASE NUMBER | NAME OF DECEASED | DATE OF DEATH |
|---|---|---|
| 99-08116 | Anthony Lucky Jr. | 7-25-99 |

Sincerely,

H. Wayne Carver II, M.D.
Chief Medical Examiner

ljb

I HEREBY CERTIFY THAT THE DOCUMENT(S)
ATTACHED HERETO ARE TRUE COPIES OF THE
OFFICIAL RECORDS OF THE NEW HAVEN
DEPARTMENT OF POLICE SERVICE.

8-14-06

**IDENTIFICATION FORM**
ME-6 REV 3/90

RECEIVED
STATE OF CONNECTICUT

1999 JUL 26 PM 2:30

OFFICE OF CHIEF
MEDICAL EXAMINER

STATE OF CONNECTICUT
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Rd., FARMINGTON, CONN. 06032

M.E. CASE NO.
99-08116

| | IDENTIFICATION OF BODY FOUND AT<br>Yale-New Haven Hospital<br>20 York Street, New Haven, CT, 06510 | ON (Date)<br>25 Jul 99 | RECORDED AT OFFICE OF THE CHIEF MEDICAL EXAMINER AS<br>Anthony Lucky |
|---|---|---|---|
| TO BE FILLED IN<br>by O.C.M.E. | REMARKS | | |

| | NAME OF DECEASED<br>Anthony Lucky Jr | | | LAST SEEN OR HEARD FROM BY PERSON MAKING<br>IDENTIFICATION ON (Date)<br>23 Jul 99 |
|---|---|---|---|---|
| Section 1.<br><br>IDENTIFICATION<br>OF DECEASED | AGE<br>16 | SEX<br>Male | RACE<br>Black | MARITAL STATUS<br>Single | OCCUPATION<br>Operator |
| | RESIDENCE ADDRESS OF DECEASED | | | |

---

**NOTIFICATION TO POLICE**
ME-23 REV. 2/88

STATE OF CONNECTICUT
DEPARTMENT OF HEALTH SERVICES
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 SHUTTLE ROAD, FARMINGTON, CT 06032-1939  TEL. 679-3980

M.E. CASE #
99-08116
P.D. CASE #
99-46990

**This is to inform you that the cause of death of the following person is as stated below.**

| NAME OF DECEASED<br>Anthony  Lucky | FOUND DEAD ON<br>07-25-99 | AUTOPSY PERFORMED<br>☐ NO  ☒ YES<br>ON: 07-26-99 | DATE OF THIS NOTICE<br>07-26-99 |
|---|---|---|---|

The cause of death has been certified as:  Gunshot wound of abdomen

The manner of death has been certified as: Homicide

TO:  ⌐ Chief Melvin H. Wearing
New Haven Police Dept.
1 Union Ave.
New Haven, Ct  06519
L

☐ **We are in need of the following:**

☐ **A report of the investigation** conducted by your department into the circumstance of death.

☐ **Confirmation of the identification** of the deceased by fingerprints.

☐ **Notification of Next of Kin** to claim body.

☐ **A representative of your department** to call for evidence being held at this office.

MBS/ja

☐ BLOOD ALCOHOL CONTENT          WT%
(Motor Vehicle Fatalities Only)

_____ M.D.
Associate Chief Medical Examiner
Melka B. Shah, M.D.

POLICE

IDENTIFICATION FORM
ME-6 REV 3/90

RECEIVED
STATE OF CONNECTICUT
1999 JUL 26 PM 2:30
OFFICE OF CHIEF
MEDICAL EXAMINER

STATE OF CONNECTICUT
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Rd., FARMINGTON, CONN. 06032

| | M.E. CASE NO. |
|---|---|
| | 99-08116 |

| TO BE FILLED IN by O.C.M.E. | IDENTIFICATION OF BODY FOUND AT<br>Yale-New Haven Hospital<br>20 York Street, New Haven, CT, 06510 | ON (Date)<br>25 Jul 99 | RECORDED AT OFFICE OF THE CHIEF MEDICAL EXAMINER AS<br>Anthony Lucky |
|---|---|---|---|
| | REMARKS | | |

| Section 1.<br><br>IDENTIFICATION<br>OF DECEASED | NAME OF DECEASED<br>Anthony Lucky Jr | | | | LAST SEEN OR HEARD FROM BY PERSON MAKING IDENTIFICATION ON (Date)<br>23 Jul 99 |
|---|---|---|---|---|---|
| | AGE<br>16 | SEX<br>Male | RACE<br>Black | MARITAL STATUS<br>Single | OCCUPATION<br>Operator |
| | RESIDENCE ADDRESS OF DECEASED<br>Unit E1, 76 Greta St, West Haven, CT, 06516 | | | | |

| Section 2.<br><br>PERSON<br>MAKING<br>IDENTIFICATION | NAME OF PERSON MAKING IDENTIFICATION<br>Pamela Brown | AGE<br>>21 | RELATIONSHIP TO DECEDENT<br>Mother |
|---|---|---|---|
| | RESIDENCE ADDRESS OF PERSON MAKING IDENTIFICATION<br>Unit E1, 76 Greta Street, West Haven, CT | | |
| | REMAINS SEEN AT<br>Office of the Chief Medical Examiner<br>11 Shuttle Road, Farmington, CT, 06032 | | |

| | I certify to the best of my knowledge and belief that the above information supplied by me is true. | SIGNED (Person making identification)<br>X Pamela Brown |
|---|---|---|
| Section 3.<br>IDENTIFICATION<br>WITNESSED BY | NAME & ADDRESS OF WITNESS<br>Malka B. Shah, M.D.<br>Associate Medical Examiner | DATE<br>26 Jul 99 | SIGNED<br>MB Shah, M.D. |

This space for O.C.M.E. use only.

