# NEW HAVEN POLICE DEPARTMENT

| INCIDENT NO | DATE | TIME STARTED | TIME ENDED | PLACE OF STATEMENT |
|---|---|---|---|---|
| 99-46990 | 11/08/99 | 3:43 PM | 4:09 PM | 121 ELM ST/GA-6 |

| NAME (FIRST, LAST) | STREET NO., STREET, CITY, STATE | PHONE |
|---|---|---|
| MAYRA MERCADO | | |

| DATE OF BIRTH | STATEMENT TAKER | | |
|---|---|---|---|
| | DETECTIVE E. RODRIGUEZ | OF THE | New Haven Police Department |

I make the following voluntary statement. I have been advised that any statement(s) made herein which I do not believe to be true, and which statement is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

Q. DO YOU MAYRA MERCADO GIVE THE FOLLOWING STATEMENT TO DETECTIVE EDWIN RODRIGUEZ, SERGEANT CANNING, AND SERGEANT NORWOOD OF YOUR OWN FREE WILL, WITHOUT ANY FEARS, THREATS, OR PROMISES, KNOWING FULL WELL WHATEVER IS CONTAINED IN THIS STATEMENT WILL BE USED IN A COURT OF LAW?

A. YES.

Q. YOU GOTTA SPEAK UP LOUDER PLEASE?

A. YES.

Q. MAYRA WHAT IS YOUR FULL NAME?

A. MY FULL NAME IS MAYRA ROSA MERCADO.

Q. AND CAN YOU SPELL YOUR LAST NAME FOR ME?

A. M-E-R-C-A-D-O.

Q. AND MAYRA WHAT IS YOUR DATE OF BIRTH?

A. 2-19-78.

Q. AND WHERE DO YOU LIVE MAYRA?
A. 156 WEST STREET.



By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____

Witness: _____

Signature: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

Subscribed and sworn to before me on this _____ day of _____ _____ under authority of the Connecticut General Statutes, 1-24. _____

Page 1 Of 29

©1996 Hanahan Computer Designs LLC

# NEW HAVEN POLICE DEPARTMENT

STATEMENT OF      MAYRA MERCADO

Q.  DO YOU HAVE A PHONE NUMBER MAYRA?

A.  NO I DON'T.

Q.  MAYRA HOW MANY YEARS HAVE YOU COMPLETED IN SCHOOL?

A.  TO THE 11TH GRADE.

Q.  CAN YOU READ, WRITE, AND UNDERSTAND THE ENGLISH LANGUAGE?

A.  YES.

Q.  MAYRA AT THIS TIME DO YOU KNOW WHERE YOU'RE AT OR DO YOU KNOW WHERE YOU ARE?

A.  YES I KNOW WHERE I'M AT.

Q.  AND WHERE'S THAT AT?

A.  THE COURT HOUSE RIGHT.

Q.  MAYRA AT THIS TIME ARE YOU UNDER ANY MEDICATION?

A.  ASTHMA THAT'S ALL I HAVE.

Q.  THAT'S IT.  THE CN ON THIS STATEMENT IS GONNA BE 46990, 46990.  MAYRA BACK ON AUGUST, EXCUSE ME, JULY 24TH, YOU STATED TO MYSELF AND SERGEANT NORWOOD AND SERGEANT CANNING THAT YOU HEARD ABOUT SOMETHING THAT IS GONNA GO ON, IS THAT CORRECT?

A.  YES.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____      Signature: _Mayra Mercado_

Witness: _____ #548 _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

Subscribed and sworn to before me on this _____ day of _____ _____ under authority of the

Connecticut General Statutes, 1-24. _____

©1996 Hanahan Computer Designs LLC

# NEW HAVEN POLICE DEPARTMENT

STATEMENT OF _____ MAYRA MERCADO _____

Q. LET'S GO BACK TO THE BEGINNING DURING THE PRE-INTERVIEW YOU GAVE US AND TELL ME WHAT YOU KNOW AND WHAT YOU HEARD STARTING ON THE 24TH?

A. THE 24TH, WELL ABOUT THE 24TH WE WAS BACK AT SHABAZZ HOUSE. HE WAS TALLYING UP FIGURING OUT WHAT WE WAS SUPPOSE TO DO DURING THE DAY AT HIS HOUSE.

Q. AND THE DATE, ARE YOU SURE ABOUT THE 24TH?

A. THE WHO.

Q. THE DATE WE'RE TALKING ABOUT, THE 24TH ON JULY, ARE YOU SURE OF THAT DATE?

A. NO THAT WAS THE 20TH, MY BACK. THE 24TH WE HAD GOT A CALL FROM SHAWN.

Q. GETTING BACK TO THE 20TH, WHAT HAPPENED ON THE 20TH?

A. THE 20TH WE WAS TALLYING UP THE DRUG MONEY THAT WAS COLLECTING FROM AND FROM OTHER PEOPLE THAT HAD BUNDLES.

Q. WHEN YOU SAY DRUG MONEY, WHOSE DRUG MONEY?

A. SHABAZZ'.

Q. AND WHO IS SHABAZZ?

A. MY KID'S FATHER.

Q. AND THIS WAS ON JULY 20TH?

A. YES.

Q. AND WHERE, WHERE WAS THIS TAKING PLACE AT?

A. HIS HOUSE.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _maⴙⵏⵏa mercado_

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

Subscribed and sworn to before me on this _____ day of _____ . _____ under authority of the Connecticut General Statutes, 1-24. _____

