# New Haven Police Department

Incident No __46990__  Date __03/05/00__  Time Started __7:10__  Time Ended __7:15__

WITNESS STATEMENT OF __LARKLAND   MARTIN__

I, __LARKLAND        MARTIN_____, date of birth _____

of _____, town/city of _____

make the following statement, without fear, threat, or promise. I have been advised that any statement(s) made herein which I do not believe to be true, and which statement is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

Q. DO YOU LARKLAND MARTIN GIVE THE FOLLOWING STATEMENT TO DETECTIVE EDWIN RODRIGUEZ OF THE NEW HAVEN POLICE DEPARTMENT OF YOUR OWN FREE WILL WITHOUT ANY FEARS, THREATS OR PROMISES KNOWING FULL WELL WHATEVER IS CONTAINED IN THIS STATEMENT WILL BE USED IN A COURT OF LAW?

A. YES, I DO.

Q. LARKLAND ISN'T IT TRUE THIS IS A SECOND STATEMENT I AM TAKING FROM YOU?

A. YES [INAUDIBLE].

Q. AND BACK IN DECEMBER 4, 1999 YOU GAVE ME A STATEMENT REGARDING THE SHOOTING HOMICIDE OF ANTHONY LUCKY ON 7/25/99?

A. YES I DID.

Q. AND DURING THAT STATEMENT ISN'T TRUE YOU IDENTIFIED TWO SUBJECTS INVOLVED IN THE SHOOTING?

A. YES I DID.

Q. LARKLAND PRIOR TO THE TAPE COMING ON I SHOWED YOU A PHOTO BOARD OF EIGHT HISPANIC MALES ALL SIMILAR IN APPEARANCE IS THAT CORRECT?

A. CORRECT.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____  Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me

If notarized, endorse here: _____

Page __1__ Of __6__

*I HEREBY CERTIFY THAT THE DOCUMENT(S) ATTACHED HERETO ARE TRUE COPIES OF THE OFFICIAL RECORDS OF THE NEW HAVEN DEPARTMENT OF POLICE SERVICE.*

8-14-06

©1994 Hunt & Hanahan Computer Designs

# New Haven Police Department

STATEMENT OF  LARKLAND  MARTIN  (Cont.)

Q. AND I HAD YOU LOOK AT THE PHOTO BOARD AND I ASKED YOU DID YOU RECOGNIZE ANYBODY IN THIS PHOTO BOARD?

A. YES I DO RECOGNIZE.

Q. AND WHO?

A. [INAUDIBLE].

Q. WAS THAT?

A. UM NUMBER EIGHT, NUMBER FOUR.

Q. NUMBER FOUR?

A. YEAH.

Q. OKAY YOU DIDN'T MEAN NUMBER EIGHT?

A. NO, NUMBER FOUR.

Q. OKAY AND NUMBER FOUR'S THE ONE YOU SIGNED?

A. YEAH.

Q. PRIOR TO THIS TAPED STATEMENT IS THAT CORRECT?

A. CORRECT.

Q. AND I WITNESSED IT?

A. YEAH.

Q. AND THE TIME YOU SIGNED IT WAS WHAT TIME?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here:

# New Haven Police Department

STATEMENT OF  LARKLAND  MARTIN  (Cont.)

A. 7:05 P.M.

Q. AND THE SUBJECT YOU IDENTIFIED NOW, NUMBER FOUR, WHERE DO YOU KNOW HIM FROM?

A. I THINK I SAW HIM ONCE ON, ON HOWARD AVENUE.

Q. OKAY AND WHERE DO YOU RECOGNIZE HIM FROM?

A. I RECOGNIZE HIM UM THE NIGHT OF THE SHOOTING.

Q. AND THIS WAS ON JULY 25, 1999?

A. YEAH, CORRECT.

Q. AND WHAT WAS HE DOING THAT NIGHT OF THE SHOOTING?

A. HE STEPPED OUT OF A CAR THAT UM THE GUY WITH THE GUN STEPPED OUT, TOO, WITH LITTLE GREEN CAR.

Q. SO YOU'RE STATING TO ME NOW THIS IS THE THIRD PERSON?

A. YEAH THIS IS THE THIRD PERSON.

Q. WHO WAS IN THE VEHICLE THE NIGHT OF THE SHOOTING?

A. RIGHT.

Q. IT SHOULD BE NOTED THAT MR. MARTIN IDENTIFIED PHOTOGRAPH NUMBER FOUR, THAT BEING EFROM MENDEZ, LARKLAND WHEN YOU SAY THIS IS THE THIRD SUBJECT ON THE NIGHT OF THE SHOOTING HE WAS IN THE VEHICLE?

