# NEW HAVEN DEPARTMENT OF POLICE SERVICE — CASE/INCIDENT REPORT

| COMPLAINT NO. | STREET NO. | STREET NAME AND TYPE | APARTMENT NO. / LOCATION | DATE OF INCIDENT | DAY | TIME OF INCIDENT | DATE OF REPORT | TIME OF REPORT | TOWN CODE | TYPE OF INCIDENT | INTERSECTING STREET NAME AND TYPE | REFERRALS | INCIDENT CODE | INVESTIGATING OFFICER | BADGE NO. | DIVISION | CAR NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 99-46994 | 17 | Cedar St | | 7-25-99 | 1 | 0153 | 7-25-99 | 0415 | 063 | Motor Vehicle Violation | Congress Ave ISY/699#10 | 300 | 3001 | O.D. Freeman | 914 | USD | 50 |

| Status | Last Name | First Name | Middle | Sex | Race | Month | Day | Year | Telephone | Address | Reg # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | McCann | Albert | W. | M | B | 3 | 1 | 80 | 937-9422 | 1649 First Ave 1st fl Withergen CT | 472-HSK |
| O | Scruggs | Juan | A. | M | B | 9 | 25 | 82 | No Phone | 185 Olson Dr Ansonia CT | |
| O | Lucky | Anthony | | | B | 8 | 16 | 82 | No Phone | First Ave W Haven CT | |
| RP | Ofc #94-46990 | | PD | | 063 | | | | | | |
| O | Ofc Losty | | PD | | 063 | | | | | | |

Details:

On the above date of 7-25-99 at approximately 0153 hours, I was dispatched to the area of Rosette/Wilson to backup Ofc DeJesus on a shots fired complaint. While enroute to this area, I was travelling west on Congress Ave approaching the intersection of Congress / Cedar St. Just as I was about to cross this intersection, a red small SUV travelling at a very high rate of speed ran the red light and nearly crashed into the left side of my vehicle. Next I made a right hand turn onto Cedar St to attempt to stop this vehicle. With both my lights and car but the operator refused my signalling and my siren on, I attempted to stop this operator refused to stop. Next the car but the operator refused for him to stop.

COPY A

NEW HAVEN DEPARTMENT OF POLICE SERVICE — CASE/INCIDENT REPORT

COMPLAINT NO. 99-46944

Operator Made A Right Turn Onto York St. Attempting To Elude This Officer. He Continued On York St Until He Reached So. Frontage. He Again Made A Right Turn From So. Frontage Onto College St. At This Point, Of A Lost He Pulled In Front Of This Vehicle Blocking It So That The Operator Could Not Move It Anymore. We Then Ordered Everyone To Show Their Hands To Us. The Operator And The Rear Seat Passenger Both Complied With Our Order But The Front Passenger Did Not. Both McCann And Scruggs Were Quickly Scared, Lucky, Whom Was The Rear Seat Passenger Stated That He Had Been Shot And Was Bleeding From The Stomach Area. Medical Personnel Were Called To The Scene To Attend To Lucky. A License Check Was Conducted On McCann And It Was Confirmed That He Had A Suspended Operator License As Of 6-2-99. McCann Was Cited For Reckless Driving, Operating A Motor Vehicle Under Suspension, Failure To Obey Control Signal And Failure To Being To A Full Stop When Signalled. Lucky Was Taken To Yale-New Haven Hospital Emergency Room For Further Treatment. Both McCann And Scruggs Both Taken To 1 Union Ave Where They Spoke To Members Of The Investigative Services Unit. McCann Was Cited Without Any Further Action. How This Officer At This Time.

