# NEW HAVEN POLICE DEPARTMENT
## CASE/INCIDENT REPORT

| COMPLAINT NO | INCIDENT DATE | TIME | APT NO | DATE OF REPORT | TIME | TYPE OF INCIDENT | REPORT TYPE |
|---|---|---|---|---|---|---|---|
| 99-46990 | 08/16/99, Mon | 1:52 | | 11/6/99 | 20:14 | Supplementary Investigation | Suppl. |

| STREET NO / STREET | INTERSECTING STREET | REFERRALS | TYPIST | DATE TYPED | TIME | CODE | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|
| Howard Avenue | Columbus Avenue | | | 11/6/99 | 20:15 | 4813 | Det. Edwin Rodriquez | 0444 |

| | | | | | | | | DIVISION | CAR NO |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | DetDiv | I-44 |

STATUS CODE  C - Complainant  V - Victim  A - Arrestee  AX - Arrestee Dangerous  W - Wanted On Warrant  J - Juvenile Referred  O - Others  M - Missing

| STATUS | LAST NAME | FIRST (M.I.) | SEX | RACE | DOB | PHONE | STREET | CITY | ST | REG # |
|---|---|---|---|---|---|---|---|---|---|---|
| V | Lucky | Anthony | M | B | 08/16/82 | N/A | 76 Greta Street | West Haven | CT | |
| O | Mercardo | Rosa | F | H | 02/02/61 | N/A | 156 West Street | New Haven | CT | |
| O | Mercardo | Ismael | M | H | 11/27/86 | N/A | 156 West Street | New Haven | CT | |
| O | Mercardo | Mayra | F | H | 02/19/78 | N/A | 156 West Street | New Haven | | |

### DETAILS

On November 06, 1999, At approximately 18:30 hours, the undersigned spoke with Sgt. Canning, who stated that he had just received a phone call from Rosa Mercardo. Rosa is the mother of Mayra Mercardo. Rosa told Sgt. Canning that her son ( Ismael ) was approached by a black male subject, who gave him a threatening letter. The letter threatened Rosa's son Ismael, and her daughter, Mayra Mercardo.

On aforementioned date Det. Coppola and the undersigned went to speak with Rosa regarding the threatening letter. Rosa stated that her son ( Ismael ) was on the porch this afternoon playing "Netendo" when he was approached by a black male subject who gave him the letter. When Rosa came home Ismael gave her the letter and told her it was from one of Mayra friends. The letter stated " Junito is a good target Mayra better keep her mouth close!!! " The letter was than signed " Rosa you know who !!! "

Rosa believes the letter is from Mayra's boyfriend Gary Session, a.k.a. Shabazz who Rosa states is a major drug dealer within the city of New Haven. Rosa fears Shabazz, and believes that he would harm her family if he knew that Mayra had spoken to the police. The undersigned took custody of the letter which was later placed into evidence within the police property room located at 01 Union avenue.

**Investigation Continues :**

| DATE | PAGES | | | THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT. | |
|---|---|---|---|---|---|
| Sat, Nov 6, 1999 | 19 | | | SIGNED OFFICER | Det. Edwin Rodriquez 0444 |

SUBSCRIBED AND SWORN TO BEFORE ME

| THIS | DAY OF | | ☐ NOTARY PUBLIC | ☐ 1-24 CGS | SIGNED SUPERVISOR | |

©1997 Hanahan Computer Designs LLC                    E. P. 32

# NEW HAVEN POLICE DEPARTMENT
## CASE/INCIDENT REPORT

| COMPLAINT NO | INCIDENT DATE | TIME | APT NO | DATE OF REPORT | TIME | | | REPORT TYPE |
|---|---|---|---|---|---|---|---|---|
| 99-46990 | 07/25/99, Sun | 1:52 | | 11/8/99 | 20:33 | | | Suppl. |

| STREET NO./STREET | INTERSECTING STREET | REFERRALS | TYPE OF INCIDENT |
|---|---|---|---|
| Howard Avenue | Columbus Avenue | | Supp |

| | | | | | | CODE | TYPIST | DATE TYPED | TIME | DIVISION | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 4813 | | | 20:34 | DetDiv | Det. Edwin Rodriquez | 0444 |

| | | | | | | | | | CAR NO |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 1-44 |

STATUS CODE  C - Complainant  V - Victim  A - Arrestee  AX - Arrestee Dangerous  W - Wanted On Warrant  J - Juvenile Referred  O - Others  M - Missing

| STATUS | LAST NAME | FIRST (M.I.) | SEX | RACE | DOB | PHONE | STREET | CITY | ST | REG # | ST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| V | Lucky | Anthony | M | B | 08/16/82 | N/A | 77 Greta Street | West Haven | CT | | |
| O | Adkins | Sharon | F | B | 10/15/72 | N/A | 246 Columbus Avenue | New Haven | CT | | |
| O | Det. Coppola | P.d. 093 | | | | | | | | | |
| O | Johnson | Deshawn | M | B | 02/22/76 | N/A | 21 Lever Street | New Haven | CT | | |
| O | Mccann | Albert | M | B | 03/01/80 | 937-9422 | 649 First Avenue | West Haven | CT | | |
| O | Scruggs | Juan | M | B | 09/25/82 | N/A | 126 Olson Drive | Ansonia | CT | | |

DETAILS

On November 07, 1999, at approximately 19:05 hours, Sharon Adkins supplied Det. Coppola and the undersigned with a taped statement regarding the homicide of Anthony Lucky. Prior to the statement Sharon was given a New Haven police department voluntary interview form which she initial and then signed.

Sharon stated in the summer of 1999, she was selling " Crack Cocaine " from her apartment at 246 Columbus Avenue. Sharon states she was working for three black males whom she only knew as Shawn, " E " and Black. During the statement Sharon states she was told by a fourth subject " Bono " that Shawn and " E " had gotten into a dispute over some monies and drugs. Shawn told Bono that " E " had stolen $3,000.00 and some drugs from him. Bono also told Sharon that Shawn was looking for " E " and his friends.

