**AFFIDAVIT AND APPLICATION**
**SEARCH AND SEIZURE WARRANT**
JD-CR-61 Rev. 6-92
C.G.S. § 54-33a, 54-33c, 54-33j

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
Form JD-CR-52 must also be completed

New Haven
99-46990



**INSTRUCTIONS TO APPLICANT**
File a copy of the application for the warrant and all affidavits upon which the warrant is based, in a sealed envelope, with the clerk of the court for the geographical area within which the search will be conducted no later than the next business day following the issuance of the warrant. Indicate the police department case number and date of issuance on the front of the sealed envelope.

**INSTRUCTIONS TO G.A. CLERK**
1. Prior to the execution and return of the warrant, do not disclose any information pertaining to the application for the warrant or any affidavits upon which the warrant is based.
2. Upon execution and return of the warrant, affidavits which are the subject of an order dispensing with the requirement of giving a copy to the owner, occupant or person within forty-eight hours shall remain in the custody of the clerk's office in a secure location apart from the remainder of the court file.

**TO: A Judge of the Superior Court:**

The undersigned, being duly sworn, complains on oath that the undersigned has probable cause to believe that certain property, to wit:

Any/all firearms and magazines, any ballistic evidence to include live ammunition, spent shell casings, projectiles, bullet fragments and gunshot residue; any/all holsters, any vehicle identification documents to include owner/operator/passengers; any/all latent fingerprints, palm prints; blood; items containing any of the aforementioned and to submit such property to the Forensic Laboratory for physical examination, biological and chemical testing and instrumental analysis, comparison and reconstruction.

☐ is possessed, controlled, designed or intended for use of which is or has been or may be used as the means of committing the criminal offense of:

☐ was stolen or embezzled from:

☒ constitutes evidence of the following offense or that a particular person participated in the commission of the offense of:
Murder, CGS 53a-54a

☐ is in the possession, custody or control of a journalist or news organization, to wit:

☐ and such person or organization has committed or is committing the following offense which is related to such property:

☐ and such property constitutes contraband or an instrumentality of the criminal offense of:

And is within or upon a certain person, place, or thing, to wit:
PERSON

I HEREBY CERTIFY THAT THE DOCUMENTS ATTACHED HERETO ARE TRUE COPIES OF THE OFFICIAL RECORDS OF THE NEW HAVEN DEPARTMENT OF POLICE SERVICE

8-14-06

PLACE OR THING
CT registration 472HSK, a 1988 Suzuki Samarai, 2 door, color red, bearing VIN JS4JC51C5J4218461.

And that the facts establishing the grounds for issuing a Search and Seizure Warrant are the following:

1. The undersigned, Det. Joanne M. Schaller, being duly sworn, does depose and state that she is a member of the New Haven Police Department and has been a police officer for approximately ten (10) years prior to this date. At all times mentioned herein I was acting as a member of said department. The following facts and circumstances are stated from personal knowledge and observations as well as from information received from other police officers acting in their official capacity and from official police reports and statements made by prudent and credible witnesses.

2. The undersigned, Det. Stephen Coppola, being duly sworn, does depose and state that he is a member of the New Haven Police Department and has been a police officer for approximately ten (10) years prior to this date. At all times mentioned herein I was acting as a member of said department. The following facts and circumstances are stated from personal knowledge and observations as well as from information received from other police officers acting in their official capacity and from official police reports and statements made by prudent and credible witnesses.

3. On 07/25/99, at 0153 hours, uniformed officers of the New Haven Police Department became engaged in a motor vehicle pursuit with a vehicle that had been involved in a shooting incident moments before. The vehicle was later identified as a 1988 Suzuki Samurai, 2 door, color red, bearing CT registration 472HSK. The vehicle was stopped at the intersection of South Frontage Road and College Street. The vehicle contained three (3) occupants: the driver, Albert McCann; front seat passenger Juan Scruggs; and rear seat passenger Anthony Lucky.

4. Lucky was suffering from a single gunshot wound to his chest. He was transported to the Yale-New Haven Hospital where he expired from his injuries.

5. A Beretta 9mm corto semi-automatic handgun, S/N 589124, was located inside the Suzuki Samarai under the front passenger seat. The vehicle was later towed to the police garage to await further processing for evidence.

6. McCann and Scruggs were taken to the police department where they were interviewed concerning this incident. They spoke of exchanging gunfire, while inside the Samurai, with a

The undersigned has not presented this application in any other court or to any other judge.

This application consists of this form plus _____ pages attached hereto and made a part hereof.

