**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* * * * * * * * * *

GARY SESSION,                         *
     Plaintiff,
                           *  Civil Action
     vs.                    No. 3:03CV00943 (AWT)
                           *  December 30, 2005
CITY OF NEW HAVEN, EDWIN
RODRIGUEZ AND STEPHEN               *
COPPOLA,
     Defendants.                   *

* * * * * * * * * *

<u>DEPOSITION OF GARY SESSION</u>

Appearances:

    FOR THE PLAINTIFF:

        PHILIP RUSSELL, L.L.C.
        66 Field Point Road
        Greenwich, Connecticut 06836
          By: Karen L. Mayer, Attorney

    FOR THE DEFENDANTS EDWIN RODRIGUEZ AND
    STEPHEN COPPOLA:

        SUSMAN, DUFFY & SEGALOFF, P.C.
        55 Whitney Avenue
        P.O. Box 1684
        New Haven, Connecticut 06507
          By: Stephanie S. Baier, Attorney

    FOR THE DEFENDANT CITY OF NEW HAVEN:

        OFFICE OF THE CORPORATION COUNSEL
        165 Church Street
        New Haven, Connecticut 06510
          By: Jonathan H. Beamon, Esq.

POST REPORTING SERVICE
Hamden, Connecticut  (800)262-4102

DEPOSITION OF GARY SESSION
December 30, 2005

| | | |
|---|---|---|
| 1 | Q | And is that something that she owned |
| 2 | | before you moved in there or is that something that |
| 3 | | you got together? |
| 4 | A | She owned it before I moved in. |
| 5 | Q | And is there anyone else that lives there |
| 6 | | with you besides Jeanine? |
| 7 | A | No. |
| 8 | Q | Okay. Mr. Session, do you go by any |
| 9 | | nicknames? |
| 10 | A | Yes, I do. |
| 11 | Q | And what is that or what are they? |
| 12 | A | Shabazz. |
| 13 | Q | Shabazz? |
| 14 | A | Um-hum. S-h-a-b-a-z-z. |
| 15 | Q | How long have you gone by that nickname? |
| 16 | A | 20 years, 25 years. |
| 17 | Q | Wow. Now, at one time or another did you |
| 18 | | own property located at 98 Lee Street in West Haven? |
| 19 | A | Yes, I did. |
| 20 | Q | Do you still own that property? |
| 21 | A | No, I don't. |
| 22 | Q | Okay. Did you sell it? |
| 23 | A | No. |
| 24 | Q | What happened to the property? |

POST REPORTING SERVICE
Hamden, Connecticut    (800)262-4102

DEPOSITION OF GARY SESSION
December 30, 2005

CERTIFICATE

STATE OF CONNECTICUT )
                     )
COUNTY OF FAIRFIELD  )

       I, Barbara E. Voss, a Notary Public duly commissioned and qualified in and for the State of Connecticut, do hereby certify that the foregoing record is a correct and verbatim transcript of the proceeding hereinbefore set forth.

       I further certify that I am neither attorney or counsel for, nor related to or employed by any of the parties to the action in which this proceeding is taken; and further that I am not a relative or employee of any attorney or counsel employed by the parties thereto, or financially interested in the action.

       In witness whereof I have hereunto set my hand and affixed my notarial seal this 13th day of January, 2006.

                        Barbara E. Voss, LSR No. 194
                        Notary Public

My commission expires March 31, 2007.