

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY SESSION,<br>　　　Plaintiff | CIVIL ACTION NO.<br>3:03-cv- 00943 (AWT) |
| V. | |
| EDWIN RODRIGUEZ, ET AL.<br>　　　Defendants | JANUARY 12, 2007 |

## OBJECTION TO
## MOTION FOR SUMMARY JUDGMENT

The Plaintiff hereby objects to the Defendants' Motion for Summary Judgment dated August 15, 2006 on the grounds that there exist genuine disputes as to the material facts of this case precluding the granting of summary judgment.

A memorandum of law in support of this objection is annexed hereto.

　　　　　　　　　　　　　　　THE PLAINTIFF
　　　　　　　　　　　　　　　GARY SESSION

　　　　　　　　By_____
　　　　　　　　　　Roy S. Ward, Esq.
　　　　　　　　　　3695 Post Road, Suite 203
　　　　　　　　　　Southport, CT  06890
　　　　　　　　　　Tel: (203) 255-9829
　　　　　　　　　　Fax: (203) 255-9839
　　　　　　　　　　Fed. Bar No. CT 11618

## CERTIFICATION

I hereby certify that a copy of the foregoing Objection to Motion for Summary Judgment was sent via U.S. Mail, postage prepaid this 12th day of January 2007 to all counsel and pro se parties of record, namely:

Meghan K. Gallagher, Esq.
Sussman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven, CT 06507

Thomas Ude, Esq.
Deputy Corporation Counsel
165 Church Street, 4th Floor
Haven, CT 06510

Karen L. Mayer, Esq.
Philip Russell, P.C.
66 Field Point Road
Greenwich, CT 06830

_____
Roy S. Ward