## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **GARY SESSION** | : | |
| **Plaintiff** | : | |
| | : | |
| V. | : | CIV. NO. 3:03CV00943 (AWT) |
| | : | |
| **CITY OF NEW HAVEN; STEPHEN** | : | |
| **COPPOLA; AND EDWIN RODRIGUEZ,** | : | |
| Defendants | : | **JANUARY 22, 2007** |

### MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56, Fed. R. Civ. Proc., and Rules 7 and 56 of the Local Rules of Civil Procedure, the defendant City of New Haven moves for the entry of summary judgment in its favor on Counts One, Two and Three of the Revised Complaint dated June 29, 2005. There is no genuine dispute of any material fact, and defendant the City of New Haven is entitled to judgment as a matter of law.

In support of this motion, defendant the City of New Haven adopts the defendants Edwin Rodriguez's and Stephen Coppola's Local Rule 56(a)1 Statement of Material Facts Not in Dispute, and attaches its own statement of additional material facts not in dispute. The defendant City also attaches a Memorandum of Law in Support and "Exhibit A, Affidavit of Chief Ortiz."

**ORAL ARGUMENT IS NOT REQUESTED**

THE DEFENDANT,
THE CITY OF NEW HAVEN


BY: /s/:Thomas W. Ude, Jr.
    Thomas W. Ude, Jr.
    Corporation Counsel
    City of New Haven
    165 Church Street, 4th Floor
    New Haven, CT  06510
    Federal Bar No. ct06567
    Phone: (203) 946-7958
    Fax: (203) 946-7942
    E-mail: tude@newhavenct.net


## **C E R T I F I C A T I O N**

I hereby certify that on January 22, 2007, a copy of foregoing Renewed Motion for Summary Judgment was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this through the court's CM/ECF System.

Karen Mayer, Esq.
Philip Russell, PC
66 Field Point Road
P.O. Box 1437
Greenwich, CT  06836

Meghan Gallagher, Esq.
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven, CT  06507-1684

    /s/:  Thomas W. Ude, Jr.
    Thomas W. Ude, Jr.


J:\CYCOM32\WPDOCS\D022\P003\00023278.DOC