**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GARY SESSION : | |
| Plaintiff : | |
| : | |
| V. : | CIV. NO. 3:03CV00943 (AWT) |
| : | |
| CITY OF NEW HAVEN; STEPHEN : | |
| COPPOLA; AND EDWIN RODRIGUEZ, : | |
| Defendants : | JANUARY 19, 2007 |

**LOCAL RULE 56(a)1 STATEMENT**

Pursuant to Rule 56(a)1 of the Local Rules of Civil Procedure, defendant the City of New Haven adopts the Local Rule 56(a)1 statement of defendants Coppola and Rodriguez, and hereby submits the following statement of additional material facts not in dispute in support of its motion for summary judgment:

1. At all relevant times, the defendant City of New Haven is and has been a municipal corporation with a Department of Police Service.  (Revised Complaint, ¶6.)

2. The defendants Edwin Rodriguez and Stephen Coppola were Detectives in the Department of Police Services of the City of New Haven.  (Rev. Compl., ¶5.)

3. The City of New Haven does not have a policy of violating, and does not condone the violation of, any persons' civil rights. (Aff. Francisco Ortiz, ¶¶ 6, 7.)

4. The alleged acts and omissions that defendants Coppola and Rodriguez are alleged to have committed required them to exercise judgment or discretion. (Rev. Compl., ¶¶ 14, 15, 18.

          THE DEFENDANT
          THE CITY OF NEW HAVEN,

          /S/: Thomas W. Ude, Jr.
          Thomas W. Ude, Jr.
          Corporation Counsel
          165 Church Street
          New Haven, CT 06510
          Telephone (203) 946-7958
          Fed. Bar. No. ct06567
          E-mail: tude@newhavenct.net

## **C E R T I F I C A T I O N**

I hereby certify that on January 22, 2007, a copy of foregoing Renewed Local 56(a)1 Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this through the court's CM/ECF System.

Karen Mayer, Esq.
Philip Russell, PC
66 Field Point Road
P.O. Box 1437
Greenwich, CT  06836

Meghan Gallagher, Esq.
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven, CT  06507-1684

/s/:  Thomas W. Ude, Jr.
Thomas W. Ude, Jr.

J:\CYCOM32\WPDOCS\D022\P003\00023416.DOC