UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY SESSION : | |
|     Plaintiff, : | |
| : | |
| vs. : | CIV NO. 3:03CV00943 (AWT) |
| : | |
| CITY OF NEW HAVEN, STEPHEN : | |
| COPPOLA & EDWIN RODRIGUEZ : | |
|     Defendants. : | JANUARY 22, 2007 |

## AFFIDAVIT

Personally appeared Francisco Ortiz, Jr., who does hereby state as follows:

1. I am over the age of 18 years and believe in the obligation of an oath.

2. I am the Chief of the New Haven Department of Police Service (hereafter the "Department") of the City of New Haven (hereafter the "City'), and I have held that position since May 2003.

3. From the time I joined the Department in 1978 until my appointment as Chief, I served in a number of positions within the Department; most recently prior to my appointment as Chief in May 2003, I had been the Department's Assistant Chief. As a member of the Department, I have been familiar with its policies, practices and procedures.

4. As Chief, I am responsible under New Haven's Charter for the efficiency, discipline and good conduct of the Department.

5. In carrying out my duties as Chief, I consult with New Haven's Board of Police Commissioners. Pursuant to New Haven's Charter, the Board of Police Commissioners and I together make the rules and regulations for the Department, and formulate and evaluate policies for the Department.

6. The Department does not have a policy or practice of depriving individuals of their civil and constitutional rights. The Department and the City did not have such policies or practices in January 2001, when Detectives Rodriguez and Coppola made the application for a warrant for the plaintiff's arrest, or any time prior or subsequent to that date.

7. The Department does not condone the deprivation of individuals' civil and constitutional rights by its police officers. Nor did the Department condone such conduct in, prior to, or after January 2001, the date of the arrest warrant, and the arrest itself, alleged in the complaint.

/s/:<u>Francisco Ortiz, Jr.</u>
Francisco Ortiz, Jr.

Personally appeared Chief Francisco Ortiz, Jr., who subscribed and swore to the truth of the foregoing before me this 22nd day of January, 2007.

_____
Notary Public /
Commissioner of the Superior Court