UNITED STATES DISTRICT COURTFOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY SESSION | CIVIL ACTION NO.: |
| | 3:03cv00943 (AWT) |
| vs. | |
| CITY OF NEW HAVEN, ET AL | JANUARY 26, 2007 |

**MOTION FOR ENLARGEMENT OF TIME**

The Defendants, Edwin Rodriguez and Stephen Coppola, by their attorney, move pursuant to Local Rule 7(b) for an enlargement of time to and including February 5, 2007 within which to file a reply brief to the Plaintiff's Opposition to the Defendants' Motion for Summary Judgment. Additional time is required to fully and adequately research and address the legal arguments raised in Plaintiff's Opposition.  This is the first time a request for extension as to this deadline has been made. Counsel for the Plaintiff, Roy Ward, has no objection to the granting of this motion.

THE DEFENDANTS,
EDWIN RODRIGUEZ and STEPHEN COPPOLA

/s/ Karen Baldwin Kravetz
Karen Baldwin Kravetz
Federal Bar No., ct 19665
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue
P. O. Box 1684
New Haven, CT  06507-1684
Phone: (203) 624-9830
Fax: (203) 562-8430
Email: kkravetz@susmanduffy.com

## CERTIFICATION

I hereby certify that on January 26, 2007, a copy of the foregoing Motion for Enlargement of Time to File Reply Brief was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Karen Baldwin Kravetz
Karen Baldwin Kravetz
Federal Bar No. ct 19665
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue
New Haven, Connecticut 06510
Phone: (203) 624-9830
Fax: (203) 562-8430
e-mail: kkravetz@susmanduffy.com