UNITED STATE DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT
HARTFORD

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| GARY SESSION | * | CIVIL ACTION NO. |
| PLAINTIFF | * | 303-CV-00943 (AWT) |
| VS. | * | |
| EDWIN RODRIGUEZ, STEPHEN | * | FEBRUARY 2, 2007 |
| COPPOLA, AND CITY OF NEW HAVEN | * | |
| DEFENDANTS | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION OF ENLARGEMENT OF TIME

Pursuant to Local Rule 7(b), the plaintiff, by his attorney, moves for this court to grant additional time up to and including March 12, 2007, to file plaintiff's opposition to Defendant City of New Haven's Motion for Summary Judgment dated January 22, 2007.

This is the first motion for enlargement of time with respect to Defendant's Motion for Summary Judgment (Doc. No. 93). The request is made because of the combined trial schedule and travel plans of plaintiff's attorneys.

The undersigned has spoken with counsel for the defendant City of New Haven on this date and he has no objection to the request.

THE PLAINTIFF
GARY SESSION

By _____
Karen L. Mayer
Philip Russell, LLC.
66 Field Point Road
Greenwich, CT 06830
(203) 661-4200
Federal Bar # CT26555

1

## **CERTIFICATION**

I herby certify that a copy of the foregoing Motion for Enlargement of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Thomas Ude, Esq.
Office of the Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT  06510

Meghan K. Gallagher, Esq.
Susman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven, CT  06507-1684

Roy S. Ward, Esq.
3695 Post Road, Suite 203
Southport, CT 06890

_____
Karen L. Mayer