UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
*************************************
GARY SESSION                        *       CIVIL NO.:  3:03CV00943 (AWT)
                    PLAINTIFF      *
vs.                                 *
                                    *
CITY OF NEW HAVEN, STEPHEN
COPPOLA; AND EDWIN RODRIGUEZ        *
                                    *       FEBRUARY 5, 2007
*************************************
```

## DEFENDANTS' MOTION TO STRIKE PORTIONS OF PLAINTIFF'S LOCAL RULE 56(a)2 STATEMENT

As more particularly set forth in the attached memorandum of law, the Defendants, Stephen Coppola and Edwin Rodriguez, through their attorneys, hereby move to strike portions of the Plaintiff's Local Rule 56(a)2 Statement, including the entirety of the Plaintiff's Rule 56(a)2 Statement of Disputed Material Facts, because such portions fail to comply with the Local Rules of Civil Procedure by failing to make the required specific citations and/or failing to support the 56(a)2 Statement with evidence admissible at trial. The inadmissible exhibits cited in support of these portions should also be stricken as should Plaintiff's Statement of Undisputed Material Facts, which is impermissible under the Local Rules. Finally, such portions of Plaintiff's opposition memorandum of law that rely on the above should also be stricken and disregarded.

DEFENDANTS,

/s/ Thomas E. Katon
Thomas E. Katon
Federal Bar No. ct 01565
Susman, Duffy & Segaloff, P.C.
55 Whitney Ave.
New Haven, CT 06510
tel.:  203-624-9830
fax:  203-562-8430
email: tkaton@susmanduffy.com

**ORAL ARGUMENT REQUESTED**

## **CERTIFICATION**

      I hereby certify that on February 5, 2007 a copy of the Defendants' Motion to Strike Portions of Plaintiff's Local Rule 56(a)2 Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Thomas E. Katon
Thomas E. Katon
Federal Bar No. ct 01565
Susman, Duffy & Segaloff, P.C.
55 Whitney Ave.
New Haven, CT 06510
tel.: 203-624-9830
fax: 203-562-8430
email: tkaton@susmanduffy.com