UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
*************************************
GARY SESSION                         *    CIVIL NO.:  3:03CV00943 (AWT)
              PLAINTIFF              *
vs.                                  *
                                     *
CITY OF NEW HAVEN, STEPHEN
COPPOLA; AND EDWIN RODRIGUEZ         *
                                     *    FEBRUARY 5, 2007
*************************************
```

### DEFENDANTS' MOTION TO STRIKE UNSWORN TRANSCRIPT OF AN INTERVIEW WITH MAYRA MERCADO SUBMITTED BY PLAINTIFF IN CONNECTION WITH PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Defendants, Stephen Coppola and Edwin Rodriguez, through their attorneys, hereby move to strike the following materials submitted in connection with Plaintiff's Objection to Defendants' Motion For Summary Judgment dated January 12, 2007, for the following reasons as more particularly set forth in the attached memorandum of law:

1. Transcript entitled "Interview Of Mayra Mercado," dated December 5, 2006.

   Reason: The transcript does not comply with Fed.R.Civ.P. 56(e).

2. All portions of Plaintiff's memorandum of law in support of his Objection to Defendants' Motion For Summary Judgment and his Local Rule 56(a)2 Statement that rely on the inadmissible Transcript.

**ORAL ARGUMENT REQUESTED**

Reason: Such portions would not be based on admissible evidence if the Transcript is stricken and, therefore, also would not comply with Fed.R.Civ.P. 56(e) and Local Rule 56(a)3.

        DEFENDANTS,

/s/ Thomas E. Katon
Thomas E. Katon
Federal Bar No. ct 01565
Susman, Duffy & Segaloff, P.C.
55 Whitney Ave.
New Haven, CT 06510
tel.:  203-624-9830
fax:  203-562-8430
email: tkaton@susmanduffy.com

## CERTIFICATION

    I hereby certify that on February 5, 2007 a copy of the Defendants' Motion to Strike Unsworn Transcript of an Interview With Mayra Mercado Submitted By Plaintiff in Connection With Plaintiff's Objection to Defendants' Motion For Summary Judgment was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/ Thomas E. Katon
Thomas E. Katon
Federal Bar No. ct 01565
Susman, Duffy & Segaloff, P.C.
55 Whitney Ave.
New Haven, CT 06510
tel.:  203-624-9830
fax:  203-562-8430
email: tkaton@susmanduffy.com