UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
GARY SESSION,                  :
                               :
        Plaintiff,             :
v.                             :      Civ No. 3:03CV00943(AWT)
                               :
CITY OF NEW HAVEN, STEPHEN     :
COPPOLA, and EDWIN RODRIGUEZ,  :
                               :
        Defendants.            :
-------------------------------x
```

**ORDER RE MOTION TO WITHDRAW AND SCHEDULING ORDER**

Attorney Philip Russell's oral motion to withdraw was GRANTED during the telephonic status conference on March 5, 2007. The Clerk shall terminate Attorney Russell's appearance.

The court will entertain a motion for withdrawal by Attorneys Roy Ward and Karen Mayer if new counsel files an appearance for the plaintiff by no later than April 19, 2007.

If new counsel appears for the plaintiff, the parties shall submit a proposed joint scheduling order for completion of the briefing on the Motion for Summary Judgment filed by the City of New Haven (Doc. No. 93). If the parties cannot agree to a proposed scheduling order, they shall call the chambers of the undersigned to schedule a telephonic status conference so any issues can be resolved.

If new counsel does not appear for the plaintiff, the deadlines for briefing on the Motion for Summary Judgment filed by the City of New Haven (Doc. No. 93) shall be as follows:

**May 10, 2007:**   Plaintiff's Opposition to the Motion for Summary Judgment shall be filed.

**May 24, 2007:**   Defendant City of New Haven's Reply in Further Support of its Motion for Summary Judgment shall be filed.

It is so ordered.

Dated this 6th day of March 2007 at Hartford, Connecticut.

                                            /s/ AWT
                                Alvin W. Thompson
                       United States District Judge