**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

GARY SESSION,                                    CIVIL ACTION NO.
          Plaintiff                              3:03-cv- 00943  (AWT)

          V.

EDWIN RODRIGUEZ, ET AL.                          MARCH 21, 2007
          Defendants

**MOTION FOR ENLARGEMENT OF TIME
TO COMPLETE DISCOVERY**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7 (b)(2) the Plaintiff, by the undersigned, respectfully moves for an order enlarging the time within which to complete discovery in this matter until May 31, 2007. This requested enlargement of time is needed in order to permit the undersigned, or successor counsel to complete documentary discovery and depositions. Counsel for the individual defendants and for the City of New Haven both object to the granting of this Motion.

A memorandum of law in support of this Motion is annexed hereto.

THE PLAINTIFF
GARY SESSION


By      /Roy S. Ward/
        Roy S. Ward, Esq.
        3695 Post Road, Suite 203
        Southport, CT  06890
        Tel: (203) 255-9829
        Fax: (203) 255-9839
        Email: attyrward@yahoo.com
        Fed. Bar. No. ct11618

## **CERTIFICATION**

I hereby certify that on March 21, 2007 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
/Roy S. Ward/