UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
*************************************
GARY SESSION                    *       CIVIL NO.: 3:03CV00943 (AWT)
            PLAINTIFF           *
vs.                             *
                                *
CITY OF NEW HAVEN, STEPHEN
COPPOLA; AND EDWIN RODRIGUEZ    *
                                *       MARCH 23, 2007
*************************************
```

**DEFENDANTS' MEMORANDUM IN OPPOSITION TO THE PLAINTIFF'S REQUEST FOR ENLARGMENT OF TIME TO CONDUCT DISCOVERY**

The Defendants, Edwin Rodriguez and Stephen Coppola, through counsel, hereby oppose the Plaintiff's motion for enlargement of time to complete discovery. In support of their opposition, the Defendants submit the following:

1.) On May 28, 2003, the Plaintiff commenced this action alleging, *inter alia*, claims for false arrest and malicious prosecution.

2.) The initial order regarding pretrial deadlines set the date for completion of discovery at November 28, 2003.

3.) On February 15, 2006, the Plaintiff filed a motion for extension of time to complete discovery. (#42)

4.) On February 15, 2006, Attorney Karen Mayer entered her appearance on behalf of the Plaintiff. (#41)

5.) On February 21, 2006, the Defendants filed an objection to Plaintiff's Motion for Extension of Time to conduct discovery (#43) on the basis that the Plaintiff failed to comply with the Defendants' discovery requests at that time and that the Plaintiff's motion proposed a unilateral change in the scheduling order to the sole benefit of the Plaintiff.

6.) On May 10, 2006, the court, Martinez, J., granted, in part, the Plaintiff's Motion for Enlargement of Time in which to Complete Discovery, stating that all discovery must be completed, not propounded, by July 14, 2006. The court reset the deadline for dispositive motions at August 15, 2006. (#50)

7.) On July 5, 2006, the Plaintiff again filed a motion for Extension of Time until September 15, 2006 to complete discovery. (#61)

8.) On July 6, 2006, the Defendants filed a motion in opposition to the Plaintiff's motion for extension of time on the basis that during the time between the court's order on May 10, 2006 and the extended discovery deadline, the Plaintiff failed to properly prosecute his case and conduct discovery. Before the Plaintiff's motion or the Defendants' opposition could be heard, the deadline expired. (#62)

9.) At that time, the Plaintiff proceeded with discovery by conducting two depositions under the Defendants' objections.

10.) In accordance with the court's May 10, 2006 ruling, the Defendants filed their Motion for Summary Judgment on August 15, 2006 in accordance with the deadlines set by the

court. (#'s 71, 72 & 73)

11.) The Plaintiff filed a motion pursuant to Fed. R. Civ. P. 56 (f) claiming that the Defendants' Motion for Summary Judgment was premature and that more discovery needed to be conducted. (#77)

12.) On October 20, 2006, oral argument was held regarding the outstanding discovery issues. Shortly thereafter, on October 24, 2006, the court, Martinez, J., granted, in part, and denied in part the Plaintiff's motion to compel. The court reset the deadlines for discovery allowing the parties until December 20, 2006 to complete discovery. (#86)

13.) On October 20, 2006, Attorney Roy Ward entered his appearance on behalf of the Plaintiff. (#85)

14.) After the deadlines had been reset, the Plaintiff issued a number of notices of deposition, all of which were marked off and not rescheduled.

15.) After the October 24, 2006 ruling by the court, the Defendants fully complied with the court's order, providing more complete discovery answers and providing the Plaintiff with an affidavit, stating that the Defendants had fully complied with discovery and that they did not have any additional documentation, as they were no longer employed by the City of New Haven.

16.) The Plaintiff did not file a request for extension of time to conduct discovery prior to the lapse of the December 20, 2006 deadline.

17.) On December 22, 2006, the Defendants refiled their motion for summary judgment. (#'s 89, 90 & 91)

18.) The Plaintiff filed an opposition to the Defendants Motion for Summary Judgment on January 12, 2007. (#92)

19.) On or about March 5, 2007, the parties conducted a telephone conference with the court, Thompson, J., regarding the Plaintiff's desire to seek new counsel. The court granted Attorney Russell's oral motion to withdraw as plaintiff's counsel and determined that Attorney Ward and Attorney Mayer would continue to represent the Plaintiff.

20.) On March 21, 2007, Plaintiff filed another motion for enlargement of time to conduct discovery. (#102)

This case was commenced nearly four years ago. There have been three prior extensions of the discovery deadline at the Plaintiff's request. Despite these lengthy extensions, the Plaintiff has failed to even propound additional discovery requests, let alone complete discovery. Defendants have, on the other hand, completed discovery and submitted their Motion for Summary Judgment – a motion which has been fully briefed since February 5, 2007.

After the March 5, 2007, conference call regarding the Plaintiff's representation, it was determined that the Plaintiff would continue to be represented by Attorney Ward and Attorney Mayer. Attorney Mayer has represented the Plaintiff for over a year and has been involved in

the discovery disputes since that time. Indeed, both Attorney Mayer and Attorney Ward were representing the Plaintiff when the court last extended the discovery deadline to December 20, 2006. From the court's ruling on October 20, 2006 to the latest deadline, December 20, 2006, the Plaintiff failed to engage in any meaningful discovery. Given the involvement of at least one of the attorneys representing the Plaintiff for over a year, the Plaintiff has certainly had sufficient time to conduct discovery and to be sufficiently apprised of the issues in the case.

Moreover, as documented in connection with Magistrate Judge Martinez's ruling on Plaintiff's motion to compel, a further extension of time will do nothing more than perpetuate an exercise in futility. The Defendants do not have any further discovery to provide to the Plaintiff. The Defendants are former employees of the New Haven Police Department and no longer have access to the files contained within that department. The Defendants submitted affidavits attesting that they have no documentation regarding the Plaintiff's underlying criminal matter in their possession or control. In light of the unnecessarily protracted course of discovery in these proceedings, Plaintiff's unsubstantiated furtive hope that "one more bite at the apple" will provide him with a shard of material evidence is insufficient cause to halt the progress of this case and to effectively turn back the clock for another six months.

Finally, the Defendants object on the basis that their renewed motion for summary judgment is *sub judice*. The motion has been fully briefed, consisting of legal issues, rather than factual matters. To extend the discovery deadlines prior to a ruling on this motion would

result in unnecessary delay and a needless increase in the costs of this litigation.

DEFENDANTS,

/s/ Thomas E. Katon
Thomas E. Katon
Federal Bar No. ct 01565
Susman, Duffy & Segaloff, P.C.
55 Whitney Ave.
New Haven, CT 06510
tel.: 203-624-9830
fax: 203-562-8430
email: tkaton@susmanduffy.com

## CERTIFICATION

I hereby certify that on March 23, 2007 a copy of the Defendants' Memorandum in Opposition to the Plaintiff's Request for Enlargement of Time to Conduct Discovery was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Thomas E. Katon
Thomas E. Katon
Federal Bar No. ct 01565
Susman, Duffy & Segaloff, P.C.
55 Whitney Ave.
New Haven, CT 06510
tel.: 203-624-9830
fax: 203-562-8430
email: tkaton@susmanduffy.com

I:\Client N-O\NHCITY\Session\Pleadings\opposition to plaintiff's motion for enlargment of time.doc