UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
******************************
GARY SESSION                    *     CIVIL NO.: 3:03CV00943(AWT)
        PLAINTIFF               *
vs.                             *
                                *
CITY OF NEW HAVEN, STEPHEN      *
COPPOLA, AND EDWIN              *
RODRIGUEZ                       *     MARCH 30, 2007
******************************
```

### MOTION TO WITHDRAW AS COUNSEL

The undersigned, pursuant to local rule 7(e), as co-counsel for the defendants, Stephen Coppola and Edwin Rodriguez, does hereby move this court for permission to withdraw as counsel of record for these defendants. In support of this motion the undersigned represents:

1. That she was formerly associated with the law firm of Susman, Duffy & Segaloff, P.C.;
2. That on August 30, 2004, in her capacity as an associate attorney at Susman, Duffy & Segaloff, P.C., the undersigned filed an appearance on behalf of the individually named defendants;
3. That the undersigned is no longer associated with the law firm of Susman, Duffy & Segaloff, P.C., and is no longer involved in the representation of the individually named defendants;
4. That the individually named defendants continue to be represented in this matter by Attorneys Beamon, Katon, Kravetz and Gallagher.

WHEREFORE, the undersigned respectfully moves this court to grant her motion to withdraw as counsel of record for defendants Coppola and Rodriguez.

/s/ Stephanie S. Baier
Stephanie S. Baier
Fed. Bar No. ct25370
Kenny, Brimmer & Mahoney, LLC
20-30 Beaver Road, Suite 103
Wethersfield, CT 06109
Tel: (860)527-4226
Fax: (860)527-0214
E-mail: sbaier@kennybrimmer.com

## **CERTIFICATION**

       I hereby certify that on March 30, 2007, a copy of the undersigned's Motion to Withdraw as Counsel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Stephanie S. Baier
Stephanie S. Baier
Fed. Bar No. ct25370
Kenny, Brimmer & Mahoney, LLC
20-30 Beaver Road, Suite 103
Wethersfield, CT 06109
Tel: (860)527-4226
Fax: (860)527-0214
E-mail: sbaier@kennybrimmer.com