# *KENNY, BRIMMER & MAHONEY, L.L.C.*
## *Attorneys at Law*

Richard C. Mahoney

20-30 Beaver Road, Suite 103
Wethersfield, CT 06109

Joseph P. Kenny (1944-1993)

Shannon K. McCarthy *
Joseph A. Hourihan
Stephanie S. Baier

(860) 527-4226
FAX (860) 527-0214

* Also Admitted in New York

December 11, 2006

Via Certified Mail

Edwin Rodriguez
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, CT 06067

RE:    Gary Session v. City of New Haven, et al

Dear Mr. Rodriguez:

Enclosed please find a Motion to Withdraw as Counsel for the above-captioned matter.  As I am no longer affiliated with the firm of Susman, Duffy & Segaloff, I am withdrawing as counsel on your behalf.  Your interests will continue to be represented by counsel at the firm of Susman, Duffy & Segaloff.  Local Court Rules require that you receive notification of this withdrawal via certified mail.

If you have any questions, kindly direct them to Susman, Duffy & Segaloff.  Thank you.

Very truly yours,

KENNY, BRIMMER & MAHONEY, L.L.C.

Stephanie S. Baier
SSB/jth
Enclosure

*Eddie:*
*Sorry, the original*
*letter & motion sent*
*referred to another*
*client's matter -*
*please disregard same.*
*I hope you are well.*
*Stephanie*

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Edwin Rodriguez
Office of Chief
States Atty
300 Corporate Pl
Rocky Hill CT

2. Article Number
(Transfer    7005 1820 0005 8647 0065

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery    12/12/06

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

UNITED STATES POSTAL SERVICE    HARTFORD CT 061

13 DEC 2006 PM 3

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Kenny, Brimmer & Mahoney, LLC
20-30 Beaver Road, Suite 103
Wethersfield, CT 06109

RECEIVED
DEC 1 4 2006

242

# KENNY, BRIMMER & MAHONEY, L.L.C.
## Attorneys at Law

Richard C. Mahoney

Shannon K. McCarthy *
Joseph A. Hourihan
Stephanie S. Baier

20-30 Beaver Road, Suite 103
Wethersfield, CT 06109

_____

(860) 527-4226
FAX (860) 527-0214

Joseph P. Kenny (1944-1993)

Leslie R. Brimmer
*Retired 1958-2006*

* Also Admitted in New York

March 22, 2007

Stephen Coppola
Chief State's Attorney Office
120 School Street, Suite 208
Danielson, CT 06239

RE:    Gary Session v. City of New Haven, et al

Dear Mr. Coppola:

Enclosed please find a Motion to Withdraw as Counsel for the above-captioned matter. As I am no longer affiliated with the firm of Susman, Duffy & Segaloff, I am withdrawing as counsel on your behalf. Your interests will continue to be represented by counsel at the firm of Susman, Duffy & Segaloff. Local Court Rules require that you receive notification of this withdrawal via certified mail.

If you have any questions, kindly direct them to Susman, Duffy & Segaloff. Thank you.

Very truly yours,

KENNY, BRIMMER & MAHONEY, L.L.C.

Stephanie S. Baier
SSB/lbp
Enc.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Stephen Coppola
Chief State's Attorneys Office
120 School Street, Suite 208
Danielson, CT 06239

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Gina Mancini Pickett_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
Gina Mancini Pickett   3/23/07

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

7005 1820 0005 8569 4066

102595-02-M-1540

Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE

Session

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

SSB
Kenny, Brimmer & Mahoney, LLC
20-30 Beaver Road, Suite 103
Wethersfield, CT  06109

MAR 2 6 2007