# KENNY, BRIMMER & MAHONEY, L.L.C.
## Attorneys at Law

Richard C. Mahoney

20-30 Beaver Road, Suite 103
Wethersfield, CT 06109

Joseph P. Kenny (1944-1993)

Shannon K. McCarthy *
Joseph A. Hourihan
Stephanie S. Baier

(860) 527-4226
FAX (860) 527-0214

* Also Admitted in New York

December 11, 2006

Via Certified Mail

Edwin Rodriguez
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, CT 06067

RE:    <u>Gary Session v. City of New Haven, et al</u>

Dear Mr. Rodriguez:

Enclosed please find a Motion to Withdraw as Counsel for the above-captioned matter. As I am no longer affiliated with the firm of Susman, Duffy & Segaloff, I am withdrawing as counsel on your behalf. Your interests will continue to be represented by counsel at the firm of Susman, Duffy & Segaloff. Local Court Rules require that you receive notification of this withdrawal via certified mail.

If you have any questions, kindly direct them to Susman, Duffy & Segaloff. Thank you.

Very truly yours,

KENNY, BRIMMER & MAHONEY, L.L.C.

Stephanie S. Baier
SSB/jth
Enclosure

*Eddie:*
*Sorry, the original*
*letter & motion sent*
*referred to another*
*client's matter -*
*please disregard same.*
*I hope you are well.*
*Stephan*

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Edwin Rodriguez
Office of Chief
States Atty
300 Corporate Pl
Rocky Hill Ct

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery  12|12|06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number   7005 1820 0005 8647 0065
   (Transfer

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

UNITED STATES POSTAL SERVICE
HARTFORD CT 061

13 DEC 2006 PM 3

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Kenny, Brimmer & Mahoney, LLC
20-30 Beaver Road, Suite 103
Wethersfield, CT 06109

RECEIVED
DEC 1 4 2006

242

# KENNY, BRIMMER & MAHONEY, L.L.C.
## Attorneys at Law

Richard C. Mahoney

Shannon K. McCarthy *
Joseph A. Hourihan
Stephanie S. Baier

20-30 Beaver Road, Suite 103
Wethersfield, CT 06109

_____

(860) 527-4226
FAX (860) 527-0214

Joseph P. Kenny (1944-1993)

Leslie R. Brimmer
*Retired 1958-2006*

* Also Admitted in New York

March 22, 2007

Stephen Coppola
Chief State's Attorney Office
120 School Street, Suite 208
Danielson, CT 06239

RE:    <u>Gary Session v. City of New Haven, et al</u>

Dear Mr. Coppola:

Enclosed please find a Motion to Withdraw as Counsel for the above-captioned matter.  As I am no longer affiliated with the firm of Susman, Duffy & Segaloff, I am withdrawing as counsel on your behalf.  Your interests will continue to be represented by counsel at the firm of Susman, Duffy & Segaloff.  Local Court Rules require that you receive notification of this withdrawal via certified mail.

If you have any questions, kindly direct them to Susman, Duffy & Segaloff.  Thank you.

Very truly yours,

KENNY, BRIMMER & MAHONEY, L.L.C.

Stephanie S. Baier
SSB/lbp
Enc.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Gina Mancini Pickett_    ☐ Agent
    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
_Gina Mancini Pickett_ 3/23/07

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

1. Article Addressed to:

Stephen Coppola
Chief State's Attorney's Office
120 School Street, Suite 208
Danielson, CT 06239

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7005 1820 0005 8569 4066

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Session

• Sender: Please print your name, address, and ZIP+4 in this box •

SSB

Kenny, Brimmer & Mahoney, LLC
20-30 Beaver Road, Suite 103
Wethersfield, CT 06109

MAR 2 6 2007