UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| GARY SESSION | : |
|             Plaintiff | :    CIVIL ACTION NO.<br>:    303-CV-00943 (AWT) |
| v. | : |
| EDWIN RODRIGUEZ; STEPHEN<br>COPPOLA; AND CITY OF NEW HAVEN | :    APRIL 19, 2007<br>: |
|             Defendants | : |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned, pursuant to Local Rule 7(e), as counsel for the plaintiff, Gary Session, does hereby move this court for permission to withdraw as counsel of record for the plaintiff. In support of this motion the undersigned represents:

1. That the plaintiff entered into a retainer agreement with Philip Russell LLC on or about January 28, 2003;

2. That the undersigned is an associate with Philip Russell LLC, and works under the instruction, direction, supervision and counsel of attorney Philip Russell on a daily basis for the entire caseload of civil litigation of the law firm;

3. That on February 13, 2006, in her capacity as an associate with Philip Russell LLC, the undersigned was directed by attorney Russell to file her appearance on behalf of the plaintiff;

4. That on or about February 19, 2007, plaintiff expressed his desire to disassociate himself with attorney Philip Russell and to seek new counsel;

5. That on March 5, 2007, the court granted attorney Philip Russell's oral motion to withdraw his appearance as counsel and granted plaintiff forty-five (45) days to retain new counsel, up to and including April 19, 2007.

6. That the undersigned cannot effectively prosecute plaintiff's claims under the circumstances surrounding the disassociation of the plaintiff and Philip Russell, for professional and financial reasons going forward.

7. Simply put, the undersigned, in her capacity as an individual attorney, has no written or oral agreement with plaintiff to provide any legal services to him and lacks the financial resources necessary, in said capacity, to continue to represent the plaintiff.

8. Notice of this motion has been sent via first class mail and email to plaintiff, Gary Session.

WHEREFORE, the undersigned respectfully moves this court to grant her motion to withdraw as counsel of record for plaintiff, Gary Session.

THE PLAINTIFF,
GARY SESSION

BY _____
Karen L. Mayer
Philip Russell, LLC
66 Field Point Road
Greenwich, CT 06830
203-661-4200
Federal Bar No. CT 26555

## CERTIFICATION

I hereby certify that on April 19, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of the filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

BY _____
Karen L. Mayer
Philip Russell, LLC
66 Field Point Road
Greenwich, CT 06830
203-661-4200
Federal Bar No. CT 26555