UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY SESSION, | CIVIL ACTION NO. |
|     Plaintiff | 3:03-cv- 00943  (AWT) |
| V. | |
| EDWIN RODRIGUEZ, ET AL. | APRIL 23, 2007 |
|     Defendants | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to local Rule 7 (e), the undersigned, as counsel for the Plaintiff Gary Session hereby moves this court for permission to withdraw as counsel of record for the Plaintiff. In support thereof, the undersigned represents:

1. That the Plaintiff executed a written retainer agreement with Philip Russell, LLC on or about January 28, 2003;

2. That the undersigned does not have any retainer agreement with the Plaintiff;

3. That the undersigned agreed to appear on behalf of the Plaintiff at the request of and based upon certain promises and guarantees of litigation and financial support made to the undersigned by Philip Russell, Esq.;

4. That on or about February 19, 2007, the Plaintiff wrote to the Hon. Alvin W. Thompson, United States District Court judge complaining about the performance of his attorneys, including the undersigned and seeking their removal;

5. That as of this date, the undersigned has never received a copy of that letter;

6. That on March 5, 2007, during a telephone conference call with Judge Thompson, the Plaintiff and all then counsel of record, the Plaintiff complained bitterly about his attorneys, the undersigned included (whom the Plaintiff denied ever having met or spoken to) and reiterated his desire to obtain new counsel;

7. That on March 5, 2007, Judge Thompson gave the Plaintiff forty five (45) days within which to obtain new counsel;

8. That as of this date, to the best of my knowledge, the Plaintiff has not secured replacement counsel;

9. That on March 5, 2007, Judge Thompson granted Attorney Russell's Motion to Withdraw;

10. That on April 19, 2007, Karen Mayer, Esq., an associate attorney at Philip Russell, LLC, moved to withdraw her appearance on behalf of the Plaintiff;

11. That since March 5, 2007, the Plaintiff has stated that he desires the undersigned to continue as his attorney but that his words and actions since March 5, 2007 flatly contradict that expressed desire;

12. That in fifteen (15) years of practicing law, the undersigned has never before experienced such sustained disrespect and difficulty from any client as he has experience with the Plaintiff;

13. That the undersigned is a solo practitioner of limited financial means;

14. That the withdrawal of Attorney Russell and the prospective withdrawal of Attorney Mayer has and will deprive the undersigned of the essential litigation and

financial support he was promised and that he requires in order to continue to represent the Plaintiff;

15. That the above stated circumstances have combined to create an untenable situation for the undersigned, sufficient to convince the undersigned that he cannot continue to represent the Plaintiff.

16. Notice of this Motion has been sent via first class mail and email to plaintiff, Gary Session.

WHEREFORE, the undersigned respectfully moves this Court to grant his Motion to Withdraw as counsel of record for Plaintiff Gary Session.

                                          THE PLAINTIFF
                                          GARY SESSION

                                        By    /Roy S. Ward/
                                                   Roy S. Ward, Esq.
                                                   3695 Post Road, Suite 203
                                                  Southport, CT  06890
                                                  Tel: (203) 255-9829
                                                  Fax: (203) 255-9839
                                                  Email: attyrward@yahoo.com
                                                  Fed. Bar. No. ct11618