### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

GARY SESSION,                                    CIVIL ACTION NO.
            Plaintiff                           3:03-cv- 00943  (AWT)

        V.

EDWIN RODRIGUEZ, ET AL.                         JUNE 4, 2007
                Defendants

### MOTION FOR ENLARGEMENT OF TIME
### TO REPLY TO DEFENDANT CITY OF NEW HAVEN'S
### <u>MOTION FOR SUMMARY JUDGMENT</u>

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7 (b)(2) the Plaintiff, by the

undersigned, respectfully moves for an order enlarging the time within which to file a

reply to the Defendant City of New Haven's Motion for Summary Judgment until Friday,

June 8, 2007. The Reply is currently due on June 5. Counsel for the Individual

Defendants and the City of New Haven consent to the granting of this Motion.

A memorandum of law in support of this Motion is annexed hereto.

                            THE PLAINTIFF
                            GARY SESSION


                    By      /Roy S. Ward/
                            Roy S. Ward, Esq.
                            3695 Post Road, Suite 203
                            Southport, CT  06890
                            Tel: (203) 255-9829
                            Fax: (203) 255-9839
                            Email: attyrward@yahoo.com
                            Fed. Bar. No. ct11618

## **CERTIFICATION**

      I hereby certify that on June 4, 2007 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____

/Roy S. Ward/