UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY SESSION, | CIVIL ACTION NO. |
| Plaintiff | 3:03-cv- 00943 (AWT) |
| V. | |
| EDWIN RODRIGUEZ, ET AL. | JUNE 5, 2007 |
| Defendants | |

**OBJECTION TO DEFENDANT CITY OF NEW HAVEN'S
MOTION FOR SUMMARY JUDGMENT**

The Plaintiff hereby objects to the Defendant city of New Haven's Motion for Summary Judgment dated January 22, 2007 on Counts One, Two and Three of the Revised Complaint dated June 29, 2005. There are genuine disputes as to the material facts of this case precluding the granting of summary judgment.

In support of the Objection, the Plaintiff re-alleges and incorporates by reference herein his Responses to the individual Defendants' Rodriguez and Coppola's Rule 56(a)(1) Statement of Material Facts Not in Dispute, his own Rule 56(a)(2) Statement of Material Facts Not in Dispute and his memorandum of Law in Opposition to the individual Defendants' Motion for Summary Judgment. The Plaintiff further submits, a reply to the Defendant City of New Haven's Statement of Additional Facts Not in

Dispute, a memorandum of Law and numerous exhibits including several prior Court decisions and prior sworn testimony of the individual defendants.

                                                THE PLAINTIFF
                                                GARY SESSION

By_____
    Roy S. Ward, Esq.
    3695 Post Road, Suite 203
    Southport, CT  06890
    Tel: (203) 255-9829
    Fax: (203) 255-9839
    Fed. Bar No. CT 11618

## **CERTIFICATION**

    I hereby certify that on June5, 2007 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
/Roy S. Ward/