# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GARY SESSION,                     CIVIL ACTION NO.
      Plaintiff                       3:03-cv- 00943 (AWT)

V.

EDWIN RODRIGUEZ, ET AL.         JUNE 7, 2007
      Defendants

### LOCAL RULE 56(a)(2) STATEMENT

**A.    Reply to Defendants' City of New Haven's Local Rule 56a(1) Statement of Undisputed Material Facts**

Pursuant to Local Rule 56(a)(2), the Plaintiff submits the following reply to the Defendants City of New Haven's' Local Rule 56(a)(1) Statement.

       1.     Admitted.

       2.     Admitted.

       3.     Denied.

       4.     Denied.

**B.    PLAINTIFF'S RULE 56(a)(2) STATEMENT OF UNDISPUTED MATERIAL FACTS**

       1.-107.     Plaintiff hereby realleges and incorporates by reference herein numbers 1-104 of Plaintiff's Rule 56(a)(2) Statement of Undisputed Material Facts dated January 12, 2007.

108. In 2001, the Defendant Rodriguez was reprimanded by the New Haven Police Department for misconduct occurring during a photo identification procedure in either 1997 or 1998.

109. That the testimony of the Defendant Rodriguez set forth in Exhibit D is true and accurate.

110. That the conduct of Defendant Rodriguez in failing to include exculpatory information obtained during the witness interview described in Exhibit D, in his translation of the statement, in his police report and in the arrest warrant affidavit occurred prior to the his involvement in the Lucky investigation.

111. That in Golino v. New Haven, the City of New Haven and individual New Haven Police Officers were found liable for violations of the Plaintiff's civil rights.

112. That in Ham v. Greene, the City of New Haven and individual New Haven Police Officers were found liable for violations of the Plaintiff's civil rights.

## **CERTIFICATION**

I hereby certify that on June 7, 2007 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
/Roy S. Ward/