UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GARY SESSION,                              CIVIL ACTION NO.
       Plaintiff                             3:03-cv- 00943  (AWT)

V.

EDWIN RODRIGUEZ, ET AL.              JUNE 7, 2007
       Defendants

## NOTICE OF MANUAL FILING

Please take notice that the Plaintiff has manually filed exhibits B-G to his Memorandum of Law in Opposition to the Defendant City of New haven's Motion for Summary Judgment.

These documents have not been electronically filed because:

[ ]      the documents cannot be converted to an electronic format

[ x]      the electronic size of the documents exceed 1.5 mb

[ ]      The document (or thing) is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b) or is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions [e.g. Criminal Justice Act Vouchers submitted pursuant to 18 U.S.C. §3006A]

The documents have been manually served on all parties.

THE PLAINTIFF
GARY SESSION

By _____
Roy S. Ward, Esq.
3695 Post Road, Suite 203
Southport, CT 06890
Federal Bar No. ct11618
Tel: (203) 255-9829
Fax: (203) 255-9839
E-Mail: attyrward@yahoo.com

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on June 7, 2007 to the following:

Meghan Gallagher, Esq.
Sussman, Duffy & Segaloff, P.C.
P.O. Box 1684
New Haven, CT 06507

Thomas Ude, Esq.
Assistant Corporation Counsel
City of New Haven
165 Church Street, 4th Floor
New Haven, CT 06510

Karen Mayer, Esq.
Philip Russell, LLC
66 Field Point Road
P.O. Box 1437
Greenwich, CT 06836

_____
Roy S. Ward