UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY SESSION,<br>        Plaintiff | CIVIL ACTION NO.<br>3:03-cv- 00943  (AWT) |
| V. | |
| EDWIN RODRIGUEZ, ET AL.<br>        Defendants | AUGUST 30, 3007 |

**PLAINTIFF'S RENEWED MOTION
FOR ENLARGEMENT OF TIME
TO COMPLETE DISCOVERY**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7 (b)(2) the Plaintiff, by the undersigned, respectfully renews his prior motion to Enlarge Time to Complete Discovery, Doc. No. 107, originally dated March 21, 2007 and moves for an order enlarging the time within which to complete discovery in this matter until November 15, 2007. This requested enlargement of time is needed in order to permit the undersigned, or successor counsel to complete documentary discovery and depositions. Counsel for the individual defendants and for the City of New Haven both object to the granting of this Motion.

A memorandum of law in support of this Motion is annexed hereto.

                                                  THE PLAINTIFF
                                                  GARY SESSION

                     By    /Roy S. Ward/
                             Roy S. Ward, Esq.
                             3695 Post Road, Suite 203
                             Southport, CT  06890
                             Tel: (203) 255-9829
                             Fax: (203) 255-9839

                                  Email: attyrward@yahoo.com
                                  Fed. Bar. No. ct11618

## **CERTIFICATION**

      I hereby certify that on August 30, 2007 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


                                    /Roy S. Ward/
                                  Roy S. Ward