```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT


GARY SESSION                     :

     v.                          :    CASE NO. 3:03CV943 (AWT)

OFFICER EDWIN RODRIGUEZ,         :
OFFICER STEPHEN COPPOLA,
and CITY OF NEW HAVEN            :
```

PARTIAL JUDGMENT

This action came on for consideration of the motions for summary judgment filed by the defendants Edwin Rodriguez and Stephen Coppola, and the City of New Haven, before the Honorable Alvin W. Thompson, United States District Judge.

The court considered the full record of the case including applicable principles of law. On August 20, 2007, the court entered an order on the motion for summary judgment filed by defendants Stephen Coppola and Edwin Rodriguez, which granted in part and denied in part that motion. The court granted summary judgment in favor of the defendant Stephen Coppola on all claims, and in favor of the defendant Edwin Rodriguez as to the claims for negligent and intentional infliction of emotional distress.

On September 28, 2007, the court entered an order on the motion for summary judgment filed by the City of New Haven, granting the City's motion, and instructed the clerk to enter judgment for the City of New Haven on counts one, two, and three.

Accordingly, it is therefore ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant Officer Stephen Coppola on all claims, and in favor of the defendant Officer Edwin Rodriguez on the claims for negligent and intentional infliction of emotional distress; and judgment shall also enter for the defendant City of New Haven on counts one, two and three.

Dated at Hartford, Connecticut, this 17th day of October, 2007.

ROBERTA D. TABORA, Clerk
United States District Court


By   /s/ SLS
     Sandra Smith
     Deputy Clerk