AO 458 (Rev. 5/85)    Appearance

_____
_____

# United States District Court

### DISTRICT OF CONNECTICUT

## APPEARANCE

**GARY SESSION**

**VS.**                                    **CASE NUMBER:    3:03CV00943 (AWT)**

**EDWIN RODRIGUEZ, ET AL.**


To the Clerk of this court and all parties of record:  Enter my appearance as counsel in this case for the following deponents only: Sgt. Roger Young of the New Haven Department of Police Service, Lt. Denise Blanchard of the New Haven Department of Police Service and Lt. Patrick Redding of the New Haven Department of Police Service


December 11, 2007 _____          /s/_____
Date                                Signature

                                    Michael A. Wolak, III_____
                                    Print Name

                                    Ct12681_____
                                    Federal Bar Number

                                    165 Church Street, 4th Floor_____
                                    Address

                                    New Haven          CT       06510
                                    City              State    Zip Code

                                    (203) 946-7970_____
                                    Phone Number

                                    (203) 946-7942_____
                                    Fax Number

                                    mwolak@newhavenct.net_____
                                    E-mail

## **CERTIFICATION**

      **THIS IS TO CERTIFY** that a copy of the foregoing was either electronically delivered and/or mailed, postage prepaid on December 11, 2007 to the following:

Roy S. Ward, Esq.
3695 Post Road, Suite 203
Southport, CT  06890

Karen L. Mayer
66 Field Point Road
Greenwich, CT  06830

Meghan K. Gallagher, Esq.
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue
New Haven, CT  06510

                                       /s/_____
                                       Michael A. Wolak, III