**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GARY SESSION, | : | |
|     Plaintiff, | : | CASE NO. 3:03 CV 943 (AWT) |
| v. | : | |
| EDWIN RODRIGUEZ, et al., | : | DECEMBER 19, 2007 |
|     Defendants. | : | |

**APPEARANCE**

Please enter the appearance of:

        Michael E. O'Hare
        Supervisory Assistant State's Attorney
        Civil Litigation Bureau
        Office of the Chief State's Attorney
        300 Corporate Place
        Rocky Hill, Connecticut 06067
        Tel. No. (860) 258-5887
        Fax No. (860) 258-5968
        E-mail: michael.ohare@po.state.ct.us
        Federal Bar No. ct 05318

for deponent, Supervisory Assistant State's Attorney Christopher A. Alexy.

          /s/   Michael E. O'Hare
        MICHAEL E. O'HARE
        Supervisory Assistant State's Attorney

**CERTIFICATION**

    I hereby certify that a copy of this document was mailed, first class postage prepaid, to counsel for the plaintiff, Attorney Roy S. Ward, 3695 Post Road, Suite 203, Southport, Connecticut 06510, and to counsel for the defendant, Attorney Meghan K. Gallagher, Susman, Duffy, Segaloff, P.C., 55 Whitney Street, P.O. Box 1684, New Haven, Connecticut 06507, on this 19th day of December, 2007.

          /s/   Michael E. O'Hare
        MICHAEL E. O'HARE
        Supervisory Assistant State's Attorney