AO 458 (Rev. 5/85)    Appearance

_____
_____

# United States District Court

**DISTRICT OF CONNECTICUT**

# APPEARANCE

**GARY SESSION**

**VS.**                                    **CASE NUMBER:    3:03CV00943 (AWT)**

**EDWIN RODRIGUEZ, ET AL.**

To the Clerk of this court and all parties of record:  Enter my appearance as counsel in this case for the following deponent: Sgt. Brendan Canning of the New Haven Department of Police Service.

January 8, 2008                    /s/_____
Date                               Signature

                                   Michael A. Wolak, III_____
                                   Print Name

                                   Ct12681_____
                                   Federal Bar Number

                                   165 Church Street, 4th Floor_____
                                   Address

                                   New Haven         CT         06510
                                   City              State      Zip Code

                                   (203) 946-7970_____
                                   Phone Number

                                   (203) 946-7942_____
                                   Fax Number

                                   mwolak@newhavenct.net_____
                                   E-mail

## **CERTIFICATION**

      **THIS IS TO CERTIFY** that a copy of the foregoing was either electronically delivered and/or mailed, postage prepaid on January 8, 2008 to the following:

Roy S. Ward, Esq.
3695 Post Road, Suite 203
Southport, CT  06890

Karen L. Mayer
66 Field Point Road
Greenwich, CT  06830

Meghan K. Gallagher, Esq.
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue
New Haven, CT  06510

                                                              /s/_____
                                                              Michael A. Wolak, III