UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| GARY SESSION | \* | CIVIL ACTION NO. |
| Plaintiff | \* | 3:03-CV-00943 (AWT) |
| | \* | |
| VS. | \* | |
| EDWIN RODRIGUEZ et al. | \* | JANUARY 9, 2008 |
| Defendants | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT

STATE OF CONNECTICUT )
                                    ) ss: New Haven                                    January 9, 2008
COUNTY OF NEW HAVEN )

The undersigned being duly sworn and cautioned hereby deposes and says:

1.    I am over the age of 18 years and understand and believe in the obligations of an oath.

2.    I am an Attorney with the firm of Susman, Duffy & Segaloff, P.C., and represent Defendant, Edwin Rodriguez.

3.    The Plaintiff has requested the entire personnel file for Edwin Rodriguez, along with any internal affairs investigations related to Edwin Rodriguez, through various discovery requests.

4.    On December 20, 2007, the undersigned removed certain documents from corporation counsel's office, specifically internal affairs investigation files related to Edwin

Rodriguez and personnel information for Edwin Rodriguez and Stephen Coppola, who was formerly a defendant in this action.

5. On January 7, 2008, Plaintiff's counsel issued a written demand, via correspondence, for full disclosure of the documents removed from the New Haven Corporation Counsel's files.

6. On January 8, 2008, the undersigned was informed by Edwin Rodriguez of a settlement agreement with the City of New Haven, in an unrelated matter, the terms of which may serve to preclude production of the documents at issue.

7. On January 8, 2008, the undersigned made good faith efforts to determine the exact terms of the settlement by contacting Edwin Rodriguez's prior counsel.

8. Prior counsel for Rodriguez will make efforts to retrieve her files and will forward the relevant settlement documents.

9. The undersigned has consistently maintained that all relevant, non-privileged documents from Edwin Rodriguez's personnel file would be disclosed to the Plaintiff.

10. Notwithstanding, the Plaintiff demands full disclosure of all personnel and internal affairs investigation documents.

11. The parties are unable to resolve this dispute.

12. Accordingly, it is necessary for the court to rule on the Motion for Protective Order submitted by the Defendant, Edwin Rodriguez.

_____
Meghan K. Gallagher

SUSMAN, DUFFY & SEGALOFF, P.C. · ATTORNEYS AT LAW
P.O.BOX 1684 · NEW HAVEN, CONNECTICUT 06507 · (203)624-9830 · JURIS NUMBER 62505

2

Subscribed and sworn to before me this 9th day of January, 2008.

_____
Georgette M. Lovelace
Notary Public
My Commission Expires: 6/30/12

## CERTIFICATION

I hereby certify that on January 9, 2008 a copy of the foregoing Affidavit was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Meghan K. Gallagher
Meghan K. Gallagher
Federal Bar No. ct 26914
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue
New Haven, Connecticut 06510
Phone: (203) 624-9830
Fax: (203) 562-8430
e-mail: mgallagher@susmanduffy.com