UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD

| | |
|---|---|
| GARY SESSION, | CIVIL ACTION NO. |
| Plaintiff | 3:03-cv- 00943 (AWT) |
| V. | |
| EDWIN RODRIGUEZ, ET AL. | JANUARY 18, 2008 |
| Defendants | |

### OBJECTION TO MOTION FOR PROTECTIVE ORDER AND CROSS MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Pursuant to Fed. R. Civ. P. Rule 37 and Local Rule37, the Plaintiff hereby objects to the defendant Edwin Rodriguez's Motion for Protective order dated January 9, 2008 and moves for an order compelling production of the defendant's entire internal affairs file from the New Haven Police department.

In support thereof, the Plaintiff represents that:

1.   The Defendant has failed to file a Memorandum of Law in support of the Motion for Protective Order in violation of Local Rules of Civil Procedure 7(a) and 37(a)(3);

2.   The defendant has failed to provide a privilege log with the Motion for Protective Order in violation of Fed. R. Civ. P. 26(b)(5)(A), Local Rule 37(a)(1) and the decisions of this Court.

3.   The defendant has waived any claim to privilege by previously producing some of the documents contained in the internal affairs file;

4.      The material sought is directly relevant to Plaintiff's claims and the defense of qualified immunity.

A memorandum of law in support of this objection and cross motion is annexed hereto.

                              THE PLAINTIFF
                              GARY SESSION



                               By /Roy S. Ward/
                              Roy S. Ward, Esq.
                              3695 Post Road, Suite 203
                              Southport, CT  06890
                              Tel: (203) 255-9829
                              Fax: (203) 255-9839
                              Email: attyrward@yahoo.com
                              Fed. Bar. No. ct11618


## CERTIFICATION

I hereby certify that on January 18, 2008 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


                              /Roy S. Ward/
                              Roy S. Ward/