UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY SESSION, | CIVIL ACTION NO. |
|     Plaintiff | 3:03-cv- 00943  (AWT) |
| V. | |
| EDWIN RODRIGUEZ, ET AL. | FEBRUARY 8, 2008 |
|     Defendants | |

**MOTION FOR ENLARGEMENT OF TIME
TO COMPLETE DISCOVERY**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7 (b)(2) the parties, by their respective undersigned counsel respectfully move for an additional thirty (30) day enlargement of time up to and including March 26, 2008 within which to complete discovery in this matter. The requested Enlargement of Time is necessitated by recent, unanticipated developments during discovery.

A memorandum of law in support of this application is annexed hereto.

| THE PLAINTIFF | THE DEFENDANT |
|---|---|
| By    /Roy S. Ward/ | By /Thomas E. Katon/ |
| Roy S. Ward, Esq. | Thomas E. Katon, Esq. |
| 3695 Post Road, Suite 203 | Susman, Duffy & Segaloff, P.C. |
| Southport, CT  06890 | 55 Whitney Avenue |
| Tel: (203) 255-9829 | New Haven, CT |
| Fax: (203) 255-9839 | Tel: (203) 624-9830 |
| Email: attyrward@yahoo.com | Fax: (203) 562-8430 |
| Fed. Bar. No. ct 11618 | Email: tkaton@susmanduffy.com |
| | Fed. Bar. No. ct 01565 |

1

2

## **CERTIFICATION**

      I hereby certify that on January 8, 2008 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


      /Roy S. Ward/_____
      Roy S. Ward