UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY SESSION, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:03-cv- 00943 (AWT) |
| | : | |
| v. | : | |
| | : | |
| EDWIN RODRIGUEZ, ET AL. | : | FEBRUARY 26, 2008 |
| Defendants | : | |

## MOTION FOR CONTEMPT, FOR ISSUANCE OF A CAPIAS AND TO COMPEL COMPLETION OF A DEPOSITION

Pursuant to Fed. R. Civ. P. 37 and 45(e), the plaintiff moves for a finding of contempt against the non-party witness **FRANCISCO ORTIZ,** for a capias and an order compelling the completion of his deposition March 11, 2008 at 10:00 a.m. at the Law Offices of Susman, Duffy & Segaloff, 55 Whitney Avenue, New Haven, CT based upon the witness's willful failure to obey a subpoena for his deposition on February 19, 2008.

THE PLAINTIFF
GARY SESSION

By _____
Karen Mayer, Esq.
Russell & Pastore, LLC
66 Field Point Road
Greenwich, CT  06830
Tel: (203) 661-4200
Fax: (203) 661-3666
Email: kmayer@greenwichlegal.com
Federal Bar No. CT 26555

## **CERTIFICATION**

    I hereby certify that on February 26, 2008 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                               _/s/ Karen Mayer_
                                               Karen Mayer