AO 458 (Rev. 5/85)   Appearance

_____
_____

# United States District Court

**DISTRICT OF CONNECTICUT**

# APPEARANCE

**GARY SESSION**

**VS.**                                              **CASE NUMBER:**   **3:03CV00943 (AWT)**

**EDWIN RODRIGUEZ, ET AL.**

To the Clerk of this court and all parties of record:  Enter my appearance as counsel in this case for the following deponent: Chief Francisco Ortiz of the New Haven Department of Police Service.

March 17, 2008 _____                /s/_____
*Date*                                  *Signature*

                                        Michael A. Wolak, III_____
                                        *Print Name*

                                        Ct12681_____
                                        *Federal Bar Number*

                                        165 Church Street, 4th Floor_____
                                        *Address*

                                        New Haven          CT         06510_
                                        *City*             *State*    *Zip Code*

                                        (203) 946-7970_____
                                        *Phone Number*

                                        (203) 946-7942_____
                                        *Fax Number*

                                        mwolak@newhavenct.net_____
                                        *E-mail*

## **CERTIFICATION**

      **THIS IS TO CERTIFY** that a copy of the foregoing was either electronically delivered and/or mailed, postage prepaid on March 17, 2008 to the following:

Roy S. Ward, Esq.
3695 Post Road, Suite 203
Southport, CT  06890

Karen L. Mayer
66 Field Point Road
Greenwich, CT  06830

Meghan K. Gallagher, Esq.
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue
New Haven, CT  06510

    /s/_____
Michael A. Wolak, III