UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY SESSION : | |
|    Plaintiff, : | CIV NO. |
| : | |
|    vs. : | 3:03CV00943 (AWT)(DFM) |
| : | |
| EDWIN RODRIGUEZ : | |
|    Defendant : | MARCH 17, 2008 |

**DEPONENT'S FRANCISCO ORTIZ'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSES TO PLAINTIFF'S MOTIONS TO COMPEL, CONTEMPT AND ISSUANCE OF CAPIAS**

Deponent Francisco Ortiz, pursuant to Fed. R. Civ. P. 7(b) and D. Conn. L. Civ. R. 7(b), hereby moves the Court to extend the time for filing responses to plaintiff's motions to compel, contempt and issuance of a capias for one week, up to and including March 25, 2008. The continued deposition of the deponent, Francisco Ortiz, has been rescheduled for 12:00 p.m. on Wednesday, March 19, 2008. If the deposition takes place on that date the motions filed by plaintiff's counsel would in all probability become moot.

In accordance with D. Conn. L. Civ. R. 7(b) the undersigned represents that he has discussed this motion for extension of time with plaintiff's counsel, Karen Mayer, and she does not object to this extension of time being granted.

This is this deponent's first request for an extension of time within which to file a respond to these motions.

**ORAL ARGUMENT NOT REQUESTED**

                    THE DEPONENT,
                    FRANCISCO ORTIZ

BY: /s/_____
Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
Office of Corporation Counsel
165 Church Street
New Haven, CT 06510
Tel. #:  (203)946-7970
Fax #:  (203) 946-7942
E-mail: mwolak@newhavenct.net
Fed. Bar #ct12681
His Attorney

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was delivered either electronically and/or mailed, postage prepaid, on March 17, 2008, to the following counsel of record:

Roy S. Ward, Esq.
3695 Post Road, Suite 203
Southport, CT  06890

Karen L. Mayer
66 Field Point Road
Greenwich, CT  06830

Meghan K. Gallagher, Esq.
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue
New Haven, CT  06510


/s/_____
Michael A. Wolak, III


J:\CYCOM32\WPDOCS\D017\P002\00005537.DOC