UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY SESSION,<br>        Plaintiff | CIVIL ACTION NO.<br>3:03-cv- 00943 (AWT) |
| V. | |
| EDWIN RODRIGUEZ, ET AL.<br>        Defendants | MARCH 24, 2008 |

### NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR CONTEMPT, FOR ISSUANCE OF A CAPIAS AND TO COMPEL COMPLETION OF A DEPOSITION OF FRANCISCO ORTIZ

The Plaintiff, by the undersigned hereby gives notice that his Motion for Contempt and other relief, dated February 26, 2008, Docket Entry Number 148 directed to New Haven Police Chief Francisco Ortiz is hereby withdrawn. The parties have resolved the disputes giving rise to the Motion.

THE PLAINTIFF
GARY SESSION

By /Roy S. Ward/
Roy S. Ward, Esq.
3695 Post Road, Suite 203
Southport, CT 06890
Tel: (203) 255-9829
Fax: (203) 255-9839
Email: attyrward@yahoo.com
Fed. Bar. No. ct11618

## **CERTIFICATION**

I hereby certify that on March 24, 2008 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


_____/Roy S. Ward/_____
Roy S. Ward