**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **GARY SESSION** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     vs. | : | **CIV NO. 3:03CV00943 (AWT)** |
| | : | |
| **CITY OF NEW HAVEN, STEPHEN** | : | |
| **COPPOLA & EDWIN RODRIGUEZ** | : | |
|     **Defendants.** | : | **APRIL 4, 2008** |

**NOTICE OF WITHDRAWAL OF DEPONENT FRANCISCO ORTIZ'S MOTION TO QUASH OR MODIFY SUBPOENA AND FOR PROTECTIVE ORDER**

Francisco Ortiz, who is not a party in the above-captioned matter, but is a deponent, by the undersigned hereby gives notice that this deponent's Motion to Quash or Modify Subpoena and for Protective Order, dated March 18, 2008, Docket Entry Number 155, is hereby withdrawn. The plaintiff and the deponent have either resolved the disputes giving rise to the motion or those disputes are presently moot.

**ORAL ARGUMENT IS NOT REQUESTED**

                           THE DEPONENT,
                           FRANCISCO ORTIZ

               BY: _____/s/_____
                           Michael A. Wolak, III (ct12681)
                           Assistant Corporation Counsel
                           City of New Haven
                           165 Church Street
                           New Haven, CT 06510
                           Tel. #: (203)946-7970
                           Fax #: (203) 946-7942
                           E-mail: mwolak@newhavenct.net
                           His Attorney

## **C E R T I F I C A T I O N**

     I hereby certify that a copy of the foregoing was either delivered electronically and/or mailed, postage prepaid, on April 8, 2008, to the following counsel of record:

Roy S. Ward, Esq.
3695 Post Road, Suite 203
Southport, CT  06890

Karen L. Mayer
66 Field Point Road
Greenwich, CT  06830

Thomas Katon, Esq.
Meghan K. Gallagher, Esq.
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue

                                      _____/s/_____
                                         Michael A. Wolak, III