UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| GARY SESSION | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff | : | 303-CV-00943 (AWT) |
| | : | |
| v. | : | |
| | : | |
| EDWIN RODRIGUEZ; STEPHEN | : | APRIL 23, 2008 |
| COPPOLA; AND CITY OF NEW HAVEN | : | |
| | : | |
| Defendants | : | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 7(e), the undersigned, as counsel for Plaintiff Gary Session hereby moves this court for permission to withdraw as counsel of record for the plaintiff. In support of this motion the undersigned represents:

1. The plaintiff entered into a retainer agreement with Philip Russell LLC on or about January 28, 2003. Philip Russell LLC dissolved and the new law firm of Russell & Pastore, LLC mailed authorization forms for clients to sign for further representation. Plaintiff has not signed an authorization for legal representation under the new entity Russell & Pastore, LLC.

2. The undersigned will no longer be an Associate with Philip Russell, LLC or Russell & Pastore, LLC, effective May 1, 2008.

3. The undersigned has no individual written or oral agreement with Plaintiff to provide any legal services to him.

4. Notice of this motion has been sent via certified mail and email to plaintiff, Gary Session (attached hereto as Exhibit A).

WHEREFORE, the undersigned respectfully moves this court to grant her motion to withdraw as counsel of record for the plaintiff, Gary Session.

THE PLAINTIFF,
GARY SESSION

BY /s/ Karen L. Mayer
Karen L. Mayer
Philip Russell, LLC
66 Field Point Road
Greenwich, CT 06830
203-661-4200
Fed. Bar No. ct 26555

## **CERTIFICATION**

I hereby certify that on April 23, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of the filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

BY /s/ Karen L. Mayer
Karen L. Mayer
Philip Russell, LLC
66 Field Point Road
Greenwich, CT 06830
203-661-4200
Fed. Bar No. ct 26555