# RUSSELL & PASTORE, L.L.C.
ATTORNEYS-AT-LAW

(203) 661-4200

SALLY RUSSELL*
JAMES PASTORE
KAREN L. MAYER*
ROSS M. KAUFMAN**

of counsel:
HAROLD H. DEAN

66 FIELD POINT ROAD
P.O. BOX 1437
GREENWICH, CT 06836

FAX
(203) 661-3666

\* MEMBER CONNECTICUT AND NEW YORK BAR
\*\* MEMBER CONNECTICUT AND NEW JERSEY BAR

April 23, 2008

***VIA CERTIFIED MAIL/
RETURN RECEIPT REQUESTED,
AND E-MAIL:*** bazzo7@comcast.net

Gary Session
89 Coleman Street, Unit 233
West Haven, CT 06516

    Re:    Gary Session v. Edwin Rodriguez, et al.
              Docket No.: 3:03-CV-00943 (AWT)

Dear Gary:

    Enclosed/attached please find a Motion to Withdraw as Counsel for the above captioned matter. I have taken an Associate position with another law firm and will no longer be affiliated with the law firm of Russell & Pastore, effective May 1, 2008. Local Court Rule 7(e) requires that you receive notification of this withdrawal via certified mail.

    If you have any questions, kindly direct them to Roy Ward. It has been a pleasure working with you over the past few years. I wish the best to you in your lawsuit and pursuit of your product inventions in life.

                                                   Very truly yours,

                                                   Karen L. Mayer

KLM/sr

Enclosures

## Greenwich Legal

**From:** Greenwich Legal [attys@greenwichlegal.com]
**Sent:** Wednesday, April 23, 2008 12:40 PM
**To:** 'bazzo7@comcast.net'
**Subject:** Session v. Rodriguez, et al.
**Attachments:** April 23 08 to Client with enclosure.pdf

Dear Mr. Session,

Attached please find a letter from Attorney Karen Mayer.

Thank you.

Very truly yours,


Shirley Reinoso
Legal Assistant
Russell & Pastore, LLC
66 Field Point Road
Greenwich, CT 06830
203-661-4200

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.38 |

Postmark: GREENWICH CT 06830, APR 2_, 2008

Sent To: Gary Session
Street, Apt. No.; or PO Box No.: 89 Coleman St., Unit 233
City, State, ZIP+4: West Haven, CT 06516

7007 0220 0001 1397 6005

PS Form 3800, August 2006    See Reverse for Instructions