# United States District Court

### DISTRICT OF CONNECTICUT

## APPEARANCE

**GARY SESSION**

VS.    CASE NUMBER:    3:03CV00943 (AWT)

**EDWIN RODRIGUEZ, ET AL.**

To the Clerk of this court and all parties of record: I, Gary Session, enter my appearance Pro Se in the above mentioned matter.

May 5, 2008
Date

/s/ *[signature]*
Signature

Gary Session
Print Name

_____
Federal Bar Number

89 Coleman St.   Unit 233
Address

West Haven    CT    06516
City    State    Zip Code

(203) 9341810
Phone Number

(203) 9341810
Fax Number

gsession777@yahoo.com
E-mail

## CERTIFICATION

      **THIS IS TO CERTIFY** that a copy of the foregoing was either electronically delivered and/or mailed, postage prepaid on May 5, 2008 to the following:

Michael A. Wolak, III
Assistant Corporation Counsel
City of New Haven
Office of Corporation Counsel
165 Church Street
New Haven, CT 06510


Thomas E. Katon, Esq.
Susman, Duffy &
Segaloff, P.C.
55 Whitney Avenue
New Haven, CT 06510

/s/ _____
Gary Session