HONORABLE **Thompson** Civil (April 12, 2004)

TOTAL TIME: ___ hours **10** minutes    DEPUTY CLERK _____    RPTR/~~ERO/TAPE~~ **Huntington**

DATE **5/20/08**    START TIME **10:00am**    END TIME **10:10am**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **03CV943**

**Session**
vs.
**Rodriguez**

**Gary Session**
Plaintiffs ~~Counsel~~

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Tom Katen**
**Meghan Gallagher**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ Motion Hearing
☐ Evidentiary Hearing
☐ Miscellaneous Hearing
☐ Show Cause Hearing
☐ Judgment Debtor Exam
☒ **Telephonic Status Conference**

MOTION DOCUMENT NO.

Motion _____ ☐ granted ☐ denied ☐ advisement
(repeated rows — all blank)

Oral Motion _____ ☐ granted ☐ denied ☐ advisement
(repeated)

☐ Brief(s) due _____    ☐ Proposed Findings due _____    Response due _____

_____ ☐ filed ☐ docketed
(repeated blank lines)

_____ Hearing continued until _____ at _____