UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
GARY SESSION,                  :
                               :
        Plaintiff,             :
v.                             :    Civ No. 3:03CV00943(AWT)
                               :
CITY OF NEW HAVEN, and         :
EDWIN RODRIGUEZ,               :
                               :
        Defendants.            :
-------------------------------x
```

**SCHEDULING ORDER**

    The following schedule shall be in effect for the trial in this case:

    August 13, 2008:    Final Pre-Trial Conference at 4:30 P.M. in the South Courtroom

    August 15, 2008:    Jury Selection at 9:00 A.M.

    August 25, 2008:    Evidence begins

    The plaintiff has stated that he may wish to retain new counsel. Such an event will not be a basis for a continuance.

    It is so ordered.

    Signed this 22nd day of May, 2008 at Hartford, Connecticut.

                                             _____/s/AWT_____
                                                 Alvin W. Thompson
                                      United States District Judge