UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

**************************************
| | | |
|---|---|---|
| GARY SESSION | * | CIVIL ACTION NO. |
| PLAINTIFF | * | 3:03-CV-00943 (AWT) |
| | * | |
| VS. | * | |
| | * | |
| CITY OF NEW HAVEN; STEPHEN | * | JUNE 12, 2008 |
| COPPOLA; AND EDWIN RODRIGUEZ | * | |
| | * | |
| DEFENDANTS | * | |

**************************************

### NOTICE OF FILING OF PROPOSED ORDER REGARDING DISCLOSURE OF DOCUMENTS PURSUANT TO FED. R. CIV. PRO. 26(C) (1) (B)

The Defendant, Edwin Rodriguez, hereby submits a Proposed Order, attached as Exhibit A, in response to the Court's June 4, 2008 Order regarding the Defendant's Motion for Protective Order (#139) and the Plaintiff's Cross-Motion to Compel (#141). The Defendant is ordered to produce those portions of his personnel file and internal affairs file that have not been produced. The Defendant submits the proposed order as a result of his concerns raised in his Motion for Protective Order regarding the potentially prejudicial and confidential nature of the items being produced.

The undersigned attempted to contact the Plaintiff via telephone and via e-mail to discuss the proposed order but was unable to make contact. Accordingly, the parties have not yet reached a consensus regarding the proposed order. Because the parties have not reached an agreement as to the proposed order, the Defendant submits, herewith, a memorandum of law in support of his

proposed order.

                                       Respectfully submitted,
                                       DEFENDANTS,

                                       /s/ Meghan K. Gallagher
                                       Meghan K. Gallagher
                                       Federal Bar No. ct26914
                                       Susman, Duffy & Segaloff, P.C.
                                       55 Whitney Avenue
                                       New Haven, Connecticut 06510
                                       Phone: (203) 624-9830
                                       Fax: (203) 562-8430
                                       E-mail: mgallagher@susmanduffy.com

## **CERTIFICATION**

       I hereby certify that on June 12, 2008 a copy of the foregoing Notice of Proposed Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                       /s/ Meghan K. Gallagher
                                       Meghan K. Gallagher
                                       Federal Bar No. ct 26914
                                       Susman, Duffy & Segaloff, P.C.
                                       55 Whitney Ave.
                                       New Haven, CT 06510
                                       tel.: 203-624-9830
                                       fax: 203-562-8430
                                       mgallagher@susmanduffy.com