UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| GARY SESSION | * | CIVIL ACTION NO. |
| PLAINTIFF | * | 3:03-CV-00943 (AWT) |
| | * | |
| VS. | * | |
| | | |
| CITY OF NEW HAVEN; STEPHEN | * | JUNE 12, 2008 |
| COPPOLA; AND EDWIN RODRIGUEZ | * | |
| | * | |
| DEFENDANTS | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PROPOSED ORDER REGARDING DISCLOSURE OF DOCUMENTS PURSUANT TO FED. R. CIV. PRO. 26(C) (1) (B)

The Plaintiff, Gary Session, having requested an order from the Court compelling the Defendant, Edwin Rodriguez, to produce certain documents from his personnel file and from the City of New Haven internal affairs file and the Defendant having filed a Motion for Protective Order pursuant to FED. R. CIV. P. 26 (c);

NOW THEREFORE, based upon the foregoing, and all pleadings and papers filed in this action, it is so

ORDERED, that the Defendant, Edwin Rodriguez, produce that portion of his personnel file and internal affairs file, in his or his attorney's control and possession, by June 26, 2008, via certified mail or express mail service to Mr. Session's residence, located at 89 Coleman St., Unit 233 West Haven, CT 06516 and it is

FURTHER ORDERED, that given the confidential and personal nature of the records being produced by the Defendant, any materials produced shall be used solely for the purposes of this

EXHIBIT A

litigation and must be protected from disclosure to third parties or non-parties; and it is

FURTHER ORDERED that within thirty (30) days of a final determination of this civil action, each party shall assemble and return all designated material, including all copies, extracts, and summaries thereof to the Defendant, from whom the designated material was obtained; and it is

FURTHER ORDERED that each party bound by the terms of this Order shall use any information governed by this Order only for the purpose of prosecution or defense of this civil action and for no other purpose; and it is

FURTHER ORDERED that by producing relevant items governed by this Order, the Defendant does not waive any objection to the admissibility of these materials at trial; and it is

FURTHER ORDERED that any testimony obtained regarding the documents ordered to be produced herein or any transcript of said testimony shall be treated according to the terms set forth in this Order.

The orders set forth herein shall remain in effect until further order of the Court.

SO ORDERED:

_____
Donna F. Martinez
United States Magistrate Judge