**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
GARY SESSION,                  :
                               :
        Plaintiff,             :
v.                             :   Civ No. 3:03CV00943(AWT)
                               :
CITY OF NEW HAVEN, and         :
EDWIN RODRIGUEZ,               :
                               :
        Defendants.            :
-------------------------------x
```

## AMENDED SCHEDULING ORDER

The following schedule shall be in effect for the trial in this case:

August 13, 2008:    Final Pre-Trial Conference at 4:30 P.M. in the South Courtroom

August 15, 2008:    Jury Selection at 9:00 A.M.

August 18, 2008:    Evidence begins

The plaintiff has stated that he may wish to retain new counsel. Such an event will not be a basis for a continuance.

It is so ordered.

Signed this 19th day of June, 2008 at Hartford, Connecticut.

_____/s/AWT_____
Alvin W. Thompson
United States District Judge