UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| GARY SESSION | \* | CIVIL ACTION NO. |
| PLAINTIFF | \* | 3:03-CV-00943 (AWT) |
| | \* | |
| VS. | \* | |
| | \* | |
| CITY OF NEW HAVEN; STEPHEN | \* | JUNE 20, 2008 |
| COPPOLA; AND EDWIN RODRIGUEZ | \* | |
| | \* | |
| DEFENDANTS | \* | |

### DEFENDANT'S REPLY TO THE PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF FILING OF PROPOSED ORDER REGARDING DISCLOSURE OF DOCUMENTS PURSUANT TO FED. R. CIV. PRO. 26(C) (1) (B)

The Defendant, Edwin Rodriguez, hereby replies to the Plaintiff's Response to the Defendant's Notice of Filing of Proposed Order Regarding Disclosure of Documents Pursuant to Fed. R. Civ. Pro. 26 (c) (1) (B), dated June 12, 2008. In support of his reply, the Defendant submits the following:

1.) Counsel for the Defendant attempted to contact the Plaintiff twice, once via telephone and once via e-mail, to discuss the proposed order with the Plaintiff. (See attached Affidavit of Attorney Meghan K. Gallagher).

2.) The Court's ruling in connection with the Defendant's Motion for Protective Order (#139) and the Plaintiff's Cross Motion to Compel (#141), dated June 4, 2008, provided that the Court would entertain a proposed order for the disclosure of documents to neutralize the harm alleged by the Defendant, specifically in connection with the release of information

harmful to his current employment, if submitted by the parties by June 12, 2008.

3.) The parties were unable to conference and reach an agreement, so the Defendant, in accordance with the terms of the Court's order, submitted his own proposed order and supporting memorandum of law.

4.) Despite being dated June 12, 2008, the Plaintiff's response or alternative proposed order was not filed with the Court by June 12, 2008. To date the Plaintiff's response does not appear on the Court docket.

5.) Moreover, the Plaintiff's response was not postmarked until June 14, 2008.

6.) At oral argument regarding the above-referenced discovery disputes, Plaintiff, through counsel, offered to mitigate any potential harm to the Defendant by agreeing to limit the terms of the production of documents.

7.) The proposed order submitted by the Defendant does not seek to preclude the production of the documents to the Plaintiff. Indeed, the Defendant's order only seeks to prevent the dissemination of these materials for purposes other than the instant litigation.

8.) The Defendant respectfully requests that the Court adopt the Defendant's proposed order as the terms of said order would prohibit the dissemination of materials that may be potentially harmful to the Defendant's ability to effectively engage in his profession and would prevent the use of said materials in any setting unrelated to the current litigation.

        Respectfully submitted,
        DEFENDANT,

        BY: /s/ Meghan K. Gallagher
        Meghan K. Gallagher ct26914
        Susman, Duffy & Segaloff, P.C.
        55 Whitney Avenue
        New Haven, Connecticut 06510
        Phone: (203) 624-9830
        Fax: (203) 562-8430
        E-mail: mgallagher@susmanduffy.com

## **CERTIFICATION**

      I hereby certify that on June 20, 2008 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

        /s/ Meghan K. Gallagher
        Meghan K. Gallagher
        Federal Bar No. ct 26914
        Susman, Duffy & Segaloff, P.C.
        55 Whitney Ave.
        New Haven, CT 06510
        tel.: 203-624-9830
        fax: 203-562-8430
        mgallagher@susmanduffy.com

I:\Client N-O\NHCITY\Session\Pleadings\Reply to Plaintiff's Response regarding Notice of Proposed Order.doc