UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| GARY SESSION | \* | CIVIL ACTION NO. |
| PLAINTIFF | \* | 3:03-CV-00943 (AWT) |
| | \* | |
| VS. | \* | |
| | | |
| CITY OF NEW HAVEN; STEPHEN | \* | JUNE 20, 2008 |
| COPPOLA; AND EDWIN RODRIGUEZ | \* | |
| | \* | |
| DEFENDANTS | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **AFFIDAVIT OF MEGHAN K. GALLAGHER**

NOW COMES the undersigned Meghan K. Gallagher, and makes this affidavit under the pains and penalties of perjury based on her own knowledge except where stated to be on information and belief which Affiant believes to be true and further states:

1.) I am over the age of eighteen years and understand the meaning of truth.

2.) I am an associate of the law firm of Susman, Duffy & Segaloff, PC, counsel of record for the Defendant, and I have personal knowledge of the facts set forth in this Affidavit.

3.) In the late afternoon of June 11, 2008, the Plaintiff called Attorney Thomas E. Katon, counsel for the Defendant, requesting that counsel return his phone call.

4.) On June 12, 2008, the undersigned, co-counsel for the Defendant, contacted the Plaintiff via telephone and left him a voicemail message.

5.) The undersigned requested that the Plaintiff direct his return phone call to the

        undersigned as Attorney Katon was in Court and unavailable on June 12, 2008.

6.) In addition to calling the Plaintiff, the undersigned sent the Plaintiff e-mail correspondence demonstrating her efforts to obtain the Plaintiff's comments to a proposed order to be submitted to the Court. A copy of said e-mail correspondence is attached hereto.

7.) The Plaintiff did not respond to the undersigned's telephone call or e-mail correspondence.

This Affidavit is dated June 20, 2008.

_____
Meghan K. Gallagher

STATE OF CONNECTICUT )
                       ) SS NEW HAVEN
COUNTY OF NEW HAVEN )                             June 20, 2008

     The personally appeared the above named Meghan K. Gallagher and acknowledged the foregoing Affidavit to be her free act and deed, before me.

_____
Notary Public/
~~Commissioner of the Superior Court~~
my commission expires 10/31/2016

# Meghan Gallagher

| | |
|---|---|
| **From:** | Meghan Gallagher |
| **Sent:** | Thursday, June 12, 2008 3:55 PM |
| **To:** | 'GARY SESSION' |
| **Cc:** | Karen Kravetz; Thomas Katon |
| **Subject:** | Proposed Order |
| **Attachments:** | Proposed Order re protective order.doc |

Mr. Session,

Attached please find a proposed order for the production of those items set forth in the Court's ruling dated June 4, 2008. This draft is subject to review by my client. Please let me know if you are in agreement with this proposed order. We will need to file a joint proposed order or separate proposed orders today. Should you have any questions, please feel free to contact me at 203-624-9830.

Thank you,

Meghan Gallagher

Meghan K. Gallagher, Esq.

Susman, Duffy & Segaloff, PC

55 Whitney Avenue

New Haven, CT 06510

Phone: (203) 624-9830

Fax: (203) 562-8430

email: mgallagher@susmanduffy.com

**IRS Circular 230 Disclosure.** To ensure compliance with requirements imposed by the IRS, we inform you that the federal tax advice (if any) contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

*The information contained in this electronic message is confidential and is or may be protected by the attorney-client privilege, the work product doctrine, joint defense privileges, trade secret protections, and/or other applicable protections from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by calling the sender at 203-624-9830.*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

*************************************
| | |
|---|---|
| GARY SESSION                   * | CIVIL ACTION NO. |
|                     PLAINTIFF  * | 3:03-CV-00943 (AWT) |
|                                * | |
| VS.                            * | |
|                                * | |
| CITY OF NEW HAVEN; STEPHEN     * | JUNE 12, 2008 |
| COPPOLA; AND EDWIN RODRIGUEZ   * | |
|                                * | |
|                   DEFENDANTS   * | |

*************************************

## PROPOSED ORDER REGARDING DISCLOSURE OF DOCUMENTS PURSUANT TO FED. R. CIV. PRO. 26(C) (1) (B)

The Plaintiff, Gary Session, having requested an order from the Court compelling the Defendant, Edwin Rodriguez, to produce certain documents from his personnel file and from the City of New Haven internal affairs file and the Defendant having filed a Motion for Protective Order pursuant to FED. R. CIV. P. 26 (c);

NOW THEREFORE, based upon the foregoing, and all pleadings and papers filed in this action, it is so

ORDERED, that the Defendant, Edwin Rodriguez, produce that portion of his personnel file and internal affairs file, in his or his attorney's control and possession, by June 26, 2008, via certified mail or express mail service to Mr. Session's residence, located at 89 Coleman St., Unit 233 West Haven, CT 06516 and it is

FURTHER ORDERED, that given the confidential and personal nature of the records being produced by the Defendant, any materials produced shall be used solely for the purposes of this

litigation and must be protected from disclosure to third parties or non-parties; and it is

FURTHER ORDERED that within thirty (30) days of a final determination of this civil action, each party shall assemble and return all designated material, including all copies, extracts, and summaries thereof to the Defendant, from whom the designated material was obtained; and it is

FURTHER ORDERED that each party bound by the terms of this Order shall use any information governed by this Order only for the purpose of prosecution or defense of this civil action and for no other purpose; and it is

FURTHER ORDERED that by producing relevant items governed by this Order, the Defendant does not waive any objection to the admissibility of these materials at trial; and it is

FURTHER ORDERED that any testimony obtained regarding the documents ordered to be produced herein or any transcript of said testimony shall be treated according to the terms set forth in this Order.

The orders set forth herein shall remain in effect until further order of the Court.

SO ORDERED:

_____
Donna F. Martinez
United States Magistrate Judge