# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 3:03-cv-00943 (AWT)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Plaintiff: Gary Session

June 25, 2008
Date:

Signature:

CT02977
Connecticut Federal Bar Number:

John A. Pinheiro
Print Clearly or Type Name

203-874-4477
Telephone Number:

167 Cherry Street, PMB 314
Address:

203-882-0354
Fax Number

Milford, Ct. 06460

japinheiro@optonline.net
E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Thomas E. Katon, Esq.
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue
P.O. Box 1684
New Haven, Connecticut 06507

Signature:

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)