UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY SESSION,<br>　　　　Plaintiff | CIVIL ACTION NO.<br>3:03-CV- 00943 (AWT) |
| V.<br>EDWIN RODRIGUEZ, ET AL.<br>　　　　Defendants | JUNE 25, 2008 |

MOTION FOR ENLARGEMENT OF TIME
TO COMPLETE DISCOVERY

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7 (b)(2) the plaintiff by the undersigned respectfully move for an additional thirty (30) day enlargement of time up to and including July 26, 2008 within which to complete discovery in this matter. The defendant through counsel does not consent to the granting of this Motion.

In support thereof, the plaintiff represents as follows:

1.　　Discovery is currently scheduled to close on June 26, 2008.

2.　　On or about February 8, 2008, the defendant filed a Motion for Protective Order concerning his Internal Affairs file from the New Haven Police Department. The plaintiff subsequently moved to compel production of those records.

3.　　A hearing was held on those motions before Magistrate Martinez, and Magistrate Martinez order that Internal Affairs documents that are the subject of plaintiff's Discovery Request be produced.

1

4. On this date undersign counsel spoke with counsel for defendant Rodriguez, Thomas E. Katon, Esq., and he informed the plaintiff that once Magistrate Martinez signs the order for the release of the outstanding Production, which consists of Internal Affairs documents, he will immediately produce said documents.

5. At this time, it is necessary for the plaintiff to take only two more depositions, those of defendant Edwin Rodriguez and Police Officer DeJesus. Plaintiff cannot take the deposition of Mr. Rodriguez until the defendant complies with the production requests that is outstanding. It is absolutely imperative that the plaintiff takes the two foregoing depositions in order to prepare for trial. In the event that the plaintiff cannot take said depositions after the production of the Internal Affairs documents, then the plaintiff will be unduly-prejudice and unable to effectively present his case at trial.

6. In the event this Motion for Enlargement is granted, plaintiff further seeks an enlargement of thirty (30) days for the filing of dispositive motions from the new discovery closure date.

7. As stated above, the defendant through counsel does not consent to the granting of this Motion.

8. In the event that discovery is completed prior to July 26, 2008, the parties will report that fact to the Court in order to hasten the completion of the remaining pretrial matters.

9. Undersign counsel is plaintiff's new attorney and has filed his appearance along with the instant motion. Counsel for the plaintiff requires additional time to take the depositions at issue.

Wherefore, based upon the foregoing, the plaintiff moves for an additional thirty (30) day extension of time to complete discovery up to and including July 26, 2008.

>                                   THE PLAINTIFF
>                                   GARY SESSION
>
>                                   By: _____
>                                   John A. Pinheiro, Esq.
>                                   167 Cherry Street, PMB 314
>                                   Milford, Connecticut 06460
>                                   (203) 874-4477
>                                   Fax: (203) 882-0354
>                                   Cell: (203) 209-2449
>                                   Email: japinheiro@optonline.net
>                                   Fed. Bar. No. CT02977

## CERTIFICATION

I hereby certify that on June 25, 2008 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Mailed first class, postage prepaid, to:

Thomas E. Katon, Esq.
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue
P.O. Box 1684
New Haven, Connecticut 06507

John A. Pinheiro, Esq.