```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT
```

GARY SESSION,                           :
                                        :
    Plaintiff,                          :
                                        :
    v.                                  :        CASE NO. 3:03CV0943 (AWT)
                                        :
EDWIN RODRIGUEZ,                        :
                                        :
    Defendant.                          :

            ORDER REGARDING DISCLOSURE OF DOCUMENTS
              PURSUANT TO FED. R. CIV. P. 26(C)

    The court has previously denied defendant Edwin Rodriguez's motion for a protective order barring the disclosure of certain documents from his personnel file and from the City of New Haven internal affairs file. See doc. #179. As permitted by that order, the defendant has filed a proposed protective order governing the disclosure, pursuant to Fed. R. Civ. P. 26(c). The defendant's proposed protective order is adopted, with certain modifications, as follows:

1. The Defendant, Edwin Rodriguez, shall produce the documents pursuant to the court's June 4, 2007 order (doc. #179) on or before July 10, 2008;

2. Given the confidential and personal nature of the records being produced by the defendant, any materials produced shall be used solely for the purposes of this litigation and shall be protected from disclosure to third parties or non-parties;

3. The content of the materials may be disclosed, as necessary

   for purposes of this litigation, to deposition witnesses and to court reporters involved in transcribing depositions in this litigation. Any deposition testimony obtained regarding the documents ordered to be produced herein or any transcript of said testimony shall be treated according to the terms set forth in this order;

4. The materials produced pursuant to this order shall be marked "CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER" by the defendant. Each document shall also be marked with an identifying number (e.g. a bates stamp);

5. Within thirty (30) days after a final, nonappealable determination of this civil action, the plaintiff shall return the designated materials, as well as all copies, extracts and summaries thereof, to counsel for the defendant;

6. Each party bound by the terms of this order shall use any information governed by this order only for the purpose or prosecution or defense of this civil action and for no other purpose;

7. By producing items governed by this order, the defendant does not waive any objections to the admissibility of these materials at trial;

8. This order shall have no effect on the use of the documents or related testimony at trial, at any court hearing, or in

any court filing. Any motions regarding the admissibility or use of documents during a court proceeding shall be made at the time of the proceeding, in accordance with the dictates of the Local Rules and further orders of the court. SO ORDERED at Hartford, Connecticut this 1st day of July, 2008.

```
       /s/
Donna F. Martinez
United States Magistrate Judge
```