# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### 450 MAIN STREET
### HARTFORD, CONNECTICUT 06103

CHAMBERS OF
ALVIN W. THOMPSON
United States District Judge

(860) 240-3224

## FACSIMILE TRANSMISSION

TO:        Meghan K. Gallagher, Esq.
           Fax: (203) 562-8430

FROM:      Marcelo Blackburn, Law Clerk to
             Alvin W. Thompson, U.S.D.J.
           Tel:  860-240-3224
           Fax:  860-240-3465
           E-Mail: marcelo_blackburn@ctd.uscourts.gov

PAGES:     3  (Including Cover Sheet)

DATE:      February 23, 2007

RE:        Session v. Rodriguez et al., 3:03cv00943 (AWT) - February 19, 2007 Letter

---

COMMENTS:

Dear Attorney Gallagher:

Enclosed please find a letter from the plaintiff, Gary Session, to the court dated February 19, 2007. The letter does not appear to have been copied to the defendants. As we discussed on the telephone just now, the court would like to schedule a telephonic status conference to discuss the issues raised in the letter with the plaintiff, plaintiff's counsel Mr. Russell, and the defendant's counsel.

---

All faxed material should be considered PERSONAL AND CONFIDENTIAL. If you receive this transmission in error, please notify sender and destroy all copies. Thank you.

Please call 860-240-3224 if you have problems receiving any portion of this transmission.

Thank you.

February 19, 2007

Phillip Russell, LLC
66 Field Point Road, P.O. Box 1437
Greenwich, Connecticut 06836

Re:  Session v. Rodriguez, et al.
Index No.: 3:03cv-00943-AWT

Dear Mr. Russell:

Please be advised that your services regarding the above action are hereby terminated. You no longer have the authority to act on my behalf in this matter.

Please send me my file immediately or let me know when it is available to be picked up in its entirety.

Very truly yours,

Gary Session

cc:  Honorable Alvin Thompson
Honorable Donna Martinez

February 19, 2007

Honorable Alvin Thompson
Honorable Donna Martinez
United States District Court,
District of Connecticut
450 Main Street
Hartford, CT 06103

Re:    Session v. Rodriguez, et al,
           Index No.: 3:03cv-00943-AWT

Dear Honorable Thompson and Honorable Martinez:

I am writing to you regarding the above matter. Not only have I been wronged by the New Haven Police Department and other State government entities, but also I was wronged and misled by my attorney Phillip Russell, Esq.

I hereby advise the Court that I have terminated Mr. Russell's services, for inappropriate practices of law, i.e. by withholding information from this Court, that the defendant wrongfully destroyed evidence involving this case during the criminal stage and many other acts of mishandling my file. I have continuously demanded in writing that Mr. Russell inform the Court of factual issues withheld from the Court proceedings.

As a result, I hereby request that this matter be stayed so that I can obtain new counsel. In addition, I was just informed that the Defendant filed a second summary judgment motion seeking dismissal of my case. The submission of documents for opposition of summary judgment were prepared without my knowledge and answered (admitted) without any justification furthermore, it has come to my attention that Mr. Russell has a federal indictment and pending disposition in regards to destruction of evidence. Therefore, I am extremely uncomfortable with Mr. Russell's representation in this matter. I pray that the Court will find mercy in the mitigating factors surrounding this case and request that this motion be stayed until I am able to obtain competent representation,

Respectfully submitted,

Gary Session

cc: Phillip Russell, LLC