UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

..........................................
GARY SESSION,                                CIVIL ACTION NO.
      Plaintiff                        3:03-CV- 00943 (AWT)

V.

EDWIN RODRIGUEZ, ET AL.                      JULY 28, 2008
      Defendants
..........................................

### MOTION FOR RECONSIDERAITON OF JUDGE THOMPSON'S RULING DENYING PLAINTIFF OPPORTINUITY TO TAKE FURTHER DEPOSITIONS

The plaintiff hereby informs the Court of the following:

On Friday, July 11, 2008, during a telephonic conference with the Honorable Judge Alvin Thompson, Thomas Katon, Esq., Meghan K. Gallagher, Esq., both counsel representing defendant Rodriguez and John A. Pinheiro, Esq., representing the plaintiff. The Court inquired from undersign counsel for the plaintiff, when did the plaintiff first request the Internal Affairs documents from the defendant. Undersign counsel replied that he did not know as he was new to the case and was unable to answer. Then Ms. Gallagher informed the Court that the plaintiff first requested the Internal Affairs documents in December, 2007.

Since the date of the telephonic conference mentioned above, undersign counsel has been preparing for trial and the Trial Memorandum and has discovered the following:

August 1, 2005: Plaintiff served Interrogatories and Production Request on the defendant requesting any and all documents and information in connection with formal or

1

informal disciplinary action;

February 2, 2006: Plaintiff's Motion to Compel Production, including but not limited the Internal Affairs documents;

May 10, 2006: Telephonic Conference with Honorable Judge Donna Martinez regarding outstanding discovery, Stephanie Baier, Esq., representing the defendant, was present, Judge Martinez then ordered all document to be produce within 7 days;

May 31, 2006: Previous counsel for the plaintiff then filed a Motion to Compel the production of certain documents, including the Internal Affairs files.

July 5, 2006: Plaintiff serves subpoenas to obtain the Internal Affairs files;

July 10, 2006: Defendant filed Motion to Quash Subpoenas that the plaintiff served on certain entities to obtain the Internal Affairs files;

July 12, 2006: Plaintiff served subpoenas on numerous entities, a copies sent to defense counsel, requesting the Internal Affairs files;

October 24, 2006: Honorable Judge Martinez ruled on the outstanding discovery issues. It is plaintiff's understanding that defendant would then produce the Internal Affairs' files;

September 1, 2006, plaintiff filed 56(f) Motion, because the defendants had not complied with plaintiff's discovery;

Pursuant to the Honorable Judge Donna Martinez' order that the Internal Affairs files in question be produced by July 10, 2008, the plaintiff has not been able to complete

depositions in the instant case, namely the depositions of defendant Rodriguez and Officer DeJesus. The plaintiff required the Internal Affairs files for the foregoing depositions.

Furthermore, defendant Rodriguez was scheduled for his deposition on April 11, 2008. However, the court reporter failed to show for the scheduled deposition. At that time all counsel agreed to continue the deposition. After that date, previous counsel for the plaintiff, Roy Ward, went on vacation, then on April 28, 2008 previous mentioned counsel for the plaintiff, filed his Motion to Withdraw, which was subsequently granted.

In conclusion, the plaintiff has been requesting the Internal Affairs documents since August 1, 2005, and not only since December, 2007 as stated to Judge Thompson, by Meghan K. Gallagher, during the telephonic conference with the Honorable Judge Alvin Thompson on July 11, 2008. In addition, the plaintiff acting pro se was not in a position to take further depositions without counsel and without the Internal Affairs documents.

THE PLAINTIFF
GARY SESSION

By: _____
John A. Pinheiro, Esq.
167 Cherry Street, PMB 314
Milford, Connecticut 06460
(203) 874-4477
Fax: (203) 882-0354
Cell: (203) 209-2449
Email: japinheiro@optonline.net
Fed. Bar. No. CT02977

## **CERTIFICATION**

I hereby certify that on this date a copy of the foregoing was mailed first class, postage prepaid, to the following:

    Thomas E. Katon, Esq.
    Susman, Duffy & Segaloff, P.C.
    55 Whitney Avenue
    P.O. Box 1684
    New Haven, Connecticut 06507

This 28th day of July, 2008.

                                            John A. Pinheiro, Esq.

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY SESSION,<br>Plaintiff | CIVIL ACTION NO.<br>3:03-CV- 00943 (AWT) |
| V. | |
| EDWIN RODRIGUEZ, ET AL.<br>Defendants | JULY 28, 2008 |

## NOTICE OF MANUAL FILING

Please take notice that the plaintiff has manually filed the following document:

Motion for Reconsideration of Judge Thompson's Ruling Regarding Denying Plaintiff Opportunity to Take Further Depositions.

This document has not been filed electronically because undersign counsel has been having difficulty with the electronic filing procedures.

This document has been manually served on all parties.

THE PLAINTIFF
GARY SESSION

By: _____
John A. Pinheiro, Esq.
167 Cherry Street, PMB 314
Milford, Connecticut 06460
(203) 874-4477
Fax: (203) 882-0354
Cell: (203) 209-2449
Email: japinheiro@optonline.net
Fed. Bar. No. CT02977