

# NEW HAVEN
# DEPARTMENT OF POLICE SERVICE

One Union Avenue • New Haven • Connecticut • 06519

*Francisco Ortiz, Jr.*
*Chief of Police*

*John DeStefano, Jr.*
*Mayor*

December 30, 2004

Detective Edwin Rodriguez
Investigative Services

Dear Detective Rodriguez:

Based upon my understanding of all the circumstances surrounding the January 15, 2001 reprimand (Personnel Memorandum 01-03) and the February 1, 2001 reprimand (Personnel Memorandum 01-09), it is my opinion that it is appropriate to rescind the reprimands; and accordingly, I have done so.

PER ORDER OF:


FRANCISCO ORTIZ, JR.
CHIEF OF POLICE

CC:   Jonathan Beamon, Corporation Counsel
      Emmet Hibson, Labor Relations