UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

*****************************
GARY SESSION               *   CIVIL ACTION NO.
           PLAINTIFF       *   3:03-CV-00943 (AWT)
                           *
VS.                        *
                           *
CITY OF NEW HAVEN; STEPHEN *   AUGUST 1, 2008
COPPOLA; AND EDWIN RODRIGUEZ *
                           *
           DEFENDANTS      *
*****************************

## Plaintiff's Exhibits:

   1. Plaintiff Exhibit 1: New Haven Department of Police Services Case/Incident Report. Written by Officer DeJesus. Date of Report July 25, 1999, Complaint # CN # 46990;

   **Defendant's objection:** Report contains hearsay.

   2. Plaintiff Exhibit 2: New Haven Department of Police Services Case/Incident Report. Written by Detective Edwin Rodriquez. Date of Report July 25, 1999, Complaint # CN # 46990;

   3. Plaintiff Exhibit 3: Witness Statement of Juan Scruggs. Date of Statement July 25, 1999;

   4. Plaintiff Exhibit 4: Witness Statement of Albert McCann. Date of Statement July 25, 1999;

   5. Plaintiff Exhibit 5: New Haven Department of Police Services Case/Incident Report. Written by Officer George Shelton. Date of Report August 1, 1999, Complaint # CN # 46990;

   6. Plaintiff Exhibit 6: Witness Statement of Sharon Adkins. Date of Statement November 7, 1999;

7. Plaintiff Exhibit 7: New Haven Department of Police Services Case/Incident Report. Written by Detective Edwin Rodriquez. Date of Report November 8, 1999, Complaint # CN # 46990;

8. Plaintiff Exhibit 8: New Haven Department of Police Services Case/Incident Report (Supplement). Written by Detective Edwin Rodriquez. Date of Report November 8, 1999, Complaint # CN # 46990;

9. Plaintiff Exhibit 9: Witness Statement of Mayra Mercado. Date of Statement November 8, 1999;

10. Plaintiff Exhibit 10: New Haven Department of Police Services Case/Incident Report (Supplement). Written by Detective Edwin Rodriquez. Date of Report December 5, 1999, Complaint # CN # 46990;

11. Plaintiff Exhibit 11: New Haven Department of Police Services Case/Incident Report (Supplement). Written by Detective Stephen Coppola. Date of Report December 6, 1999, Complaint # CN # 46990;

12. Plaintiff Exhibit 12: Witness Statement of Larkland R. Martin. Date of Statement December 4, 1999;

13. Plaintiff Exhibit 13: New Haven Department of Police Services Case/Incident Report (Supplement). Written by Detective Lisa M. Dadio. Date of Report January 3, 2000, Complaint # CN # 46990;

14. Plaintiff Exhibit 14: Witness Statement of Larkland R. Martin. Date of Statement March 5, 2000;

15. Plaintiff Exhibit 15: New Haven Department of Police Services Case/Incident Report (Supplement). Written by Detective Edwin Rodriquez. Date of Report March 6, 2000, Complaint # CN # 46990;

16. Plaintiff Exhibit 16: New Haven Department of Police Services Case/Incident Report (Supplement). Written by Detective Edwin Rodriquez. Date of Report March 10, 2000, Complaint # CN # 46990;

17. Plaintiff Exhibit 17: New Haven Department of Police Services Case/Incident Report (Supplement). Written by Detective Edwin Rodriquez. Date of Report October 15, 2000, Complaint # CN # 46990;

18. Plaintiff Exhibit 18: New Haven Department of Police Services Case/Incident Report (Supplement Narrative). Written by Detective Edwin Rodriquez. Date of Report September 14, 2001, Complaint # CN # 46990;

19. Plaintiff Exhibit 19: New Haven Department of Police Services Case/Incident Report (Supplement Narrative). Written by Detective Edwin Rodriquez. Date of Report September 25, 2001. Complaint # CN # 46990;

20. Plaintiff Exhibit 20: New Haven Department of Police Services Application for Arrest Warrant. Written by Detective Edwin Rodriquez. Date of Warrant January 4, 2001, Complaint # CN # 46990;

21. Plaintiff Exhibit 21: New Haven Department of Police Services Case/Incident Report (Supplement Narrative). Written by Sergeant John Velleca. Date of Report July 3, 2002, Complaint # CN # 46990;

22. Plaintiff Exhibit 22: Confidential Informant List;

23. Plaintiff Exhibit 23: Affidavit of Edwin Rodriguez dated August 14, 2006;

24. Plaintiff Exhibit 24: New Haven Police Department General Order 76-3;

25. Plaintiff Exhibit 25: Rules and Procedures of New Haven Police Department;

26. Plaintiff Exhibit 26: Motion for Release of Exhibits dated June 3, 2002; dated June 7, 2002;

27. Plaintiff Exhibit 27: Objection to the State's Motion for the Release of Documents dated June 7, 2002;

28. Plaintiff Exhibit 28: Request to Produce Photographs dated March 15, 2001;

29. Plaintiff Exhibit 29: Request for Production of Warrants dated June 18, 2001;

30. Plaintiff Exhibit 30: Request for Production at Trial dated June 18, 2001;

31: Plaintiff Exhibit 31: Request for Production of Police Report dated June 18, 2001;

