UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GARY SESSION               *       CIVIL NO.: 3:03CV00943 (AWT)
                           *
vs.                        *
                           *
EDWIN RODRIGUEZ            *       AUGUST 1, 2008

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT'S PROPOSED VOIR DIRE

**BACKGROUND**

1. Have you ever sat on a jury before? If so, was the action civil or criminal? Did you deliberate? Did you reach a verdict?

2. Are you currently employed? If no, what was your most recent job and how do you currently spend your time?

3. What newspapers, magazines do you read?

4. What television shows do you watch?

5. What radio programs/stations do you listen to?

6. What are the most recent movies you have seen? Books you have read?

7. Do you play any video games? If so which ones?

8. Do you listen to music on a regular basis? If so what kind? What artists?

9. Do you do any volunteer work or belong to any organizations? If so, what?

10. Where are you employed? How long? What are your job responsibilities?

11. Are you married? If so, does your spouse work outside of the home?

12. If not, has your spouse worked in the past?

13. If your spouse works outside of the home, what is your spouse's occupation and job

responsibilities? For whom does your spouse work?

14. Do you have children? How many and what are their ages?

15. Do any of your children work full time? If so, for whom do they work and what are their job responsibilities?

16. Are you parents living and if so are they employed?

17. If your parents are employed, for whom do they work and what are their job responsibilities?

18. Do you know any of the parties, witnesses, or attorneys in this case?

19. If New Haven address, how long have you lived in New Haven?

20. If not, have you ever lived in New Haven? Or any other City? Which one? For how long?

21. Have you ever lived in Milford?

22. Are or have you ever been a member of the Jewish Community Center in New Haven?

23. Do you participate in any way in organized sports?

24. Are you, any member of your family or any of your close friends involved in police work or any type of law enforcement? If so, please specify the relationship and the types of experiences you, family members or close friends have had with police officers or other law enforcement agencies.

25. What are your feelings or opinions about police officers, prosecutors and any other law enforcement agency?

26. Will you be able to treat both sides fairly despite the fact that this case involves claims by an individual against several police officers?

27. Do you or any member of your family or any of your close friends serve as a police officer for a municipality or in any other law enforcement position? If so, please specify.

28. Does the fact that the plaintiff's claim is against members of a police department cause you any concern regarding your ability to be fair and impartial to both sides?

29. Do you, any of your family members or close friends reside in the City of New Haven?

30. Have you developed any feelings or opinions one way or the other with regard to the conduct of police officers in the City of New Haven?

31. The plaintiff alleges that the defendant Detective falsely arrested him for murder. Plaintiff was charged with ordering the shooting that led to the death of Anthony Lucky on July 25, 1999 at 1:50 a.m. as he rode in a vehicle traveling in the vicinity of Columbus and Howard Avenues in New Haven. Do you recall reading any news reports, viewing any television coverage or having any discussions regarding this case? If so, has this affected your views on the case?

If so, do you believe that you are predisposed to favor one side over the other in this case?

32. Do you believe you have ever been treated illegally or unfairly by a police officer or by any law enforcement agency? If so, please explain.

33. Do you have any family members or close friends who believe they have been treated illegally or unfairly by a police officer or any law enforcement agency? If so, please explain.

34. Have you or any of your family members ever been arrested? Put in jail? Convicted of a crime?

35. Have you or any of your family members ever witnessed an arrest?

36. Have you or any close friend or family member ever been the victim of a violent crime?

37. Have you or any close friend or family member ever witnessed a crime? A violent crime? A shooting?

38. Have you or any close friend or family member ever been accused of committing a violent crime?

39. Has any friend, acquaintance or family member ever been murdered?

40. If so, please explain.

41. Have you read any news reports or viewed any television coverage regarding the investigation and trial of Billy White or other New Haven Police Officers? If so, explain.

42. Does this information in any way affect your ability to be impartial as to Mr. Rodriquez?

How so?

43. Have you or any close friend or member of your family ever suffered from addiction of any kind?

44. Does this experience affect your ability to keep an open mind and objectively evaluate the credibility of statements given by someone who suffered from drugs and/or alcohol addiction?

45. Have you ever known someone who you knew or suspected was involved in the sale of narcotics or other illegal drugs?

46. Will that affect your ability to listen to the evidence and keep an open mind in this case?

47. Have you ever lived in a neighborhood affected by the sale of illegal drugs? If so, please explain.

48. Are you aware of whether any shootings or violent crimes have happened in your neighborhood? If so, please explain.

49. Have you or a close friend of family member ever served as a witness in a civil or criminal case?

50. If so, did anyone threaten or pressure you or your friend or family member to testify in a certain way or to not testify at all? If so, please explain.

51. Have you heard of that happening? What were the circumstances?

52. Would that experience in any way affect your ability to keep an open mind when determining the credibility of witness statements in this case?

**ATTITUDE TOWARD PEOPLE WHO LITIGATE**

53. Do you think people too often start court suits to solve their problems?

54. 16. Do you feel that you are generally a little suspicious of people who sue?

55. 17. Do you have concern about giving people financial compensation for injuries they have suffered? What are they and why do you have such a belief?

56. 18. Do you have any sense that where an individual brings a lawsuit, that individual is probably entitled to some sort of recovery?

**QUESTIONS FOR PANEL MEMBERS WHO HAVE BEEN INVOLVED IN LAWSUITS**

57. You indicated that you or a member of your family had been a party to a lawsuit. Can you describe the suit?

58. Were you suing or being sued?

59. Who was the other party?

60. Why did you decide to sue?

61. Is the matter still pending?

62. What was the outcome?

63. How do you feel about the outcome?

64. Was there anything about your experience that left you with any kind of feeling about the legal profession or the court system? Can you tell us more about that?

**ABILITY TO FOLLOW THE LAW REGARDLESS OF PERSONAL BELIEFS**

65. At the close of evidence on this case, the Court will instruct you in more detail on the law to be followed. Do you believe that you will be able to apply the law as the Court instructs you regardless of whether or not you may personally believe that the law should be otherwise?