UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY SESSION | : CIVIL ACTION NO: 3:03CV00943 (AWT) |
| | : |
| v. | : |
| | : |
| EDWIN RODRIGUEZ | : AUGUST 5, 2008 |

### OBJECTION TO PLAINTIFF'S MOTION FOR RECONSIDERATION

The Defendant, Edwin Rodriguez, through counsel, hereby objects to the Plaintiff's Motion for Reconsideration dated July 28, 2008. In support of his objection, the Defendant submits the following:

1.) On July 11, 2008, the Court held a telephonic status conference.

2.) During the conference call, counsel for the Plaintiff represented to the Court that the defendants had repeatedly withheld or failed to produce documentation.

3.) During the conference call, counsel for the Defendant requested that the Plaintiff acknowledge the distinction between counsel for the Defendant and counsel for the City, which is no longer a party to the litigation.

4.) The undersigned's comments were directed at explaining to Plaintiff's counsel and to the Court that the Defendant did not have possession, custody or control of the internal affairs files which were the subject of dispute until December, 2007.

5.) The undersigned's comments were not directed towards the Plaintiff's attempts throughout the litigation to obtain discovery materials.

6.) Indeed, the undersigned's Motion for Protective Order set forth a litany of dates regarding the parties' requests for information.

7.) Accordingly, the undersigned did not make the alleged misrepresentations which the Plaintiff asserts as the basis for his request for reconsideration of the Court's ruling.

8.) Notwithstanding, the Court's ruling on the denial of the Plaintiff's Motion for Enlargement of Time was not based upon any statements made by the undersigned during the status conference, referenced above.

9.) The Court's ruling was based on the reasons set forth in the Defendant's opposition to the Plaintiff's Motion for Enlargement of Time and the Defendant's Supplemental Memorandum in Opposition to the Plaintiff's Motion for Extension of Time, specifically that to allow the Plaintiff time for additional discovery would be unduly burdensome to the Defendant's ability to prepare for trial and that the Plaintiff had been granted too many requests for extension of time.

10.) The Defendant continues to object to any additional request for extension of time on that basis.

For the reasons set forth herein, the Defendant respectfully requests that the Court deny the Plaintiff's Motion for Reconsideration.

Respectfully submitted,
DEFENDANTS,

/s/ Meghan K. Gallagher
Meghan K. Gallagher
Federal Bar No. ct26914
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue
New Haven, Connecticut 06510
Phone: (203) 624-9830
Fax: (203) 562-8430
E-mail: mgallagher@susmanduffy.com

## **CERTIFICATION**

       I hereby certify that on August 5, 2008 a copy of the foregoing Defendant's Objection to Plaintiff's Motion for Reconsideration was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                              /s/ Meghan K. Gallagher
                                              Meghan K. Gallagher
                                              Federal Bar No. ct 26914
                                              Susman, Duffy & Segaloff, P.C.
                                              55 Whitney Ave.
                                              New Haven, CT 06510
                                              tel.: 203-624-9830
                                              fax: 203-562-8430
                                              mgallagher@susmanduffy.com

I:\Client N-O\NHCITY\Session\Pleadings\opposition to motion for reconsideration 8 5 08.doc