## Meghan Gallagher

| | |
|---|---|
| **From:** | Meghan Gallagher |
| **Sent:** | Friday, December 21, 2007 8:45 AM |
| **To:** | 'mwolak@newhavenct.net'; 'Roy Ward' |
| **Cc:** | Thomas Katon; Karen Kravetz |
| **Attachments:** | 20071221084643042.pdf |

Good Morning,

Please see the attached

    Meghan K. Gallagher, Esq.

    Susman, Duffy & Segaloff, PC

    55 Whitney Avenue

    New Haven, CT 06510

    Phone: (203) 624-9830

    Fax: (203) 562-8430

    email: mgallagher@susmanduffy.com

***IRS Circular 230 Disclosure.** To ensure compliance with requirements imposed by the IRS, we inform you that the federal tax advice (if any) contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.*

*The information contained in this electronic message is confidential and is or may be protected by the attorney-client privilege, the work product doctrine, joint defense privileges, trade secret protections, and/or other applicable protections from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by calling the sender at 203-624-9830.*

EXHIBIT B

## SUSMAN, DUFFY & SEGALOFF, P.C.

MICHAEL SUSMAN
JAMES H. SEGALOFF
JOSEPH E. FAUGHNAN
LAURA M. SKLAVER
JAMES J. PERITO
MATTHEW C. SUSMAN
THOMAS E. KATON
KAREN BALDWIN KRAVETZ

PHILIP G. KENT
MEGHAN K. GALLAGHER
MICHAEL A. LEONE

ATTORNEYS AT LAW
55 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06510-1300

PLEASE REPLY TO:
P.O. BOX 1684
NEW HAVEN, CT 06507-1684

(203) 624-9830

FACSIMILE (203) 562-8430

ALLEN H. DUFFY
(1931-1986)

OF COUNSEL
DAVID P. HAMBLETON

December 21, 2007

**Via e-mail**

Michael Wolak, Esq.
Corporation Counsel
City of New Haven
165 Church Street - 4th Floor
New Haven, CT 06510

Re:   Session v. City of New Haven, et al

Dear Mike:

On December 20, 2007, you allowed counsel to review your files in connection with the above-entitled matter. At that time, I removed files related to Stephen Coppola and Edwin Rodriguez for my review, specifically all records dealing with training and certain documents related to internal affairs investigations of Edwin Rodriguez. After my office has reviewed these files, I will produce copies of relevant, non-privileged documents to Plaintiff's counsel and will return the documents to your files.

Should you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Meghan K. Gallagher

CC: Roy Ward, Esq.
/mkg