## SUSMAN, DUFFY & SEGALOFF, P.C.

ATTORNEYS AT LAW

MICHAEL SUSMAN
JAMES H. SEGALOFF
JOSEPH E. FAUGHNAN
LAURA M. SKLAVER
JAMES J. PERITO
MATTHEW C. SUSMAN
THOMAS E. KATON
KAREN BALDWIN KRAVETZ

PHILIP G. KENT
MEGHAN K. GALLAGHER
MICHAEL A. LEONE
ANIA M. WROBLEWSKA

PLEASE REPLY TO:
P.O. BOX 1684
NEW HAVEN, CT 06507-1684

(203) 624-9830

FACSIMILE (203) 562-8430

ALLEN H. DUFFY
(1931-1986)

OF COUNSEL
DAVID P. HAMBLETON

writer's e-mail address: mgallagher@susmanduffy.com

July 31, 2008

*Via facsimile: 882-0354*
John A. Pinheiro, Esq.
167 Cherry Street, Suite 314
Milford, CT 06460

Re:  Gary Session v. Edwin Rodriguez  (Docket No. 3:03cv 00943)

Dear Attorney Pinheiro:

This letter is in response to your recent accusations that I have made misrepresentations to the Court, that I improperly seized documents and, subsequently withheld documents. As set forth below, your accusations were made recklessly and are wholly without merit.

On July 11, 2008, during a telephonic status conference with the Court, you made numerous references to the withholding of documents by the Defendants. As you know, Edwin Rodriguez is no longer a member of the New Haven Police Department and, thus, has counsel separate from the City of New Haven. Accordingly, during an exchange, whereby Attorney Katon asked you to clarify your accusations against the City of New Haven from those against Edwin Rodriguez, a question arose as to when Edwin Rodriguez gained possession of the internal affairs files. My representation to the Court was to explain the circumstances surrounding my possession of the internal affairs investigation information and the subsequent Motion for Protective Order. I explained to you and to the Court that Edwin Rodriguez, through counsel, took possession of the files in December, 2007. I did not represent to the Court that the Plaintiff's first request for internal affairs documents was made in December, 2007. I believe the court transcript of the status conference would reflect that I have not made any misrepresentations to the Court.

At the settlement conference, you also suggested to the Court, that I improperly seized documents from the City of New Haven and that I have withheld documents. Again, these attacks on my character as an officer of the Court are reckless and without merit. At the suggestion of corporation counsel and former counsel for Mr. Session, Attorney Roy Ward, I was given the files regarding Mr. Rodriguez's personnel information. Attorney Ward even drove the materials to my office. At no time did I destroy or withhold documents. The documentation you received on July 10, 2008, in response to the Court's order, represents a complete set of all the personnel and internal affairs information in the custody, control and possession of Mr. Rodriguez's counsel.

EXHIBIT C

SUSMAN, DUFFY & SEGALOFF, P.C.

Page 2.

In light of my response, it is clear that your accusations against me constitute misrepresentations by you to the Court. As such misrepresentations are in violation of our code of professional conduct, please refrain from making any similar accusations in the future.

Very truly yours,

Meghan K. Gallagher

MKG/gml

I:\Client N-O\NHCITY\Session\Correpondence\pinheiro 073108.doc

```
* * *  COMMUNICATION RESULT REPORT ( JUL. 31. 2008  2:20PM )  * * *

                                                      FAX HEADER 1:  SUSMAN
                                                      FAX HEADER 2:

TRANSMITTED/STORED : JUL. 31. 2008   2:19PM
FILE MODE            OPTION           ADDRESS              RESULT       PAGE
--------------------------------------------------------------------------------
3604 MEMORY TX                        203 882 0354         OK           3/3
--------------------------------------------------------------------------------
        REASON FOR ERROR
        E-1) HANG UP OR LINE FAIL            E-2) BUSY
        E-3) NO ANSWER                       E-4) NO FACSIMILE CONNECTION
```

# Susman, Duffy & Segaloff, P.C.

**Attorneys at Law**
55 Whitney Avenue
New Haven, Connecticut 06510-1300

Please Reply To:
P.O. Box 1684
New Haven, Connecticut 06507-1684

(203) 624-9830

Facsimile (203) 562-8430

Michael Susman
James H. Segaloff
Joseph E. Faughnan
Laura M. Sklaver
James J. Perito
Matthew C. Susman
Thomas E. Katon
Karen Baldwin Kravetz

Philip G. Kent
Meghan K. Gallagher
Michael A. Leone
Ania M. Wroblewska

Allen H. Duffy
(1931-1986)

Of Counsel
David P. Hambleton

## FACSIMILE TRANSMITTAL SHEET

TO: John A. Pinheiro, Esq
FAX NO.: 882-0354
RE: Session v. Rodriguez
DATE: 7-31-08    TIME: 2:20pm
FROM: Meghan K. Gallagher, Esq
NUMBER OF PAGES (INCLUDING COVER SHEET): 3
CC: _____  FAX NO.: _____
PLEASE CALL Laura M AT (203) 624-9830 IF YOU HAVE ANY QUESTIONS OR PROBLEMS REGARDING THIS TRANSMISSION.
MEMORANDUM: Original to follow via Regular Mail

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE ATTORNEY/CLIENT PRIVILEGED, MAY CONSTITUTE INSIDE INFORMATION, AND IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER AT THE ABOVE TELEPHONE NUMBER.