UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

..................................................

GARY SESSION,                               CIVIL ACTION NO.
      Plaintiff                          3:03-CV- 00943 (AWT)

V.

EDWIN RODRIGUEZ, ET AL.                     AUGUST 4, 2008
      Defendants

..................................................

PLAINTIFF'S MOTION FOR ORDER
COMPELLING PRODUCTION

The plaintiff respectfully moves the Court for an order directing the defendant to produce the Internal Affairs files for defendant Rodriguez and Officer Coppola. The plaintiff represents as follows:

The Internal Affairs files in question are as follows:

Cusick v. City of New Haven, 145 Fed. Appx. 701 (2d Cir. 2005);

State v. Larry Davis, Superior Court, Judicial District of New Haven at New Haven, Dockets Nos. CR6-490576, CR23-24537 and 23-24538, sworn testimony of the defendant on May 25, 2004; and

State v. Angel Garcia.

On June 4, 2008, the Honorable Judge Donna Martinez ruled that the foregoing Internal Affairs files must be produced by July 10, 2008;

On July 10, 2008 the defendant produced the Internal Affairs file consisting of

1

the <u>State v. Angel Garcia</u> matter. The defendant produced only 1 page from the homicide Internal Affairs files in connection with the <u>Cusick v. City of New Haven</u> and <u>State v. Larry Davis</u>, matters.

The missing Internal Affairs files from the <u>Cusick and Davies</u> files involve a homicide investigation, where the defendant and Coppola withheld inculpatory evidence and other acts of wrongdoing. Upon information and belief, the Internal Affairs files involving the foregoing also contain information regarding the defendant and Coppola admitting under oath the lying under oath during in Court testimony and during the Internal Affairs investigation.

Furthermore, prior to the undersign counsel's appearance, Attorney Gallagher took possession of the Internal Affairs files, and has only made limited production.

The plaintiff moves the Court for an order to direct the defendant to provide the complete Internal Affairs files pursuant to Judgment Martinez's order of June 4, 2008.

THE PLAINTIFF
GARY SESSION

By: _____
John A. Pinheiro, Esq.
167 Cherry Street, PMB 314
Milford, Connecticut 06460
(203) 874-4477
Fax: (203) 882-0354
Cell: (203) 209-2449
Email: japinheiro@optonline.net
Fed. Bar. No. CT02977

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed first class, postage prepaid, to the following this August 4, 2008:

Thomas E. Katon, Esq.
Susman, Duffy & Segaloff, P.C.
55 Whitney Avenue
P.O. Box 1684
New Haven, Connecticut 06507

                                                  John A. Pinheiro, Esq.

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

..................................................

GARY SESSION,                 CIVIL ACTION NO.
      Plaintiff                            3:03-CV- 00943 (AWT)

V.

EDWIN RODRIGUEZ, ET AL.       AUGUST 4, 2008
      Defendants

..................................................

## ORDER TO PRODUCE INTERNAL AFFAIRS FILES

The defendant is hereby order to produce the Internal Affairs files per the order of the Honorable Judge Donna Martinez dated June 4, 2008.

_____, J.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

..............................................

GARY SESSION,                              CIVIL ACTION NO.
       Plaintiff                       3:03-CV- 00943 (AWT)

V.

EDWIN RODRIGUEZ, ET AL.                    AUGUST 4, 2008
       Defendants

..............................................

NOTICE OF MANUAL FILING

Please take notice that the plaintiff has manually filed the following document:

Plaintiff's Motion for Order Compelling Production.

This document has not been filed electronically because undersign counsel has been having difficulty with the electronic filing procedures.

This document has been manually served on all parties.

                THE PLAINTIFF
                GARY SESSION

                By: _____
                John A. Pinheiro, Esq.
                167 Cherry Street, PMB 314
                Milford, Connecticut 06460
                (203) 874-4477
                Fax: (203) 882-0354
                Cell: (203) 209-2449
                Email: japinheiro@optonline.net
                Fed. Bar. No. CT02977