UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **GARY SESSION** | : CIVIL ACTION NO: 3:03CV00943 (AWT) |
| | : |
| v. | : |
| | : |
| **EDWIN RODRIGUEZ** | : AUGUST 8, 2008 |

### DEFENDANT'S MOTION TO DISMISS
### FOR LACK OF SUBJECT MATTER JURISDICTION

Defendant Edwin Rodriguez, by his counsel, hereby moves to dismiss this action on the basis that this Court does not have subject matter jurisdiction to hear the Plaintiff, Gary Session's, Section 1983 claims against the Defendant, Edwin Rodriguez, premised on a purportedly false arrest, false imprisonment and malicious prosecution. The Plaintiff's claims meet all of the elements of the Rooker-Feldman Doctrine. Most importantly the Plaintiff's instant 1983 claims represent the review and reversal of the state court's finding of probable cause. The Rooker-Feldman doctrine provides that district courts do not have subject matter jurisdiction to review a loosing Plaintiff's state law claims that are intrinsically intertwined with the Plaintiff's federal claims. Accordingly, the Defendant respectfully requests that the Plaintiff's claims be dismissed in their entirety for lack of subject matter jurisdiction.

DEFENDANT,

By  /s/ Thomas E. Katon
    Thomas E. Katon
    Federal Bar No. ct 01565
    Susman, Duffy & Segaloff, P.C.
    55 Whitney Ave.
    New Haven, CT 06510
    tel.: 203-624-9830
    fax: 203-562-8430
    email: tkaton@susmanduffy.com

## CERTIFICATION

I hereby certify that on August 8, 2008 a copy of the Defendants' Memorandum in Support of the Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Thomas E. Katon
Thomas E. Katon
Federal Bar No. ct 01565
Susman, Duffy & Segaloff, P.C.
55 Whitney Ave.
New Haven, CT 06510
tel.: 203-624-9830
fax: 203-562-8430
email: tkaton@susmanduffy.com
Thomas E. Katon

I:\Client N-O\NHCITY\Session\Pleadings\motion dismiss rooker feldman.doc