CIVIL LITIGATION
860 258 5968

@002



JOHN M. BAILEY
CHIEF STATE'S ATTORNEY

# State of Connecticut
DIVISION OF CRIMINAL JUSTICE
## WITNESS PROTECTION PROGRAM
OFFICE OF
THE CHIEF STATE'S ATTORNEY



DEFENDANT'S EXHIBIT
NO. 8

300 CORPORATE PLACE
ROCKY HILL, CONNECTICUT 06067
TELEPHONE (860) 258-5905

## TELECOMMUNICATIONS MEMORANDUM

Date: 11/8/99

Number of Pages, including cover sheet: 5

Fax TO: Supervisory Inspector Tim Reardon

Firm: New Haven State's Attorney's Office

Fax Number: (203) 789-7871

Fax FROM: Inspector Walsh - WPP

Reply To

Phone Number: (860) 258-5905      Fax Number: 258-5973

Note: Please complete these forms & return to me.

"Fat"
"GAG"
= Tim Reardon = "Girl in Ninthe" = North Haven
= Brother = Mentally Disabled =
= After Baby Girl *

ntain confidential information. They are intended
not the intended recipient, you are not authorized
t. If you have received this transmission in error,
the faxed documents.

DEFENDANT'S EXHIBIT
114

— Forms Faxed to Reardon.

11/8 — Tim Reardon Called Bush — She is Vasatating — Wants out of Venture today or Won't Cooperate — Doesn't feel it will go today. May in Next two Days.

Advised if it goes as emergency we can Cover PD OT if Necessary or PI. Can put her in Motel Couple towns away and we can reimburse them.

Tim to let me know if Going forward. or if destination Needed.

01/31/2008 16:36 FAX 860 258 5968        CIVIL LITIGATION                    @004
11/09/99 TUE 12:32 FAX 2037896400    860 258 5968  ST ATTY N. HAUEN        @001



# State of Connecticut
### DIVISION OF CRIMINAL JUSTICE

#### OFFICE OF THE STATE'S ATTORNEY
JUDICIAL DISTRICT OF NEW HAVEN

**MICHAEL DEARINGTON**
**STATE'S ATTORNEY**

PLEASE REPLY TO:

☐ STATE'S ATTORNEY'S OFFICE
235 CHURCH STREET
NEW HAVEN, CT 06510
TELEPHONE (203) 789-7894
FAX (203) 789-6400

☐ STATE'S ATTORNEY'S OFFICE
CAREER CRIMINAL DIVISION
234 CHURCH STREET
SUITE 402
NEW HAVEN, CT 06510
TELEPHONE (203) 789-7801
FAX (203) 789-7849

## TELECOMMUNICATIONS MEMORANDUM

DATE: Nov 9, 1999

NUMBER OF PAGES INCLUDING COVER SHEET: 6

FAX TO: CSAO-WPP

FIRM: _____

PHONE NO.: _____

FAX NO.: 258-5973

FAX FROM: Tim Reardon

PHONE NO.: (203) 789-7894        FAX NO.: (203) 789-6400

MESSAGE: As we discussed.
TR

**\*\*NOTE\*\***    PLEASE NOTIFY SENDER AT ONCE IF ALL PAGES ARE NOT RECEIVED.

01/31/2008 16:36 FAX 860 258 5968        CIVIL LITIGATION                              ☒005
11/09/99 TUE 12:32 FAX 2037696400        ST ATTY N HAVEN                               ☒002
                                         WITNESS PROTECTION UNIT    (860)258-5973      P.2



STATE OF CONNECTICUT

The Leroy Brown, Jr. and Karen Clarke Witness Protection Program

## Certification for Witness Protection

WPP#: **#9 (New Haven-1999)**

I, _Michael Dearington_, State's Attorney for the Judicial District of

_New Haven_ certify the need for witness protection/assistance funding for:

☐ WITNESS RECEIVE PROTECTIVE SERVICES

☑ WITNESS RECEIVE PROTECTION AND RELOCATION SERVICES

☐ Other _____

The total number of persons to be served by this request is __4__

including:  __2__ adults   __2__ children.

