# New Haven Police Department

Incident No __46990__    Date __12/05/99__    Time Started __18:00__    Time Ended __18:36__

WITNESS STATEMENT OF __MAYRA   MERCARDO__

I, __MAYRA         MERCARDO__ , date of birth _____

of _____ , town/city of _____

make the following statement, without fear, threat, or promise. I have been advised that any statement(s) made herein which I do not believe to be true, and which statement is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

THIS IS A SECOND STATEMENT FROM MAYRA MERCARDO.

Q. DO YOU MAYRA MERCARDO GIVE THE FOLLOWING STATEMENT TO DETECTIVE EDWIN RODRIGUEZ AND DETECTIVE STEPHEN COPPOLA OF YOUR OWN FREE WILL WITHOUT ANY FEARS, THREATS OR PROMISES?

A. YES.

Q. KNOWING FULL WELL WHATEVER IS CONTAINED IN THIS STATEMENT WILL BE USED IN A COURT OF LAW?

A. YES.

Q. MAYRA ISN'T IT TRUE THAT YOU SUPPLIED MYSELF AND DETECTIVE COPPOLA WITH A STATEMENT REGARDING ANTHONY LUCKY HOMICIDE ON 07/25/99?

A. YES.

Q. AND ISN'T IT TRUE THAT YOU SIGNED THAT STATEMENT?

A. YES.

Q. AND YOU'RE HERE TODAY TO SUPPLY ME WITH A SECOND STATEMENT REGARDING ONE BEBE, WHOSE REAL NAME IS JOSE SANTIAGO IS THAT CORRECT?

A. YES.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

Page __1__ Of __11__

I HEREBY CERTIFY THAT THE DOCUMENT(S) ATTACHED HERETO ARE TRUE COPIES OF THE OFFICIAL RECORDS OF THE NEW HAVEN DEPARTMENT OF POLICE SERVICE

©1994 Hunt & Hanahan Computer Designs

8-14-06

46990

# New Haven Police Department

STATEMENT OF  MAYRA  MERCARDO  (Cont.)

Q. ON 12/03/99 YOU STATED THAT YOU RAN INTO BEBE, JOSE SANTIAGO ON CONGRESS AVENUE IS THAT CORRECT?

A. YES.

Q. AND THAT HE MENTIONED SOMETHING ABOUT THE HOMICIDE OF ANTHONY LUCKY IS THAT CORRECT?

A. YES.

Q. CAN YOU TELL ME?

A. YES.

Q. WHAT HAPPENED IN THAT ENCOUNTER BETWEEN YOU AND BEBE?

A. FRIDAY I WAS ON CONGRESS WALKING TO THE BUS STOP WHEN HE CAME OUT HIS AUNT'S HOUSE AND HE CALLED ME, HE SAID YO' MAYRA -- HE SAID WHAT'UP, I WAS LIKE WHAT'S UP. HE SAID MAYRA YOU'VE BEEN, YOU'VE BEEN DOWN WITH GANG, YOU KNOW WHAT I'M SAYIN', YOU GOT MAD RESPECT OUT HERE AND I WAS LIKE YEAH AND, HE WAS LIKE OH WELL YOU KNOW ME, YOU HEARD ABOUT ME RIGHT. I WAS LIKE WHAT YOU MEAN, HE WAS LIKE YOU KNOW I TOOK MY RESPECT OFF A HOWARD AVENUE, NOW NIGGAS RESPECT ME. I WAS LIKE WHAT YOU MEAN HE WAS LIKE YO' WALK ME TO THE STORE, TO THE 24-HOUR STORE I'M A TALK TO YOU. I WAS LIKE WHAT'UP AND HE WAS LIKE YOU KNOW I TOOK MY RESPECT AND I WAS LIKE WHAT YOU MEAN. HE WAS LIKE YO' I GOTTA GET A TEAR DROP AND I WAS LIKE WELL IF YOU GET A TEAR DROP YOU KNOW THAT'S FOR GOING TO GETTING A BODY. HE WAS LIKE CHILL I'M ABOUT TO TELL YOU, I WAS LIKE WHAT YOU MEAN, WHAT YOU THINK ABOUT WHY YOU WANNA TALK TO ME ABOUT ME ABOUT IT. HE WAS LIKE MAN I KNOW YOU DOWN WITH IT YO' AND I WAS LIKE WHAT YOU MEAN, HE WAS LIKE YO' I TOOK MY RESPECT OFF A HOWARD AVENUE, HOWARD AVENUE IS MINE AND I WAS LIKE WHAT YOU MEAN AND HE WAS LIKE YO' DO YOU REMEMBER THAT MORENO THAT I SHOT ON BEIRNE'S ON HOWARD AVENUE. I WAS LIKE NAH I DON'T BE WATCHING BODIES DROP, I DON'T KEEP UP TO DATE WITH THE BODIES. HE WAS LIKE WELL I SHOT THAT NIGGA NOW I GOT MY RESPECT AND NOW I AIN'T

