# New Haven Police Department

Incident No  46990     Date  12/04/99     Time Started  7:50     Time Ended  20:07

WITNESS STATEMENT OF  LARKLAND R. MARTIN

I, LARKLAND R. MARTIN, date of birth  02/10/45

of 191 WHALLEY AVENUE, SUITE #306 , town/city of _____

make the following statement, without fear, threat, or promise. I have been advised that any statement(s) made herein which I do not believe to be true, and which statement is intended to mislead a public servant in the performance of his/her official function, is a crime under C.G.S. section 53a-157.

Q. DO YOU LARKLAND R. MARTIN GIVE THE FOLLOWING STATEMENT TO DETECTIVE EDWIN RODRIGUEZ AND DETECTIVE JOHN VELLECA OF THE NEW HAVEN POLICE DEPARTMENT OF YOUR OWN FREE WILL WITHOUT ANY FEARS, THREATS OR PROMISES KNOWING FULL WELL WHATEVER IS CONTAINED IN THIS STATEMENT WILL BE USED IN A COURT OF LAW?

A. I DO.

Q. CAN I HAVE YOUR FULL NAME, YOUR DATE OF BIRTH AND YOUR HOME ADDRESS?

A. LARKLAND RODRIGUEZ MARTIN, 191 WHALLEY AVENUE, SUITE #306.

Q. AND YOUR DATE OF BIRTH?

A. 02/10/45.

Q. DO YOU HAVE A PHONE NUMBER?

A. 203-491-2950.

Q. MARTIN HOW MANY YEARS HAVE YOU COMPLETED IN SCHOOL?

A. EIGHT.

Q. CAN YOU READ AND WRITE, AND UNDERSTAND THE ENGLISH LANGUAGE?

A. I DO.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____

Witness: _____                          Signature: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

Page  1  Of  18

I HEREBY CERTIFY THAT THE DOCUMENT(S) ATTACHED HERETO ARE TRUE COPIES OF THE OFFICIAL RECORDS OF THE NEW HAVEN DEPARTMENT OF POLICE SERVICE.

©1994 Hunt & Hanahan Computer Designs

46990

# New Haven Police Department

STATEMENT OF LARKLAND R. MARTIN (Cont.)

Q. MARTIN THIS STATEMENT IS NOW BEING TAKEN AT ONE UNION AVENUE, NEW HAVEN POLICE DEPARTMENT IS THAT CORRECT?

A. RIGHT.

Q. MARTIN AT THIS TIME ARE YOU UNDER THE INFLUENCE OF ANY NARCOTICS, ALCOHOL OR MEDICATION?

A. NO MEDICATION, NO ALCOHOL, NO NARCOTICS.

Q. MARTIN THIS STATEMENT AGAIN IS BEING TAKEN AT NEW HAVEN POLICE STATION IS THAT CORRECT?

A. CORRECT.

Q. ON JULY 25, 1999 IN THE EARLY MORNING HOURS MARTIN, ISN'T IT TRUE THAT YOU WERE A WITNESS TO SOME TYPE OF SHOOTING?

A. CORRECT.

Q. CAN YOU TELL ME WHAT HAPPENED THAT NIGHT?

A. WELL I WAS AT THE 630 HOWARD AVENUE IN THE ATTIC WHICH WE CALL THE THIRD FLOOR AND I HEARD GUNSHOTS. I LOOKED THROUGH MY WINDOW AND SAW THREE PERSONS, ALIGHTED FROM A GREEN CAR OR MAYBE A HONDA I'M NOT SURE. ONE, TWO HISPANICS AND ONE AFRICAN AMERICAN. ONE HISPANIC WITH THE GUN WAS SHOOTING TOWARD COLUMBUS AVENUE AT THE RED JEEP.

Q. OKAY MARTIN LET'S GO BACK TO THE BEGINNING, ON THAT, ON THE TWENTY-FIFTH IN THE EARLY MORNING HOURS OF JULY YOU STATED THAT YOU WERE UP IN YOUR APARTMENT AT 630 HOWARD AVENUE, IS THAT CORRECT?

