# United States District Court

**DISTRICT OF CONNECTICUT**

## APPEARANCE

**GARY SESSION**

**VS.**                                                            CASE NUMBER:    3:03CV00943 (AWT)

**EDWIN RODRIGUEZ, ET AL.**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the following defendant only: City of New Haven.

September 8, 2007                                                              /s/
*Date*                                                                              *Signature*

                                                                                         Michael A. Wolak, III
*Print Name*

                                                                                         Ct12681
*Federal Bar Number*

                                                                                        165 Church Street, 4th Floor
*Address*

                                                                                        New Haven              CT              06510
*City*                                      *State*          *Zip Code*

                                                                                        (203) 946-7970
*Phone Number*

                                                                                       (203) 946-7942
*Fax Number*

                                                                                       mwolak@newhavenct.net
*E-mail*

**<u>CERTIFICATION</u>**

      I hereby certify that on September 8, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                                             _____/s/_____
                                                                             Michael A. Wolak, III