UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------------X

Gary Session,

                              Plaintiff,        **JURY VERDICT FORM**
                                                03-0943 (TLM)

    -against-

Edwin Rodriguez,

                              Defendant
-------------------------------------------------------------------X

**JURY VERDICT FORM**

**1a.**    **Do you find by a preponderance of the evidence that plaintiff has proven his federal and state law false arrest claims?**

                _____ Yes                    ☒ No

*If you answered "Yes" to Question 1a, proceed to Question 1b.  If you answered "No" to Question 1a, proceed to Question 2a.*

   **1b.**    **What amount of compensatory or nominal damages do you award to plaintiff under his false arrest claims?**

            $   N/A

**2a.**    **Do you find by a preponderance of the evidence that plaintiff has proven his federal and state law malicious prosecution claims?**

                _____ Yes                    ☒ No

*If you answered "Yes" to Question 2a, proceed to Question 2b.  If you answered "No" to Question 2a, proceed to Question 3.*

   **2b.**    **What amount of compensatory or nominal damages do you award to plaintiff under his malicious prosecution claims?**

1

$ ___N/A___

*If you answered "Yes" to Question 1a, answer Question 3. If you answered "No" to Question 1a, proceed to Question 4.*

3.    **Do you find by a preponderance of the evidence that defendant Rodriguez intentionally or recklessly made material false statements or omitted material information in his arrest warrant application?**

N/A

____ Yes                    ____ No

*If you answered "Yes" to Question 2a, answer Question 4. If you answered "No" to Question 2a, stop; proceed to the instructions following Question 4.*

4.    **Do you find by a preponderance of the evidence that defendant Rodriguez intentionally or recklessly made material false statements or omitted material information at the time defendant turned over the matter to the New Haven State Attorney's Office for prosecution?**

N/A

____ Yes                    ____ No

*You have reached your verdict. Please have the foreperson date and sign the verdict sheet and tell the Court Security Officer you have reached a verdict.*

May 30, 2013
Bridgeport, CT

2