Under authority of Chapter 362, C.G.S.
ME-3 ,REV. 7/92

Unit # 1171398

STATE OF CONNECTICUT

# OFFICE OF THE CHIEF MEDICAL EXAMINER
11 SHUTTLE ROAD, FARMINGTON, CONNECTICUT 06032-1939
**TEL. 1-800-842-8820**

ME CASE NO.
99-08116

| Section 1. To be completed by HOSPITAL | | | | | |
|---|---|---|---|---|---|
| NAME (First) Anthony | (Middle) | (Last) Lucky | AGE 16 | RACE black | SEX ☒ MALE ☐ FEMALE |

LAST RESIDENCE (No., Street, Town, State)

| | | |
|---|---|---|
| ADMITTED TO (Name of Hospital) YNHH | ON (Date) 7/25/99 | AT (Time) 0210 A.M. |
| PRIVATE PHYSICIAN | DATE LAST SEEN 7/25/99 | |

BROUGHT TO HOSPITAL FROM (State whether public place, hospital, or residence & give no. and street.)
residence

| BROUGHT BY (Name of ambulance service or, if not by ambulance, of person accompanying) | EXAMINED ON ADMISSION BY Jeff Spector M.D. |
|---|---|
| DEATH PRONOUNCED BY (Name) Peter Angood , M.D. | ON (Date) 7/25/99    AT (Time) 0240 A.M. |

## Section 2. To be completed by REPORTING PHYSICIAN

**SIGNS AND SYMPTOMS ON ADMISSION** Include clinical, x-ray, and laboratory finding on admission. State whether from natural disease, poisoning, or injuries. If latter, give location, extent, number, and character of injuries when first examined; state whether in shock, conscious, or unconscious.

16 yo ♂ sustained GSW to upper abdomen. Hemodynamically unstable c̄ tachycardia, thready carotid pulse. GSW to upper abdomen and GSW wound midline low thoracic region. Pt was conscious but confused/combative.

**COURSE IN HOSPITAL** Include pertinent clinical, laboratory, and x-ray findings.

Intubated in trauma bay, taken emergently to OR.

RECEIVED STATE OF CONNECTICUT OFFICE OF CHIEF MEDICAL EXAMINER 99 AUG 10 PM 2: 26

**OPERATIONS & PROCEDURES** List names and dates of all pertinent operative, diagnostic and therapeutic procedures including anesthetic agents.

Thoracotomy → aorta crossclamped
Laparotomy → penetrating liver injury, through and through
   IVC injury, liver mobilized, Kocher maneuver, ↓ BP/HR,
   epinephrine/PRBC's, intraop defibrillation, agonal rhythm,
   pronounced @ 0240

| REPORTING PHYSICIAN | NAME Joseph Lee | SIGNATURE | M.D. |
|---|---|---|---|

Under authority of Chapter 368 C.G.S.

ME-3 .REV. 7/92

Unit # 117/398

OFFICE OF THE CHIEF MEDICAL EXAMINER

11 SHUTTLE ROAD, FARMINGTON, CONNECTICUT 06032-1939

TEL. 1-800-842-8820

ME CASE NO.

99-08116

| Section 1. To be completed by HOSPITAL | | | | |
|---|---|---|---|---|
| NAME (First) Anthony (Middle) (Last) Lucky | | AGE 16 | RACE black | SEX ☒ MALE ☐ FEMALE |

LAST RESIDENCE (No., Street, Town, State)

| ADMITTED TO (Name of Hospital) YNHH | ON (Date) 7/25/99 | AT (Time) 0210 A.M. |
|---|---|---|
| PRIVATE PHYSICIAN | DATE LAST SEEN 7/25/99 | |

BROUGHT TO HOSPITAL FROM (State whether public place, hospital, or residence & give no. and street.)

residence

| BROUGHT BY (Name of ambulance service or, if not by ambulance, of person accompanying) | EXAMINED ON ADMISSION BY Jeff Spector M.D. | |
|---|---|---|
| DEATH PRONOUNCED BY (Name) Peter Angood , M.D. | ON (Date) 7/25/99 | AT (Time) 0240 A.M. |

Section 2. To be completed by REPORTING PHYSICIAN

**SIGNS AND SYMPTOMS ON ADMISSION** | Include clinical, x-ray, and laboratory finding on admission. State whether from natural disease, poisoning, or injuries. If latter, give location, extent, number, and character of injuries when first examined; state whether in shock, conscious, or unconscious.

16 yo ♂ sustained GSW to upper abdomen. Hemodynamically unstable c̄ tachycardia, thready carotid pulse. GSW to upper abdomen and GSW wound midline low thoracic region. Pt was conscious but confused/combative.

**COURSE IN HOSPITAL** | Include pertinent clinical, laboratory, and x-ray findings.

Intubated in trauma bay, taken emergently to OR.

RECEIVED STATE OF CONNECTICUT OFFICE OF CHIEF MEDICAL EXAMINER 99 AUG 10 PM 2:26

**OPERATIONS & PROCEDURES** | List names and dates of all pertinent operative, diagnostic and therapeutic procedures including anesthetic agents.