Page    3    Of    29

©1998 Hanahan Computer Designs LLC

# NEW HAVEN POLICE DEPARTMENT

STATEMENT OF    MAYRA MERCADO

Q. AND WHERE IS THAT LOCATED?

A. WEST HAVEN.

Q. DO YOU KNOW THE ADDRESS?

A. NOPE.

Q. IS IT A HOUSE, AN APARTMENT?

A. NOPE.

Q. DO YOU KNOW IF IT'S A HOUSE OR AN APARTMENT?

A. YEH IT'S A HOUSE,

Q. FIRST, SECOND FLOOR?

A. THE WHOLE HOUSE.

Q. SO WHEN YOU SAY YOU'RE TALLYING UP MONEY, DRUG MONEY?

A. MM HM.

Q. WHAT DO YOU MEAN BY TALLYING?

A. COUNTING, COUNTING THE MONEY UP.

Q. AND WHAT HAPPENS THEN?

A. NOTHING WE COUNTED IT UP, IT CAME UP TO TEN THOUSAND    I THINK IT WAS FIFTY DOLLARS. THAT'S WHEN SHABAZZ FOUND OUT THAT --THAT WAS WHEN SHABAZZ FOUND OUT THAT THERE WAS STILL MONEY MISSING, BECAUSE HE WAS SUPPOSE TO TALLY UP MORE.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness:

Witness:

Signature: _Mayra Mercado_

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

Subscribed and sworn to before me on this _____ day of _____ under authority of the Connecticut General Statutes, 1-24. _____

Page  4  Of  29

©1998 Hanahan Computer Designs LLC

# NEW HAVEN POLICE DEPARTMENT

99-46990

STATEMENT OF     MAYRA MERCADO

Q. SO YOU'RE SAYING THAT THE COUNT WAS TEN THOUSAND?

A.                   BUT I WAS SUPPOSE TO LEAVE THE NEXT DAY WITH TEN THOUSAND DOLLARS FOR NEW YORK,

Q. NOW IN THE ROOM OR IN THE APARTMENT WITH YOU, THERE'S YOURSELF, SHABAZZ AND JOSE, DO YOU KNOW JOSE'S LAST NAME?

A. NO I DON'T KNOW JOSE'S LAST NAME.

Q. IS JOSE WHITE, BLACK OR SPANISH?

A. CUBAN.

Q. HE'S CUBAN?

A. YEH.

Q. HOW ABOUT SHABAZZ, IS HE WHITE, BLACK OR       ?

A. BLACK.

Q. AND ONCE YOU COUNTED UP TO TEN THOUSAND FIVE HUNDRED FORTY FIVE?

A. THAT'S WHEN SHABAZZ YOU KNOW WHAT I'M SAYING, THEY WAS TALKING ABOUT THE KIDS THAT HAD THE BUNDLES THAT JOSE GAVE TO THE---JOSE SAID THAT HE--THEY NEVER CAME BACK AND HE NEVER SEEN THEM AGAIN. THEY WERE SUPPOSE TO MEET UP HOWARD, I MEAN HOWARD, I MEAN HALLOCK TO TELL HIM WHAT WAS GOING ON BECAUSE

Q. WHEN YOU'RE SAYING THAT THEY SUPPOSE TO TALK TO WHO JOSE?

A. JOSE, THEY WERE SUPPOSE TO TALK TO SHABAZZ, NOBODY TALKED TO SHABAZZ.

---

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____

Witness: _____

Signature: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

Subscribed and sworn to before me on this _____ day of _____ _____ under authority of the Connecticut General Statutes, 1-24. _____

©1996 Hanahan Computer Designs LLC

# NEW HAVEN POLICE DEPARTMENT

99-46990

STATEMENT OF　　　　MAYRA MERCADO

Q.  AND WHO IS WHO, WHO ARE THESE KIDS?

A.  I DON'T KNOW THEIR NAMES.

Q.  YOU DON'T KNOW THEIR NAMES?

A.  MM MM.

Q.  ARE THEY BLACK, WHITE, SPANISH?

A.  THEY BLACK.

Q.  AND  YOU SAID SOME MONIES WERE MISSING, DO YOU RECALL HOW MUCH WAS MISSING?

A.  IT WAS IN THE NINE---NINE HUNDRED DOLLARS I REMEMBER.  NINE HUNDRED DOLLARS.

Q.  NINE HUNDRED DOLLARS WAS MISSING AND WAS SHABAZZ UPSET ABOUT THIS?

A.  VERY.

Q.  YOU        STATED IN THE PRE-INTERVIEW THAT SHABAZZ GAVE YOU TEN THOUSAND DOLLARS IS THAT CORRECT?

A.  YEH TO GO TO NEW YORK.

Q.  NEW YORK TO GO WHERE?

A.  TO COP.

Q.  WHAT DO YOU MEAN BY COP?

A.  TO GO GET SOME DRUGS.

---

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____　　　Signature: _Mayra Mercado_____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

Subscribed and sworn to before me on this _____ day of _____ under authority of the Connecticut General Statutes, 1-24. _____

©1996 Hanahan Computer Designs LLC

# NEW HAVEN POLICE DEPARTMENT

STATEMENT OF      MAYRA MERCADO

Q.  HOW MUCH DRUGS?

A.  WITH TEN THOUSAND I WAS SUPPOSE TO GET PROBABLY LIKE A HALF A KEY, DEPENDING ON HOW MUCH        .

Q.  WHAT KIND OF DRUGS?

A.  CRACK COCAINE DEPENDING ON HOW MUCH THE GRAMS WERE.

Q.  WHEN HE GAVE YOU THE TEN THOUSAND WHAT DID YOU DO THEN?

A.  I WENT TO NEW YORK,          .

Q.  BUT DID YOU LEAVE THE APARTMENT RIGHT AFTER THAT?

A.  NO I DIDN'T LEAVE THE APARTMENT RIGHT AFTER THAT BECAUSE I STOOD THERE, CAUSE JOSE AND HIM WAS DOWNSTAIRS TO TALK ABOUT SOMETHING YOU KNOW WHAT I'M SAYING.