A. YES HE WAS IN THE VEHICLE.


By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
If notarized, endorse here: _____

# New Haven Police Department

STATEMENT OF  LARKLAND  MARTIN  (Cont.)

Q. AND WHAT KIND OF, WHAT COLOR VEHICLE WAS THIS?

A. A GREEN CAR.

Q. OKAY AND DO YOU REMEMBER WHAT TYPE OF CAR?

A. I DON'T REMEMBER THE MODEL, MODEL BUT IT WAS A GREEN COLOR CAR.

Q. OKAY AND WHERE WAS HE POSITIONED IN THE VEHICLE?

A. HE WAS THE BACK SEAT.

Q. AND YOU ALSO STATED IN THE PREINTERVIEW THAT HE STEPPED OUT THE VEHICLE?

A. YEAH HE DID STEPPED OUT.

Q. OKAY DID YOU NOTICE ANYTHING, DID HE HAVE A WEAPON, DID HE?

A. NO I DIDN'T SEE NO WEAPON AT THE TIME.

Q. OKAY WHEN HE STEPPED OUT THE VEHICLE WHERE DID HE WALK OVER TO?

A. HE [INAUDIBLE] COLUMBUS.

Q. WAS HE BY HIMSELF OR WAS HE WALKING TOWARDS SOMEBODY?

A. HE WALKING TOWARD, BEHIND THE GUY THAT WAS SHOOTING, THE ONE [INAUDIBLE].

Q. AND AFTER THE SHOOTING DID HE SEE WHERE HE WENT TO?

A. YEAH HE WENT BACK TO THE CAR.

Q. ALONG WITH?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____   Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.
If notarized, endorse here: _____

# New Haven Police Department

STATEMENT OF  LARKLAND  MARTIN  (Cont.)

A. ALONG WITH THE OTHER GUY.

Q. OKAY AT ANY TIME DID YOU SEE HIM SHOOTING?

A. NO I DIDN'T SEE HIM SHOOT.

Q. OKAY BUT YET IN THE PREINTERVIEW YOU TOLD ME THAT YOU'VE SEEN HIM BEFORE?

A. YEAH.

Q. IS THAT CORRECT?

A. YEAH CORRECT.

Q. AND DO YOU REMEMBER WHERE, WHAT AREA?

A. UM ON HOWARD AVENUE, IN THAT AREA UM UP BY THE CHINESE STORE.

Q. SO YOU'RE SAYING NOW THAT [INAUDIBLE] BEING EFROM MENDEZ IS THE THIRD PERSON?

A. YEAH THIRD PERSON.

Q. WHO WAS INVOLVED IN THE SHOOTING ON THE NIGHT OF JULY 25, 1999?

A. CORRECT.

Q. AND THIS IS THE SAME PERSON YOU SAW INSIDE THE GREEN VEHICLE WITH TWO SUBJECTS?

A. SAME PERSON YEAH.

Q. AND THE SAME PERSON YOU SAW EXIT THE VEHICLE AFTER THE FIRST SUBJECT EXITED THE VEHICLE?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____        Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

**New Haven Police Department**

STATEMENT OF  LARKLAND  MARTIN  (Cont.)

A. CORRECT.

Q. AND HE WALKED TOWARDS THE SUBJECT WITH THE GUN?

A. CORRECT.

Q. AND YOU'RE A HUNDRED PERCENT SURE ABOUT THIS?

A. HUNDRED PERCENT SURE.

Q. OKAY AGAIN FOR THE RECORD, YOU DID SIGN THE PHOTOGRAPH IN THE PREINTERVIEW IS THAT CORRECT?

A. CORRECT.

Q. AND YOU DID DATE IT?

A. CORRECT.

Q. AND PUT THE TIME?

A. CORRECT.

Q. WITH ME WITNESSING IT?

A. CORRECT.

Q. IS THERE ANYTHING ELSE YOU WANNA ADD TO THIS STATEMENT THAT MAY AID THIS INVESTIGATOR IN THIS INVESTIGATION AT THIS TIME?

A. NO NOTHING RIGHT NOW.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____   Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

Page  6  Of  6