SIGNED: Ofc. Oliver
DATE: 7-25-99   PAGES: 2 of 2
SUBSCRIBED AND SWORN TO BEFORE ME THIS 25 DAY OF July 19 99
NOTARY PUBLIC / 1-24 CGS

COPY B

# NEW HAVEN DEPARTMENT OF POLICE SERVICE — CASE/INCIDENT REPORT SUPPLEMENTARY

| COMPLAINT NO. | DATE OF INCIDENT | DAY | TIME OF INCIDENT | DATE OF REPORT | TIME OF REPORT | TOWN CODE | TYPE OF INCIDENT | INCIDENT CODE | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 46990 | 07-25-99 | 01 | 0150 | 07-25-99 | | 093 | ASSAULT WITH A FIREARM | 0403 | R. JOSTY | 169 | WED 4:11C |

| STREET NO. | STREET NAME AND TYPE | APARTMENT NO./LOCATION | | INTERSECTING STREET NAME AND TYPE | | REFERRALS | INVESTIGATING OFFICER | BADGE NO. | | CAR NO. | DIVISION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | COLUMBUS AV | | | HOWARD AV | | | R. JOSTY | 169 | | 41C | |

STATUS CODE   C = COMPLAINT • V = VICTIM • A = ARRESTEE • a = ARRESTEE DANGEROUS • W = WANTED ON WARRANT • J = JUVENILE REFERRED • 0 = OTHERS • M = MISSING

| Status | Last Name | First Name | Middle | Sex | Race | Date of Birth (Month/Day/Year) | Telephone | Address | Reg # |
|---|---|---|---|---|---|---|---|---|---|
| V | LUCKY | ANTHONY | | M | B | 08 16 82 | | 76 GRETA ST, 156 | |
| O | MCCANN | ALBERT | W | M | B | 03 01 80 | 937-9422 | 649 FIRST AV, 1ST FL, 156 | |
| O | SCRUGGS | JUAN | A | M | B | 09 25 82 | N/R | 1250 LEON DRIVE, ANSONIA | |

Details: CONNECTICUT REGISTRATION 472.HSR, 1986 SUZUKI SAMURAI TWO DOOR SEDAN, COLOR RED
OWN BERETTA, 9mm SEMI-AUTOMATIC PISTOL, COLOR BLACK, SERIAL # 569124

| | LUCKY | LAURA | J | F | B | 09 16 61 | 937-9422 | 649 FIRST AV, 1ST FL, 156 | |
| O | RF 46994 | | | | | | | | |
| O | FREEMAN | Q | | PDO93 | | | | | |
| O | DEJESUS | L | | PDO93 | | | | | |
| O | FORBES | T | | PDO93 | | | | | |
| O | O'CONNELL | J | SGT | PDO93 | | | | | |
| O | RODRIGUEZ | E | DET | PDO93 | | | | | |
| O | COPPOLA | G | DET | PDO93 | | | | | |
| O | KENDALL | E | SGT | PDO93 | | | | | |
| O | PETERSON | J | SGT | PDO93 | | | | | |
| O | DADIO | L | DET | PDO93 | | | | | |
| O | REID | G | | PDO93 | | | | | |
| O | STRICKLAND | M | | PDO93 | | | | | |

I HEREBY CERTIFY THAT THE DOCUMENT(S) ATTACHED HERETO ARE TRUE COPIES OF THE OFFICIAL RECORDS OF THE NEW HAVEN DEPARTMENT OF POLICE SERVICE

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT.

SIGNED: R. Josty
DATE 07-25-99   PAGES 1 OF 5
SUBSCRIBED AND SWORN TO BEFORE ME
THIS 25 DAY OF July 19 99
SIGNED:
☐ NOTARY PUBLIC   ☐ 1-24 CGS