Sharon states that a couple days later she ran into Shawn and that he told her if she sees " E " again to call him. The night of the shooting Sharon stated that " E " came by her house and asked her if she had any work ( Drugs ). Sharon states that she left the apartment with her girlfriend Doris and walked to the corner of Liberty and Carlisle Street ( Pay Phone ) to call Shawn and let him know that " E " was at the apartment.

| DATE | PAGES | SIGNED SUPERVISOR | | SIGNED OFFICER | |
|---|---|---|---|---|---|
| Mon, Nov 8, 1999 | 19 | [signature] | | [signature] Det. Edwin Rodriquez 0444 | |

THIS SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____

NOTARY PUBLIC  1-24 CGS

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT.

©1997 Hanahan Computer Designs LLC

E. P. 32

# NEW HAVEN POLICE DEPARTMENT
## CASE/INCIDENT REPORT - CONTINUATION

| INCIDENT NO | DATE | TYPE OF INCIDENT | INVESTIGATING OFFICER | LOCATION | CONTINUATION PAGE |
|---|---|---|---|---|---|
| 99-46990 | 07/25/99 | | Det. Edwin Rodriquez 0444 | Howard Avenue | Suppl. |

Sharon stated she told Shawn she needed to see him and that " E " was at her apartment. Shawn then told her that he would be right over. Once Sharon got off the phone her Dorie walked over to Church Street South to cop some drugs ( Crack Cocaine ).

As Sharon and Dorie left Church Street south and as they walked up Portsea Street she heard anywhere from eight to nine gunshots and then jumped to the ground. Once the shooting stopped Sharon got up and started running toward her apartment. Once she arrived Sharon stated the Officers were on the scene. Sharon was then approached by a Officers and asked if she seen anything.

Prior to the statement Sharon was shown three separate photo-boards. The first photo-board was of eight black males all similar in appearance. Sharon immediately pointed to photo number four (4), as the person she knows as Shawn. Sharon signed and dated the aforementioned photo. The second photo-board was of eight black males all similar in appearance. Sharon immediately pointed to photo number eight (8), as the person she knows as Budda and the friend of " E ". Sharon signed and dated the photograph number eight (8). The third photo-board was also of eight black males all similar in appearance. Sharon immediately pointed to photo number three (3). The third photo-board was also of eight black males all similar in appearance. Sharon immediately pointed to photo number three (3) as the person she knows as " E " and the person who stole monies and drugs from Shawn. Sharon signed and dated photograph three (3). All photo-boards were placed into evidence at 01 Union Avenue police property room. For further details please refer to taped statement.

Investigation continues :



| DATE | PAGES | SIGNED SUPERVISOR | THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT. | SIGNED OFFICER |
|---|---|---|---|---|
| Mon, Nov 8, 1999 | 19 | | | Det. Edwin Rodriquez 0444 |

SUBSCRIBED AND SWORN TO BEFORE ME THIS ____ DAY OF ____ NOTARY PUBLIC

©1997 Hanahan Computer Designs LLC

E.P. 31

# NEW HAVEN POLICE DEPARTMENT
## CASE/INCIDENT REPORT

| COMPLAINT NO | INCIDENT DATE | TIME | APT NO | DATE OF REPORT | TIME | TYPE OF INCIDENT | REPORT TYPE |
|---|---|---|---|---|---|---|---|
| 99-46990 | 07/25/99, Sun | 1:52 | | 11/8/99 | 20:31 | Supplement | Suppl. |

| STREET NO, STREET | | INTERSECTING STREET | REFERRALS | TYPIST | DATE TYPED | TIME | CODE | DIVISION | INVESTIGATING OFFICER | BADGE NO | CAR NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Howard Av | street | Columbus Av | GA-6 | ER | 11/8/99 | | 4813 | DetDiv | Det. Edwin Rodriquez | 0444 | I-47 |

STATUS CODE   C - Complainant   V - Victim   A - Arrestee   AX - Arrestee Dangerous   W - Wanted On Warrant   J - Juvenile Referred   O - Others   M - Missing

| STATUS | LAST NAME | FIRST (M.I.) | SEX | RACE | DOB | PHONE | STREET | CITY | ST | REG # | ST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| V | Lucky | Anthony | M | B | 06/18/82 | Unknown | 77 Greta St | | CT | | |
| O | Adkins | Sharon | F | B | 10/15/72 | None | 246 Columbus Av | New Haven | CT | | |
| O | Coppola.det | S. Pd.093 | | | | | | | | | |
| O | Norwood.sgt | B. Pd.093 | | | | | | | | | |

### DETAILS

On November 07, 1999 at approximately 7:05 pm the undersigned along with Det.S.Coppola conducted an interview with Sharon Adkins regarding the homicide of Anthony Lucky. During the interview Sharon provided both detective's with a taped statement.

On November 08, 1999 at approximately 6:00 pm both detective's had the opportunity to read the transcribed statement. While reviewing the statement we immediately recognized that the date of the incident occurring were mixed up with the victims date of birth. At approximately 6:30 pm Sharon Adkins responded to the Investigative Services Unit in order to sign the transcribed taped statement. While at the police department we advised Sharon of the mistaken date's in our statement. Sharon agreed that date's were wrong, and that she recalled the incident in question occurring in late summer. Sharon read and signed each page of the statement. The date's were then corrected with Sharon and the undersigned initialing along the side of same. Sgt.B.Norwood of the Investigative Services Unit also witnessed the signing of the taped statement.



| | |
|---|---|
| DATE | Mon, Nov 8, 1999 |
| PAGES | 19 |
| SIGNED SUPERVISOR | |
| SIGNED OFFICER | Det. Edwin Rodriquez 0444 |

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT.