Wherefore the undersigned requests that a warrant may issue commanding a proper officer to search said person or to enter into or upon said place or thing, search the same, and take into custody all such property.

STATE OF CONNECTICUT

| CITY/TOWN | DATE | SIGNATURE AND TITLE OF AFFIANT |
|---|---|---|
| North Haven | 07/25/99 | DET. Joanne M. Schaller |
| North Haven | 07/25/99 | DET. Stephen Coppola |

| JURAT | Subscribed and sworn to before me on: | DATE 7/25/99 | SIGNED (Judge of the Superior Court) |

grey vehicle occupied by several Hispanic males near the intersection of Howard and Columbus Avenues. McCann told investigators that Scruggs had fired the weapon found inside the vehicle. Scruggs admitted the same. Numerous .380 and 9mm caliber shell casings were discovered at the scene.

7. These affiants state that, based on our police training and experience, we know that a crime scene such as a vehicle will contain physical evidence herein before itemized which will aid in establishing the circumstances under which the crime was committed and/or which will assist in the discovery of pertinent facts, and that such evidence recovery will necessitate a systematic search to locate, seize, record, and process. We also know that many of these items of evidence are minute and/or are of a ballistic nature and must be analyzed by forensic laboratories.

8. Based on the aforementioned, the undersigned state they have probable cause to believe that the aforementioned Suzuki Samurai bearing CT registration 472HSK, does contain evidence of the crime of Murder and that submission of such items to the Forensic Laboratory for physical examination, biological and chemical testing and instrumental analysis, comparison and reconstruction will yield information pertaining to the identity of the perpetrator(s), modus operandi of the crime, or other evidentiary value. Therefore, we respectfully request a search and seizure warrant be issued for same.

The undersigned has not presented this application in any other court or to any other judge.

This application consists of this form plus _____ pages attached hereto and made a part hereof.

Wherefore the undersigned requests that a warrant may issue commanding a proper officer to search said person or to enter into or upon said place or thing, search the same, and take into custody all such property.

STATE OF CONNECTICUT

| CITY/TOWN | DATE | SIGNATURE AND TITLE OF AFFIANT |
|---|---|---|
| North Haven | 07/25/99 | DET. Joanne M. [Nichols] |
| New Haven | 07/25/99 | DET. [signature] |
| JURAT — Subscribed and sworn to before me on: | DATE 7/25/99 | SIGNED (Judge of the Superior Court) [signature] |

**AFFIDAVIT REQUESTING DISPENSATION
WITH REQUIREMENT OF DELIVERY
pursuant to § 54-33c, Connecticut General Statutes**

TO: A Judge of the Superior Court

For the reasons set forth below, the undersigned, being duly sworn, requests that the judge dispense with the requirement of C.G.S. § 54-33c that a copy of the affidavit(s) in support of the warrant be given to the owner, occupant or person named therein within forty-eight hours:

☐ The personal safety of a confidential informant would be jeopardized by the giving of a copy of the affidavits at such time;

☒ The search is part of a continuing investigation which would be adversely affected by the giving of a copy of the affidavits at such time;

☐ The giving of such affidavits at such time would require disclosure of information or material prohibited from being disclosed by chapter 959a of the general statutes;

and the specific details with regard to such reasons are as follows:

The search is part of a continuing investigation which would be adversely affected by the giving of a copy of the affidavits as such time.

*ORIGINAL*

The undersigned further requests that this affidavit also be included in such nondelivery.

STATE OF CONNECTICUT

| CITY/TOWN | DATE | SIGNATURE AND TITLE OF AFFIANT |
|---|---|---|
| North Haven | 07/25/99 | DET. Joanne M. [signature] |
| North Haven | 07/25/99 | Det. [signature] |
| JURAT — Subscribed and sworn to before me on: | DATE 7/25/99 | SIGNED (Judge of the Superior Court) [signature] |

| SEARCH AND SEIZURE WARRANT | STATE OF CONNECTICUT | PAGE 5 of 6 |
|---|---|---|
| New Haven          99-46990 | SUPERIOR COURT | |

The foregoing Affidavit and Application for Search and Seizure Warrant having been presented to and been considered by the undersigned, a Judge of the Superior Court, the undersigned (a) is satisfied therefrom that grounds exist for said application, and (b) finds that said affidavit establishes grounds and probable cause for the undersigned to issue this Search and Seizure Warrant, such probable cause being the following: From said affidavit, the undersigned finds that there is probable cause for the undersigned to believe that the property described in the foregoing affidavit and application is within or upon the person, if any, named or described in the foregoing affidavit and application, or the place or thing, if any, described in the foregoing affidavit and application, under the conditions and circumstances set forth in the foregoing affidavit and application and that, therefore, a Search and Seizure Warrant should issue for said property.