32. Plaintiff Exhibit 32: Motion for Speedy Trial dated October 25, 2001;

33. Plaintiff Exhibit 33: Motion to Dismiss dated July 30, 2002;

34. Plaintiff Exhibit 34: Affidavit and Application Search and Seizure Warrant Re: Motor Vehicle and its contents dated July 25, 1999;

35. Plaintiff Exhibit 35: Package of Inventory of Property forms, Evidence Sheets and Destructions Orders;

36. Plaintiff Exhibit 36: Letter from State's Attorney Calistro dated January 11, 2001;

37. Plaintiff Exhibit 37: Letter from State's Attorney Calistro dated March 8, 2001;

38. Plaintiff Exhibit 38: Letter from FB Entertainment;

**Defendant's objection:** Defendant anticipates a foundation objection as to authentication as well as a hearsay objection.

39: Plaintiff Exhibit 39: Plaintiff's medical records from the Department of Corrections;

40. Plaintiff Exhibit 40: Receipt for Sentry Life Insurance Company;

41. Plaintiff Exhibit 41: Homeowners Policy from Sentry Insurance;

42. Plaintiff Exhibit 42: Prudential Securities Joint Account Agreement;

43. Plaintiff Exhibit 43: Receipts Re: Industry Standard Recording Production Studio, Jewelry

**Defendant's objection:** Defendant anticipates a foundation objection as to authentication as well as a hearsay objection.

44. Plaintiff Exhibit 44: Plaintiff's cell phone records;

**Defendant's objection:** Defendant anticipates a foundation objection as to authentication as well as a hearsay objection.

45. Plaintiff Exhibit 45: Letter dated February 13, 2001 from Alexy to John Williams.

46. Plaintiff Exhibit 46: Letter dated February 28, 2001 from Alexy to John Williams.

47. Plaintiff Exhibit 47: City of New Haven's for Extension of Time in Which to Answer or Otherwise Plead.

48. Plaintiff Exhibit 48: Complete Internal Affairs Files for defendant Rodriguez.

**Defendant's objection:** Defendant objects on the grounds set forth in the attached motion in limine.

49. Plaintiff Exhibit 49: Complete Internal Affairs Files for Stephen Coppola.

50. Plaintiff Exhibit 50: General Order 74-29 Department of Police Services.

51. Plaintiff Exhibit 51: General Order 87-6 Department of Police Services.

52. Plaintiff Exhibit 52: Motion to Preserve Evidence dated February 28, 2002.

53. Plaintiff Exhibit 53: Civil Docket For Case # 00-CV-46: Session v. Freeman.

54. Plaintiff Exhibit 54: Connecticut State Police Laboratory Evidence Receipt and Request for Examination of Physical Evidence forms.

55. Plaintiff Exhibit 55: Connecticut State Police Laboratory Firearms Section report for Case # ID99-2231, dated July 28, 1999.

56. Plaintiff Exhibit 56: Connecticut State Police Laboratory Firearms Section report for Case # ID99-2231, dated September 1, 1999.

57. Plaintiff Exhibit 57: Excerpt from Stephen Coppola's responses to plaintiff's Interrogatories November 18, 2005.

58. Plaintiff Exhibit 58: Excerpt from defendant's responses to plaintiff's Interrogatories November 17, 2006.

59. Plaintiff Exhibit 59: Excerpt from defendant's responses to plaintiff's Interrogatories November 18, 2006.

60. Plaintiff Exhibit 60: Court transcript of in Court proceedings dated November 5, 2001, criminal charges against Gary Session are nollied.

61. Plaintiff Exhibit 61: Court transcript of in Court proceedings dated August 14, 2002, criminal charges against Gary Session are dismissed.

62. Plaintiff Exhibit 62: Homicide Investigation of the Anthony Lucky shooting, CN# 99-46990, dated July 25, 1999.

63. Plaintiff Exhibit 63: Note from Inspector Lawlor to Alexy dated 11/7.

64. Plaintiff Exhibit 64: Investigation notes.

65. Plaintiff Exhibit 65: Connecticut General Statutes Re: Exculpatory Evidence.

66. Plaintiff Exhibit 66: Subpoena/Summons to Mary DeLeon.

67. Plaintiff Exhibit 67: Copy of check to Mary DeLeon.

68. Plaintiff Exhibit 68: VHS tape of crime scene recreation in the Lucky investigation.

69. Plaintiff Exhibit 69: DVD of T.V. show on VH1 entitled LL Cool J/Driven.

70. Plaintiff Exhibit 70: Attorney Retainer Agreement.

71. Plaintiff Exhibit 71: Motion for Disclosure of Records dated July 23, 2003 by Attorney Echter, Deputy Corporation Counsel.

72. Plaintiff Exhibit 72: Hamm v. City of New Haven Decision.