Docket Number [                ]   OR

Police Department and case number  [ NHPD-- 99-469 Fa ]

Inspector _Mel Cartoceti_ has been assigned as the primary contact for this witness

_Michael Dearington_
State's Attorney or Authorized Agent

Date  _11·9·99_

---

Request received OCSA: _11/9/99_

Authorization:

_Christopher Morano_ DATE _11/10/99_      _Steven Sellers_ DATE _11/15/99_
Christopher Morano, Deputy Chief State's Attorney        Steven Sellers, Deputy Chief State's Attorney

01/31/2008 16:36 FAX 860 258 5968    CIVIL LITIGATION                    ☒006
Nov 08 99 03:48p           860 258 5968 ON UNIT     (860)258-5973       p.9



# State of Connecticut
### DIVISION OF CRIMINAL JUSTICE

#### OFFICE OF
#### THE CHIEF STATE'S ATTORNEY

JOHN M. BAILEY
CHIEF STATE'S ATTORNEY

300 CORPORATE PLACE
ROCKY HILL, CONNECTICUT 06067
TELEPHONE (860) 258-5800

## WITNESS INTAKE INFORMATION FORM

### WITNESS INFORMATION

Name of Witness: **Mayra Mercado**

Maiden name: —————   Nick Name/alias **Mayra**

Name of head of household, or if witness a minor, name of parent or guardian:
**Rosa Mercado**

Address: **156 West St   New Haven**

Telephone: **N/A**       Beeper # **N/A**

S.S. #: **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**       Date/Place of Birth: **2/19/78**   Sex: **F**

Race: **Hispanic / Puerto Rican**   Marital status: ———

Please answer the following questions. Any "Yes" response explain in detail on back of page.

1. Are you currently on parole or probation?   ___ yes  ✓ no
2. Do you have pending cases in any court?   ✓ yes  ___ no
3. Do you have any pending matters with the Department of Children and Families?   ___ yes  ✓ no
4. Are you in a substance abuse program?   ___ yes  ✓ no
5. Do you need help with a substance abuse problem?   ✓ yes  ___ no
6. Do you have any outstanding legal obligations, including obligations concerning child custody and visitation?   ___ yes  ✓ no
7. Do you or your dependents have any special need problems that we should be aware of?,( i.e., AIDS, child with special needs)  ___ yes  ✓ no

## DEPENDANT INFORMATION

Number of dependant's living with witness: (1)

List the names, dates of birth, and SS# for each dependant:

Ilasia Mercado (11/17/87)
Ismael Mercado Jr (1/27/89)
Rose Mercado Perez (2-2-60)

## FINANCIAL INFORMATION

Total monthly income: Welfare

Sources of this income: ___

Food stamp amount: ___

## HOUSING INFORMATION

Does witness reside in Public Housing? ___

Is this State or Federal Public Housing? ___

Does witness have a Section 8 voucher/certificate? ✓

If yes, list name of housing authority who issued certificate New Haven Housing.

Please list name and phone number for section 8 server: Unknown

Has witness ever been evicted? No

01/31/2008 16:37 FAX 860 258 5968   CIVIL LITIGATION                      ☒008
11/08/99 MON 17:33 FAX 203-         ST ATTY N HAVEN
                        860 258 5968                    (860)258-5973      P.5

Housing Information (continued)

Is witness currently involved in a lease? __NO__

If yes, please list name, address and phone number for landlord: _____

List amount of time remaining on lease: _____

## RELOCATION INFORMATION

What area would witness like to be relocated to? __Stamford, CT.__

Type of unit requested: _____

Time frame for relocation: __ASAP__

Have expenditures been approved by State's Attorney? _____

................................................................