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  MAYRA  MERCARDO  (Cont.)

NO SUCKER, EVERYBODY RESPECTS ME THEN I WAS LIKE WORD, I WAS LIKE WAS LIKE THAT'S YOUR BUSINESS THAT'S WHEN HE SHOWED ME THE GUN AND I WAS LIKE MAN YOU BETTER GET AWAY FROM ME, YOU KNOW, AND THEN THAT'S ALL HE LIKE YO' NOW YOU KNOW I GOT MY RESPECT AND THAT'S IT.

Q. OKAY MAYRA LET'S GO BACK TO THE BEGINNING YOU STATED YOU WERE ON CONGRESS AVENUE WAITING FOR THE BUS IS THAT CORRECT?

A. MM HM.

Q. AND WHILE YOU WERE WAITING YOU RAN INTO BEBE?

A. MM HM.

Q. YOU SAID HE WAS COMING OUT HIS AUNT'S HOUSE?

A. MM HM.

Q. AND WHERE WAS THAT AT DO YOU KNOW HIS AUNT?

A. HIS AUNT LIVE ON WEST STREET BUT IT'S LIKE THE PROJECTS.

Q. OKAY?

A. HIS FATHER'S SISTER.

Q. DO YOU KNOW HER NAME?

A. JUNIA.

Q. OKAY AND YOU SAID HE APPROACHED YOU?

A. MM HM.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____  Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  MAYRA  MERCARDO  (Cont.)

Q. AND WHEN HE APPROACHED YOU, YOU STATED HE STARTED ASKING YOU A QUESTION ABOUT YOURSELF?

A. MM HM.

Q. SAYING THAT YOU'VE BEEN, YOU'VE BEEN IN THE GANG?

A. YEAH I'M BEEN IN THE GANG, I KNOW A LOT.

Q. WHAT DID HE MEAN BY THAT?

A. MEANING I'VE BEEN IN THE STREETS, I'VE BEEN YOU KNOW WHAT I'M SAYIN' HUSSLIN', I KNOW ABOUT BODIES DROPPIN'.

Q. WHAT DO YOU MEAN BODIES DROPPIN' WHAT DO YOU MEAN BY THAT?

A. LIKE I KNOW ABOUT MURDERS AND STUFF LIKE THAT.

Q. OKAY AND WHEN, WHEN YOU CONTINUE TALKING BEBE?

A. MM HM.

Q. YOU STATED THAT HE STARTED SAYING THAT HE TOOK HIS RESPECT?

A. YEAH.

Q. HE TOLD YOU THIS?

A. YES.

Q. AND WHEN HE SAID HE TOOK RESPECT HE THEN STATED HE TOOK HIS RESPECT BACK FROM HOWARD AVENUE?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

## New Haven Police Department

STATEMENT OF <u>MAYRA</u> <u>MERCARDO</u> (Cont.)

A. MM HM.

Q. AND WHAT DID HE MEAN BY THAT HE TOOK HIS RESPECT?

A. MEANING WHEN, WHEN SOMEBODY AROUND HERE IN THE HOOD SAYS THEY TAKE THEY RESPECT IT'S EITHER IF THEY FIGHT AND THEY STILL CAN'T GET NO RESPECT IS THEY GONNA BLAST THE NIGGA THAT'S HOW THEY GET THEIR RESPECT, THAT'S HOW EVERYBODY WILL FEAR YOU.