A. CORRECT.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF LARKLAND R. MARTIN (Cont.)

Q. AND THIS APARTMENT IS LOCATED ON THE THIRD FLOOR?

A. THIRD FLOOR.

Q. WHILE YOU WERE UP IN YOUR APARTMENT YOU SAID YOU HEARD SEVERAL SHOTS?

A. YES.

Q. CAN YOU TELL ME HOW MANY?

A. MAYBE ABOUT FOUR OR SIX.

Q. AND WHEN YOU HEARD THESE SHOTS WHAT DID YOU DO IMMEDIATELY?

A. I LOOKED THROUGH MY WINDOW.

Q. OKAY AND WHEN YOU LOOKED THROUGH YOUR WINDOW YOU STATED THAT YOU SAW A GREEN VEHICLE SOME TYPE OF HONDA?

A. RIGHT.

Q. WAS THIS A FOUR-DOOR VEHICLE?

A. YEAH FOUR-DOOR.

Q. YOU THEN STATED THAT YOU SAW THREE SUBJECTS?

A. YEAH I SAW THREE SUBJECTS.

Q. OKAY AND THE FIRST SUBJECT YOU SAW CAN YOU DESCRIBE HIM TO ME WHAT WAS HE?

A. HE WAS HISPANIC WITH A GUN.

---

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____   Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  LARKLAND R. MARTIN  (Cont.)

Q. AND THE SECOND SUBJECT?

A. HISPANIC YOUNG.

Q. AND THE THIRD SUBJECT?

A. AFRICAN AMERICAN.

Q. OKAY AND WHERE WAS HE AT THIS TIME?

A. HE WAS ON THE DRIVER SIDE.

Q. AND THE TWO SUBJECTS YOU SAW YOUR STATED YOU SAW OUT THE VEHICLE, THE TWO HISPANICS WHERE WERE THEY?

A. THEY WERE SHOOTING TOWARDS THE JEEP, COLUMBUS AVENUE.

Q. NOW THIS JEEP YOU STATED IT WAS A RED JEEP?

A. A RED JEEP.

Q. OKAY AND WAS THIS JEEP ACROSS FROM WHERE THEY WERE?

A. YES.

Q. AND YOU SAY?

A. ON COLUMBUS.

Q. ON COLUMBUS OR?

A. AT THE CORNER.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  LARKLAND R. MARTIN  (Cont.)

Q. AT THE CORNER OF COLUMBUS AND WHAT?

A. AND HOWARD.

Q. OKAY ONCE YOU SEEN THE HISPANIC MALE FIRING THE GUN, HOW MANY MORE TIMES DID YOU SEE HIM FIRE THE GUN OR HEAR?

A. MAYBE ABOUT THREE OR FOUR MORE TIMES.

Q. OKAY AND THE OBJECT THAT HE WAS FIRING AT THE RED JEEP?

A. YEP.

Q. DID YOU SEE ANYBODY IN THE RED JEEP?

A. NO I COULDN'T STAKE ANYBODY IN THE RED JEEP.

Q. OKAY DID YOU SEE WHERE THE RED JEEP WENT AFTERWARDS?

A. YEAH IT WENT DOWN COLUMBUS AVENUE.

Q. AND THE TWO SUBJECTS, TWO HISPANIC MALES WHO WERE OUT IN THE STREET WAS THIS ON HOWARD AVENUE THEY WERE OUT ON?

A. YEAH THEY WERE OUT...

Q. THE TWO SUBJECTS THE ONE WITH THE GUN AND THE ONE BESIDES HIM, THE HISPANIC MALE, WHERE DID THEY GO AFTER THE SHOOTING?

A. THEY WENT BACK TO THE CAR AND SPED AWAY.

Q. AND THE CAR SPED AWAY?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  LARKLAND R. MARTIN  (Cont.)

A. YEAH.

Q. NOW THIS VEHICLE SPED AWAY WHERE?

A. SOUTH ON HOWARD.

Q. OKAY AND GOING TOWARDS?

A. THE SUBSTATION.

Q. NEW HAVEN POLICE SUBSTATION?

A. YEAH.

Q. OKAY AND THAT'S SOUTH ON HOWARD?

A. YEAH.

Q. HAVE YOU EVER SEEN THESE SUBJECTS BEFORE?

A. I THINK I SAW ONE OF THEM BEFORE.

Q. AND WHICH ONE WAS THAT?

A. THE ONE THAT WAS SHOOTING.

Q. OKAY HISPANIC MALE?

A. HISPANIC MALE.

Q. OKAY HAVE YOU EVER SEEN ANY OF THE VEHICLES BEFORE?

A. NO, NEVER SAW THAT VEHICLE BEFORE.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____   Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF LARKLAND R. MARTIN (Cont.)