Thoracotomy → aorta crossclamped

Laparotomy → penetrating liver injury, through and through IVC injury, liver mobilized, Kocher maneuver, ↓ BP / HR, epinephrine / PRBC's, intraop defibrillation, agonal rhythm, pronounced @ 0240

| **REPORTING PHYSICIAN** | NAME Joseph Lee | SIGNATURE | M.D. |
|---|---|---|---|

**TOXICOLOGY REPORT**
ME-16 REV. 8/89

**STATE OF CONNECTICUT**
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Road, Farmington, Connecticut 06032
TELEPHONE: (860) 679-3980

| | | M.E. CASE NO.<br>99-08116 |
|---|---|---|
| LAB NO.<br>L99-0794 | DECEASED<br>Anthony Lucky, Jr.       16 yrs.  Black Male | DATE OF REPORT<br>18 Aug 99 |

SPECIMENS SUBMITTED
Blood-Left Pleural (85 mL), Stomach Contents (25 mL), Brain (109 g), Liver (110 g), Vitreous (3 mL)

| TAKEN BY<br>Malka B. Shah, M.D. | AT<br>Office of the Chief Medical Examiner | ON (Date/Time)<br>7/26/99 |
|---|---|---|
| RECEIVED FROM<br>Malka B. Shah, M.D. | BY<br>Sandra Petruzzi | ON (Date/Time)<br>7/27/99  7:10 a.m. |

FINDING

Blood was analyzed for the presence of ethanol and other common volatile hydrocarbons by a microdiffusion procedure.  None were detected.

Blood was analyzed for the presence of acidic drugs by gas chromatography/mass spectrometry procedures.  Cotinine was detected.

Blood was analyzed for the presence of basic drugs by gas chromatography/mass spectrometry procedures. None were detected.

Blood was analyzed for the presence of salicylates by a colorimetric procedure.  None were detected.

Blood was analyzed for the presence of cocaine and/or cocaine metabolite and opiates by radioimmunoassay.   None were detected.

Sherwood C. Lewis, Ph.D.
Director of Toxicology

8/30

Unless notified in writing, the tissue specimens retained in this case
will be destroyed one year after the date of this report.

ME-16 REV. 8/89

**STATE OF CONNECTICUT**

## OFFICE OF THE CHIEF MEDICAL EXAMINER

11 Shuttle Road, Farmington, Connecticut 06032
TELEPHONE: (860) 679-3980

| | | | M.E. CASE NO. |
|---|---|---|---|
| | | | 99-08116 |

| LAB NO. | DECEASED | | DATE OF REPORT |
|---|---|---|---|
| L99-0794 | Anthony Lucky, Jr.    16 yrs.  Black Male | | 18 Aug 99 |

SPECIMENS SUBMITTED

Blood-Left Pleural (85 mL), Stomach Contents (25 mL), Brain (109 g), Liver (110 g), Vitreous (3 mL)

| TAKEN BY | AT | ON (Date/Time) |
|---|---|---|
| Malka B. Shah, M.D. | Office of the Chief Medical Examiner | 7/26/99 |
| RECEIVED FROM | BY | ON (Date/Time) |
| Malka B. Shah, M.D. | Sandra Petruzzi | 7/27/99  7:10 a.m. |

FINDING

Blood was analyzed for the presence of ethanol and other common volatile hydrocarbons by a microdiffusion procedure.  None were detected.

Blood was analyzed for the presence of acidic drugs by gas chromatography/mass spectrometry procedures.   Cotinine was detected.

Blood was analyzed for the presence of basic drugs by gas chromatography/mass spectrometry procedures. None were detected.

Blood was analyzed for the presence of salicylates by a colorimetric procedure.  None were detected.

Blood was analyzed for the presence of cocaine and/or cocaine metabolite and opiates by radioimmunoassay.   None were detected.

Sherwood C. Lewis, Ph.D.
Director of Toxicology

Unless notified in writing, the tissue specimens retained in this case
will be destroyed one year after the date of this report.

POSTMORTEM REPORT
ME-8 REV 1/90

STATE OF CONNECTICUT
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Rd., FARMINGTON, CONN. 06032

| | |
|---|---|
| M.E.CASE NO. | 99-08116 |
| COUNTY OF DEATH | New Haven |
| TOWN OF DEATH | New Haven |
| DATE OF DEATH | 25 Jul 99 |

THIS IS TO CERTIFY THAT
Malka B. Shah, M.D., Associate Medical Examiner

PERFORMED A POSTMORTEM EXAMINATION ON THE BODY
Anthony Lucky Jr

AT
Office of the Chief Medical Examiner

BEGINNING AT 10:00 am    ON 26 Jul 99

IN THE PRESENCE OF
Officer George A. Shelton, from New Haven Police Department

AND SAID POSTMORTEM REVEALED

## NARRATIVE SUMMARY:

EXTERNAL EXAMINATION:

Unclad body of an adolescent black male measures 5'11" tall and weighs 133 lbs. The head hair is black in color, weaved in multiple braids, and it is tightly curled. The top of the head and back of the head are within normal limits. The eyebrows are symmetrical. The irides are dark brown in color. The pupils are circular and equal. The nose is within normal limits. The oral cavity has natural teeth, and at the right angle of the mouth there is an endotracheal tube in place. The ears are within normal limits. The upper lip has a faint, adolescent hair growth. The neck is soft and supple, free of any palpable masses. The right lateral aspect of the neck has a needle puncture of an intravenous infusion attempt.

The chest and abdomen reveal a T-shaped surgically sutured incision below the nipple in the fifth intercostal space bilaterally, extending up to the anterior axillary line areas, measuring 14" in length, and a vertical incision is noted on the abdomen measuring 10" in length. There is an exit wound noted anteriorly on the chest and abdomen. However, along with the surgical sutures, the exit wound is incised and not recognizable when the sutures are present on the incision.

The bilateral upper arms, elbows, cubital fossae and lower arms are within normal limits. The right upper arm has a tattoo of the "Grim Reaper" holding two machine guns. The bilateral cubital fossae have needle punctures with intravenous catheters in place. The bilateral lower arms, wrists and hands are within normal limits.