Q.  DID YOU STAY UPSTAIRS?

A.  NO I WENT DOWNSTAIRS RIGHT AFTER                TURN UP THE MUSIC CAUSE
        CAUSE SHABAZZ STARTED ARGUING SO I WENT DOWNSTAIRS TO LISTEN TO WHAT WAS GOING ON AND I KNOW THEY WAS--THEY WERE--SHABAZZ WAS MAD, SHABAZZ WAS ARGUING WITH JOSE.        SHABAZZ SAID WELL FIND HIM AND HIT HIM UP.  HIT HIM UP MEANING YOU KNOW WHAT I'M SAYING PISTOL WHIP HIM OR WHATEVER.

Q.  SO SHABAZZ WAS TELLING JOSE THIS DOWNSTAIRS AND YOU WERE NOT PRESENT BUT YOU WERE BEHIND THE DOOR?

A.  YEH, THE DOOR WAS CLOSED                .

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____

Witness: _____

Signature: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

Subscribed and sworn to before me on this _____ day of _____ _____ under authority of the Connecticut General Statutes, 1-24. _____

©1998 Hanahan Computer Designs LLC

Case 3:03-cv-00943-AWT    Document 91-6    Filed 12/22/2006    Page 8 of 29

99-46990

# NEW HAVEN POLICE DEPARTMENT

STATEMENT OF ___ MAYRA MERCADO ___

Q. AND WHEN HE SAID HIT HIM UP, HIT UP WHO?

A. HIT UP          I DON'T KNOW WHO HAD IT, I JUST KNOW THAT SOMEBODY OWE HIM ON THE STRIP NINE HUNDRED DOLLARS, THEY ASKED          IT'S THE MAN

Q. WHEN YOU'RE SAYING THAT THE ONES WHO OWED HIM MONEY, IS THAT THE SAME YOUNG GUYS WHO OWED HIM NINE HUNDRED DOLLARS?

A. YEH.

Q. AND HE TOLD JOSE TO DO THIS?

A. HE SAID JOSE GET SOMEBODY TO HIT HIM UP, PISTOL WHIP HIM AND BRING HIM TO THE SPOT TO WORK IT OFF, PENNY BY PENNY. IF NOT THAN DEAD HIM IF THEY DON'T

Q. AND WHAT DO YOU MEAN BY DEAD HIM?

A. WHAT YOU MEAN BY DEAD HIM, KILL HIM.

Q. AFTER THAT YOU OVERHEARD THAT CONVERSATION, WHAT HAPPENED THEN?

A. NOTHING, I JUST MIND MY BUSINESS WHAT WAS I SUPPOSE TO DO,          I DON'T HEAR OR SEE

Q. BACK ON SEPTEMBER 24TH IN THE PRE-INTERVIEW YOU TOLD ME SOMETHING HAPPENED ON SEPTEMBER 24, 1999, DO YOU REMEMBER WHAT HAPPENED?

A. SHABAZZ HAD GOT A CALL FROM SHAWN FROM THE GETTY GAS STATION OVER HERE,          TELLING HIM AND THEY

Q. WHEN HE SAYS HE GETS A CALL FROM SEAN, SEAN WHO?
A. SEAN,          JOHNSON.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _Mayra Mercado_

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

Subscribed and sworn to before me on this _____ day of _____ under authority of the

Connecticut General Statutes, 1-24. _____

©1996 Hanahan Computer Designs LLC

# NEW HAVEN POLICE DEPARTMENT

STATEMENT OF     MAYRA MERCADO

Q. IS HE A WHITE, BLACK MALE, HISPANIC?

A. BLACK.

Q. AND YOU KNOW SEAN?

A. YEH.

Q. HOW LONG YOU KNOWN SEAN FOR?

A. SINCE HE CAME UP HERE FROM NEW YORK.

Q. HOW LONG IS THAT?

A. I DON'T KNOW MAYBE     MAYBE FOUR OR FIVE MONTHS.

Q. FOUR OR FIVE MONTHS.  SO SEAN CALLS---SEAN CALLS SHABAZZ AND TELLS HIM THAT THE THREE?

A.

Q. WHAT DO YOU MEAN     THREE GUYS?

A.

Q. ARE OVER AT THE GETTY STATION?

A. YEH,

Q. WHERE IS THIS GETTY STATION LOCATED?

A. ON KIMBERLY.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____     Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

Subscribed and sworn to before me on this _____ day of _____ _____ under authority of the Connecticut General Statutes, 1-24. _____

©1996 Hanahan Computer Designs LLC

# NEW HAVEN POLICE DEPARTMENT

STATEMENT OF      MAYRA MERCADO

Q.  AND WHERE IS THAT          ?

A. KIMBERLY IN NEW HAVEN.

Q.  I MEAN THE HILL?

A.  IN THE HILL, IN THE HILL.

Q.  WHAT TIME WAS THIS ABOUT?

A.  I REMEMBER LIKE MID DAY.

Q.  MID DAY?  WHAT HAPPENED?

A.