COPY A

NEW HAVEN DEPARTMENT OF POLICE SERVICE     CASE/INCIDENT REPORT     CONTINUATION PAGE 4

COMPLAINT NO 46990

ON SUNDAY, JULY 25, 1999 AT APPROXIMATELY 0153 HOURS, I RESPONDED TO THE AREA OF COLLEGE STREET AND SOUTH FRONTAGE ROAD TO ASSIST CAR 50 OFFICER FREEMAN WITH A MOTOR VEHICLE STOP/INVESTIGATION IN WHICH HE INITIATED IN THE AREA OF CONGRESS AVENUE AND CEDAR STREET DURING MY TOUR OF DUTY ON SUNDAY, JULY 25, 1999 I WAS ASSIGNED AND OPERATING CAR 41, A FULLY MARKED NEW HAVEN POLICE VEHICLE, AND I WAS CLAD IN FULL POLICE UNIFORM ASSIGNED TO THE DWIGHT/KENSINGTON DISTRICT FROM 2300-0700 HOURS. UPON HEARING OFFICER FREEMAN'S INITIAL RADIO BROADCAST THAT HE WAS ATTEMPTING TO STOP THIS VEHICLE A RED SUZUKI SAMURAI, I LEFT THE AREA OF GEORGE STREET AND HIGH STREET AND PROCEEDED EAST ON GEORGE STREET APPROXIMATELY ONE BLOCK, THEN RIGHT (SOUTH) ONTO COLLEGE STREET. WHERE UPON CROSSING NORTH FRONTAGE ROAD I OBSERVED OFFICER FREEMAN WITH HIS OVER-HEAD LIGHTS ACTIVATED FOLLOWING A RED SUZUKI SAMURAI EAST ON SOUTH FRONTAGE ROAD TOWARDS COLLEGE STREET. THE DISTANCE SOUTH ON COLLEGE STREET FROM GEORGE STREET TO SOUTH FRONTAGE ROAD IS APPROXIMATELY TWO BLOCKS AND UPON REACHING THE INTERSECTION OF SOUTH FRONTAGE ROAD

SIGNED R. Fox
DATE 07-25-99   PAGES 2 OF 5
THIS 25 DAY OF July 19 99
SIGNED [signature]
☐ NOTARY PUBLIC   ☐ 1-24 CGS

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT

COPY B

NEW HAVEN DEPARTMENT OF POLICE SERVICE — CASE/INCIDENT REPORT CONTINUATION PAGE

COMPLAINT NO 46990

IT WAS ALSO AT THIS TIME, PRIOR TO THE REMOVAL OF A. LUCKY FROM THE VEHICLE, THAT CAR 174, OFFICER G. REID, INFORMED ME THAT HE OBSERVED TO PLAIN VIEW, THE GRIPS OF A HANDGUN STICKING OUT FROM UNDER THE RIGHT FRONT PASSENGER SEAT. FOLLOWING THE REMOVAL OF A. LUCKY FROM THIS VEHICLE OFFICER REID REMAINED WITH THIS WEAPON UNTIL IT WAS PHOTOGRAPHED, SEIZED, MADE SAFE AND PLACED IN MY VEHICLE. I TOOK FOUR (4) PHOTOGRAPHS OF THE INTERIOR AND EXTERIOR OF THE VEHICLE WHICH WERE SUBSEQUENTLY ENTERED INTO THE PROPERTY ROOM AT UNION AVENUE. AT ALL TIMES I MAINTAINED CUSTODY OF THE WEAPON AND VEHICLE WHICH WAS PHOTOGRAPHED BY DETECTIVE DADIO OF THE BUREAU OF IDENTIFICATION THEN TOWED BY FOUNTAIN'S TOWING TO THE INTERIOR OF THE POLICE GARAGE LOCATED AT 710 SHERMAN AVENUE. CAR 10, OFFICER STRICKLAND FOLLOWED THIS VEHICLE TO 710 SHERMAN AVENUE. UPON SEIZING THIS WEAPON I OBSERVED THAT THE HAMMER WAS IN THE REAR POSITION (COCKED) AND THAT THE SAFETY WAS OFF ENABLING THE WEAPON TO BE FIRED IMMEDIATELY. THERE WERE NO CARTRIDGES IN THE BREECH OR IN THE CLIP WHICH WAS ENTERED INTO THE PROPERTY ROOM AT UNION AVENUE.