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____

☐ NOTARY PUBLIC   ☐ 1-24 CGS

©1997 Hanahan Computer Designs LLC

E. P. 32

# NEW HAVEN POLICE DEPARTMENT
## CASE/INCIDENT REPORT

| COMPLAINT NO | INCIDENT DATE | TIME | DATE OF REPORT | TIME | TYPE OF INCIDENT | CODE | REPORT TYPE |
|---|---|---|---|---|---|---|---|
| 99-46090 | 12/05/99 | 1:53 | 12/5/99 | 20:42 | Supplementary Investigation | 4813 | Suppl. |

| STREET NO. / STREET | APT NO | INTERSECTING STREET | REFERRALS | TYPIST | DATE TYPED | TIME | DIVISION | INVESTIGATING OFFICER | BADGE NO | CAR NO |
|---|---|---|---|---|---|---|---|---|---|---|
| Howard Avenue | | Columbus Avenue | ISU | | 12/5/99 | 20:44 | Det Div | Det. Edwin Rodriquez | 0444 | 1-44 |

STATUS CODE  C - Complainant  V - Victim  A - Arrestee  AX - Arrestee Dangerous  W - Wanted On Warrant  J - Juvenile Referred  O - Others  M - Missing

| STATUS | LAST NAME | FIRST (M.I.) | SEX | RACE | DOB | PHONE | STREET | CITY | ST | REG # | ST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| V | Lucky | Anthony | M | B | 08/16/82 | N/A | 77 Greta Street | West Haven | CT | | |
| O | Mercardo | Mayra | F | H | 02/19/78 | N/A | 156 West Street | New Haven | CT | | |
| O | Adkins | Sharon | F | B | 10/15/72 | 787-3092 | 551 Howard Avenue | New Haven | CT | | |
| O | Martin | Larkland | M | B | 02/10/45 | 497-2950 | 191 Whalley Avenue | New Haven | CT | | |
| O | Det. Coppola | | | | | | | | | P.D. 093 | |
| O | Det. Velleca | | | | | | | | | P.D. 093 | |
| O | Sgt. Canning | | | | | | | | | P.D. 093 | |

**DETAILS**

During the week of October 25, 1999, Sgt. Canning of the Narcotics Enforcement Unit, informed Sgt. Norwood of the Investigative unit that he had recently spoke to a registered informant. The informant (Mayra Mercardo) told Sgt. Canning that she had information pertinent to the homicide of Anthony Lucky. During her conversation with Sgt. Canning Mayra went on to state that she was willing to speak with detectives regarding said investigation.

On November 04, 1999, at approximately 16:55 hours, Det. Coppola and the undersigned did speak with Mayra Mercardo regarding the homicide of Anthony Lucky. During the interview Mayra stated that Anthony Lucky was shot because he and Albert Mccann had stolen $900.00 and drugs from Deshawn Johnson and Gary Session, AKA Shabazz. Mayra stated that Shawn and Shabazz ran the drug operations on Howard Avenue, Columbus Avenue, And Hallock Street. Mayra further stated that she was familiar with this particular drug operation because of her on going boyfriend/girlfriend relationship with Gary Session. Mayra went on to state that she also had active part in the drug operations.

| DATE | | PAGES | SIGNED SUPERVISOR | | SIGNED OFFICER | |
|---|---|---|---|---|---|---|
| Sun, Dec 5, 1999 | | | | | Det. Edwin Rodriquez 0444 | |

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 14 DAY OF December 19 99

☐ NOTARY PUBLIC   ☒ 1-24 CGS

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT.

©1997 Hanahan Computer Designs LLC                                     E.P. 32

# NEW HAVEN POLICE DEPARTMENT
## CASE/INCIDENT REPORT - CONTINUATION

| INCIDENT NO | DATE | TYPE OF INCIDENT | INVESTIGATING OFFICER | LOCATION | CONTINUATION PAGE |
|---|---|---|---|---|---|
| 99-46990 | 12/05/99 | Supplementary Investigation | Det. Edwin Rodriquez 0444 | Howard Avenue | Suppl. 2 |

Mayra stated that the day prior to the murder she was in a vehicle with Gary when he (Gary) received a phone call via cell-phone from Deshawn. Mayra stated that she over heard Deshawn tell Gary that the two subjects responsible for stealing the drugs and monies from them were at the gas station (Getty) on Kimberly Avenue and Howard Avenue. Mayra then stated that Gary told Deshawn "Grab them". Deshawn then advised Gary that the subjects had already left. Mayra stated that on July 20, 1999, Jose (Another of Gary's workers) and her were at Gary's home in West Haven counting drug monies which were profits made from the night before. Mayra stated that they counted ten thousands in cash but that Gary was upset because some monies were missing. It was at that time Jose told Gary the two boys (Anthony / Albert) he gave the bundles to never came back. Mayra then stated that Gary gave her ten thousand dollars and told her to go to New York to buy some drugs. Gary then went downstairs with Jose to talk. Mayra stated that she never left the house but that go down stairs and listen in on Jose and Gary conversation. While downstairs Mayra states she overheard Gary yelling "Find them, and hit them up, pistol whip them, and bring to the spot to work it off penny by penny, If not then dead them".

Mayra stated on July 25, 1999, in the evening hours she drove to Hallock Street in the blue Explorer to drop off her drugs. While at the corner of Hallock St, Washington, and Columbus Avenue, Mayra stated that Deshawn jumped into her vehicle and began waiting for Gary with her. It was at that time Deshawn received a phone call on his cell-phone from Sharon, who was one of Deshawn workers. Mayra stated that she overheard Sharon tell Deshawn that the "Those little niggers are here". Deshawn then hung up the phone and it was at that time Gary showed up in a gold Expedition with her daughter. Deshawn jumps out of the vehicle and into Gary vehicle, At which time a short conversation takes place between Gary and Deshawn. Mayra states that Gary then pulls up to her and tells her " Leave the keys in the truck, and do what you got to do". Deshawn then drove Mayra's vehicle and parked it on Daggett and walked back to Hallock Street / Washington Avenue. Mayra then stated a blue "Honda CRX" pulled up with two Hispanic males "Willie, Efrain" and that a third Hispanic Male (Babe) showed up on a Mo-Ped. Mayra noticed that all the subjects jumped into the "CRX", Deshawn in the driver side, Babe in the passenger side, and Willie / Efrain were in the back seat.