NOW THEREFORE, by Authority of the State of Connecticut, I hereby command any Police Officer or a regularly organized police department, any State Policeman; or any conservation officer, special conservation officer or patrolman acting pursuant to C.G.S. § 26-6 to whom these presents shall come within ten days after the date of this warrant to

[X] enter into or upon and search the place or thing described in the foregoing affidavit and application, to wit:

CT registration 472HSK, a 1988 Suzuki Samarai, 2 door, color red, bearing VIN JS4JC51C5J4218461.



[ ] search the person described in the foregoing affidavit and application, to wit:

for the property described in the foregoing affidavit and application, to wit:

Any/all firearms and magazines, any ballistic evidence to include live ammunition, spent shell casings, projectiles, bullet fragments and gunshot residue; any/all holsters, any vehicle identification documents to include owner/operator/passengers; any/all latent fingerprints, palm prints; blood; items containing any of the aforementioned and to submit such property to the Forensic Laboratory for physical examination, biological and chemical testing and instrumental analysis, comparison and reconstruction.

and upon finding said property to seize the same, take and keep it in custody until the further order of the court, and with reasonable promptness make due return of this warrant accompanied by a written inventory of all property seized.

[ ] The foregoing requests that the judge dispense with the requirement of C.G.S. § 54-33c that a copy of the affidavit(s) in support of the warrant be given to the owner, occupant or person named therein and that the affidavit in support of such request also be included in such nondelivery is hereby:

[✓] GRANTED for a period of   NOT TO EXCEED 2 WEEKS BEYOND DATE WARRANT IS EXECUTED   (2) w/k/2

This order, or any extension thereof, dispensing with said requirement shall not limit disclosure of such affidavits to the attorney for a person arrested in connection with or subsequent to the execution of the search warrant unless, upon motion of the prosecuting authority within two weeks of such arraignment the court finds that the state's interest in continuing nondisclosure substantially outweighs the defendant's right to disclosure.

[ ] DENIED

Signed at   North Haven   Connecticut, on:   DATE 2/25/99   SIGNED (Judge of the Superior Court)

# RETURN AND INVENTORY
PROPERTY SEIZED ON SEARCH AND SEIZURE WARRANT

| | | | INVENTORY CONTROL NO. |
|---|---|---|---|
| JUDICIAL DISTRICT OF<br>New Haven | G.A.<br>6 | AT (Address of Court)<br>121 Elm Street, New Haven | DATE OF SEIZURE |
| DOCKET NO.<br>CR- | UNIFORM ARREST NO. | POLICE CASE NO.<br>99-46990 | COMPANION CASE NO. |

Then and there by virtue and pursuant to the authority of the foregoing warrant, I searched the person, place, or thing named therein, to wit:

**PERSON**

**PLACE OR THING**

CT registration 472HSK, a 1988 Suzuki Samarai, 2 door, color red, bearing VIN JS4JC51C5J4218461.

*ORIGINAL*

and found thereon or therein, seized, and now hold in custody, the following property...

[X] Total Cash Seized: _____ consisting of

and I gave a copy of such warrant to _____ the owner or occupant of the dwelling, structure, motor vehicle or place designated therein, or to the person named therein, on (Date);

| DATE OF THIS RETURN | SIGNED (Officer's Signature and department) |
|---|---|
| | New Haven |

Note: Form JD-CR-61, pages 1-6 must be supplemented by Form JD-CR-52.

# INVENTORY OF PROPERTY SEIZED WITHOUT A SEARCH WARRANT

JD-CR-18 Rev. 9-98
C.G.S. §§ 21a-262, 26-85, 26-90, 54-36a, 54-36g, 54-36h, 46-142(a)

**PART A**
COURT DOCKET NO.

**PART B**
COURT DOCKET NO. CR

**JUVENILE**
COURT DOCKET NO.

- [ ] FOR P.D. USE ONLY
- [ ] WARRANT APPLIED FOR
- [x] TO COURT

- [ ] To Court
- [ ] Destroy – No Value
- [ ] Case Pending
- [ ] Return to Owner
- [ ] Prisoner's
- [ ] Juvenile

**INSTRUCTIONS**
1. Do not use this form if a search warrant is used.
2. Original must be filed with the Clerk of Court.
3. In the case of an arrest or referral, file with a uniform arrest report or Juvenile Summons/Complaint.
4. Last copy for Police Department use.