WPP Number: _____

State's Attorney's Office __New Haven__

Inspector assigned to case: __Mel Cartceti__

Prosecutor assigned to case: _____

Please complete entire form and return to:

    Tracey M. Kelly
    Witness Protection Unit
    Office of the Chief State's Attorney
    300 Corporate Place
    Rocky Hill, CT 06067

01/31/2008 16:37 FAX 860 258 5968          CIVIL LITIGATION                              ☒009
                                              860 258 5968
    11/09/99 TUE 12:33 FAX 2037896400            ST ATTY N HAVEN                         ☒006

#8)
Pending case Myra Mercado

NOGM-CR 98-0471470-S

Breach of Peace

3 CTS FTA 2nd

#5)
Myra Mercado - daily marijuana use       Poss. of Narcotics, Ob. of Evidence
                                                    Interfer w/search
Rosa Mercado - heroin abuse per NHPD.

01/31/2008 16:37 FAX 860 258 5968    CIVIL LITIGATION    ☒010

11/09.99 TUE 17:07 FAX    860 258 5968ST ATTY N HAVEN    ☒001

Nov 09 99 02:24p    WITNESS PROTECTION UNIT    (860)258-5973    p.2



# STATE OF CONNECTICUT
# OFFICE OF THE CHIEF STATE'S ATTORNEY

## Witness Protection Agreement

I __Mayra Mercado__ have been offered assistance by the Office of the Chief State's Attorney for the State of Connecticut. The assistance offered by the Office of the Chief State's Attorney is being offered for my own protection as a witness or parent/guardian of a witness in a criminal matter. I have been offered assistance in the following manner:

__Emergency temporary housing and expense funding. Relocate to permanent__

__housing when available.__

I have read the following conditions/regulations which apply in my acceptance of the assistance offered, and the conditions/regulations have been explained to me by __Inspector Tim Reardon__

1. To testify in and provide information to all appropriate law enforcement officials concerning all appropriate criminal proceedings;

2. To refrain from committing any crime;

3. To take all necessary steps to avoid detection by other persons of the facts concerning the protective services provided to the witness;

4. To comply with legal obligations and civil judgments against the witness;

5. To cooperate with all reasonable requests from officers and employees of the state or any municipality who are providing protective services;

6. To designate another person to act as agent for service of process;

7. To make a sworn statement which discloses all outstanding legal obligations, including those concerning child custody and visitation;

01/31/2008 16:37 FAX 860 258 5968    CIVIL LITIGATION    ☒011
11/09/99 TUE 17:07 FAX 2    860 258 5968  T ATTY N HAUEN    ☒002
Nov 09 99 02:25p    WITNESS PROTECTION UNIT    (860)258-5973    p.3

8. To disclose if the witness is on probation or parole and, if so, any conditions of probation or parole;

9. To inform regularly the appropriate official of the witness's activities and current address; and

10. To comply with any other lawful and appropriate conditions as determined by the Office of the Chief State's Attorney.

I have been advised that Inspector _Mel Cortoceti_, whose pager number is _860-504-5334_ has been designated my emergency contact.

Should I fail to abide by the preceding conditions/regulations I am aware that the Office of the Chief State's Attorney may withdraw its' offer of assistance in this matter.

*Nayra Mercado*

Date _Nov. 9, 1999_

Witnessed: _Insp. Tim Beach_
_Mike G._

01/31/2008 16:37 FAX 860 258 5968        CIVIL LITIGATION                                  ☒012

11/09/99 TUE 17:08 FAX       860 258 5968 ST ATTY N HAVEN                                  ☒003

**PROMISE TO APPEAR** JD-CR-13 Rev 9-93
C.G.S. § 53a-40b, 54a-172, 53a-173, 54-63a, 54-64a, D. V. C. T
Pr. Bk. 657, 661, 6..., 682, 683, 684

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

(See Distribution Instructions on bottom)

TO: Any Proper Officer of the State of Connecticut

| FROM (Name of defendant) | ADDRESS OF DEFENDANT | TELEPHONE NO. |
|---|---|---|
| Mercado Myra | 156 West St NH | |
| JUDICIAL DISTRICT OR G.A. COURT | ADDRESS OF COURT | DOCKET NO. |
| 06 | 121 Elm St NH | CR 94-483654 |
| CRIME(S) CHARGED AGAINST DEFENDANT | | APPEARANCE DATE AND TIME |
| (3Ct) IMZ:6a / PD+ possibly... | | 1/11/99  9:30 A.M. |