Q. AND THIS IS STREET SLANG?

A. YEAH STREET SLANG.

Q. AND WHEN THEY SAY BLAST SOMEBODY MEANING?

A. THEY KILLED SOMEBODY.

Q. OKAY?

A. WHEN I KILLED SOMEBODY, THEY SHOT SOMEBODY.

Q. OKAY SO HE SAID HE TOOK HIS RESPECT ON HOWARD AVENUE?

A. UH HUH.

Q. AND WHERE ON HOWARD AVENUE DID HE SAY?

A. NAH HE DIDN'T REALLY, I DIDN'T REALLY GET INTO TOO MANY DETAILS WITH HIM BUT ALL HE SAID WAS I SHOT A NIGGA ON BEIRNE'S AND SUPPOSEDLY THE NIGGA DIED.

Q. OKAY?

A. I DIDN'T.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  MAYRA  MERCARDO  (Cont.)

Q. SO HE STATED TO YOU IN THE PREINTERVIEW YOU TOLD ME AND PRIOR TO ME LISTENING TO YOU ON TAPE THAT HE EARNED HIS RESPECT BY SHOOTING A MORENO?

A. YEAH MORENO.

Q. AND WHAT DOES MORENO MEAN?

A. A BLACK GUY.

Q. AND THIS IS IN SPANISH?

A. YES.

Q. AND HE SAID HE SHOT THE GUY AT BEIRNE'S?

A. YEP.

Q. OKAY HE NEVER GAVE YOU NO DATE OR NOTHING?

A. NAH HE DIDN'T GIVE ME NO DATE, NO NOTHING.

Q. AND HE ALSO TOLD YOU THAT THE PERSON WAS DEAD?

A. MM HM.

Q. YES OR NO?

A. YES.

Q. OKAY AND YOU SAID HE EARNED HIS RESPECT AFTER THAT?

A. MM HM.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

## New Haven Police Department

STATEMENT OF  MAYRA  MERCARDO  (Cont.)

Q. YOU ALSO STATED THAT HE THEN, AT THIS TIME HE THEN SHOWS YOU A GUN?

A. MM HM.

Q. IS THAT CORRECT?

A. YEP.

Q. AND DO YOU KNOW WHAT TYPE IT WAS?

A. NAH HE JUST, HE JUST OPEN HIS JACKET AND SHOWS IT ON HIS WAIST.

Q. WAS IT A REVOLVER OR WAS IT AN AUTOMATIC?

A. IT WAS AN AUTOMATIC.

Q. OKAY DO YOU REMEMBER THE COLOR?

A. GRAY IF I'M NOT MISTAKEN, GRAY OR BLACK, I'M NOT SURE.

Q. GRAY OR BLACK OKAY?

A. IT WAS DARK.

Q. OKAY AND YOU SAID IN THE PREINTERVIEW ALSO THAT HE STATED THAT NIGGAS FEAR HIM?

A. YEAH.

Q. WHAT HE MEANT BY THAT?

A. NOW EVERYBODY FEARS HIM, NOW EVERYBODY LOOKS AT HIM LIKE BIG WILLIE NOW, MEANING HE BIG TIME CUZ HE SHOT SOMEBODY.

---

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____  Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  MAYRA  MERCARDO  (Cont.)

Q. OKAY . . . HOW LONG HAVE YOU KNOW BEBE?

A. I DON'T KNOW HIM LIKE THAT.

Q. OKAY IS THIS THE SAME BEBE THAT YOU TOLD ME ABOUT ON OUR FIRST STATEMENT?

A. YES.

Q. THE SAME BEBE THAT SHABAZZ HANDED THE GUN TO?

A. YEP.

Q. ON THE NIGHT OF THE MURDER?

A. YEP.

Q. OKAY AND THIS IS THE SAME BEBE WHO WAS WITH DESHAWN THAT NIGHT ALSO?

A. YES.

Q. IN THE CAR?

A. YES.

Q. WAS HE ON FOOT OR WAS HE?

A. HE WAS ON FOOT WHEN I SEEN HIM ON CONGRESS AVENUE.

Q. OKAY . . . MAYRA RIGHT NOW I'M GONNA HAVE YOU VIEW A PHOTO BOARD OF EIGHT HISPANIC MALES ALL SIMILAR IN APPEARANCE, DO YOU RECOGNIZE ANYBODY IN THIS PHOTO BOARD?