Q. DURING THE SHOOTING DID YOU HEAR ANYBODY SAY ANYTHING?

A. NO.

Q. AT ANY TIME DID YOU SEE ANYBODY FIRING FROM THE JEEP?

A. NO, I DIDN'T SEE ANYBODY FIRING FROM THE JEEP.

Q. PRIOR TO THE INTERVIEW, DURING OUR PREINTERVIEW WHICH WE DID HAVE A PREINTERVIEW IS THAT CORRECT?

A. CORRECT.

Q. AND WE TALKED ABOUT THE SAME THING WE'RE TALKING ABOUT NOW?

A. CORRECT.

Q. I ASKED YOU IF YOU EVER SAW THIS, ANY OF THE VEHICLES AND YOU STATED NO, IS THAT CORRECT?

A. CORRECT.

Q. AGAIN GETTING BACK YOU DID STATE YOU SEEN ONE OF THE SUBJECTS BEFORE WHICH WAS THE HISPANIC MALE WITH THE GUN?

A. YEAH I SAW THAT ONE BEFORE, ONE TIME.

Q. OKAY SO YOU'RE TELLING ME YOU CAN I.D. ALL THREE OF THESE SUBJECT IF YOU SAW THEM AGAIN?

A. YEAH I COULD.

Q. INCLUDING THE SUBJECT YOU SAW WITH THE GUN?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____   Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  LARKLAND  R.  MARTIN  (Cont.)

A. YEP.

Q. PRIOR TO THE INTERVIEW DETECTIVE VELLECA AND MYSELF HAD YOU VIEW TWO SEPARATE PHOTO BOARDS, IS THAT CORRECT?

A. CORRECT.

Q. THE FIRST PHOTO BOARD WE HAD YOU OBSERVE WAS OF EIGHT HISPANIC MALES IS THAT CORRECT?

A. CORRECT.

Q. AND ISN'T IT TRUE THAT YOU RECOGNIZED ONE OF THE SUBJECTS IN HERE?

A. CORRECT.

Q. AND WHAT NUMBER WAS THAT?

A. FOUR.

Q. AND WHO IS THIS SUBJECT?

A. THAT'S THE SUBJECT THAT WAS SHOOTING.

Q. THE NIGHT OF?

A. THE NIGHT OF.

Q. THE TWENTY-FIFTH?

A. THE TWENTY-FIFTH.

Q. IS THIS THE SAME SUBJECT YOU SAW WITH THE SECOND HISPANIC MALE FIRING AT THE RED JEEP?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____     Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  LARKLAND R. MARTIN  (Cont.)

A. THE SAME SUBJECT YES.

Q. IS THIS THE SAME SUBJECT YOU SAW JUMP BACK INTO THE GREEN VEHICLE?

A. CORRECT.

Q. AND IS THIS THE SAME SUBJECT YOU STATED TO US THAT YOU'VE SEEN BEFORE?

A. CORRECT.

Q. ISN'T IT TRUE DURING THE PREINTERVIEW YOU DID SIGN THIS PHOTOGRAPH?

A. YES I DID.

Q. EXCUSE THE PHOTO AND ISN'T TRUE DETECTIVE VELLECA AND MYSELF SIGNED IT?

A. CORRECT.

Q. THE SECOND PHOTO BOARD MYSELF AND DETECTIVE VELLECA SHOWED YOU OR HAD YOU VIEW WAS OF EIGHT BLACK MALES ALL SIMILAR IN APPEARANCE, DO YOU RECOGNIZE, ISN'T TRUE THAT YOU RECOGNIZED SOMEONE?

A. YES I DID.

Q. AND WHAT NUMBER WAS THAT?

A. NUMBER FOUR.

Q. AND WHO'S THAT?

A. THAT'S THE AFRICAN AMERICAN, THE BLACK MALE.

Q. AND WHO IS THIS PERSON?



By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____   Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  LARKLAND R. MARTIN  (Cont.)