The bilateral upper legs, knees and lower legs are within normal limits. The ankles and feet are within normal limits.

The genitalia are that of an adult circumcised male with bilateral testes in the scrotum.

(report continues on next page)

POSTMORTEM REPORT
ME-8 REV 1/90

STATE OF CONNECTICUT
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Rd., FARMINGTON, CONN. 06032

| | |
|---|---|
| M.E.CASE NO. | 99-08116 |
| COUNTY OF DEATH | New Haven |
| TOWN OF DEATH | New Haven |
| DATE OF DEATH | 25 Jul 99 |

THIS IS TO CERTIFY THAT
Malka B. Shah, M.D., Associate Medical Examiner

PERFORMED A POSTMORTEM EXAMINATION ON THE BODY
Anthony Lucky Jr

AT
Office of the Chief Medical Examiner

BEGINNING AT 10:00 am    ON 26 Jul 99

IN THE PRESENCE OF
Officer George A, Shelton, from New Haven Police Department

AND SAID POSTMORTEM REVEALED

## NARRATIVE SUMMARY:

EXTERNAL EXAMINATION:

Unclad body of an adolescent black male measures 5'11" tall and weighs 133 lbs. The head hair is black in color, weaved in multiple braids, and it is tightly curled. The top of the head and back of the head are within normal limits. The eyebrows are symmetrical. The irides are dark brown in color. The pupils are circular and equal. The nose is within normal limits. The oral cavity has natural teeth, and at the right angle of the mouth there is an endotracheal tube in place. The ears are within normal limits. The upper lip has a faint, adolescent hair growth. The neck is soft and supple, free of any palpable masses. The right lateral aspect of the neck has a needle puncture of an intravenous infusion attempt.

The chest and abdomen reveal a T-shaped surgically sutured incision below the nipple in the fifth intercostal space bilaterally, extending up to the anterior axillary line areas, measuring 14" in length, and a vertical incision is noted on the abdomen measuring 10" in length. There is an exit wound noted anteriorly on the chest and abdomen. However, along with the surgical sutures, the exit wound is incised and not recognizable when the sutures are present on the incision.

The bilateral upper arms, elbows, cubital fossae and lower arms are within normal limits. The right upper arm has a tattoo of the "Grim Reaper" holding two machine guns. The bilateral cubital fossae have needle punctures with intravenous catheters in place. The bilateral lower arms, wrists and hands are within normal limits.

The bilateral upper legs, knees and lower legs are within normal limits. The ankles and feet are within normal limits.

The genitalia are that of an adult circumcised male with bilateral testes in the scrotum.

(report continues on next page)

POSTMORTEM REPORT (Continued)
ME-9 REV 1/90

STATE OF CONNECTICUT
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Rd., FARMINGTON, CONN. 06032

| M.E.CASE NO. |
| 99-08116 |
| NAME |
| Anthony |
| Lucky Jr. |
| Page   2 |

Narrative Summary of Postmortem Examination: (continued)

The back of the head, neck, chest and abdomen reveals bluish purple lividity.  There is a recognizable entry gunshot wound noted slightly right of the midline in the back abdominal area.  This is an entry wound and it is described separately.  On the back, especially the right lateral aspect of the abdomen in the axillary area, there is an oblique surgical scar measuring approximately 2 1/2" in length with a slight hypertrophic appearance of a remote surgical procedure.

GUNSHOT WOUND OF EPIGASTRIUM:

Upon removal of the sutures from the anterior abdominal wall surgical incision, the edges of the surgical incision are clean and sharply cut. There is a slight area of subcutaneous hemorrhage and muscular hemorrhage noted in the soft tissue in the epigastric area.  However, there is no distinctly recognizable exit gunshot wound noted of the anterior abdominal wall.  Since the wound is not identified, its measurements can not be determined.

GUNSHOT WOUND OF THE BACK OF THE ABDOMEN:

This wound is located close to the back midline in the back of the abdomen on the right side.  This is an entry wound.  The wound is 2' 1 1/4" vertically below the top of the head.  The wound is 1/4" horizontally right from the back midline.  The central perforation measures 1/4" in diameter. It has a uniform abrasion around it measuring 1/16" in width and it has edges that are slightly dried and reveal black discoloration.  It has a faint contusion around it measuring 3/16" in width.

BULLET TRACK:

The bullet that enters the gunshot wound of the back of the abdomen passes through the skin and muscle, enters the peritoneal cavity adjacent to the second lumbar vertebra, penetrating the psoas muscle and above the pelvic iliac bone, transects the nerve root arising from the second lumbar vertebral column, fractures the transverse process of the second lumbar vertebra, proceeds anteriorly and upwards, lacerates the right renal vein, perforates the inferior vena cava and portal vein, enters the inferior aspect of the right lobe of the liver, and exits at the superior aspect of the right lobe of the liver slightly right of the triangular ligament, passes through the diaphragm, and exits anteriorly near the chondroxiphoid

(report continues on next page)

STATE OF CONNECTICUT
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Rd., FARMINGTON, CONN. 06032

M.E.CASE NO. 99-08116
NAME Anthony Lucky Jr.
Page 2

Narrative Summary of Postmortem Examination: (continued)

The back of the head, neck, chest and abdomen reveals bluish purple lividity.  There is a recognizable entry gunshot wound noted slightly right of the midline in the back abdominal area.  This is an entry wound and it is described separately.  On the back, especially the right lateral aspect of the abdomen in the axillary area, there is an oblique surgical scar measuring approximately 2 1/2" in length with a slight hypertrophic appearance of a remote surgical procedure.