Q.  WHAT'S THIS SHABAZZ, YOU WERE IN A CAR WITH SHABAZZ WHEN THIS PHONE CALL CAME?

A.  WHEN THE PHONE RANG YEH CAUSE I PICKED UP THE PHONE AND SEAN WAS LIKE YO PUT SHABAZZ, PUT SHABAZZ, BUT SHABAZZ NEVER PUT THE PHONE YOU COULD HEAR THE CONVERSATION WHEN I HEARD

Q.  WHAT TYPE OF PHONE WAS THIS?

A.  CELL PHONE.

Q.  CELL PHONE.  DO YOU RECALL WHAT TYPE OF CAR YOU WERE IN?

A.  IN AN EXPEDITION.

Q.  WHAT COLOR?

A.  GOLD.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____     Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

Subscribed and sworn to before me on this _____ day of _____ _____ under authority of the Connecticut General Statutes, 1-24. _____

©1996 Hanahan Computer Designs LLC

# NEW HAVEN POLICE DEPARTMENT

99-46990

STATEMENT OF      MAYRA MERCADO

Q. ONCE HE RECEIVED A CALL AND FINISHED TALKING WITH SEAN, WHAT HAPPENED NEXT?

A. NOTHING, HE WAS JUST      HE WAS LIKE OVER

Q. WHEN HE MEANT NIGGERS ABOUT TO GET ASSED OUT, WHAT DO YOU MEAN BY THAT EXACTLY?

A.
FUCKED WITH THE WRONG PERSON AT THE WRONG TIME.  FUCKING WITH HIS MONEY AND LIKE FUCKING WITH HIS GIRL OR HIS MOTHER

Q. HE WAS SAYING ALL THIS TO YOU?

A. NO HE WAS SAYING TO ME

Q. IN GENERAL?

A. SPEAKING OUTLOUD.

Q. WHAT HAPPENED AFTER THAT, THE 24TH?

A.

Q. SOMETHING HAPPEN LATER ON THAT NIGHT?

A.

Q. YOU STATED ON THE 25TH SOMETHING HAPPENED?

A.

Q. ON THE 25TH AND WHAT TIME WAS THIS ON THE 25TH?

A. DURING THE NIGHT TIME THAT IT HAPPENED, BUT DURING THE DAY TIME

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness:

Witness:

Signature: Mayra Mercado

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

Subscribed and sworn to before me on this _____ day of _____ under authority of the

Connecticut General Statutes, 1-24. _____

©1996 Hanahan Computer Designs LLC

99-46990

# NEW HAVEN POLICE DEPARTMENT

STATEMENT OF _____ MAYRA MERCADO _____

Q. YOU WENT TO DROP OFF B-LOVE?

A.

Q.

A. HALLOCK.

Q. HALLOCK?

A. MM HM.

Q. WHAT HAPPENED IN THE EVENING HOURS OF, YOU SAY IT WAS IN THE EVENING HOURS OR WAS IT THE EARLIER EARLIER HOURS OF THE 25TH?

A.          EVENING          LIKE NIGHT TIME.

Q. IT WAS NIGHT TIME?

A.

Q. WERE PEOPLE OUT IN THE STREET?

A. HUH.

Q. WERE THERE PEOPLE ON THE STREET OR ANYTHING?

A. NO,               .

Q. WHAT HAPPENED?

A. NOTHING, I CAME TO DO MY REGULAR ROUTE          .

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _Mayra Mercado_____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

Subscribed and sworn to before me on this _____ day of _____ _____ under authority of the Connecticut General Statutes, 1-24. _____

Page   12   Of   29

©1996 Hanahan Computer Designs LLC

# NEW HAVEN POLICE DEPARTMENT

99-46990

STATEMENT OF      MAYRA MERCADO

Q. HALLOCK WHERE?

A. HALLOCK AND                    CORNERS.

Q. THAT'S COLUMBUS?

A. YEH, I CAME TO DO MY REGULAR ROUTE, I WAS IN MY BLUE EXPLORER.

Q. WHEN YOU SAY YOU CAME TO DO YOUR REGULAR ROUTES, WHAT TYPE OF ROUTES ARE YOU TALKING ABOUT?

A. DROPPING OFF AND PICKING UP.

Q. PICKING UP WHAT?

A. DROPPING OFF DRUGS AND PICKING UP MONEY.

Q. AND WHO WERE YOU WORKING FOR?

A. SHABAZZ.

Q. SO YOU DROVE UP TO HALLOCK STREET THAT'S CORRECT?

A. I DROVE UP TO--TO THE PAY PHONE, I DROPPED---I CAME TO THE PAY PHONE WHERE I USUALLY WAIT FOR              TO COME UP THE STREET

Q. AND WHERE IS THIS PAY PHONE LOCATED AT?

A. RIGHT THERE ON              ACROSS THE STREET FROM

Q. THE SIX CORNERS BEING---THE SIX CORNERS BEING COLUMBUS, HALLOCK AND WASHINGTON AVENUE?

A. YEH.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____      Signature: _Mayra Mercado_

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

Subscribed and sworn to before me on this _____ day of _____ _____ under authority of the Connecticut General Statutes, 1-24. _____

©1996 Hanahan Computer Designs LLC

# NEW HAVEN POLICE DEPARTMENT

STATEMENT OF          MAYRA MERCADO

Q. WHEN YOU ARRIVED WAS ANYBODY THERE?

A. NO SEAN CAME UP TO ME. SEANS UP IN THE TRUCK                    SHABAZZ
SHOULD BE COMING BEHIND ME IN A FEW. THEN HE GOT A CALL ON HIS PHONE FROM
SHARON.

Q. AND WHO IS SHARON?

A. SHARON, SHARON WAS ONE OF HIS WORKERS. I DON'T KNOW HER LAST NAME OR
NOTHING LIKE THAT, BUT I KNOW SHE WAS WORKING FOR.