I OBSERVED THAT THERE WERE NO VISIBLE HOLES IN THE VEHICLE'S EXTERIOR AND THAT THE CANVAS COVERING THE REAR PORTION OF THE VEHICLE WAS INTACT, SNAPPED AND ZIPPERED

UPON SPEAKING TO McCANN, THE SUBJECT IN MY VEHICLE, HE STATED THAT HE, SCRUGGS AND A. LUCKY HAD JUST LEFT

SIGNED R. Loty
DATE 07.25.99 PAGES 4 OF 5
SUBSCRIBED AND SWORN TO BEFORE ME
THIS 25 DAY OF July 19 99
SIGNED [signature]
NOTARY PUBLIC ☐   ☐ 1-24 CGS

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT

COPY B

NEW HAVEN DEPARTMENT OF POLICE SERVICE    CASE/INCIDENT REPORT    CONTINUATION PAGE 5

COMPLAINT NO 46990

A GIRLS HOUSE ON COLUMBUS AVENUE AND WERE TRAVELING EAST ON COLUMBUS AVENUE TOWARDS HOWARD AVENUE. MCCANN SAID THAT IN THE AREA OF COLUMBUS AVENUE AND HOWARD AVENUE THEY WERE APPROACHED BY THREE OR FOUR HISPANIC MALES WHO WERE THE OCCUPANTS OF AN OLDER MODEL BLUE HONDA AND THAT GUNFIRE ERUPTED FROM THE SECOND VEHICLE. MCCANN ADDED THAT THIS VEHICLE THEN FLED NORTH ON HOWARD AVENUE AND THAT HE FLED EAST ON COLUMBUS AVENUE AND THAT AT ALL TIMES HE, SCRUGGS AND A. WORY REMAINED IN THE VEHICLE.

UPON THE ARRIVAL OF DETECTIVE 6 COPPOLA AND E. RODRIGUEZ OF THE INVESTIGATIVE SERVICES UNIT BOTH MCCANN AND SCRUGGS WERE TRANSPORTED TO UNION AVENUE.

PLEASE REFER TO ISU'S WRITTEN REPORTS REGARDING THIS INVESTIGATION.

THIS WEAPON IS A BERETTA, 9mm, SEMIAUTOMATIC PISTOL, COLOR BLACK, SERIAL # 569124. THIS WEAPON WAS TURNED OVER TO DETECTIVE DEDIO FOR PROCESSING.

SIGNED R. Festy

DATE 07-25-99 PAGES 5 OF 5

THIS 25 DAY OF July 19 99

# NEW HAVEN DEPARTMENT OF POLICE SERVICE

## SUPPLEMENTARY

| COMPLAINT NO. | STREET NO. | STREET NAME AND TYPE | APARTMENT NO./LOCATION | TOWN CODE | DATE OF INCIDENT | DAY | TIME OF INCIDENT | DATE OF REPORT | TIME OF REPORT | TYPE OF INCIDENT | INTERSECTING STREET NAME AND TYPE | REFERRALS | INCIDENT CODE | INVESTIGATING OFFICER | BADGE NO. | DIVISION | CAR NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CN# 4690 | 725 | Columbus Ave | on street | 003 | 7-25-99 | 7 | 0153 | 7-25-99 | 0353 | Supplementary Inv. | Howard Ave | J21 | 4813 | Ofc. LeRoy's | 961 | UD | 32C |

STATUS CODE  C = COMPLAINT · V = VICTIM · A = ARRESTEE · AD = ARRESTEE DANGEROUS · W = WANTED ON WARRANT · J = JUVENILE REFERRED · O = OTHERS · M = MISSING

| Status | Last Name | First Name | Middle | Sex | Race | Date of Birth Month Day Year | Telephone | Address | Reg # |
|---|---|---|---|---|---|---|---|---|---|
| C | Anonymous | | | | | | | | |
| C | Ofc. LeRoy's | | | M | H | Unknown Unknown | | 254 Columbus Ave 1st Fl (093) | PD93 |
| O | Ofc. Teague | | | | | | | | PD93 |
| O | Ofc. Forbes | | | | | | | | PD93 |
| O | Ofc. Rinaldi | | | | | | | | PD93 |
| O | Ofc. Crabalo | | | | | | | | PD93 |
| O | Ofc. Freeman | | | | | | | | PD93 |