Mayra stated that Gary pulled up to the "CRX" and she then saw Gary pass a handgun to Babe who was sitting on the passenger side of the "CRX". Mayra States the "CRX" then pulls off and head down Columbus Avenue toward Howard Avenue and Gary following them close behind. Five minutes later Mayra states she hears six gunshots. After the gunshots Mayra stated that Gary pulled up to her and asked told her "Get into the car", which she did.

| DATE | PAGES | SIGNED SUPERVISOR | SIGNED OFFICER |
|---|---|---|---|
| Sun, Dec 5, 1999 | | [signature] | [signature] Det. Edwin Rodriquez 0444 |

SUBSCRIBED AND SWORN TO BEFORE ME THIS 14 DAY OF December 19 99

[signature] ☐ NOTARY PUBLIC ☒ 1-24CGS

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT.

©1997 Hanahan Computer Designs LLC       E.P. 31

# NEW HAVEN POLICE DEPARTMENT
## CASE/INCIDENT REPORT - CONTINUATION

| INCIDENT NO | DATE | TYPE OF INCIDENT | INVESTIGATING OFFICER | LOCATION | CONTINUATION PAGE |
|---|---|---|---|---|---|
| 99-46990 | 12/05/99 | Supplementary Investigation | Det. Edwin Rodriquez 0444 | Howard Avenue | 3 |

On November 07, 1999, at approximately 19:05 hours, Sharon Adkins supplied the undersigned with a taped statement regarding the Anthony Lucky homicide. During the statement Sharon was given a Departmental Police Voluntary form which she did sign. Sharon stated that she sold drugs " Crack Cocaine " for Shawn, E, and Black, at her apartment 246 Columbus Avenue. While working at her apartment one night Sharon stated that ( Bono ), another worker of Shawn's, told her that " E " stole some monies from Shawn and that Shawn was looking for him. Sharon stated that during the month of July she was approached by Shawn. That told if " E " came to the house to call him immediately.

Sharon stated on the the night of the shooting " E " came by her house and asked her if she had any work. Sharon told " E " she had to make a phone call. It was at that time Sharon walked over to the pay phone on Carlisle Street and Liberty Street and called Shawn. Sharon told Shawn she needed a bag and that E was at the apartment, Shawn then replied " I'll be right there ". After the phone call, Sharon stated that her and Dorie walked over to Church Street South Housing complex to buy a bag of Crack cocaine. As they left the housing complex and started walking back home, Sharon stated she heard eight to nine gunshots, at which time she dropped to the ground. Sharon stated that once the shooting stopped, she ran to her apartment. Upon arriving at her apartment Sharon was met by police , who asked her if she knew anything about the shooting.

During the statement the undersigned had Sharon view three separate photo-boards of Afro - Americans. The first photoboard Sharon identified Deshawn Johnson who she knows as Shawn, and as the person she worked for selling narcotics, as well as the person she called on the night of the murder. The second photoboard Sharon identified " E " as being Albert Mccann, the same subject who Shawn was looking for. The third photo-board Sharon identified " Buddha " as being Juan Scruggs ". For further details please refer to taped statement.

On November 08, 1999, Mayra Mercardo did supply this writer with a taped statement. The statement consisted of Mayra interview on November 04, 1999 with this writer. That during the taped statement Mayra viewed four separate photo-boards. The first photo-board Mayra identified Deshawn Johnson, The second photo-board she identified Sharon Adkins, The third photo-board she identified Albert Mccann, and the fourth photo-board she identified Gary Session, Aka Shabazz. All photo-boards were signed and later placed into evidence.

| DATE | PAGES | SIGNED SUPERVISOR | | SIGNED OFFICER |
|---|---|---|---|---|
| Sun, Dec 5, 1999 | | | THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT. | Det. Edwin Rodriquez 0444 |

SUBSCRIBED AND SWORN TO BEFORE ME THIS 15 DAY OF December 19 99

☐ NOTARY PUBLIC  ☒ 1-24 CGS

# NEW HAVEN POLICE DEPARTMENT
## CASE/INCIDENT REPORT - CONTINUATION

| INCIDENT NO | DATE | TYPE OF INCIDENT | INVESTIGATING OFFICER | LOCATION | CONTINUATION PAGE | REPORT DATE |
|---|---|---|---|---|---|---|
| 99-46990 | 12/05/99 | Supplementary Investigation | Det. Edwin Rodriquez 0444 | Howard Avenue | 4 | Suppl. |

On December 04, 1999 at approximately 19:50 hours, Larkland Martin supplied the undersigned with a taped statement regarding the homicide of Anthony Lucky. Larkland stated that he resides at 630 Howard Avenue third floor, and in the early morning hours of July 25, 1999 he heard six (6) gunshots. Larkland immediately looked out his front window and saw green (Honda) parked in front of his house. Larkland then stated he saw three subjects near the vehicle, two Hispanic males and one African American. Two of the subjects were later identified as Deshawn Johnson and Jose Santiago. Larkland stated that Deshawn was standing outside the driver side of the vehicle while Jose and the second Hispanic male were exiting from the passenger side of the aforementioned vehicle.

Larkland went on to state that Jose was in the middle of Howard Avenue firing a gun at a red jeep which was across from him at the corner of Howard and Columbus Avenue. Larkland further stated that along side him was the second Hispanic male but that he did not have a handgun in his possession. As the Jeep turned on to Columbus Avenue Larkland stated that Jose continued firing and running after the Jeep and that the second Hispanic male was along side of him. Larkland then stated that Jose fired anywhere from three to four shots at the Jeep. Larkland then stated that the red Jeep continued east on Columbus Avenue toward Church Street South Housing complex and that Jose and the second Hispanic male jumped back into the green vehicle with Deshawn, and fled south on Howard Avenue toward the police substation.