TO THE SUPERIOR COURT AT (Address of court): G.A. No. 6, 121 Elm St. New Haven

COURT APPEARANCE DATE:
ARREST/REFERRAL: [x] MADE  [x] PENDING
POLICE CASE/RECEIPT NO.: 99-46990
UNIFORM ARREST REPORT/JUV. SUMMONS NO.:
COMPANION CASE NO.:

**NAME, ADDRESS AND TEL. NO. OF DEFENDANT(S)/SUBJECT(S):**
1. Juan Scruggs 9/25/82, 125 Olsen Dr. Ansonia
2. Albert McCann 03/01/80, 649 First Ave. # 156
3.

**NAME, ADDRESS AND TEL. NO. OF COMPLAINANT(S)/OWNER(S):**
1. Anthony Lucky (deceased) 08/16/82, 76 Greta St. 156
2.
3.

**TYPE OF INCIDENT:** Homicide
**TOWN OF SEIZURE:** New Haven
**DATE OF SEIZURE:** 7/25/99
**TYPE OF PROPERTY:** [ ] STOLEN [x] EVIDENCE [ ] LOST/FOUND [x] INVESTIGATION

The following property was seized, in connection with a criminal/delinquency case: (Describe type, color, serial number, etc.)

**PROPERTY SEIZED:**
1. Item # 12 - One "Jerzees" brand, size 2X, bright yellow in color t-shirt.
2.
3.
4. Item # 13 - One "Russell Athletic" brand, size XXL, pale yellow in color t-shirt.
5.
6.
7.
8. JMD
9.
10.
11.
12.

If cash money was seized, enter total amount here ▶
**TOTAL AMOUNT OF CASH:** $ -0-

**SIGNED (Police Officer):** L.M. Dadio
**(Title):** Detective
**DATE:** 7/27/99
**DEPARTMENT:** New Haven

**PROPERTY ROOM USE ONLY**
EVIDENCE PHOTOGRAPHED: [ ] NO [ ] YES
DATE:
REMARKS:
DATE OUT | REASON | BY | DATE RETURNED

(over)

INVENTORY OF PROPERTY SEIZED

# INVENTORY OF PROPERTY SEIZED WITHOUT A SEARCH WARRANT

JD-CR-48 Rev. 9-98
C.G.S. §§ 21a-262, 26-85, 26-90, 54-36a, 54-36g, 54-36h, 46-142(a)

**PART A** — COURT DOCKET NO.:

**PART B** — COURT DOCKET NO.: CR

**JUVENILE** — COURT DOCKET NO.:

- [ ] FOR P.D. USE ONLY
- [ ] WARRANT APPLIED FOR
- [ ] TO COURT

- [ ] To Court
- [ ] Destroy – No Value
- [ ] Case Pending
- [ ] Return to Owner
- [ ] Prisoner's
- [ ] Juvenile

## INSTRUCTIONS
1. Do not use this form if a search warrant is used.
2. Original must be filed with the Clerk of Court.
3. In the case of an arrest or referral, file with a uniform arrest report or Juvenile Summons/Complaint.
4. Last copy for Police Department use.

**TO THE SUPERIOR COURT AT** (Address of court):
- [ ] JUVENILE MATTERS
- [x] G.A. No. 6   121 Elm St. New Haven, CT.

**COURT APPEARANCE DATE:**

**ARREST/REFERRAL:** [x] MADE  [x] PENDING

**POLICE CASE/RECEIPT NO.:** 99-46990

**COMPANION CASE NO.:**

**NAME, ADDRESS AND TEL. NO. OF DEFENDANT(S)/SUBJECT(S):**
1. Juan Scruggs 09/25/82 — 125 Olsen Dr. Ansonia
2. Albert McCann 03/01/80 — 649 First Ave. 156

**NAME, ADDRESS AND TEL. NO. OF COMPLAINANT(S)/OWNER(S):**
1. Anthony Lucky (deceased) 08/16/82 — 76 Greta St. 152

**TYPE OF INCIDENT:** Homicide

**TOWN OF SEIZURE:** New Haven

**DATE OF SEIZURE:** 7/26/99

**TYPE OF PROPERTY:** [ ] STOLEN  [x] EVIDENCE  [ ] LOST/FOUND  [x] INVESTIGATION

### Property Seized

1. Item # 14 – One black in color, soft top from a Suzuki Samurai.
2. Item # 15 – One black in color, vinyl covering of the interior tail gate.
3. Item # 16 – One gray in color, passenger side seat cover.
4. Item # 17 – One gray in color, driver's side seat cover.
5. Item # 18 – One insurance card and one Motor Vehicle Registration Certificate in the name of Laura Lucky for a Suzuki Samurai.
6. Item # 19 – Numerous lottery tickets, miscellaneous motor vehicle receipts, parking tickets, empty Fleet Bank envelopes, employment applications, expired insurance card, expired vehicle registration card, and miscellaneous Department of motor vehicle papers.