**PROMISE TO APPEAR**

I, the above named defendant, PROMISE TO APPEAR: (1) before the Superior Court at the court location noted above on the APPEARANCE DATE and the TIME SPECIFIED above; (2) at any other date and time to which the charge(s) against me may be continued; (3) in any other court to which the charge(s) against me may be transferred; and (4) at any other date and time at which a hearing on conditions of release is held.

I understand that IF I FAIL TO APPEAR, in accordance with the foregoing promise, I WILL BE COMMITTING THE CRIME OF FAILURE TO APPEAR and be subject to the following:
(1) IMMEDIATE ARREST, OR ISSUANCE OF A CAPIAS
(2) ONE YEAR IN PRISON OR $2,000 FINE OR BOTH if I am charged with a MISDEMEANOR(S)/MOTOR VEHICLE VIOLATION OR FIVE YEARS IN PRISON OR $5,000 FINE OR BOTH

If I am charged with a FELONY(ies).
I also understand that if a bail commissioner believes that I will not appear in court as required, the bail commissioner may petition the court and the court may issue a capias.
I also promise to satisfy all the non-financial conditions of release stated below.
I also understand that IF I FAIL TO SATISFY ANY OF THESE CONDITIONS, THE COURT MAY MODIFY OR ADD ADDITIONAL CONDITIONS OR MAY REVOKE THE PROMISE TO APPEAR.

CONDITIONS OF RELEASE (Court may add other conditions)
1 Do not commit a federal, state or local crime.
Call B.C. every day
Sub. Abuse Services Eval (PD out)

I have read/had read to me the notice on the back side of this form and I understand the notice.

SIGNED (Defendant)
X Jocena Mercado

DATE SIGNED (mo., day, yr.)

SIGNED (Parent or Guardian if minor)

DATE SIGNED (mo., day, yr.)

Subscribed and sworn to before me. Defendant advised of the above penalties and furnished with a copy of this promise and the notice on the back side hereof.

SIGNED (Police Officer, Asst/Clerk, Bail Comm.)

DATE SIGNED 11/9/99

JOB TITLE BC

POLICE DEPT. (If applicable)

---

**A Cualquier Oficial Apropiado Del Estado de Connecticut**

| DE (Nombre del Acusado) | DIRECCIÓN DEL ACUSADO | TELEFONO |
|---|---|---|
| DISTRITO JUDICIAL O TRIBUNAL G.A. | DIRECCIÓN DEL TRIBUNAL | NUMERO DE ARCHIVO |
| DELITO(S) DE QUE SE LE ACUSA | | FECHA Y HORA DE COMPARECENCIA ... M. |

**PROMESA DE COMPARECER**

Yo, el Acusado arriba nombrado, PROMETO COMPARECER: (1) Ante el Tribunal Superior en la localidad nombrada y la FECHA Y HORA DE COMPARECENCIA especificada; (2) en cualquier otra fecha y hora a la cual el (los) cargo(s) sean aplazados; (3) en cualquier otro Tribunal al cual se transfiera(n) el (los) cargo(s); y (4) en cualquier fecha y hora en que una vista tome lugar para hablar sobre las condiciones de libertad.

Yo entiendo que si NO COMPAREZCO ante el tribunal, de acuerdo a ésta promesa. YO ESTARE COMETIENDO EL DELITO DE NO PRESENTARME ANTE EL TRIBUNAL y seré sujeto a las siguientes penalidades:
(1) ARRESTO INMEDIATO O SE DICTARÁ ORDEN DE ARRESTO.
(2) UN AÑO EN LA CARCEL O $2,000 DE MULTA O AMBOS si se me acusa de un cargo(s) menor(es)/violación de vehículo o CINCO AÑOS DE CARCEL O $5,000 DE MULTA O AMBOS si se me acusa de un DELITO(S) MAYOR(ES).