A. YES.

---

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____     Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

**New Haven Police Department**

46990

STATEMENT OF  MAYRA  MERCARDO  (Cont.)

Q. AND WHAT NUMBER?

A. FOUR.

Q. AND WHO IS THAT?

A. JOSE SANTIAGO KNOWN AS BEBE.

Q. IS THIS THE SAME PERSON YOU SAW ON CONGRESS AVENUE ON THE THIRD?

A. YES.

Q. OF DECEMBER?

A. YES.

Q. THE SAME PERSON WHO TOLD YOU HE GAINED HIS RESPECT BY SHOOTING A MORENO, A BLACK PERSON, ON HOWARD AVENUE BY BEIRNE'S?

A. YES.

Q. AND IS THIS THE SAME PERSON WHO WAS WITH DESHAWN JOHNSON AND THE SAME PERSON WHO SHABAZZ GAVE THE WEAPON TO?

A. YES.

Q. WHEN YOU GAVE YOUR STATEMENT, THE FIRST STATEMENT?

A. YEP.

Q. MAYRA ISN'T IT TRUE THAT YOU SIGNED THIS PHOTO BOARD?

A. YES I DID.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____        Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

## New Haven Police Department

STATEMENT OF MAYRA MERCARDO (Cont.)

Q. ISN'T IT TRUE DETECTIVE COPPOLA AND MYSELF SIGNED IT ALSO?

A. YES.

Q. WITH THE DATE AND TIME?

A. YES.

Q. AND MAYRA ON YOUR FIRST STATEMENT AGAIN PICTURE NUMBER #4 WHO YOU SAY IS BEBE, JOSE SANTIAGO?

A. MM.

Q. THIS IS THE PERSON THAT TOLD YOU AGAIN THAT HE GAINED HIS RESPECT BY SHOOTING SOMEONE?

A. YES.

Q. ON HOWARD NEAR BEIRNE'S?

A. YES.

Q. IT SHOULD BE NOTED THAT THIS PHOTO BOARD WILL BE PLACED INTO EVIDENCE BY THESE DETECTIVES?

A. MM HM.

Q. DURING THE PREINTERVIEW MAYRA YOU SAID SOMETHING ABOUT A TEAR DROP, IS THAT CORRECT?

A. MM HM.

Q. CAN YOU ELABORATE ON THAT WHAT YOU MEANT BY TEAR DROP?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

## New Haven Police Department

STATEMENT OF  MAYRA  MERCARDO  (Cont.)

A. WHAT IT MEANS IN THE STREETS IS IF YOU GET A TEAR DROP IT MEAN YOU KILLED SOMEBODY.

Q. AND WHO, WHO ASKED YOU ABOUT THE TEAR DROP?

A. JOSE SANTIAGO.

Q. AND WHAT DID HE SAY TO YOU ACTUALLY?

A. HE SAID HE NEEDS TO GET A TEAR DROP, A TATTOO TEAR DROP.

Q. OKAY AND THIS WAS TODAY THAT HE WAS ON CONGRESS AVENUE?

A. FRIDAY.

Q. OKAY IS THERE ANYTHING ELSE YOU CAN ADD TO THIS STATEMENT WHICH WOULD AID THESE INVESTIGATORS IN THIS INVESTIGATION?

A. NO, THAT'S IT.

Q. ONCE THIS STATEMENT IS TYPED AND YOU HAVE A CHANCE TO READ IT MAYRA WILL YOU BE WILLING TO SIGN IT AS A TRUE STATEMENT?

A. YES.

TIME NOW IS 1836 HOURS, THIS STATEMENT IS NOW CONCLUDED.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____     Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____