A. HE WAS THE ONE WHO WAS DRIVING THE CAR.

Q. WAS THAT THE GREEN VEHICLE?

A. YEAH THE GREEN VEHICLE.

Q. THE HONDA TYPE VEHICLE?

A. HONDA TYPE.

Q. AND THIS IS THE SAME SUBJECT YOU SEEN TOGETHER WITH THE OTHER TWO HISPANICS?

A. CORRECT.

Q. AND THE SAME SUBJECT YOU SEEN THE NIGHT OF THE SHOOTING?

A. CORRECT.

Q. AND THE SAME SUBJECT WHO WAS DRIVING THE GREEN VEHICLE?

A. CORRECT.

Q. ISN'T IT TRUE THAT YOU SIGNED AND DATED THE PHOTOGRAPH?

A. YES I DID.

Q. ISN'T IT TRUE THAT MYSELF AND VELLECA ALSO SIGNED THE PHOTOGRAPH?

A. CORRECT.

Q. AND THE SUBJECT THAT IS MARKED ON THIS IS THE SUBJECT WHO WAS DRIVING THE VEHICLE?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____   Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  LARKLAND R. MARTIN  (Cont.)

A. CORRECT.

Q. THE PERSON WHO WAS SHOOTING AWAY FROM . . . ?

A. AWAY FROM THAT CORRECT, CORRECT.

Q. OKAY AND THE THIRD SUBJECT COULD YOU DESCRIBE THAT SUBJECT FOR ME?

A. YOUNG HISPANIC MAYBE THAT UH MAYBE SIXTEEN, SEVENTEEN OR SO.

Q. IF YOU SAW HIM AGAIN WOULD YOU BE ABLE MAKE I.D.?

A. QUITE POSSIBLE.

Q. HAVE YOU EVER SEEN THAT PERSON BEFORE?

A. NO, NEVER SEEN THE PERSON BEFORE.

Q. PROBABLY OVER THERE BY HOW IS HAIRSTYLE IS, DO YOU RECALL?

A. LOW, LOW CUT.

Q. WHAT COLOR HAIR?

A. UM KIND A BROWN.

Q. WAS IT A DARK COLOR OR WOULD IT BE ON THE LIGHTER SIDE?

A. LIGHTER, A LITTLE TO THE LIGHTER SIDE.

Q. LIGHTER SIDE?

A. YEAH.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

## New Haven Police Department

STATEMENT OF  LARKLAND R. MARTIN  (Cont.)

Q. HOW WAS HE BUILT, WAS HE A THIN GUY OR WAS HE UH WAS HE HEAVY, WAS HE FAT, SKINNY?

A. I WOULD SAY IN BETWEEN MEDIUM BUILD.

Q. MEDIUM BUILD OKAY, LARKLAND GETTING BACK?

A. SHORT.

Q. SHORT, LARKLAND GETTING BACK TO THAT NIGHT YOU SAID YOU LOOKED OUT YOUR WINDOW IS THAT CORRECT?

A. CORRECT.

Q. WAS IT VERY ILLUMINATED THAT NIGHT, WAS IT LIGHT OUT?

A. YEAH A LOT OF LIGHT.

Q. AND WHERE WAS THE STREET, WHERE WERE THE LIGHTS COMING FROM?

A. A LITTLE STREET LIGHT THERE AND THERE'S A LIGHT ON MY PORCH.

Q. AND THIS IS AT 6:30?

A. AND ARE THE PORCH LIGHTS ILLUMINATED OUT TO THE STREET ALSO?

A. CORRECT, YES.

Q. SO YOU HAD NO TROUBLE SEEING ANYTHING?

A. NO TROUBLE AT ALL.

Q. IN RELATION TO 630 HOWARD AVENUE, LARKLAND, WHERE ABOUT IS IT, IS THERE THE CLOSEST STREET, IS THERE ONE DIRECTLY IN FRONT OF IT?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

## New Haven Police Department

STATEMENT OF  LARKLAND R. MARTIN  (Cont.)

A. THERE'S TWO STREET LIGHTS, ONE OPPOSITE, ONE BELOW.

Q. OKAY THE SUBJECT YOU TOLD ME ABOUT THAT WAS FIRING A HANDGUN, THE HISPANIC MALE WHO YOU'VE IDENTIFIED IN THIS INTERVIEW, WAS HE UNDER A STREET LIGHT WAS HE, WAS HE, WAS THE AREA AROUND AND HIMSELF WAS THAT WELL ILLUMINATED, WAS IT VERY LIT UP?