GUNSHOT WOUND OF EPIGASTRIUM:

Upon removal of the sutures from the anterior abdominal wall surgical incision, the edges of the surgical incision are clean and sharply cut.  There is a slight area of subcutaneous hemorrhage and muscular hemorrhage noted in the soft tissue in the epigastric area.  However, there is no distinctly recognizable exit gunshot wound noted of the anterior abdominal wall.  Since the wound is not identified, its measurements can not be determined.

GUNSHOT WOUND OF THE BACK OF THE ABDOMEN:

This wound is located close to the back midline in the back of the abdomen on the right side.  This is an entry wound.  The wound is 2' 1 1/4" vertically below the top of the head.  The wound is 1/4" horizontally right from the back midline.  The central perforation measures 1/4" in diameter.  It has a uniform abrasion around it measuring 1/16" in width and it has edges that are slightly dried and reveal black discoloration.  It has a faint contusion around it measuring 3/16" in width.

BULLET TRACK:

The bullet that enters the gunshot wound of the back of the abdomen passes through the skin and muscle, enters the peritoneal cavity adjacent to the second lumbar vertebra, penetrating the psoas muscle and above the pelvic iliac bone, transects the nerve root arising from the second lumbar vertebral column, fractures the transverse process of the second lumbar vertebra, proceeds anteriorly and upwards, lacerates the right renal vein, perforates the inferior vena cava and portal vein, enters the inferior aspect of the right lobe of the liver, and exits at the superior aspect of the right lobe of the liver slightly right of the triangular ligament, passes through the diaphragm, and exits anteriorly near the chondroxiphoid

(report continues on next page)

POSTMORTEM REPORT (Continued)
ME-9 REV 1/90

STATE OF CONNECTICUT
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Rd., FARMINGTON, CONN. 06032

| M.E.CASE NO. |
|---|
| 99-08116 |
| NAME |
| Anthony |
| Lucky Jr |
| Page 3 |

Narrative Summary of Postmortem Examination: (continued)

junction area of the right costal margin of the thoracic cage.  In this area, there is perforation of the cartilage edge noted.  However, there is no perforation of the intercostal muscles or the abdominal muscles seen as the exit gunshot wound present on the skin has been surgically incised.

The bullet direction within the body is from back to front, steeply upward, without any deviation.

INTERNAL EXAMINATION:

The body is opened with modified Y-shaped incision.  The thoracoabdominal organs are in disarray secondary to therapeutic resuscitation attempt.  The left pleural cavity has 100 cc. of liquid blood.  The right pleural cavity has 15-20 cc. of liquid blood.  All the abdominal organs are covered with liquid blood.  There is a total of nine abdominal surgical cotton gauzes removed which were packed around the liver, spleen and pelvic cavity areas.  There is suture material noted of the anterior abdominal wall as well as in the inferior vena cava and the mesenteric vessels area.  The pericardial cavity is open.  The bilateral fifth intercostal space reveals a surgical incision, and it is also open.  The panniculus measures 1.5 cm. in thickness.  Examination of the lumbar region of the vertebral column reveals a fracture of transverse process of the second lumbar vertebra, with transection of the nerve root arising from there.

HEART AND GREAT VESSELS:

The pericardial cavity is open secondary to open cardiac resuscitation attempt.  The pericardial cavity is lined with blood-tinged fluid.  The epicardium is smooth and glistening.  The heart weighs 290 grams.  The right and left atria and ventricles contain liquid and clotted blood.  The tricuspid, pulmonic, mitral and aortic valves are thin and glistening, free of any adhesions or thickenings.  The endocardium is smooth and transparent.  The myocardium has reddish brown, homogeneous appearance, free of any hemorrhage, fibrosis or abnormalities.  The right coronary artery is the dominant artery.  There is no atherosclerosis noted.  The origin of the right coronary artery is approximately 0.5 cm. higher than the sinus of Valsalva of the aortic valve.  The left anterior descending coronary artery is intramural approximately 2 cm. from its origin and through it length distal to that.  The ascending aorta, arch, thoracic and

(report continues on next page)

POSTMORTEM REPORT (Continued)
ME-9 REV 1/90

STATE OF CONNECTICUT
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Rd., FARMINGTON, CONN. 06032

| M.E. CASE NO. |
| 99-08116 |

| NAME |
| Anthony |
| Lucky Jr |

Page  3

Narrative Summary of Postmortem Examination: (continued)

junction area of the right costal margin of the thoracic cage.  In this area, there is perforation of the cartilage edge noted.  However, there is no perforation of the intercostal muscles or the abdominal muscles seen as the exit gunshot wound present on the skin has been surgically incised.

The bullet direction within the body is from back to front, steeply upward, without any deviation.

INTERNAL EXAMINATION:

The body is opened with modified Y-shaped incision.  The thoracoabdominal organs are in disarray secondary to therapeutic resuscitation attempt.  The left pleural cavity has 100 cc. of liquid blood.  The right pleural cavity has 15-20 cc. of liquid blood.  All the abdominal organs are covered with liquid blood.  There is a total of nine abdominal surgical cotton gauzes removed which were packed around the liver, spleen and pelvic cavity areas.  There is suture material noted of the anterior abdominal wall as well as in the inferior vena cava and the mesenteric vessels area.  The pericardial cavity is open.  The bilateral fifth intercostal space reveals a surgical incision, and it is also open. The panniculus measures 1.5 cm. in thickness.  Examination of the lumbar region of the vertebral column reveals a fracture of transverse process of the second lumbar vertebra, with transection of the nerve root arising from there.