Q. COULD YOU I.D. HER IF YOU SAW HER AGAIN?

A. YEH I COULD I.D. HER.

Q. AND HE RECEIVED A CALL FROM SHARON?

A. SHARON.

Q. HOW YOU KNOW IT WAS SHARON?

A. BECAUSE HE SAID LOOK AT SHARON NOW, WHAT THE FUCK DOES SHE WANT, I BETTA
SHE FUCKED UP A BUNDLE.

Q. AND HE WAS SPEAKING ON HIS CELL PHONE?

A. YEH HE WAS SPEAKING ON HIS CELL PHONE, CELL PHONE

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to
the best of my knowledge and belief.

Witness: _____          Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained
therein.

Subscribed and sworn to before me on this _____ day of _____ _____ under authority of the
Connecticut General Statutes, 1-24. _____

©1996 Hanahan Computer Designs LLC

99-46990

# NEW HAVEN POLICE DEPARTMENT

STATEMENT OF _____ MAYRA MERCADO

Q.  DID YOU OVERHEAR ANYTHING?

A.  YEH I OVERHEARD, I OVERHEARD SHARON BECAUSE HE HAD HIS CELL PHONE REAL LOUD AND HE DIDN'T PUT IT ALL THE WAY TO HIS EAR YOU KNOW WHAT I'M SAYING, I HEARD HER SAY YO            AROUND HERE, AROUND THE STRIP AND HE WAS LIKE WHO, WHO,

            THAT OWE BAZZ, THAT OWE BAZZ THE MONEY,        HE WAS LIKE ALRIGHT I'M TRYING TO GET ON THE PHONE NOW.

Q.  SO YOU OVERHEARD SHARON SAY TO HIM THOSE LITTLE NIGGERS MEANING WHO?

A.  THE THREE KIDS THAT OWE SHABAZZ MONEY, I DON'T KNOW THEIR NAMES.

Q.  WHEN SHE SAID THEY'RE ON THE BLOCK, WHAT DID SHE MEAN BY THAT?

A.  THEY WAS AROUND THE WAY, THEY WERE AROUND, YOU KNOW WE THERE ON THE CORNER SO THEY AROUND        AND THEY COULD BE LOOKING AT US.

Q.  WHERE'S AROUND THERE?

A.  LIKE HOWARD AND COLUMBUS YOU KNOW WHAT I'M SAYING.

Q.  AND ONCE SHE TOLD HIM THIS, DID YOU OVERHEAR ANYTHING ELSE?

A.  NO, I DIDN'T HEAR NOTHING ELSE AFTER THAT.

Q.  AND HE HUNG UP AFTER THAT?

A.  AND HE HUNG UP AND THAT'S WHEN SHABAZZ WAS RIGHT BEHIND ME IN THE EXPEDITION.

Q.  WHAT COLOR IS THE EXPEDITION?

A.  GOLD.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____     Signature: _Mayra Mercado_

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

Subscribed and sworn to before me on this _____ day of _____ _____ under authority of the Connecticut General Statutes, 1-24. _____

Page 15 Of 29

©1996 Hanahan Computer Designs LLC

# NEW HAVEN POLICE DEPARTMENT

STATEMENT OF _____ MAYRA MERCADO _____

Q.  AND ONCE SHABAZZ PULLS UP WHAT HAPPENS?

A.  HE JUMPED OUT THE CAR, HE GETS IN THE CAR WITH SHABAZZ, THEY START TALKING ABOUT SOMETHING THEN THAT'S WHEN SHABAZZ PULLS UP BESIDE ME AND TELLS ME MAYRA, YOU KNOW WHAT I'M SAYING,        HE SAID MAYRA LEAVE THE TRUCK KEYS IN THERE AND GIVE ME MY DAUGHTER AND DO WHAT YOU GOTTA DO, I TOLD HIM TO WHAT'S GOING ON, YOU KNOW WHAT I'M SAYING, WHY YOU LETTING HIM TAKE MY TRUCK.

Q.  WHEN HE SAYS--WHEN HE SAYS HE PULLS UP TO YOU AND HE TELLS YOU TO DO WHAT YOU GOTTA DO, WHAT DID HE MEANT BY THAT?

A.  TO GO        DROP OFF.

Q.  AND YOU HAD YOUR DAUGHTER WITH YOU, YOU TOOK YOUR DAUGHTER?

A.  YEH HE TOOK MY DAUGHTER

Q.  AND YOU SAID SOMEBODY TOOK YOUR CAR?

A.  SEAN TOOK MY TRUCK AND PARKED IT

Q.  YOU SAID YOU ASKED HIM WHY SOMEBODY WAS TAKING YOUR CAR?

A.

Q.  HE SAID JUST BE QUIET?

A.  YEH.

Q.  SO ONCE SEAN TOOK YOUR CAR DID YOU STAY DOWN        ?

A.  I STOOD THERE FOR A FEW, NOT TOO LONG, MAYBE LIKE TWO MINUTES

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _Mayramercado_

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

Subscribed and sworn to before me on this _____ day of _____ _____ under authority of the Connecticut General Statutes, 1-24. _____

Page  16  of  29

©1996 Hanahan Computer Designs LLC

# NEW HAVEN POLICE DEPARTMENT

STATEMENT OF _____ MAYRA MERCADO _____

Q. WHAT HAPPENED NEXT?

A. NOTHING, I JUST OVERHEARD SHABAZZ SAY YOU KNOW YOU GOT EVERYTHING.

Q. WHO WAS HE TALKING TO?

A.

Q. SO SEAN ONCE HE PARKED YOUR CAR ON DAGGETT STREET HE CAME BACK UP?

A. YEH.

Q. HOW DID HE COME BACK UP?

A. HE CAME BACK WALKING, THAT'S WHEN                    AND WILLIE WAS COMING IN TO

Q. WHAT COLOR WAS THE CRX?

A.