Details:
While at the corner of Howard and Putnam I heard what sounded like 6-8 shots fired. Originally Ofc. Teague and myself believed the shots were coming from the area of Rosette Howard but as we were searching the area, Ofc. Freeman stated to dispatch he had a Red Suzuki traveling recklessly in the area of Cedar and Congress, whom he believed have been involved. Upon pulling over the vehicle, he observed one of the three occupants had been shot. Upon arriving on scene I asked the passenger of the Red Suzuki where it had occurred at which time he stated Columbus Ave. He also stated the subject responsible were unknown hispanic males, operating a grey Honda Accord, marker/plate unknown. This information was forwarded to dispatch and an immediate search for the vehicle was conducted by Ofc. Teague and myself. Negative results. I then conducted a canvas of Columbus and Howard, at which time I spoke to a hispanic male who chose to remain

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT.

SIGNED [signature]
DATE SUBSCRIBED AND SWORN TO BEFORE ME THIS ___ DAY OF ___ 19__
PAGES 1 OF 2
SIGNED ☐ NOTARY PUBLIC   ☐ 1-24 CGS

COPY A

NEW HAVEN DEPARTMENT OF POLICE SERVICE   CASE/INCIDENT REPORT   CONTINUATION PAGE 2 OF 2

COMPLAINT NO 4690

Anonymous, who stated he was standing in front of his home at 239 Columbus Ave, when he heard shots ricocheting from the intersection of Howard & Columbus Ave. He then stated he observed a red Suzuki truck speeding at a 2 door dark blue vehicle with tinted windows from behind. The blue vehicle which was being followed by the red vehicle also returned fire as they reached the intersection of Columbus and Church St. He observed the blue vehicle go straight onto the dead end of Columbus Ave into the Church St. South Apartments. The Red Suzuki then took a right hand onto Church St. South, at which time he lost sight of both vehicles. Ofc Teague conducted a search of the Church Street South Apartments for the blue vehicle w/negative results upon conducting a canvas of Columbus Ave & Howard Ave. (1) spent 380+ (1) 9mm bullet casing's were found starting at the intersection of Howard Ave & ending midblock on Columbus Ave right before Salem Street. Also found were three entry shot's at Bernie's Pharmacy at the corner of Howard Ave & Columbus. Despite our efforts to gather more information from resident's in the area, we were unable to get any further witnesses. One scene was held and B of I processed same. All information will be forwarded to Investigative Unit for follow-up Investigation.

(Complainant)

SIGNED [signature]
DATE 7/25/99   PAGES 2 of 2
THIS _____ DAY OF _____ 19___
SUBSCRIBED AND SWORN TO BEFORE ME

SIGNED _____
☐ NOTARY PUBLIC   ☐ 1-24 CGS

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT

COPY B

# NEW HAVEN DEPARTMENT OF POLICE SERVICE
## CASE/INCIDENT REPORT — SUPPLEMENTARY

| COMPLAINT NO. | 46990 |
| --- | --- |
| STREET NO. | 7 |
| STREET NAME AND TYPE | College St |
| DATE OF INCIDENT | 7/25/99 |
| DAY | 01 |
| TIME OF INCIDENT | 153 |
| APARTMENT NO./LOCATION | Street |
| DATE OF REPORT | 7/25/99 |
| TIME OF REPORT | 400 |
| TOWN CODE | 093 |
| TYPE OF INCIDENT | Supplemental |
| INTERSECTING STREET NAME AND TYPE | S. Frontage |
| REFERRALS | I.S.U |
| INCIDENT CODE | 4813 |
| INVESTIGATING OFFICER | I. Forbes |
| BADGE NO. | 96 |
| DIVISION | USD |
| CAR NO. | 33 |
| DATE TYPED | C- |

| Status | Last Name | First Name | Middle | Sex | Race | Month | Day | Year | Telephone | Address |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| C Lost | P.D. 093 | | | | | | | | | |
| V Lucky | Anthony | (M) | M | B | 8 | 11 | 80 | 931-5481 | 1st Avenue W.H 06516 |
| O McCann | Albert | | M | B | 3 | 1 | 80 | 937-9422 | 648 1st Ave W.H 06516 |
| O Freeman | P.D. 093 | | | | | | | | | |

Details:

During a unlawful Discharge investigation this Ofc followed AMR from College St and South Frontage with one Anthony Lucky inside the ambulance with one gunshot too his abdomen. This Ofc arrived at 20 York (Yale) and tried to get any information from Anthony about the shooting. Anthony was unable to speak to this Ofc because of his condition. Anthony was immediately brought from the E.R to the O.R because the severity of the gunshot. This Ofc notified Sgt Oconnell to inform him of the condition of Anthony which was life threatning. At this time I spoke to the head nurse of the E.R and explained to her that I needed Anthony's clothing. This Ofc was given a plastic bag with the following inside, 1 Black Fleece sweat pants

NEW HAVEN DEPARTMENT OF POLICE SERVICE   CASE/INCIDENT REPORT   CONTINUATION PAGE

COMPLAINT NO. 46950

with the following items inside the pockets of the pants. One pair of Black frame glasses. One piece of paper with the following on it (Meliss - 481-4132). One piece of paper with following on it (Meliss - 624-6723). One key with two Stop + Shop keyrings, one picture I.D of Anthony Lucky. One pair of boxers, color white, black and red checkered. One pair of grey Nike sneakers. 1 pair of black sox with white stripes. This O/C brought the clothing to the third floor and turned it over to I.S.U.

This O/C also brought Albert McCann to the third floor, I.S.U from College and S. Frontage to be questioned by I.S.U about the incident. This O/C sat with Albert until Detective Coppola released me from the sitting room.

Also this O/C went back to 20 York to try and recover the shirt that Anthony was wearing during the shooting. 20 York E.R. stated that the shirt was not left in the E.R. or O.R. At this time the victim's shirt which was a white or light grey T-shirt was not recovered.

SIGNED [signature]
DATE 7/27/97  4 PAGES 2
SUBSCRIBED AND SWORN TO BEFORE ME
THIS ___ DAY OF ___ 19___
SIGNED ___
☐ NOTARY PUBLIC   ☐ 1-24 CGS

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT

# NEW HAVEN DEPARTMENT OF POLICE SERVICE
## CASE/INCIDENT REPORT — SUPPLEMENTARY

| COMPLAINT NO. | DATE OF INCIDENT | DAY | TIME OF INCIDENT | DATE OF REPORT | TIME OF REPORT | TYPE OF INCIDENT | INCIDENT CODE | INVESTIGATING OFFICER | BADGE NO. | DIVISION | CAR NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 46990 | 7-25-99 | | 0450 | 7-25-99 | 0513 | Supplemental | 4813 | M. Strickland | 448 | USD | 410 |

| STREET NO. | STREET NAME AND TYPE | APARTMENT NO/LOCATION | TOWN CODE | INTERSECTING STREET NAME AND TYPE | REFERRALS | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| | College St | | 093 | So Frontage Rd | ISU | | | |

**STATUS CODE** C = COMPLAINT • V = VICTIM • A = ARRESTEE • AR = ARRESTEE DANGEROUS • W = WANTED ON WARRANT • J = JUVENILE REFERRED • O = OTHERS • M = MISSING

| Status | Last Name | First Name | Middle | Sex | Race | Date of Birth (Month Day Year) | Telephone | Address | Reg # |
|---|---|---|---|---|---|---|---|---|---|
| O | Lasry | R. Pd693 | | | | | | | |

**Details:** Arrived at above location to relieve Ofc. Lasry and to escort the '88 Suzuki Samurai, bearing Ct. Reg. 470 KSK, to 710 Sherman Pkwy for processing. The abandoned vehicle was towed by Edward's. Approximately 5 hours later, Supt. Where arrived at 710 Sherman Pkwy and said vehicle was released to him.

I HEREBY CERTIFY THAT THE DOCUMENT(S) ATTACHED HERETO ARE TRUE COPIES OF THE OFFICIAL RECORDS OF THE NEW HAVEN DEPARTMENT OF POLICE SERVICE

[signature] 6-16-06

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT.