Larkland stated that he was able to get a good look at all three subjects because the area in front of his house was illuminated by a porch light and multiple street utility lights which illuminated the area around Howard and Columbus Avenue. Larkland described the second Hispanic male as being between the ages of sixteen/seventeen, and that I.D. is possible. Larkland described the handgun Jose had in his possession as a black automatic.

During the pre-Interview Larkland viewed two separate photo-boards, the first photo-board Larkland identified Jose Santiago, as the subject he seen with the handgun firing at the red Jeep, as well as the subject who jumped into the green vehicle after the shooting. The second photo-board Larkland identified Deshawn Johnson as the subject who was standing outside the driver side of the green (Honda ) vehicle, as well as the operator of the green vehicle. Both photo-boards were signed and placed into evidence. For further details please refer taped statement.

**Investigation Continues :**

| DATE | PAGES | SIGNED SUPERVISOR | SIGNED OFFICER |
|---|---|---|---|
| Sun, Dec 5, 1999 | | [signature] | [signature] Det. Edwin Rodriquez 0444 |

SUBSCRIBED AND SWORN TO BEFORE ME THIS 14 DAY OF December 99

[signature] ☐ NOTARY PUBLIC ☒ 1-24-06

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT.

©1997 Hanahan Computer Designs LLC    E.P. 31

# New Haven Police Department
## Case/Incident Report

Report Type: _____

| COMPLAINT NO | INCIDENT DATE | DAY | TIME OF INCIDENT | DATE OF REPORT | TIME OF RPT | TYPE OF INCIDENT | | | |
|---|---|---|---|---|---|---|---|---|---|
| 99-46990 | 07/25/99 | Sun | 01:53 | 12/06/99 | 17:00 | Suppl. Inv. | | | |

| STREET NO/NAME | APT NO | INTERSECTING STREET NAME & TYPE | REFERRALS | INCID CODE | TYPIST | DATE TYPED | INVESTIGATING OFFICER | TIME TYPED | DIVISION | BADGE NO | CAR NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Howard Av | corner | Columbus Av | GA-6 | 4813 | SC | Det Stephen | Coppola | | ISU | 523 | I-47 |

STATUS CODE  C - Complainant  V - Victim  A - Arrestee  AX - Arrestee Dangerous  W - Wanted On Warrant  J - Juvenile Referred  O - Others  M - Missing

| Status | Last Name | First (M.I.) | Sex | Race | DOB | Phone | Street | City | ST | Reg # |
|---|---|---|---|---|---|---|---|---|---|---|
| V | Lucky | Anthony | M | B | 08/16/82 | None | 77 Greta St | West Haven | Ct | |
| O | Mercado | Mayra | F | W | 02/19/78 | None | 156 West St | New Haven | Ct | |
| O | Johnson | Deshawn | M | B | 02/22/76 | None | 21 Level St | New Haven | Ct | |
| O | Sessions | Gary | M | B | 03/11/67 | None | 99 Lee St | New Haven | Ct | |
| O | Santiago | Jose | M | W | 05/24/83 | None | 528 Washington Av | New Haven | Ct | |
| O | Rodriguez,Det | E.pd.093 | | | | | | | | |

### Details

On December 05, 1999 at approximately 6:00 pm Det.E.Rodriguez and the undersigned conducted an interview with Mayra Mercado. Mayra has been assisting both detectives with the continuing investigation, into the homicide of Anthony Lucky. The homicide occurred on July 25, 1999 at approximately 01:53 am at the intersection of Howard Av and Columbus Av. During our interview Mayra supplied both detectives with a taped statement regarding updated information pertinent to our investigation. It should be noted that this is the second taped statement Mayra has supplied pertaining to this particular homicide.

During the taped statement Mayra stated on December 3, 1999 she meet Jose Santiago AKA (BeBe) near the bus stop on Congress Av. Jose began talking about him gaining respect out on the street in the Howard Av area of the city. Jose continued by telling Mayra that he gained all of this respect from shooting a "Moreno" on Howard Av in front of Bernie's. It should be noted that Moreno is Spanish for a Black Person. Jose continued to brag that Howard Av was now his, and that he's going to get a tear drop tattoo because of the homicide. During their conversation Mayra stated that Jose opened his jacket and showed Mayra a dark colored Automatic type handgun which was on his waist.

---



SIGNED: Det. Stephen Coppola  DATE: 12/06/99  PAGES: 2

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____ 19 ___

SIGNED _____  NOTARY PUBLIC

COPY A    12/6/99    6:53:33 PM    1-24

# New Haven Police Department
## Case/Incident Report

Continuation Page 2 of 2

COMPLAINT NO: 99-46990

Mayra stated that this was the same Jose Santiago AKA ( Be Be ) that she identified during her first statement. She again confirmed that this was the same Jose Santiago that Garry Session AKA ( Shabazz ) handed the gun to on the night of the murder, and the same person who was with Deshawn Johnson on the night of the murder.

Mayra then had the opportunity to view a photo array consisting of eight Latin male subjects all similar in appearance. Without hesitation Mayra identified photograph # 4 as being Jose Santiago AKA ( Be Be ). After identifying the photograph Mayra signed and dated photograph # 4 with both detective's signing it as a witness. The signed photo array was later placed into evidence by Det. E. Rodriguez. ( See taped statement for any further details ).

It should be noted that the undersigned is familiar with subjects who detail themselves with a tear drop tattoo. It's a symbol utilized by someone who's responsible for a murder. This particular symbol is commonly used by street gang members, as well as upper and lower level narcotic trafficker's. The undersigned spent approximately four years in the narcotic enforcement unit as well as two separate assignments with the F.B.I violent gang task force.

ORIGINAL

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT.