**TOTAL AMOUNT OF CASH:** $ -0-

**SIGNED (Police Officer):** L.M. Dadio
**(Title):** Detective
**DATE:** 7/27/99
**DEPARTMENT:** New Haven

### PROPERTY ROOM USE ONLY

**EVIDENCE PHOTOGRAPHED:** [ ] NO  [ ] YES
**DATE:**
**REMARKS:**

| DATE OUT | REASON | BY | DATE RETURNED |
|---|---|---|---|
|  |  |  |  |

(over)

INVENTORY OF PROPERTY SEIZED

# INVENTORY OF PROPERTY SEIZED WITHOUT A SEARCH WARRANT

JD-CR-#8 Rev. 9-98
C.G.S. §§ 21a-262, 26-85, 26-90, 54-36a, 54-36g, 54-36h, 46-142(a)

- [ ] FOR P.D. USE ONLY
- [ ] WARRANT APPLIED FOR
- [ ] TO COURT

- [ ] To Court
- [ ] Destroy – No Value
- [ ] Case Pending
- [ ] Return to Owner
- [ ] Prisoner's
- [ ] Juvenile

**PART A**
COURT DOCKET NO.

**PART B**
COURT DOCKET NO.: CR

**JUVENILE**
COURT DOCKET NO.

## INSTRUCTIONS
1. Do not use this form if a search warrant is used.
2. Original must be filed with the Clerk of Court.
3. In the case of an arrest or referral, file with a uniform arrest report or Juvenile Summons/Complaint.
4. Last copy for Police Department use.

TO THE SUPERIOR COURT AT (Address of court):
- [ ] JUVENILE MATTERS
- [x] G.A. No. 6, 121 Elm St. New Haven, Ct.

COURT APPEARANCE DATE:
ARREST/REFERRAL: [x] MADE  [x] PENDING
POLICE CASE/RECEIPT NO.: 99-46990
COMPANION CASE NO.:
UNIFORM ARREST REPORT/JUV. SUMMONS NO.:

NAME, ADDRESS AND TEL. NO. OF DEFENDANT(S)/SUBJECT(S):
1. Juan Scruggs 09/25/82, 125 Olsen Dr. Ansonia
2. Albert McCann 03/01/80, 649 First Ave. 1S6

NAME, ADDRESS AND TEL. NO. OF COMPLAINANT(S)/OWNER(S):
1. Anthony Lucky (deceased) 08/16/82, 76 Greta St. 1S6

TYPE OF INCIDENT: Homicide
TOWN OF SEIZURE: New Haven
DATE OF SEIZURE: 7/26/99
TYPE OF PROPERTY: [ ] STOLEN  [x] EVIDENCE  [ ] LOST/FOUND  [x] INVESTIGATION

The following property was seized, in connection with a criminal/delinquency case: (Describe type, color, serial number, etc.)

1. Item #20 - One blue, black and tan in color bookbag, "Eastport" brand containing three pieces of notebook paper with numbers upon it and the name Jovan G., a camouflaged glove, and a gray in color, size XXLarge, "Starter" brand t-shirt with the imprint "Uplifting the Peace" on the front.
2. Item #21 - One pair of tan in color, "Timberland" brand work boots.
3. Item #22 - One "Cabincreek" brand denim shirt/coat.
4. Item #23 - One gray in color hooded sweatshirt.

TOTAL AMOUNT OF CASH: $ 0

SIGNED (Police Officer): L. M. Dadio
(Title): Detective
DATE: 7/27/99
DEPARTMENT: New Haven

**PROPERTY ROOM USE ONLY**
EVIDENCE PHOTOGRAPHED: [ ] NO  [ ] YES
DATE:
REMARKS:

| DATE OUT | REASON | BY | DATE RETURNED |
|---|---|---|---|
| | | | |

(over)

INVENTORY OF PROPERTY SEIZED