También entiendo que si el comisionado de fianzas piensa que no voy a comparecer ante el Tribunal, como se requiere, el comisionado de fianzas puede pedir al Tribunal, y el Tribunal puede otorgar una orden de retención.
También prometo satisfacer todas las condiciones de libertad no financieras abajo establecidas.
También entiendo que SI FALLO EN SATISFACER ALGUNA DE ESTAS CONDICIONES, EL TRIBUNAL PUEDE MODIFICAR LAS CONDICIONES O AÑADIR CONDICIONES ADICIONALES O PUEDE REVOCAR MI PROMESA DE COMPARECER.

CONDICIONES DE LIBERTAD (El Tribunal puede añadir condiciones adicionales)
1. No cometer un crimen federal, estatal o local.

Yo he leído/me han leído la notificación en la parte trasera de este formulario y entiendo la notificación.

FIRMA (Acusado)  FECHA  FIRMA (Padre, Madre o Guardián si es menor)  FECHA
X

Suscrito y jurado ante mí. Al acusado se le ha dado aviso de las penalidades arriba citadas y se le ha dado una copia de ésta promesa y la notificación en la parte trasera de esto.
FIRMA (Oficial de Policía, Ayudante a Secretario, Com. de Fianzas)   FECHA EN QUE FUE FIRMADO

TITULO DEL TRABAJO       DEPARTAMENTO DE POLICIA

For Court Use

B.C.
789-7480

SUPERIOR COURT DOCKET NO.

**PROMISE TO APPEAR**

DISTRIBUTION: WHITE - Send to Clerk of Court    YELLOW - Send to Bail Commissioner    PINK - Give to Defendant
DEFENDANT

Emergency Temporary Housing and Expense Funds. Retreat to permanent Housing when available.

Nayea Mercado WPP #9

01/31/2008 16:37 FAX 860 258 5968        CIVIL LITIGATION                                     ☒014
                                         860 258 5968



OFFICE OF
**THE CHIEF STATE'S ATTORNEY**
300 CORPORATE PLACE
ROCKY HILL, CONNECTICUT 06067
PHONE: (860) 258-5800  FAX: (860) 258-5858

## Memorandum

**TO:**      Christopher L. Morano, D.C.S.A.
             Steven M. Sellers, D.C.S.A.

**FROM:**    Tracey M. Kelly  TMK/lt

**DATE:**    November 9, 1999

**SUBJECT:** Witness Protection-WPP-9 (New Haven-1999)

I am hereby requesting disbursement of witness protection funds in the amount of $170.50 for the purpose of providing funding for food and incidentals for the above witness protection matter. This amount will be disbursed for the time period from 11/10/99 through 11/16/99.

This is based upon the USDA recommended weekly liberal food plan for the following:

| | |
|---|---|
| Female age 21: | $ 49.00 |
| Female age 39: | 49.00 |
| Male child age 10: | 45.80 |
| Child age 2: | 26.70 |
| Total | $170.50 |

Please make check payable to:  Richard J. Walsh

Thank you for your assistance.

TMK:lt

c:  Cathy Trentini

01/31/2008 16:38 FAX 860 258 5968          CIVIL LITIGATION                                     ☑015
                              860 258 5968

WPP #9 - New Haven - 1999

**STATE OF CONNECTICUT**
DIVISION OF CRIMINAL JUSTICE
PETTY CASH ACCOUNT
300 CORPORATE PLACE
ROCKY HILL, CT 06067

No. 4961
DATE November 10, 1999
51-57 / 119

PAY TO THE ORDER OF   Richard J. Walsh                               $ 170.50

One Hundred Seventy and 50/100————————————————————————— DOLLARS

**Fleet**
04205  Government Banking

Catherine Drenka

⑆004961⑆ ⑈011900571⑈ 93502 22763⑈

11/10/99
Received Cash $170.50   [signature]