A. YES, WAS LIT UP, IT WAS VERY LIT UP.

Q. OKAY WAS HE MORE OR LESS IN THE MIDDLE OF THE STREET AT THIS TIME?

A. HE WAS RIGHT IN THE MIDDLE OF THE STREET.

Q. OKAY WERE YOU ABLE TO SEE THE TYPE GUN IT WAS?

A. UH I DON'T KNOW EXACTLY WHAT TYPE OF GUN IT WAS, BUT IT'S A BIG GUN.

Q. OKAY A LARGE CALIBER GUN?

A. LARGE ENOUGH.

Q. OKAY?

A. MAYBE FROM MY EXPERIENCE MAYBE LIKE 9MM OR SOMETHING LIKE THAT.

Q. OKAY DO YOU KNOW THE DIFFERENCE BETWEEN A SEMI AUTOMATIC HANDGUN AND A REVOLVER?

A. YEAH I DO.

Q. OKAY DO YOU THINK THIS PERSON WAS FIRING A REVOLVER OR A SEMI AUTOMATIC HANDGUN?

---

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____   Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

## New Haven Police Department

STATEMENT OF <u>LARKLAND</u> R. <u>MARTIN</u> (Cont.)

A. I THINK AN AUTOMATIC.

Q. AN AUTOMATIC?

A. YEAH BECAUSE THE SHOTS PULLED OFF VERY RAPID.

Q. THE SHOTS WERE RAPID WHICH LED YOU TO BELIEVE IT'S AN AUTOMATIC?

A. YEAH AUTOMATIC.

Q. OKAY DID YOU SEE A TYPE OF COLOR WAS IT A BLACK GUN OR WAS IT A SHINY UH CHROME GUN AS THEY SAY SHINY SILVER GUN?

A. I THINK IT WAS A BLACK GUN.

Q. YOU THINK IT WAS A BLACK GUN?

A. YEAH.

Q. OKAY WAS IT VERY LOUD?

A. YEAH.

Q. OKAY UH DO YOU BELIEVE ALL THESE SHOTS YOU HEARD, DO YOU BELIEVE THEY WERE FROM THIS ONE GUN, DID ALL THE SHOTS SOUND THE SAME ABOUT THE SAME UH VOLUME?

A. YEAH IT'S QUITE POSSIBLE.

Q. OKAY DO YOU THINK THERE WAS ANOTHER GUN BEING FIRED AT THIS TIME?

A. I COULDN'T BE SURE ABOUT THAT.

Q. OKAY LARKLAND IS THERE ANYTHING ELSE YOU CAN ADD TO THIS STATEMENT COULD AID MYSELF AND DETECTIVE VELLECA IN THIS INVESTIGATION AT THIS TIME?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____          Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  LARKLAND R. MARTIN  (Cont.)

A. NOT SO FAR BUT IF THERE IS ANYTHING ELSE YOU KNOW I WILL GET IN TOUCH.

Q. I JUST WANNA GO BACK ABOUT ONE THING UH YOU SAID THE SUBJECT WHO YOU'VE IDENTIFIED AS FIRING THE HANDGUN, HE BEGAN TO FIRE MULTIPLE TIMES AT THIS UH RED JEEP, IS THAT CORRECT?

A. CORRECT.

Q. OKAY AND THE JEEP AM I RIGHT WHEN I SAY THE JEEP WAS PARKED ORIGINALLY ON THE CORNER OF HOWARD AVENUE AND COLUMBUS AVENUE?

A. I'M NOT SURE BECAUSE IT'S TALL CARS HAD PULLED UP.

Q. OKAY BUT WAS IT STOPPED?

A. YEAH IT WAS STATIONERY.

Q. UH DO YOU RECALL IS IT, IF I RECALL CORRECT IS THERE A PHARMACY ON THE CORNER?

A. YEAH THERE'S A PHARMACY.

Q. OKAY DO YOU KNOW THE NAME OF THAT PHARMACY BY ANY CHANCE?

A. BEIRNE'S.

Q. OKAY WAS IT PARKED IN FRONT OF BEIRNE'S?

A. ON RIGHT SIDE OF BEIRNE'S.

Q. OKAY WHAT DID, WHAT DID THE VEHICLE DO ONCE THE GUNSHOTS STARTED?

A. IT SPED AWAY, THEN HE HESITATED AND IT SPED AWAY . . . FIRING AND IT SPED AWAY.

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____        Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  LARKLAND R. MARTIN  (Cont.)