HEART AND GREAT VESSELS:

The pericardial cavity is open secondary to open cardiac resuscitation attempt.  The pericardial cavity is lined with blood-tinged fluid.  The epicardium is smooth and glistening.  The heart weighs 290 grams.  The right and left atria and ventricles contain liquid and clotted blood.  The tricuspid, pulmonic, mitral and aortic valves are thin and glistening, free of any adhesions or thickenings.  The endocardium is smooth and transparent.  The myocardium has reddish brown, homogeneous appearance, free of any hemorrhage, fibrosis or abnormalities.  The right coronary artery is the dominant artery.  There is no atherosclerosis noted.  The origin of the right coronary artery is approximately 0.5 cm. higher than the sinus of Valsalva of the aortic valve.  The left anterior descending coronary artery is intramural approximately 2 cm. from its origin and through it length distal to that.  The ascending aorta, arch, thoracic and

(report continues on next page)

POSTMORTEM REPORT (Continued)
ME-9 REV 1/90

STATE OF CONNECTICUT
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Rd., FARMINGTON, CONN. 06032

| M.E.CASE NO. |
| 99-08116 |

NAME
Anthony

Lucky Jr

Page    4

Narrative Summary of Postmortem Examination: (continued)

abdominal aorta reveal normal elasticity of the wall. There is no atherosclerosis noted. The major branches are normally disposed. The superior and inferior venae cavae, pulmonary trunk and veins are within normal limits.

LUNGS:

Right and left lungs weigh 290 grams and 250 grams respectively. The pleurae reveal no anthracosis. The lungs bilaterally are atelectatic and pale tan-brown in color. The major bronchi and primary branches are lined by clear mucoid material. The pulmonary vessels contain a thin film of liquid blood. The cut surfaces of the lung parenchyma have a pale pink-brown color and soft, spongy consistency. The lungs are collapsed and there is almost no blood noted in the parenchyma.

GASTROINTESTINAL SYSTEM:

The esophagus is lined by a grayish white, longitudinally folded mucosa. The stomach contains approximately 20 cc. of green-brown fluid in which no recognizable food particles are seen. The gastric mucosa reveals normal rugosity, no ulcers or hemorrhage noted. The duodenum, small intestine and large intestine reveal normal rugosity of the mucosa. The appendix is present.

LIVER:

The liver weighs 1,080 grams. The anterior subdiaphragmatic area of the right lobe of the liver reveals an exit gunshot wound. The wound is immediately to the right of the falciform ligament or triangular ligament noted. The inferior surface of the liver reveals an entry gunshot wound slightly right of the caudate lobe. There is tapelike suture material noted on the portal vein and inferior vena cava area. There are perforations of the inferior vena cava noted slightly below the insertion of the portal vein. This area of the gunshot wound is not sutured. The cut surface of the liver has a yellow-brown color and normal lobular pattern with soft consistency. Along the bullet path there is a cavity formed which measures approximately 1/2" in diameter, and tissue in this area is macerated and torn.

(report continues on next page)

POSTMORTEM REPORT (Continued)
ME-9 REV 1/90

STATE OF CONNECTICUT
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Rd., FARMINGTON, CONN. 06032

M.E.CASE NO.
99-08116

NAME
Anthony

Lucky Jr

Page    4

Narrative Summary of Postmortem Examination: (continued)

abdominal aorta reveal normal elasticity of the wall.  There is no
atherosclerosis noted.  The major branches are normally disposed.  The
superior and inferior venae cavae, pulmonary trunk and veins are within
normal limits.

LUNGS:

    Right and left lungs weigh 290 grams and 250 grams respectively.  The
pleurae reveal no anthracosis.  The lungs bilaterally are atelectatic and
pale tan-brown in color.  The major bronchi and primary branches are
lined by clear mucoid material.  The pulmonary vessels contain a thin film
of liquid blood.  The cut surfaces of the lung parenchyma have a pale pink-
brown color and soft, spongy consistency.  The lungs are collapsed and
there is almost no blood noted in the parenchyma.

GASTROINTESTINAL SYSTEM:

    The esophagus is lined by a grayish white, longitudinally folded
mucosa.  The stomach contains approximately 20 cc. of green-brown fluid in
which no recognizable food particles are seen.  The gastric mucosa reveals
normal rugosity, no ulcers or hemorrhage noted.  The duodenum, small
intestine and large intestine reveal normal rugosity of the mucosa.  The
appendix is present.

LIVER:

    The liver weighs 1,080 grams.  The anterior subdiaphragmatic area of
the right lobe of the liver reveals an exit gunshot wound.  The wound is
immediately to the right of the falciform ligament or triangular ligament
noted.  The inferior surface of the liver reveals an entry gunshot wound
slightly right of the caudate lobe.  There is tapelike suture material
noted on the portal vein and inferior vena cava area.  There are
perforations of the inferior vena cava noted slightly below the insertion
of the portal vein.  This area of the gunshot wound is not sutured.  The
cut surface of the liver has a yellow-brown color and normal lobular
pattern with soft consistency.  Along the bullet path there is a cavity
formed which measures approximately 1/2" in diameter, and tissue in this
area is macerated and torn.

(report continues on next page)

POSTMORTEM REPORT (Continued)
ME-9 REV 1/90

STATE OF CONNECTICUT
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Rd., FARMINGTON, CONN. 06032

M.E. CASE NO.
99-08116

NAME
Anthony
Lucky Jr

Page 5

Narrative Summary of Postmortem Examination: (continued)

GALLBLADDER:

The gallbladder contains approximately 1 cc. of dark green bile. There are no gallstones. The mucosa is dark green, smooth, velvety in appearance.

SPLEEN:

The serosal surface is smooth and glistening. The spleen weighs 140 grams. The cut surface of the spleen has dark red follicular appearing parenchyma, free of any injury or abnormalities. The splenic parenchyma has a markedly pale color.