Q. AND WHO WAS DRIVING?

A. AT FIRST            .

Q. DID THEY DO ANYTHING, DID THEY PULL UP OR WHAT?

A. THEY JUST PULLED UP AND            AND THEY WAS TALKING, THEN FROM THE OTHER END COME BABY.

Q. AND WHO IS BABY?

A.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____          Signature: _Mayra Mercado_

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

Subscribed and sworn to before me on this _____ day of _____ _____ under authority of the

Connecticut General Statutes, 1-24. _____

©1998 Hanahan Computer Designs LLC

99-46990

# NEW HAVEN POLICE DEPARTMENT

STATEMENT OF _____MAYRA MERCADO_____

Q. IS HE BLACK, WHITE?

A. PUERTO RICAN, HE'S PUERTO RICAN.

Q. AND HE              WILLIE, ARE THEY BLACK, WHITE OR?

A. THEY PUERTO RICAN.  THEY COME UP THERE THEY GET ALL HOSTILE
I TURNED AROUND                  .

Q. SO YOU SAID THAT SOMEBODY PULLED UP?

A.

Q.        PULLED UP AGAIN ON          ?

A.

Q. WITH WILLIE?

A.        PUERTO RICAN.

Q. AND THEN WHO PULLED UP NEXT?

A. THEN THAT'S WHEN BEBE CAME SO THE BEBE THAT PULLED UP

Q. WAS HE WALKING, WAS HE DRIVING?

A. HE HAD THAT LITTLE MOPED.

Q. HE PULLED UP IN THE MOPED THEN?

A. THAT LITTLE SCOOTER THAT HE HAS AND HE LEFT IT BEHIND        .

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to
the best of my knowledge and belief.

Witness: _____          Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained
therein.

Subscribed and sworn to before me on this _____ day of _____ _____ under authority of the

Connecticut General Statutes, 1-24. _____

©1998 Hanahan Computer Designs LLC

# NEW HAVEN POLICE DEPARTMENT

99-46990

STATEMENT OF     MAYRA MERCADO

Q. ONCE HE PULLS UP WHAT HAPPENED THEN?

A. NOTHING, THEY START ARGUING AND START TALKING AND THEN THAT'S WHEN SHABAZZ
         I WASN'T WORRIED ABOUT THEM       .

Q. WHERE WERE YOU WALKING TOWARDS?

A. HALLOCK.

Q. AND WHERE WERE THEY LOCATED       ?

A. RIGHT THERE BY THE PAY PHONE       A LITTLE BIT DOWN BY THE TREES, BUT I WASN'T REALLY WORRIED ABOUT WHAT THE HELL THEY WAS GONNA DO, I WAS WORRIED ABOUT MY DAUGHTER.

Q. WHAT HAPPENED NEXT?

A. I JUST HEARD       WHEN I TURNED AROUND I SEEN SHABAZZ

Q. WHAT KIND OF GUN WAS IT DID YOU SEE?

A.

Q. WHAT COLOR WAS IT?

A. IT WAS BLACK.

Q. WAS SHABAZZ?

A. I'M DEBATING IF IT WAS A NINE BECAUSE I KNOW HE COULD       .

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____

Witness: _____       Signature: _Mayra Mercado_____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

Subscribed and sworn to before me on this _____ day of _____ under authority of the

Connecticut General Statutes, 1-24. _____

©1996 Hanahan Computer Designs LLC

# NEW HAVEN POLICE DEPARTMENT

99-46990

STATEMENT OF     MAYRA MERCADO

Q. SO YOU'RE SAYING YOU SAW SHABAZZ HAND A GUN OVER TO BEBE?

A.

Q. WAS BEBE OUTSIDE HIS VEHICLE, WAS HE?

A. HE WAS INSIDE THE VEHICLE, PASSENGER SIDE.

Q. AND WHAT VEHICLE WAS THIS?

A. THE CRX.

Q. DID YOU SEE BEBE GET INTO THE VEHICLE?

A. YES I SEEN      VEHICLE

Q. AND YOU'RE SAYING LATER ON YOU SAW SHABAZZ HAND HIM THE GUN?

A.

Q. AND HE WAS ON THE PASSENGER SIDE?

A. YES.

Q. AND YOU SAID THE GUN WAS BLACK?

A. YEH.

Q. DID YOU OVERHEAR ANYTHING WHEN YOU GAVE HIM THE GUN?

A. NO I DIDN'T HEAR I WAS TOO FAR AWAY.

---

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

Subscribed and sworn to before me on this _____ day of _____ _____ under authority of the

Connecticut General Statutes, 1-24. _____

©1998 Hanahan Computer Designs LLC

# NEW HAVEN POLICE DEPARTMENT

STATEMENT OF          MAYRA MERCADO

Q.  DID YOU SEE SHABAZZ WITH A GUN EARLIER THAT DAY?

A.

Q.  HOW DID HE HAND THE GUN OVER TO?

A. BEBE.

Q.  BEBE?

A. RIGHT HERE,          FROM ONE WINDOW OF THE CAR          .

Q.  SO SHABAZZ WAS IN HIS?

A. IN HIS TRUCK.

Q.  SO ONCE HE HANDED OVER THE GUN TO BEBE, WHAT HAPPENED NEXT?

A. NOTHING, THE CAR JUST STARTED SWERVING AND TURNED UP

Q.  FIRST OF ALL WHEN YOU SAID THE CAR, WHAT CAR STARTED TURNING OUT?

A.  THE CRX.

Q.  WHICH WAY DID IT GO?

A. I WENT TOWARDS          GOING THAT WAY.

Q.  GOING DOWN COLUMBUS?

A.  YEH AND SHABAZZ BEHIND HIM WITH MY DAUGHTER, BUT I DIDN'T LOOK WHEN I HEARD THE SHOTS.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness:

Witness:

Signature:

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

Subscribed and sworn to before me on this _____ day of _____ under authority of the

Connecticut General Statutes, 1-24. _____

©1996 Hanahan Computer Designs LLC

# NEW HAVEN POLICE DEPARTMENT

STATEMENT OF     MAYRA MERCADO

Q. HOW MANY SHOTS DID YOU HEAR?

A. I HEARD ABOUT SIX, IT PROBABLY WAS MORE.

Q. HOW LONG AFTER THE CARS TAKE OFF YOU HEAR THE SHOTS?

A. ABOUT MAYBE FIVE    .

Q. AND HOW MANY SHOTS DID YOU HEAR?

A. I HEARD ABOUT SIX.

Q. AND WHAT HAPPENED NEXT?

A. NOTHING, I DON'T KNOW WHAT HAPPENED NEXT, I KNOW I GOT ABOUT AFTER THAT ABOUT FIVE MINUTES      NOT EVEN FIVE MINUTES      SHABAZZ PULLED UP    .

Q. FIVE MINUTES AFTER WHAT?

A. AFTER I HEARD THE SHOOTOUT      THAT'S WHEN SHABAZZ PULLED UP BESIDE ME

Q. AND YOU SAY YOU HEARD SIX SHOTS?

A. SIX SHOTS.

Q. AND SHABAZZ PULLS UP WAS HE WITH ANYONE?

A. HE WAS WITH MY DAUGHTER.

Q. WAS ANYBODY ELSE?

A.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____

Witness: _____

Signature: Mayra Mercado

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

Subscribed and sworn to before me on this _____ day of _____ _____ under authority of the Connecticut General Statutes, 1-24. _____

©1996 Hanahan Computer Designs LLC

# NEW HAVEN POLICE DEPARTMENT

STATEMENT OF      MAYRA MERCADO

Q. DID YOU SPEAK TO SHABAZZ?

A. I SPOKE TO SHABAZZ AND     SAY NOTHING ABOUT NOTHING, I DIDN'T ASK THE QUESTIONS AND HE DIDN'T ASK

Q. DID YOU HEAR ANYTHING ELSE ABOUT THAT NIGHT?

A. NO I DIDN'T HEAR NOTHING ELSE ABOUT THAT NIGHT,

Q. PRIOR TO THE TAPED STATEMENT I SHOWED YOU FIVE PHOTO BOARD IS THAT CORRECT?

A. YES.

Q. THE FIRST PHOTO BOARD, THE FIRST PHOTO BOARD I SHOWED YOU IN THE PRE-INTERVIEW WAS OF EIGHT BLACK MALES IS THAT CORRECT?

A. YES.

Q. DID YOU RECOGNIZE ANYONE THERE?

A. YES NUMBER FOUR.

Q. AND WHO IS THAT?

A.

Q. IS THIS THE SAME PERSON WHO WAS IN YOUR VEHICLE ON THE 25TH?

A. YES.

Q. THIS IS THE SAME PERSON WHO GOT THE PHONE CALL FROM SHARON?

A. YES.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness:

Witness:

Signature: Mayra Mercado

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

Subscribed and sworn to before me on this _____ day of _____ _____ under authority of the

Connecticut General Statutes, 1-24. _____

©1996 Hanahan Computer Designs LLC

# NEW HAVEN POLICE DEPARTMENT

STATEMENT OF ___MAYRA MERCADO___

Q.  AND THIS IS THE SAME PERSON WHO RELATED TO SHABAZZ?

A.  MM HM.

Q.  ISN'T IT TRUE THAT YOU SIGNED THIS PHOTOGRAPH MAYRA?

A.  YES I DID.

Q.  ISN'T IT TRUE THAT MYSELF AND SERGEANT NORWOOD ALSO SIGNED IT?

A.  YES.

Q.  AND THAT WE GAVE YOU IT AND PUT THE TIME?

A.  YES YOU DID.

Q.  DO YOU KNOW SEAN'S REAL NAME?

A.

Q.  HOW LONG HAVE YOU KNOW HIM FOR?

A.  A COUPLE OF MONTHS.

Q.  THE SECOND PHOTO BOARD I HAD YOU LOOK AT WAS OF ALL BLACK MALES ALSO?

A.  MM HM.

Q.  ALL SIMILAR IN APPEARANCE?

A.  MM HM.

ORIGINAL

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____     Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

Subscribed and sworn to before me on this _____ day of _____ _____ under authority of the

Connecticut General Statutes, 1-24. _____

©1996 Hanahan Computer Designs LLC

# NEW HAVEN POLICE DEPARTMENT

STATEMENT OF    MAYRA MERCADO

Q.  DID YOU RECOGNIZE ANYBODY IN THAT SECOND PHOTO BOARD?

A.  NUMBER THREE.

Q.  AND WHO IS THAT?

A.  I THINK THAT WAS HIS COUSIN, I'M NOT SURE.

Q.  WHOSE COUSIN?

A.  THE KID          GOT SHOT.

Q.  AND THE KID WHO GOT SHOT WHO IS HE?

A.  I DON'T KNOW HIS NAME, AS I TOLD YOU I DIDN'T KNOW THE NAMES,
I LIKE RECOGNIZE THEIR FACES, BUT I DON'T KNOW.

Q.  AND THE PHOTOGRAPH OF NUMBER THREE HERE IN THE SECOND PHOTO BOARD YOU
RECOGNIZE, YOU SAID THIS IS THE COUSIN OF SOMEBODY WHO GOT SHOT?

A.  OR THE COUSIN OF ONE OF THE NIGGERS THAT HAD THE BUNDLE,
BUNDLE, THAT TOOK THE BUNDLE FROM SHABAZZ,    AND FUCKED UP.