SIGNED [signature]    DATE 7-25-99    PAGES 1

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____ 19 _____

SIGNED _____   ☐ NOTARY PUBLIC   ☐ 1-24 CGS

COPY A

# NEW HAVEN DEPARTMENT OF POLICE SERVICE
## CASE/INCIDENT REPORT — SUPPLEMENTARY

| COMPLAINT NO. | STREET NO. | STREET NAME AND TYPE | APARTMENT NO./LOCATION | DATE OF INCIDENT | DAY | TIME OF INCIDENT | DATE OF REPORT | TIME OF REPORT | TOWN CODE | TYPE OF INCIDENT | INTERSECTING STREET NAME AND TYPE | REFERRALS | INCIDENT CODE | INVESTIGATING OFFICER | TYPIST | DATE TYPED | TIME TYPED | BADGE NO. | DIVISION | CAR NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46996 | 615 | Howard Ave | — | 7-25-99 | 1 | 1999 | 7-25-99 | 22:20 | 093 | Homicide | Columbus Ave | ISU | 4813 | J. Wolcheski | — | B | — | 985 | USD | 3337 |

STATUS CODE   C = COMPLAINT • V = VICTIM • A = ARRESTEE • AE = ARRESTEE DANGEROUS • W = WANTED ON WARRANT • J = JUVENILE REFERRED • O = OTHERS • M = MISSING

| Status | Last Name | First Name | Middle | Sex | Race | Month | Day | Year | Telephone | Address | Reg # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C | Votto | Pete | J | M | W | 12 | 23 | 75 | 562-3060 | 615 Howard Ave  093 | |
| O | Votto | Steve | | M | W | 8 | 23 | 66 | 562-3060 | 615 Howard Ave  093 | |
| O | Votto | Phil | | M | W | 2 | 20 | 41 | 562-3060 | 615 Howard Ave  093 | |
| O | Cappiello | Dave | | M | W | 8 | 26 | 80 | 562-3060 | 615 Howard Ave  093 | |
| O | Cappiello | Nick | | M | W | 10 | 14 | 78 | 562-3060 | 615 Howard Ave  093 | |
| O | Beien's Pharmacy | | | | | | | | 562-3060 | 615 Howard Ave  093 | |
| O | Melendez | Ofc. F | | | | | | | | PD093 | |
| O | Benson | Det B | | | | | | | | PD093 | |

Details:

We were dispatched at 8:26 p.m. to 615 Howard Ave to follow up on an incident that had occurred earlier in the day. When we arrived, Pete Votto met us at the door. Dave and Nick Cappiello were inside the building. When we entered, Pete told us that his brother, Steve, had noticed two holes in the wall near the corner of Howard Ave and Columbus Ave.

An initial investigation revealed more holes, one was in a cabinet. Ofc. F. Melendez searched the inside of that cabinet and found what appeared to be a projectile lodged in a bracket

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT.

SIGNED [signature]   DATE 7-25-99   PAGES 1 of 2

SUBSCRIBED AND SWORN TO BEFORE ME THIS ___ DAY OF ___ 19___

SIGNED ☐ NOTARY PUBLIC   ☐ 1-24 CGS

COPY A

**NEW HAVEN DEPARTMENT OF POLICE SERVICE — CASE/INCIDENT REPORT — CONTINUATION PAGE**

COMPLAINT NO. 46990

inside of the cabinet. At this point I contacted the Bureau of Identification to process this area.

A second hole was found in toilet paper rolls under the prescription counter. On the back side of the counter, Ofc. Melendez found a hole penetrating the back of the cabinet, prescription bags but did not continue through the next cabinet. When Det. Benson arrived, he photographed the first holes we found. Upon completion of photographing the second holes, a second object appearing to be a projectile from a firearm, on the floor in front of the "Counseling Center". This was also photographed in place by Det. Benson. At this point Phil Votto entered 615 Howard Ave.

Det. Benson then removed the first object from the cabinet. Both were placed into separate plastic bags. No further action was taken by Ofc. Melendez and myself at the scene.

SIGNED: [signature]
DATE: 7-25-99
PAGES: 2 of 2
SUBSCRIBED AND SWORN TO BEFORE ME THIS ___ DAY OF ___ 19__

COPY B     1-24 CGS