SIGNED: Det. R. Stephen Coppola
DATE: 12/06/99
PAGES: 2

SUBSCRIBED AND SWORN TO BEFORE ME THIS ___ DAY OF ___ 19 ___
SIGNED ___
NOTARY PUBLIC

COPY B    12/6/99   6:53:50 PM   1-24

**New Haven Police Bureau Of Identification**

# CASE/INCIDENT REPORT

| COMPLAINT NO | INCIDENT DATE | TIME | APT NO | DATE OF REPORT | TIME | | | CODE | REPORT TYPE |
|---|---|---|---|---|---|---|---|---|---|
| 99-46990 | 07/25/99, Sun | 150:00 | | 1/3/2000 | 21:49 | | | 4813 | Suppl. |

| STREET NO. STREET | | INTERSECTING STREET | REFERRALS | TYPIST | DATE TYPED | TIME | DIVISION | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| Howard Avenue | | Columbus Avenue | ISU | LMD | 1/3/2000 | 21:50 | Ident | Det. Lisa M. Dadio | 0545 |

| | | | | | | | | | CAR NO |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | I-120 |

STATUS CODE  C - Complainant  V - Victim  A - Arrestee  AX - Arrestee Dangerous  W - Wanted On Warrant  J - Juvenile Referred  O - Others  M - Missing

| STATUS | LAST NAME | FIRST (M.I.) | SEX | RACE | DOB | PHONE | STREET | CITY | ST | REG # | ST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| V | Lucky | Anthony | M | B | 08/16/82 | | 76 Greta Street | West Haven | CT | | |
| O | Rodriguez | Det. E. Pd093 | | | | 946-6304 | 1 Union Avenue | New Haven | CT | | |
| O | Stephenson | James | | | | 639-6400 | 278 Colony Street | Meriden | CT | | |
| O | Mcphillips | Edward | | | | 639-6400 | 278 Colony Street | Meriden | CT | | |
| O | O'brien | Robert | | | | 639-6400 | 278 Colony Street | Meriden | CT | | |

## DETAILS

On January 3, 2000, Detective E. Rodriguez, the primary detective assigned to a homicide investigation from July 25, 1999 had inquired to the results of the firearms examination pertaining to this homicide.

On July 25, 1999, I had been the primary detective assigned from the Bureau of Identification to process a crime scene relative to a homicide located in the area of Howard and Columbus Avenues. One of my responsibilities had been the collecting of evidence. I had collected numerous items of ballistic evidence from the scene which had been documented in a report which had been dated July 29, 1999.

On July 26, 1999 the numerous items of ballistic evidence that I had seized from the scene had been submitted to the Forensic Laboratory of the Department of Public Safety, specifically requesting a firearms type of examination, along with a serology and trace examination to be conducted on one of the items of evidence that I had seized.

On July 28, 1999, a report had been completed by firearm examiners' James Stephenson and Edward Jachimowicz pertaining to part of the firearms evidence that I had submitted. According to this report, my item numbers 4, 5, 7 and 8, which had all been discharged A-Merc 9mm cartridge cases had all been fired from the same firearm. (Item numbers 4 and 5 had been located in the intersection of Howard and Columbus Avenues and numbers 7 and 8 had been located on the street of Howard Avenue.) (Refer to my report dated July 29, 1999 for more specific details)

On September 1, 1999, a second report had been completed, this time, by firearm examiners' James Stephenson and Edward McPhillips pertaining to the remaining firearms evidence that had been submitted. According to this report, my item numbers 1 and

---

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT.

SIGNED _L.M. Dadio_   DATE 1/3/2000   PAGES 1/2

SUBSCRIBED AND SWORN TO BEFORE ME

THIS _____ DAY OF _____ 19 _____   SIGNED _____

☐ NOTARY PUBLIC

©1997 Hanahan Computer Designs LLC   COPY A   1-24

New Haven Police Bureau Of Identification

# CASE/INCIDENT REPORT - CONTINUATION

| COMPLAINT NO | INCIDENT DATE | TIME | APT NO | DATE OF REPORT | TIME | INTERSECTING STREET | TYPE OF INCIDENT | CODE | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 99-46990 | 07/25/99, Sun | 150:00 | | 1/3/2000 | 21:49 | | Suppl. Inv. | 4813 | Det. Lisa M. Dadio 0545 | 0545 |

| STREET NO, STREET | REFERRALS | TYPIST | DATE TYPED | TIME | DIVISION | CAR NO |
|---|---|---|---|---|---|---|
| Howard Avenue | Columbus Avenue | ISU | LMD | 1/3/2000 | 21:50 | Ident | 1-120 |

Report Type: Suppl.
Page 2

3, which had both been discharged PMC .380 auto cartridge cases had been fired from item number 24 which had been the Beretta 9mm corto semi automatic handgun which had been submitted to the lab on July 30, 1999. (The handgun had been the weapon which had been seized from the victim's vehicle. Item numbers 1 and 3, the two discharged cartridge cases had both been located on the street on Columbus Avenue.) Item numbers 2, 6, 10 and 11, are consistent with being 9mm caliber bullets. (Item number 2, had been a projectile which had been located on Columbus Avenue.) (This item had also been requested to be tested for both Serology and Trace examination and as of this date are awaiting a report on the results of the examination.) (Item number 6 had been a lead projectile which had been located on the street in the intersection of Howard and Columbus Avenues. Item numbers 10 and 11 had been lead projectiles which had been located inside of Beirne's, and are believed to had entered the store via the window that faces Columbus Avenue.) Item number 9 had been consistent with being fired from but not limited to a revolver. According to the report, the bullet had been weathered and tarnished and had not been related to any of the other evidence examined. (This item had been a lead projectile which had been located on the front of the Beirne's building below the Home Care Center letters, which faces Howard Avenue.)

Once a report has been received pertaining to the serology and trace examination of item number 2, I will prepare an additional report summarizing those findings.