Q. OKAY WHICH WAY DID IT SPEED AWAY?

A. IT GOES DOWN COLUMBUS AVENUE.

Q. OKAY TOWARD, TOWARD WHERE, DO YOU KNOW WHERE THE CHURCH STREET SOUTH HOUSING PROJECTS AREA?

A. YEAH TOWARDS THAT DIRECTION.

Q. OKAY GOING TOWARDS THE HOUSING PROJECTS OKAY AND WHEN THE VEHICLE WAS IN TRAVEL ON COLUMBUS AVENUE WAS THE SUBJECT WITH THE GUN CONTINUING TO FIRE AT IT?

A. HE MAYBE FIRED ONE OR TWO MORE SHOTS.

Q. OKAY AND AFTER HE WAS DONE FIRING?

A. HE RAN BACK TO HIS CAR.

Q. OKAY AND WHICH CAR WAS THAT?

A. THE GREEN CAR.

Q. OKAY THAT YOU PREVIOUSLY DESCRIBED AND YOU IDENTIFIED THE BLACK MALE WAS OPERATING?

A. RIGHT.

Q. OKAY DID HE ENTER THIS CAR?

A. YEP.

Q. DID BOTH HISPANIC MALES ENTER THIS CAR?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____   Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  LARKLAND  R.  MARTIN  (Cont.)

A. RIGHT.

Q. AND WHICH WAY DID THAT CAR GO?

A. I SEEN HIM SOUTH ON HOWARD AVENUE.

Q. OKAY DID YOU EVER SEE THAT CAR AGAIN THAT NIGHT?

A. NO.

Q. OKAY DID YOU EVER SEE THE RED JEEP AGAIN THAT NIGHT?

A. NO, I NEVER SEEN IT AGAIN.

Q. OKAY DID YOU HEAR ANYBODY YELLING BACK AND FORTH AT EACH OTHER SAYING ANYTHING DURING THIS WHOLE ALTERCATION?

A. WITH ALL THE SHOTS I COULDN'T REALLY MAKE OUT WHAT BUT THERE WAS SOME VOICE BUT I COULDN'T MAKE OUT WHAT THEY SAYING OR ANYTHING BECAUSE THE SHOTS, THE NOISE OF THE SHOTS.

Q. OKAY?

A. AND I MYSELF WAS PANICKED.

Q. OKAY I DON'T BLAME YOU SURE, I'D PANIC TOO, OKAY IS THERE ANYTHING ELSE THAT YOU THINK AT THIS TIME YOU CAN ADD TO THIS INVESTIGATION?

A. NO.

Q. OKAY IF WE NEED TO SPEAK WITH YOU AT ANOTHER TIME REGARDING THIS INVESTIGATION WOULD YOU BE WILLING TO TALK TO US AGAIN?

By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____    Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____

46990

# New Haven Police Department

STATEMENT OF  LARKLAND R. MARTIN  (Cont.)

A. YEAH I'D BE WILLING TO TALK.

Q. OKAY THIS STATEMENT IS NOW COMPLETE THE TIME IS 2007 HOURS AND LARKLAND ONE MORE THING WHEN THIS STATEMENT IS TRANSCRIBED, ONCE IT'S TYPED UP AND YOU'VE HAD A CHANCE TO READ IT OR HAVE IT READ TO YOU, WOULD YOU BE WILLING TO SIGN IT AS A STATEMENT THAT'S TRUE TO THE BEST OF YOUR KNOWLEDGE?

A. I WILL.

THIS STATEMENT IS NOW COMPLETE, TIME IS 2007 HOURS.



By affixing my signature to this statement, I acknowledge that I have read it and/or have had it read to me and it is true to the best of my knowledge and belief.

Witness: _____   Signature: _____

Witness: _____

Personally appeared the signer of the foregoing statement and made oath before me to the truth of the matters contained therein.

If notarized, endorse here: _____