PANCREAS:

The pancreas has a tannish brown, firm, lobulated appearance.

ADRENALS:

The right adrenal is hemorrhagic in appearance and the surrounding soft tissue is also hemorrhagic. However, bilaterally the adrenals reveal golden yellow-colored, thin cortices and dark brown medullae.

KIDNEYS:

Right and left kidneys each weigh 120 grams. There is perirenal soft tissue hemorrhage of the right kidney noted. The hilar area of the right kidney reveals a bullet perforation of the right renal vein and perforation slightly above the insertion of the right renal vein of the inferior vena cava which was seen previously along with the liver injury. Bilaterally the cut surfaces reveal pale, smooth surfaces. The cut surfaces reveal well-demarcated cortices and medullae. The bilateral calyceal systems and renal pelves are normally disposed. There is pericalyceal hemorrhage noted along the right calyceal system. Bilaterally the ureters are single on each side.

URINARY BLADDER:

The urinary bladder is empty secondary to indwelling Foley catheter. The bladder mucosa has creamish white rugosity. The ureteral openings reveal no strictures or abnormalities.

(report continues on next page)

**POSTMORTEM REPORT (Continued)**
ME-9 REV 1/90

STATE OF CONNECTICUT
## OFFICE OF THE CHIEF MEDICAL EXAMINER
11 Shuttle Rd., FARMINGTON, CONN. 06032

M.E. CASE NO.
99-08116

NAME
Anthony

Lucky Jr

Page   5

Narrative Summary of Postmortem Examination: (continued)

GALLBLADDER:

The gallbladder contains approximately 1 cc. of dark green bile.  There are no gallstones.  The mucosa is dark green, smooth, velvety in appearance.

SPLEEN:

The serosal surface is smooth and glistening.  The spleen weighs 140 grams.  The cut surface of the spleen has dark red follicular appearing parenchyma, free of any injury or abnormalities.  The splenic parenchyma has a markedly pale color.

PANCREAS:

The pancreas has a tannish brown, firm, lobulated appearance.

ADRENALS:

The right adrenal is hemorrhagic in appearance and the surrounding soft tissue is also hemorrhagic.  However, bilaterally the adrenals reveal golden yellow-colored, thin cortices and dark brown medullae.

KIDNEYS:

Right and left kidneys each weigh 120 grams.  There is perirenal soft tissue hemorrhage of the right kidney noted.  The hilar area of the right kidney reveals a bullet perforation of the right renal vein and perforation slightly above the insertion of the right renal vein of the inferior vena cava which was seen previously along with the liver injury.  Bilaterally the cut surfaces reveal pale, smooth surfaces.  The cut surfaces reveal well-demarcated cortices and medullae.  The bilateral calyceal systems and renal pelves are normally disposed.  There is pericalyceal hemorrhage noted along the right calyceal system.  Bilaterally the ureters are single on each side.

URINARY BLADDER:

The urinary bladder is empty secondary to indwelling Foley catheter. The bladder mucosa has creamish white rugosity.  The ureteral openings reveal no strictures or abnormalities.

(report continues on next page)

POSTMORTEM REPORT (Continued)
ME-9 REV 1/90

STATE OF CONNECTICUT
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Rd., FARMINGTON, CONN. 06032

M.E.CASE NO.
99-08116

NAME
Anthony

Lucky Jr

Page 6

Narrative Summary of Postmortem Examination: (continued)

INTERNAL GENITAL ORGANS:

The prostate has a creamish white, whorled appearance and soft consistency.  No nodularity is noted.

The bilateral testes are symmetrical and oval-shaped.  The capsules are milky-white and glistening.  The cut surfaces are a light brown color, soft in consistency and have a radiating pattern.  No nodularity of the parenchyma is seen.  The epididymides are symmetrical and uniformly tubular in appearance.

NECK ORGANS AND TONGUE:

The anterior strap muscles and soft tissues of the neck reveal no injuries or abnormalities.  The immediate strap muscles of larynx reveal no abnormalities.  The mucosa of the epiglottis, vocal cords and larynx is lined by clear mucoid material.  The hyoid bone, thyroid cartilage and cricoid cartilage are intact.  The mucosa reveals no ulcers or hemorrhage. The trachea is lined by a clear mucoid material.

The mucosa of the tongue is light pink-white in color and has a normal rugosed appearance.  The cut surface reveals pink-brown colored radiating pattern of the muscles.

THYROID:

The thyroid lobes are symmetrical with thin and transparent capsules. The cut surface of the thyroid has a yellowish brown, lobulated colloidal appearing parenchyma.

THYMUS:

The thymus weighs 30 grams.  The thymus has a multilobated and multilobulated pinkish gray color.

HEAD AND BRAIN:

The scalp is reflected with the usual coronal incision.  The galea is within normal limits.  The exterior of the cranial vault reveals no abnormalities.  Upon reflecting the cranial vault, there is no epidural or subdural hemorrhage noted.  The brain weighs 1,580 grams.  The base of the brain reveals normally disposed circle of Willis and its major branches, free of any atherosclerosis or aneurysmal abnormalities.  The cerebral
(report continues on next page)

POSTMORTEM REPORT (Continued)
ME-9 REV.1/90

STATE OF CONNECTICUT
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Rd., FARMINGTON, CONN. 06032

M.E.CASE NO.
99-08116

NAME
Anthony

Lucky Jr

Page    6

Narrative Summary of Postmortem Examination: (continued)

INTERNAL GENITAL ORGANS:

The prostate has a creamish white, whorled appearance and soft consistency.  No nodularity is noted.