Q.  SO HE WAS, THIS IS ONE OF THE KIDS, ONE OF THREE KIDS WHO MESSED UP THE
BUNDLES FOR SHABAZZ?

A.  YES.

Q.  AND THE MONEY?

A.  YES.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to
the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained
therein.

Subscribed and sworn to before me on this _____ day of _____ _____ under authority of the

Connecticut General Statutes, 1-24. _____

©1998 Hanahan Computer Designs LLC

# NEW HAVEN POLICE DEPARTMENT

STATEMENT OF      MAYRA MERCADO

Q.  ISN'T IT TRUE YOU SIGNED THIS PHOTO NUMBER THREE?

A.  YES I DID, YES I DID.

Q.  AND ISN'T IT TRUE THAT MYSELF AND SERGEANT NORWOOD SIGNED IT?

A.  YES I HAVE.

Q.       PUT IN THE TIME.  THE THIRD PHOTO BOARD THAT I SHOW YOU IS OF EIGHT BLACK MALES ALL SIMILAR IN APPEARANCE, DO YOU RECOGNIZE ANYBODY IN THIS PHOTO BOARD?

A.  YES.

Q.  AND WHO IS THAT?

A.  NUMBER FOUR, SHABAZZ.

Q.  AND WHO IS THIS PERSON?

A.

Q.  AND IS THIS THE SAME PERSON WHO PULLED UP IN BACK OF YOU THAT NIGHT ON THE 25TH, IS THIS THE SAME PERSON YOU SAW PASS A HANDGUN TO BEBE THAT NIGHT?

A.  YES.

Q.  IS THIS THE SAME PERSON WHO YOU SAY WAS WITH YOU ON THE 20TH COUNTING MONEY?

A.  YES.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____      Signature: _Mayra Mercado_

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

Subscribed and sworn to before me on this _____ day of _____ under authority of the

Connecticut General Statutes, 1-24. _____

©1996 Hanahan Computer Designs LLC

# NEW HAVEN POLICE DEPARTMENT

STATEMENT OF _____ MAYRA MERCADO _____

Q. AND WHO TOLD YOU THAT MONIES WERE MISSING?

A. YES.

Q. ISN'T IT TRUE THAT YOU SIGNED THIS PHOTO NUMBER FOUR?

A.

Q. ISN'T IT TRUE MYSELF AND SERGEANT NORWOOD SIGNED IT ALSO?

A. YES.

Q. DID YOU ALSO PUT THE DATE AND TIME?

A.

Q. THE FINAL PHOTO BOARD IS NUMBER FOUR, THE FOURTH PHOTO BOARD, IT'S GONNA BE OF EIGHT BLACK FEMALES ALL SIMILAR IN APPEARANCE, IN THIS PHOTO BOARD OF THE BLACK FEMALES ALL SIMILIAR IN APPEARANCE, DO YOU RECOGNIZE ANYBODY    ?

A. YEH NUMBER FOUR        .

Q. IS THIS THE SAME SHARON THAT TELEPHONED SEAN ON THE 25TH?

A.

Q. ISN'T IT TRUE THAT YOU SIGNED THAT PHOTO?

A.

Q. AS WELL AS MYSELF AND SERGEANT NORWOOD?

A. YEH.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____          Signature: _Mayra Mercado_

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

Subscribed and sworn to before me on this _____ day of _____ _____ under authority of the

Connecticut General Statutes, 1-24. _____

Page    27    Of    29

©1998 Hanahan Computer Designs LLC

99-46990

# NEW HAVEN POLICE DEPARTMENT

STATEMENT OF _____ MAYRA MERCADO _____

Q. AND AS WELL AS THE DATE AND TIME ALSO?

A. YUP.

Q. MAYRA?

A. YES.

Q. THAT NIGHT OF THE SHOOTING ARE YOU SURE ABOUT THE TIMES?

A. NO I'M NOT.

Q. BUT YOU KNOW IT WAS THE 25TH IS THAT CORRECT?

A. YES I DO, I KNOW THAT IT'S THE 25TH              .

Q. AND AGAIN TO REITERATE YOU STATED THAT YOU OBSERVED SHABAZZ HAND A HANDGUN TO A KID THAT HE KNEW BY AS BEBE ?

A. YES.

Q. AND THAT BEBE WAS IN THE VEHICLE WITH SEAN?

A.

Q. AND WHO WAS DRIVING THAT VEHICLE?

A. SEAN WAS DRIVING THE VEHICLE.

Q. AND WHAT KIND OF VEHICLE WAS THAT AGAIN?

A. THE CRX.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____          Signature: _Mayra Mercado_

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

Subscribed and sworn to before me on this _____ day of _____ _____ under authority of the

Connecticut General Statutes, 1-24. _____

©1996 Hanahan Computer Designs LLC

# NEW HAVEN POLICE DEPARTMENT

STATEMENT OF _____ MAYRA MERCADO _____

Q. WHAT COLOR?

A. BLUE.

Q. AND SHORTLY AFTER THE VEHICLE TOOK OFF YOU HEARD SOME SHOOTING?

A. YEH.

Q. AND HOW MANY SHOTS DID YOU HEAR?

A. I HEARD SIX.

Q. MAYRA EVERYTHING YOU SAID TODAY IS THE TRUTH?

A. YES.

Q. ONCE THIS STATEMENT IS TYPED AND YOU HAVE A CHANCE TO READ IT, WOULD YOU BE WILLING TO SIGN IT AS A TRUE STATEMENT?

A. YES I WOULD.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____          Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

Subscribed and sworn to before me on this _____ day of _____ _____ under authority of the

Connecticut General Statutes, 1-24. _____

©1996 Hanahan Computer Designs LLC