SIGNED [signature]

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT.
©1997 Hanahan Computer Designs LLC

DATE 1/3/2000  PAGES 2/2

SUBSCRIBED AND SWORN TO BEFORE ME  THIS ___ DAY OF ___ 19 ___

SIGNED ___

NOTARY PUBLIC ☐

COPY B

1-24

# NEW HAVEN POLICE DEPARTMENT
## CASE/INCIDENT REPORT

| COMPLAINT NO | | | | | | | REPORT TYPE |
|---|---|---|---|---|---|---|---|
| 99-46990 | | | | | | | Suppl. |

| STREET NO, STREET | | INCIDENT DATE | TIME | APT NO | INTERSECTING STREET | REFERRALS | TYPE OF INCIDENT | | CODE | INVESTIGATING OFFICER | | BADGE NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Howard Avenue | | 07/25/99, Sun | 1:53 | | Columbus Avenue | ISU | Supplementary | | 4813 | Det. Edwin Rodriquez | | 0444 |

| | | | | | | | | DATE OF REPORT | TIME | | | | | | TYPIST | DATE TYPED | TIME | DIVISION | | CAR NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 3/6/2000 | 19:11 | | | | | | | 3/6/2000 | 19:13 | DetDiv | | 1-44 |

STATUS CODE C - Complainant V - Victim A - Arrestee AX - Arrestee Dangerous W - Wanted On Warrant J - Juvenile Referred O - Others M - Missing

| STATUS | LAST NAME | FIRST (M.I.) | SEX | RACE | DOB | PHONE | STREET | | CITY | ST | REG # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| V | Lucky | Anthony | M | B | 08/16/82 | N/A | 77 Greta Street | | West Haven | CT | |
| O | Martin | Larkland | M | B | 02/10/45 | 491-2950 | 191 Whalley Avenue, Suite 306 | | New Haven | CT | |

### DETAILS

On March 05, 2000, at approximately 19:00 hours, Larkland Martin supplied the undersigned with a second statement regarding the homicide investigation of Anthony Lucky. That prior to the statement the undersigned had Larkland view a photo-board of eight (8) Hispanic males all similar in appearance. Larkland immediately pointed to photograph number four (4) Efrain Mendez (09-02-83), as the third person involved with the homicide of Anthony Luck on July 25, 1999. Larkland states that Efrain was in the rear seat of the green vehicle and that he observed Efrain exit the vehicle and walked up to Jose Santiago as he was firing at the red jeep which was at the corner of Columbus Avenue and Howard Avenue. Larkland then stated that Efrain, Jose, and Deshawn jumped back into the vehicle and drove off south on Howard Avenue. Larkland further stated that he never saw Efrain with a handgun nor did he see Efrain fire a weapon. Larkland signed and dated the photograph of Efrain Mendez with the undersigned witnessing it. The photo-board was placed into evidence at 01 Union Avenue property room by the undersigned. For further details please refer to taped statement.

| DATE | | PAGES | SIGNED SUPERVISOR | | | |
|---|---|---|---|---|---|---|
| Mon, Mar 6, 2000 | | | | | | |

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 6 DAY OF March

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT.

☐ NOTARY PUBLIC   ☒ -24 CGS

SIGNED OFFICER  Det Edwin Rodriquez 0444

©1997 Hanahan Computer Designs LLC

E. P. 32

# NEW HAVEN POLICE DEPARTMENT
## CASE/INCIDENT REPORT

| COMPLAINT NO | INCIDENT DATE | TIME | APT NO | DATE OF REPORT | TIME | | | CODE | DIVISION | | CAR NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99-46990 | 07/25/99, Sun | 1:53 | | 3/10/2000 | 16:30 | | | 4813 | DetDiv | | 1-44 |

| STREET NO, STREET | INTERSECTING STREET | REFERRALS | TYPE OF INCIDENT | TYPIST | DATE TYPED | TIME | INVESTIGATING OFFICER | BADGE NO | REPORT TYPE |
|---|---|---|---|---|---|---|---|---|---|
| Howard Avenue | Columbus Avenue | ISU | Supplementary | | 3/10/2000 | 16:31 | Det. Edwin Rodriguez | 0444 | Suppl. |

**STATUS CODE** C - Complainant  V - Victim  A - Arrestee  AX - Arrestee Dangerous  W - Wanted On Warrant  J - Juvenile Referred  O - Others  M - Missing

| STATUS | LAST NAME | FIRST (M.I.) | SEX | RACE | DOB | PHONE | STREET | CITY | ST | REG # |
|---|---|---|---|---|---|---|---|---|---|---|
| O | Lucky | Anthony | M | B | 08/16/82 | N/A | 76 Greta Street | West Haven | CT | |
| O | Mccann | Albert | M | B | 03/10/80 | 937-9422 | 649 First Avenue | West Haven | CT | |
| O | Sgt. Norwood | P.D. 093 | | | | | | | | |

**DETAILS**

On March 08, 2000, at approximately 11:52 hours, Sgt. Norwood and the undersigned, did meet with Albert Mccann and his Attorney, Frank Antollino at 235 Church Street ( Court House ) for the purpose of viewing three separate photoboards. Albert viewed all three photoboards but failed to recognized anyone in the photoboards.

**Investigation continues :**

I HEREBY CERTIFY THAT THE DOCUMENTS ATTACHED HERETO ARE TRUE COPIES OF THE OFFICIAL RECORDS OF THE NEW HAVEN DEPARTMENT OF POLICE SERVICE.

SIGNED OFFICER: Det. Edwin Rodriguez 0444

| DATE | PAGES | SIGNED SUPERVISOR | |
|---|---|---|---|
| Fri, Mar 10, 2000 | 19 | | |

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____

☐ NOTARY PUBLIC    ☐ 1-24 CGS

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT.