The bilateral testes are symmetrical and oval-shaped.  The capsules are milky-white and glistening.  The cut surfaces are a light brown color, soft in consistency and have a radiating pattern.  No nodularity of the parenchyma is seen.  The epididymides are symmetrical and uniformly tubular in appearance.

NECK ORGANS AND TONGUE:

The anterior strap muscles and soft tissues of the neck reveal no injuries or abnormalities.  The immediate strap muscles of larynx reveal no abnormalities.  The mucosa of the epiglottis, vocal cords and larynx is lined by clear mucoid material.  The hyoid bone, thyroid cartilage and cricoid cartilage are intact.  The mucosa reveals no ulcers or hemorrhage. The trachea is lined by a clear mucoid material.

The mucosa of the tongue is light pink-white in color and has a normal rugosed appearance.  The cut surface reveals pink-brown colored radiating pattern of the muscles.

THYROID:

The thyroid lobes are symmetrical with thin and transparent capsules. The cut surface of the thyroid has a yellowish brown, lobulated colloidal appearing parenchyma.

THYMUS:

The thymus weighs 30 grams.  The thymus has a multilobated and multilobulated pinkish gray color.

HEAD AND BRAIN:

The scalp is reflected with the usual coronal incision.  The galea is within normal limits.  The exterior of the cranial vault reveals no abnormalities.  Upon reflecting the cranial vault, there is no epidural or subdural hemorrhage noted.  The brain weighs 1,580 grams.  The base of the brain reveals normally disposed circle of Willis and its major branches, free of any atherosclerosis or aneurysmal abnormalities.  The cerebral
(report continues on next page)

POSTMORTEM REPORT (Continued)
ME-9 REV 1/90

| | |
|---|---|
| M.E. CASE NO. | 99-08116 |
| NAME | Anthony Lucky Jr |
| Page | 7 |

STATE OF CONNECTICUT
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
11 Shuttle Rd., FARMINGTON, CONN. 06032

Narrative Summary of Postmortem Examination: (continued)

hemispheres reveal normally disposed gray and white matter. The bilateral ventricles, corpus callosum, hippocampi and basal ganglia are within normal limits. The sections of the cerebellum, midbrain and medulla also reveal normally disposed gray and white matter, free of any injuries or abnormalities. Upon reflecting the dura from the base of the skull, there are no fractures or abnormalities noted.

REMOVAL OF THE SPINAL CORD:

   The spinal cord is removed from the twelfth thoracic to the fifth lumbar vertebral level, and there is a fracture-transection of the second lumbar vertebral transverse process noted, with epidural hemorrhage extending into the cauda equina and distal part of the spinal cord. There is no injury seen to the central canal area of the spinal cord.

**LABORATORY PROCEDURES**:

Specimens taken for Toxicologic Analysis:
          Blood, Left Pleural Cavity;  Vitreous;  Gastric Contents;
          Liver;  Brain

**X-RAYS TAKEN**:

   Anterior-posterior abdomen.

**ANATOMIC DIAGNOSES**:

   GUNSHOT WOUND OF ABDOMEN, WITH INJURIES TO THE RIGHT RENAL VEIN,
     INFERIOR VENA CAVA, PORTAL VEIN, LIVER, AND FRACTURE OF THE TRANSVERSE
     PROCESS OF THE SECOND LUMBAR VERTEBRA.
   HEMOTHORAX.
   HEMOPERITONEUM.
   INTRAMURAL LEFT ANTERIOR DESCENDING CORONARY ARTERY AND SLIGHTLY HIGHER
   ANOMALOUS OPENING OF THE RIGHT CORONARY ARTERY.

**POSTMORTEM COMPLETED AT**: 11:30 am

(report continues on next page)

POSTMORTEM REPORT (Continued)
ME-9 REV 1/90

STATE OF CONNECTICUT
## OFFICE OF THE CHIEF MEDICAL EXAMINER
11 Shuttle Rd., FARMINGTON, CONN. 06032

M.E. CASE NO.
99-08116

NAME
Anthony

Lucky Jr

Page   7

Narrative Summary of Postmortem Examination: (continued)

hemispheres reveal normally disposed gray and white matter.  The bilateral
ventricles, corpus callosum, hippocampi and basal ganglia are within normal
limits.  The sections of the cerebellum, midbrain and medulla also reveal
normally disposed gray and white matter, free of any injuries or
abnormalities.  Upon reflecting the dura from the base of the skull, there
are no fractures or abnormalities noted.

REMOVAL OF THE SPINAL CORD:

    The spinal cord is removed from the twelfth thoracic to the fifth
lumbar vertebral level, and there is a fracture-transection of the
second lumbar vertebral transverse process noted, with epidural hemorrhage
extending into the cauda equina and distal part of the spinal cord.  There
is no injury seen to the central canal area of the spinal cord.

### LABORATORY PROCEDURES:

Specimens taken for Toxicologic Analysis:
        Blood, Left Pleural Cavity;  Vitreous;  Gastric Contents;
        Liver;  Brain

### X-RAYS TAKEN:

    Anterior-posterior abdomen.

### ANATOMIC DIAGNOSES:

    GUNSHOT WOUND OF ABDOMEN, WITH INJURIES TO THE RIGHT RENAL VEIN,
      INFERIOR VENA CAVA, PORTAL VEIN, LIVER, AND FRACTURE OF THE TRANSVERSE
      PROCESS OF THE SECOND LUMBAR VERTEBRA.
    HEMOTHORAX.
    HEMOPERITONEUM.
    INTRAMURAL LEFT ANTERIOR DESCENDING CORONARY ARTERY AND SLIGHTLY HIGHER
    ANOMALOUS OPENING OF THE RIGHT CORONARY ARTERY.


**POSTMORTEM COMPLETED AT:** 11:30 am

            (report continues on next page)