©1997 Hanahan Computer Designs LLC

# NEW HAVEN POLICE DEPARTMENT
## CASE/INCIDENT REPORT

| COMPLAINT NO | INCIDENT DATE | TIME | DATE OF REPORT | TIME | TYPE OF INCIDENT | REFERRALS | TYPIST | DATE TYPED | TIME | CODE | REPORT TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99-46990 | 07/25/99, Sun | 1:53 | 10/15/2000 | 20:40 | Supplementary | ISU | | | | 4813 | Suppl. |

| STREET NO, STREET | APT NO | INTERSECTING STREET | | | | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|
| Howard Avenue | | Columbus Avenue | | | | Det. Edwin Rodriquez | 0444 |

| | | | | | | | | DIVISION | CAR NO |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | DetDiv | 1-44 |

STATUS CODE  C - Complainant  V - Victim  A - Arrestee  AX - Arrestee Dangerous  W - Wanted On Warrant  J - Juvenile Referred  O - Others  M - Missing

| STATUS | LAST NAME | FIRST (M.I.) | SEX | RACE | DOB | PHONE | STREET | CITY | ST | REG # |
|---|---|---|---|---|---|---|---|---|---|---|
| V | Lucky | Anthony | M | B | 08/16/82 | N/A | 76 Greta Street | West Haven | CT | |
| O | Martin | Larkland | M | B | 02/10/45 | N/A | 191 Whalley Avenue, suite 306 | New Haven | CT | |

**DETAILS**

On December 04, 1999 at approximately 19:00 hours, while investigating the homicide of Willie Wilson, Det Velleca and the undersigned were approached by Larkland Martin (02/10/45). Mr. Martin stated that he had witnesses the shooting at Howard Avenue and Columbus Avenue on July 25, 1999. Mr. Martin also stated that he could identified subjects responsible for the shooting, and agreed to come to the police station and provide these detectives with a statement.

**Investigation Continues:**

I HEREBY CERTIFY THAT THE DOCUMENT(S) ATTACHED HERETO ARE TRUE COPIES OF THE OFFICIAL RECORDS OF THE NEW HAVEN DEPARTMENT OF POLICE SERVICE

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT

| SIGNED OFFICER | Det. Edwin Rodriquez 0444 |
|---|---|
| SIGNED SUPERVISOR | |

| DATE | Sun, Oct 15, 2000 | PAGES | 19 |
|---|---|---|---|

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____   ☐ NOTARY PUBLIC   ☐ 1-24 CGS

©1997 Hanahan Computer Designs LLC

E. P. 32

# NEW HAVEN DEPARTMENT OF POLICE SERVICE
## CASE INCIDENT REPORT (NARRATIVE)

On September 13, 2001, at approximately 9:18 p.m., Albert Mccan came into 01 Union avenue detective division regarding the shooting death of Anthony Lucky.

During the interview, Mccan was shown three separate photo-boards. After viewing all three photo-boards, Mccan could not make identification.

**Investigation Continues:**

Number of Pages: 1

NARRATIVE

COMPLAINT # 46990|730747778232

> I HEREBY CERTIFY THAT THE DOCUMENT(S) ATTACHED HERETO ARE TRUE COPIES OF THE OFFICIAL RECORDS OF THE NEW HAVEN DEPARTMENT OF POLICE SERVICE
> 
> [signature] 8-18-06

| PRINT NAME - OFFICER / DA | ARREST OR ID # | DATE | PRINT SUPERVISORS NAME AND RANK | | |
|---|---|---|---|---|---|
| Edwin Rodriguez | 559 | 9/14/01 | | | |
| THIS REPORT SIGNED UNDER THE PENALTIES OF STATE LAW FOR MAKING A FALSE STATEMENT | | | SUBSCRIBED AND SWORN TO BEFORE ME (SIGN & DATE) | NOTARY 1-24 ☐ ☐ | ADD NARRATIVE ☐ |
| [signature] | | | | | |

# NEW HAVEN DEPARTMENT OF POLICE SERVICE
## CASE INCIDENT REPORT (NARRATIVE)

Number of Pages: 1

NARRATIVE

On July 25, 1999 at 12:01am Anthony Lucky (DOB 08/16/82) suffered a single gunshot wound to the back/abdomen as he rode through the intersection of Howard Avenue and Columbus Avenue in a friends red Suzuki Samurai. Lucky subsequently died of the aforementioned injury and his death was determined to be a homicide.

On December 4, 1999 at 7:50pm investigators located Larkland Martin (DOB 02/10/45) while canvassing the Chapel Street area regarding a separate homicide investigation. Martin was not able to provide any information relevant to such homicide, but did state that he witnessed the Anthony Lucky homicide from his residence, which is 630 Howard Avenue (third floor). Martin stated that on July 25, 1999, during the early morning hours, he heard four to six suspected gunshots emanating from the intersection of Howard Ave. and Columbus Avenue. Martin stated that he immediately looked out of the window located in the northeastern corner of the third floor and witnessed a Hispanic male firing a handgun at a red "Jeep." Martin made positive identification of this subject and provided Det. Edwin Rodriguez with an audiotaped statement regarding his observations. Please refer to such statement and reports completed by Det. Rodriguez for full details.

Prior to obtaining a statement from Martin, I viewed the intersection of Howard Avenue and Columbus Avenue through the previously described window during a period of darkness. I found the view to be clear and well illuminated by artificial lighting which would give Martin the opportunity to view the perpetrator at the time of the crime. Also, Martin demonstrated a high level of certainty regarding his observations and stated that the events taking place at the time of the crime had his full attention. Through interview, I found Martin described the incident in sufficient detail to believe he had personal knowledge as to the facts and circumstances regarding the death of Anthony Lucky.



COMPLAINT # 99-46990|7310337045?

I HEREBY CERTIFY THAT THE DOCUMENT(S) ATTACHED HERETO ARE TRUE COPIES OF THE OFFICIAL RECORDS OF THE NEW HAVEN DEPARTMENT OF POLICE SERVICE

| PRINT NAME - OFFICER / DA | ARREST OR ID # | DATE | PRINT SUPERVISORS NAME AND RANK | | |
|---|---|---|---|---|---|
| Sgt. John Velleca | 441 | 7-3-02 | | | |
| THIS REPORT SIGNED UNDER THE PENALTIES OF STATE LAW FOR MAKING A FALSE STATEMENT  Sgt. John Velleca | | | SUBSCRIBED AND SWORN TO BEFORE ME (SIGN & DATE) | NOTARY 1-24 ☐ ☐ | ADD NARRATIVE ☐ |